1  ERIC R. HAVIAN (State Bar No. 102295)
   STEPHEN HASEGAWA (State Bar No. 198472)
2  EDWARD H. ARENS (State Bar No. 259155)
   PHILLIPS & COHEN LLP
3  131 Steuart Street, Suite 501
   San Francisco, California  94105
4  Tel: (415) 836-9000
   Fax: (415) 836-9001
5
   Attorneys for *Qui Tam* Plaintiff David Sherwin.
6
   MARK ALLEN KLEIMAN (State Bar No. 115919)
7  2907 Stanford Avenue
   Venice, California 90292
8  Tel: (310) 306-8094
   Fax: (310) 306-8491
9
   ALTOMEASE R. KENNEDY (*Pro Hac Vice*)
10 8601 Georgia Avenue, Suite 1010
   Silver Spring, Maryland 20901
11 Tel: (301) 565-5281
   Fax: (301) 565-5285
12
   Attorneys for Cities of Pomona, San Bernardino,
13 Lakewood, Santa Fe Springs, Livermore,
   Porterville, Pico Rivera, and West Covina; School
14 Districts of Azusa, Baldwin Park, Monrovia, and
   Rowland; and for *Qui Tam* Plaintiff David Sherwin.
15

16            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
              **FOR THE COUNTY OF LOS ANGELES**
17

| | |
|---|---|
| 18  STATE OF CALIFORNIA *et al., ex rel.* DAVID SHERWIN, | ) Case No. BC410135 |
| 19  Plaintiff(s), | ) FILED *IN CAMERA* AND UNDER SEAL |
| 20  v. | ) **CORRECTED FIRST AMENDED COMPLAINT** |
| 21  OFFICE DEPOT, INC., a Delaware Corporation, | ) Violation of False Claims Act, Cal. Gov't Code §§ 12650 *et seq.* |
| 22  Defendant. | ) |
| 23  | ) **JURY TRIAL DEMANDED** |
| 24  | ) |
| 25  | ) Date: N/A (no hearing required) |
|     | ) Judge: Hon. Kevin C. Brazile |
|     | ) Trial Date:  None Set |
| 26  | ) Action Filed: March 20, 2009 (under seal |
| 27  | ) pursuant to Gov't Code § 12652(c)(2)) |
| 28  | ) |

{00039592; 1}        *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 15

1    *Qui Tam* Plaintiff David Sherwin hereby alleges as follows:

2        1.      This is an action arising from false claims made by defendant Office Depot, Inc.

3    ("Office Depot" or "Defendant") in violation of the California False Claims Act ("CFCA"), Cal.

4    Gov't Code § 12650 *et seq*.  This action, filed under the CFCA's *qui tam* provisions, seeks to

5    recover damages and civil penalties on behalf of the State of California and all political

6    subdivisions within the State of California, including without limitation the political subdivisions

7    set forth in ¶12, that purchased goods and services from Office Depot pursuant to Office Depot's

8    contract with the U.S. Communities Government Purchasing Alliance (collectively, the "real

9    parties in interest" or "Real Parties").

10   **I.      INTRODUCTION**

11       2.      The U.S. Communities Government Purchasing Alliance ("U.S. Communities") is

12   a nonprofit organization that maintains a variety of procurement contracts for the purchase of

13   goods and services by state and local public entities.  U.S. Communities selects "lead" public

14   entities to negotiate and manage the contracts with various suppliers.  By agreement with the lead

15   entity and the supplier, it then extends the terms of the contract to each of its members, by virtue

16   of an "administrative agreement" between itself and the supplier.  State and local public entities

17   nationwide participate in U.S. Communities because it lightens their contracting burden, and

18   because they believe U.S. Communities' contracts provide them with the best prices and terms

19   available.

20       3.      U.S. Communities' largest contract is a supply contract for office and stationary

21   supplies and products (the "USC contract").  From 1996 to 2010, the USC contract was negotiated

22   and managed between the County of Los Angeles ("L.A. County"), which acted as the lead public

23   entity, and Office Depot.  Public entities nationwide may adopt or subscribe to the USC contract

24   by virtue of an administrative agreement between U.S. Communities and Office Depot.  Over the

25   life of the USC contract, hundreds or thousands of state and local public entities, including without

26   limitation the real parties in interest, bought their office and classroom supplies from Office Depot

27   pursuant to the USC contract's terms.  The USC contract was Office Depot's largest individual

28   contract.

{00039592; 1}                    *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 16

4.      The public entities that bought office and classroom supplies from Office Depot did so with the understanding that the USC contract guaranteed them Office Depot's "most favored public entity" pricing, as well as fixed price discounts and protection against price rises.  That understanding was critical, both to Office Depot's marketing of the USC contract and to the ability of government entities to adopt that contract without competitive bidding.  What Office Depot's government purchasers did not know, however, is that Office Depot knowingly did not abide by those key promises.

5.      Since being awarded the USC contract, Office Depot has negotiated separate contracts with public entities outside U.S. Communities at prices lower than those in the USC contract.  Office Depot was required to incorporate those favorable prices into the USC contract immediately.  Office Depot failed to incorporate the lower prices, however, because it wanted to win new business with competitive pricing without giving up the extra revenue it was receiving from the USC contract's higher prices.

6.      Office Depot also overcharged public entities under the USC contract by marketing an alternative pricing model under the contract to the entities, without revealing to them that it knew the model was more expensive than the USC contract's original pricing model, and by sometimes switching entities to the unfavorable model without the entities' complete knowledge or consent.

7.      Office Depot further overcharged public entities by overstating its costs for certain items, which allowed it to charge the entities its minimum "floor" price for those items, when it fact it should have charged the entities its normal fixed discount price.  To overstate the cost of an item, Office Depot both padded its invoiced cost from the manufacturer with other costs, and failed to factor in any manufacturer rebates it had received for the item.

8.      Next, Office Depot increased its list prices in violation of the USC contract.  The USC contract restricts Office Depot to raising its prices only twice a year.  Moreover, it sets many prices based on the manufacturer's (not Office Depot's) "list" price.  Office Depot, however, knowingly increased its prices more than twice a year by manipulating the list price of its private-label brand products for which it was the manufacturer and thus controlled the list price.  Office

*QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 17

1   Depot's prices for various private-label brand items sometimes increased daily on its website for

2   USC contract customers.  Moreover, Office Depot worked to replace items sold under third party

3   brands, whose list prices it could not manipulate, with its private-label brand items, whose list

4   prices it could increase, and on more than two occasions annually.

5          9.      Finally, Office Depot improperly discontinued items on the USC contract's heavily

6   discounted "core" list, knowing that public entities would now order the same items at the

7   contract's more expensive discounted wholesale price.

8         10.     Through each of these fraudulent schemes, described in detail below, Office Depot

9   overcharged public entities throughout California, including without limitation Real Parties, by

10   millions of dollars.

11   **II.     PARTIES**

12         11.     *Qui Tam* Plaintiff David Sherwin ("Relator") is a resident of Florida.  Relator was

13   employed by Office Depot as an Account Manager III in its Business Solutions Division ("BSD")

14   from 1996 to April 11, 2008.  As an Office Depot Account Manager III, Relator personally

15   handled the accounts for numerous school boards and city and county agencies.

16         12.     The real parties in interest are the State of California and all other political

17   subdivisions within the State of California that purchased goods and services from Office Depot

18   pursuant to Office Depot's contract with the U.S. Communities, including without limitation

19   Contra Costa County, Fresno County, Inyo County, Lassen County, Los Angeles County, Santa

20   Clara County, and Yuba County; the cities of Arcadia, Azusa, Benicia, Carmel, Claremont,

21   Clearlake, Colton, Corona, Cupertino, Davis, Downey, El Monte, Fairfax, Fontana, Indian Wells,

22   Lakewood, LaQuinta, Livermore, Lodi, Long Beach, Los Angeles, Martinez, Maywood, Ontario,

23   Palm Desert, Petaluma, Pico Rivera, Pomona, Porterville, Rohnert Park, Roseville, Salinas, San

24   Bernardino, Santa Fe Springs, Santa Maria, Santee, Shafter, Signal Hill, South Gate, Tracy,

25   Vallejo, West Covina, and Woodland; and school districts and regional agencies such as

26   Allensworth Elementary School, Alpaugh Unified School District, Azusa Unified School District,

27   Baldwin Park Unified School District, Benicia Unified School District, Berkeley Unified School

28   District, Chico Unified School District, Culter-Orosi Joint Unified School District, Delhi Unified

{00039592; 1}   *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 18

School District, El Centro Elementary School District, Exeter Union High School District, Exeter Union School District, Fairfield Suison Unified School District, Farmersville Unified School District, Galt Joint Union Elementary School District, Hilmar Unified School District, Kings River Union Elementary School District, Lake Tahoe Unified School District, Lakeport Unified School District, LeGrand Union Elementary School District, Lincoln Unified School District, Los Banos Unified School District, Martinez Unified School District, Mendota Unified School District, Menifee Union School District, Merced County Office of Education, Merced Union High School District, Milpitas Unified School District, Monrovia Unified School District, Montebello Unified School District, Murrieta Valley Unified School District, New Hope Elementary School District, Oak Valley Union Elementary, Oakland Unified School District, Orcutt Union School District, Orinda Unified School District, Pasadena Unified School District, Pleasant View Elementary School District, Pleasanton Unified School District, Rowland Unified School District, Saddleback Valley Unified School District, San Carlos School District, San Diego County Superintendent of Schools, San Diego Unified School District, San Francisco Unified School District, San Joaquin County Office of Education, San Ramon Valley Unified School District, South San Francisco Unified School District, Stanislaus County Office of Education, Strathmore Union Elementary, Summerville School District, Sundale Elementary School District, Sunnyside Union Elementary School District, Temecula Valley Unified School District, Terra Bella Union Elementary School District, Tulare City Elementary, Tulare County Office Of Education, Tulare Joint Union High, Vallejo City Unified School District, Visalia Unified School District, Walnut Creek and Weaver Union School District.  Relator brings this suit on behalf of all of the above-named California participants in the USC contract and all other California political subdivisions and government entities who purchased supplies from Office Depot under the USC contract.

13.     Defendant Office Depot is a Delaware corporation with headquarters at 6600 North Military Trail, Boca Raton, Florida 33496.  Office Depot is a national supplier of office products and services.  It has two business segments in North America: the Retail Division and BSD.  BSD sells both nationally-branded and private-label office supplies, including general supplies such as pens and pencils, as well as paper, technology products, and office furniture.  Its sells these

1    products directly to customers through catalogs and the Internet, as well as by entering into supply

2    contracts with large and medium-sized customers.  BSD's contract customers include state and

3    local public entities.  From 1995 to 2011, BSD conducted business with many of these public

4    entities, including Real Parties, pursuant to the USC contract, which was its single largest contract.

5    **III.    JURISDICTION AND VENUE**

6            14.     This Court has personal jurisdiction over Defendant because it conducts business in

7    the State of California and sells office products to various California agencies and political

8    subdivisions.

9            15.     Venue is proper in this county in accordance with sections 395 and 395.5 of the

10   California Code of Civil Procedure because Defendant entered into and/or performed the contracts

11   at issue in this case in Los Angeles County.

12           16.     Relator is an original source of the allegations in this Complaint pursuant to section

13   12652(d)(3)(A) of the California Government Code, as he has direct and independent knowledge

14   of the information on which the allegations are based and voluntarily provided the information to

15   the California Attorney General, other California state agencies, and California political

16   subdivisions prior to filing this action.

17   **IV.    THE U.S. COMMUNITIES CONTRACT**

18           17.     U.S. Communities is a nonprofit instrumentality of government designed to assist

19   government agencies and educational institutions in making purchases of products and services.  It

20   is headquartered in Walnut Creek, California.  Its Advisory Board is made up of purchasing

21   officials from various local government agencies across the United States.  The founding co-

22   sponsors of U.S. Communities are the National Association of Counties, National League of

23   Cities, Association of School Business Officials International, the United States Conference of

24   Mayors and the National Institute of Governmental Purchasing.

25           18.     All U.S. Communities contracts are competitively solicited by a lead public entity.

26   The lead public entity negotiates the terms of the contract on behalf of all other U.S. Communities

27   members, pursuant to state joint powers agreements.  *See, e.g.*, Cal. Gov't Code §§ 6500, 6502

28   ("[Two or more public agencies by agreement may jointly exercise any power common to the

{00039592; 1}          *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 20

contracting parties."). These members include more than 31,000 public entities throughout the United States, who use various U.S. Communities contracts and suppliers to procure over a billion dollars annually in goods and services.

19.    One of the contracts that U.S. Communities offers to its members is the USC contract. U.S. Communities members order approximately $700 million worth of materials each year under the USC contract, making it easily the largest individual office supplies contract in the country.

20.    Hundreds of California governmental entities, such as cities, counties, and school districts, have purchased office and stationary supplies and products from Office Depot pursuant to the USC contract. These governmental entities include, without limitation, the real parties in interest. In total, Office Depot earned approximately $122 million in annual revenue from the USC contract in California.

21.    At all relevant times, L.A. County served as the lead public entity that solicited and executed the USC contract with Office Depot on behalf of U.S. Communities. L.A. County awarded the initial USC contract to Office Depot in 1995. L.A. County again awarded the USC contract to Office Depot in 2001 pursuant to Master Agreement No. 41421, which expired on January 1, 2006. In 2005, L.A. County awarded Office Depot the USC Contract pursuant to Master Agreement No. 42595, effective January 2006. Master Agreement No. 42595 expired on January 1, 2011 and was not renewed.

**A.    U.S. Communities Master Agreement No. 41421**

22.    On March 5, 2001, L.A. County entered into Master Agreement No. 41421 for Office and Stationary Supplies and Products ("2001 Contract") with Office Depot, on behalf of U.S. Communities. *See* Exhibit 1, incorporated herein. The term of the 2001 Contract was three years, with an expiration date of March 4, 2004, with a provision granting L.A. County the right to extend the contract in one-year increments. *See* Exhibit 1, at ¶¶3.1.1, 5.2. L.A. County exercised those rights, extending the 2001 Contract through January 1, 2006.

23.    The 2001 Contract contains a "Participating Municipalities" clause that designated the California Statewide Communities Development Authority as the public agency to provide

EXHIBIT A
PAGE 21

administrative services related to purchases by the other California governmental entities under the contract.  Exhibit 1, at ¶36.0.  The agreement gave L.A. County, "[a]t [its] sole discretion and option," the right to "inform other [California governmental] entities that they may acquire items listed in this Agreement . . . [and that] [s]uch acquisition(s) shall be at the prices stated herein, and shall be subject to [Office Depot's] acceptance."  *Id.*

24.     The basic pricing structure of the 2001 Contract was for Office Depot to provide L.A. County and U.S. Communities members with discounts off its published list price for items identified under the Contract as "non-core" products, and with negotiated, fixed prices for items identified as "core" products.  *See* Exhibit 1, at ¶6.2.1 ("Vendor agrees for the period of this Agreement that prices for products covered herein [w]ill be based on a Minimum Trade Discount from current published price list, [e]xcept for those identified . . . as Core Products.").

25.     The 2001 Contract's Base Agreement, covering all pricing schedules, provides that "Price changes will be allowed only on a semi-annual basis on January 1st and July 1st of each contracting year."  Exhibit 1, at ¶6.2.1.  Moreover, it states that Office Depot "shall advise" L.A. County "in writing of any [p]roposed price increases or manufacturer's discount structure changes."  Exhibit 1, at ¶6.2.2.

26.     There are two pricing schedules to the 2001 Contract: one specific to L.A. County, and one for all other U.S. Communities members.  *See* Exhibit 1, at Ex. A (L.A. County) & B (U.S. Communities).

27.     The L.A. County pricing schedule provides for fixed prices for items listed as "core" products, and for fixed percentage discounts off Office Depot's catalog prices, with a 15% gross profit ("GP") floor, for "non-core" products:

> All in-stock items shown in the Office Depot Business Services Division Office Products (BSD) and Frequently Ordered Products (MFOI) Catalog shall be priced at the following discounts from the Manufacturer's list price or at the net prices referenced in Attachments A (Core Products).  Items priced at a discount from manufacturer's list price include a 15% minimum gross profit percentage floor.

Exhibit 1, at Ex. A.  The discounts from the Manufacturer's list price for non-core products were set forth in the contract as follows:

| Item Category | Discount from BSD Office Products Catalog Price | Discount from Frequently Ordered Products Catalog Price |
|---|---|---|
| General Office and Stationary Supplies | 45% | 63% |
| Electronic Equipment | 45% | 63% |
| Core Products (Attachment A) | Fixed Prices as Indicated | |

Exhibit 1, at Ex. A.  Excluded from the pricing schedule were computer, fax and copy paper; computers and peripherals; cameras, film and accessories; copiers; janitorial equipment; food items; refrigerators; audio-visual equipment; and purchase and rental of furniture and equipment.

28.     The U.S. Communities pricing schedule similarly provides for fixed pricing for core products and for fixed percentage discounts off Office Depot's catalog pricing for non-core products.  Exhibit 1, at Ex. B.  The price discounts and GP floor are identical to L.A. County's pricing schedule: 45% off the BSD Office Products catalog price or 63% off the Frequently Ordered Products ("MFOI") catalog price, subject in each case to a 15% GP floor.  *Id.*  The non-core item categories in the pricing schedule are general office and stationary supplies; electronic equipment; school supplies; computer equipment and supplies; and furniture.  *Id.*  The core products and their negotiated prices are listed in attachments to the pricing schedule.  *Id.*

29.     The 2001 Contract contains volume discounts (up to 1.5% of total sales volume) and electronic order transaction discounts (up to 1% of total sales volume).  Exhibit 1, at Ex. E.

30.     Office Depot agreed to extend its lowest prices for public entities to L.A. County and participating U.S. Communities members.  The 2001 Contract contains a "Most Favored Public Entity" clause, which in full provides:

> VENDOR represents that the price charged to COUNTY in this Agreement do [sic] not exceed existing selling prices to other customers for the same or substantially similar items or services for comparable quantities under similar terms and conditions.  If VENDOR'S prices decline, or should VENDOR, at any time during the term of this Master Agreement, provide the same goods or services under similar quantity and delivery conditions to the State of California or any county, municipality or district of the State at

EXHIBIT A
PAGE 23

prices below those set forth in this Master Agreement, then such lower prices shall be immediately extended to COUNTY.

Exhibit 1, at ¶23.0.

31.     Tellingly, during negotiations Office Depot proposed an exception to the Most Favored Public Entity clause that would have limited the clause to Office Depot's lowest terms for comparably-sized customers excluding governmental agencies. *See* Exhibit 1, at Ex. E. L.A. County rejected this exception, and it did not become part of the 2001 Contract. *Id.*

**B.     U.S. Communities Master Agreement No. 42595**

32.     On November 8, 2005, L.A. County issued Master Agreement No. 42595 for Office and Stationary Supplies and Products to Office Depot on behalf of U.S. Communities, and the contract became effective on January 2, 2006 ("2006 Contract"). *See* Exhibit 2, incorporated herein. The 2006 Contract expired on January 1, 2010 with a provision for two one-year extensions. *See* Exhibit 2, at ¶5.2.1. L.A. County exercised the first extension (until January 1, 2011) but declined to exercise the second extension, instead re-bidding the contract in 2010. L.A. County did not award the new contract to Office Depot.

33.     The 2006 Contract designates U.S. Communities as "the agency to provide administrative services related to purchases by other governmental entities . . . under this Agreement." *Id.* at ¶36.0. The right of U.S. Communities members to acquire items under the 2006 Contract is subject to Office Depot's entering into an administrative agreement with U.S. Communities. *Id.*

34.     Office Depot agreed to offer L.A. County and all participating U.S. Communities members its lowest prices offered to governmental entities within California. The cover page to the 2006 Contract contains a best price guarantee, which provides in full:

PRICE GUARANTEE: Unless otherwise provided herein, prices are maximum for the period of this agreement. In the event of a price decline, or, should you at any time during the life of this agreement sell the same material or service under similar quantity and deliver conditions to the State of California, or legal district thereof, or to any county or Municipality within the State of California at prices below those stated herein, you will immediately extend such lower prices to L.A. County.

Exhibit 2.

{00039592; 1}

*QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 24

35.     In addition, the 2006 Contract contains the same "Most Favored Public Entity" clause found in the 2001 Contract.  Exhibit 2, at ¶23.0.

36.     In addition to these California provisions, Office Depot signed nationwide "Supplier Commitments" as part of its administrative agreement with U.S. Communities.  The Supplier Commitments were signed by BSD Vice President for Government and Education Robert Cetina, the same Office Depot executive who signed Master Agreements No. 41421 and 42595.  As a condition of its continued partnership with U.S. Communities, Office Depot signed a "Pricing Commitment" that its

> U.S. Communities pricing is the lowest available pricing (net to buyer) to state and local public agencies nationwide and a further commitment that, if a state or local public agency is otherwise eligible for lower pricing through a federal, state, regional or local contract, the supplier will match the pricing under U.S. Communities.

Exhibit 3, incorporated herein, at 2.  In affirming the Supplier Commitments, Office Depot acknowledged that they are "the foundation of the relationship between U.S. Communities and its suppliers."  *Id.*  Additionally, Office Depot agreed to U.S. Communities' "Public Agency Solicitation Response Guidelines," confirming that it would respond to any bid or RFP from a public agency (outside the USC contract) by offering pricing that was either higher or the same as its USC contract pricing.  Office Depot affirmed that "[i]f competitive conditions require[] pricing lower than the standard U.S. Communities contract pricing, the supplier can submit lower pricing *through the U.S. Communities contract.*  If successful the sales would be reported under U.S. Communities."  Exhibit 3, at 5 (emphasis added).

37.     The 2006 Contract contains five pricing schedules.  The first two schedules appear at Exhibits A and A-1 to the agreement, and are known within Office Depot as "Option 1."  In general, under Option 1, items identified as "core products" received fixed pricing, while most items identified as "non-core products" were priced at a 45% discount from Office Depot's supplier catalog with a 15% gross profit ("GP") floor, or at a 10% discount from Office Depot's wholesale catalog.  Certain "non-core products," such as technology and paper products, were priced at Office Depot's cost plus a gross margin ("GM") percentage.

{00039592; 1}                    *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 25

38.    Option 1 is essentially the same as the pricing schedule in the 2001 Contract.

39.    The third and fourth schedules appear as Exhibits A-3 and A-4 to the agreement, and are known within Office Depot as "Option 2."  Under Option 2's "alternative pricing option," new to the 2006 Contract, core products received fixed pricing while non-core products were priced at 10% less than the price listed on Office Depot's website (this model is known as "Web price less" or "WL").

40.    The 2006 Contract's Base Agreement, covering both Option 1 and Option 2, provides that "Price changes (increases) from price lists will be allowed only on a semi-annual basis on January 1st and July 1st of each contracting year."  Exhibit 2, at ¶6.2.1.  Moreover, it states that Office Depot "shall advise [L.A. County] in writing of any proposed price increases or manufacturer's discount structure changes."  Exhibit 2, at ¶6.2.2.

41.    In March 2006, the 2006 Contract was amended to include a rebate structure giving customers up to a 5% volume rebate.  Exhibit 2, at 41 (Amendment 01).  In May 2006, the rebate structure was amended to offer high-volume customers a choice between the rebate and an increased discount on some or all items.  Exhibit 2, at 40 (Amendment 02).

## V.    OFFICE DEPOT'S MISCONDUCT

42.    From at least 2001 until January 1, 2011, Office Depot knowingly violated its contracts with hundreds of California public entities through a variety of underhanded pricing practices, including without limitation the following:

- Office Depot entered into office supply contracts with public entities outside the USC contract at prices lower than those in the USC contract, and intentionally did not extend those lower prices to Real Parties as was required under the USC contract's "Most Favored Public Entity" provision and Office Depot's "Pricing Commitment" to U.S. Communities.

- Office Depot fraudulently encouraged or surreptitiously caused Real Parties to transfer from Option 1 pricing to Option 2 pricing, despite having determined that Option 2 pricing was 3% to 6% more expensive than Option 1 pricing based on total items purchased.  Office Depot management specifically instructed its account

{00039592; 1}    *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 26

1   managers to shift their governmental customers, including Real Parties, from

2   Option 1 to Option 2 without revealing that Option 2 would be more expensive

3   overall.

4   • Office Depot routinely charged Real Parties the supposed minimum price set by the

5   15% GP floor, rather than the 45% or higher discount from list pricing, by

6   misrepresenting that its cost for the item, and hence the GP floor, was higher than it

7   actually had been.  Thus, Real Parties regularly paid Office Depot at a fraudulently

8   inflated "minimum" price rather than at the appropriate discounted price.

9   • Office Depot intentionally did not apply manufacturer rebates either to its list price

10   or to its cost when calculating the GP floor, thereby causing Real Parties to pay a

11   higher price under both the discounted price and the alternative minimum (GP

12   floor) price.

13   • Office Depot increased its prices at any time, and on more than two occasions

14   annually (sometimes daily), in knowing violation of the USC contract, which

15   limited price changes to two dates each year, January 1 and July 1.

16   • Office Depot overcharged Real Parties by improperly discontinuing core list items

17   so that future orders for those items, which were previously priced at 45% or more

18   off the list price, would now be priced at only 10% discount off the wholesale

19   catalog list price.

20   **A.    Office Depot Knowingly Overcharged Real Parties By Not Offering Them Its Guaranteed "Most Favored Public Entity" Prices**

21   43.    Office Depot defrauded Real Parties by charging Real Parties higher prices than the

22   prices it offered to other governmental entities in California, despite promising in the USC

23   contract, as well as its signed "Pricing Commitment" to U.S. Communities, that it would provide

24   Real Parties with its "Most Favored Public Entity" pricing.  Office Depot knew it was offering

25   other government customers significantly better prices than it was offering Real Parties, but chose

26   not to report those better prices to L.A. County or otherwise extend them to the USC contract,

27   both in knowing violation of its contract.  As a result, Real Parties overpaid Office Depot by

28   millions of dollars for office and classroom supplies.

{00039592; 1}   *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 27

44.     As described above, since at least 2001 the USC contract contained a Most Favored Public Entity clause guaranteeing L.A. County, and by extension Real Parties, Office Depot's best pricing available to any public entity in California (the "MFPE provision"). *See* ¶¶30, 34–35. Since at least 2006, Office Depot also signed a pricing commitment with U.S. Communities that the prices it offered U.S. Communities were its best pricing available to any government entity nationwide. *See* ¶36.

45.     Notwithstanding these promises, Office Depot entered into at least two contracts with California public entities that offered pricing more favorable to that in the USC contract. At the time of the two contracts, Office Depot had determined that it could not win a competitive bid from a public entity with the prices in the USC contract, which was one of Office Depot's most profitable government contracts. Office Depot, therefore, bid for the two contracts at prices substantially lower than those in the USC contract. In both cases, Office Depot was the low bidder and received the contract. At the time it entered into the contracts, Office Depot knew it was obligated to extend the new contracts' lower prices to the USC contract. In both cases, however, Office Depot knowingly failed to incorporate the lower prices into the USC contract. The company thus had it both ways—it won new business from public entities not participating in U.S. Communities, while also maintaining its high margins on the USC contract, which was by far its largest contract.

### 1.     Office Depot's Contract with the City and County of San Francisco

46.     In August 2004, the City and County of San Francisco, California ("San Francisco") issued Contract Proposal No. 96703 for office supplies and related services. The term of the proposed contract was November 1, 2004 to April 30, 2007. The contract proposal included a bid sheet consisting of two sections. Section A covered "contract items" whose historical usage represented 55% of the San Francisco's total. The bid sheet called out each item by manufacturer number and sought the bidder's fixed price for that item (or an alternative) for the contract term. Section B covered "non-contract" items, which the bid sheet defined as "all items not represented in Section A or 45% of total spend." Section B called for non-contract items to be priced at discount percentages. It stated that:

{00039592; 1}     *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 28

A Gross Margin "floor," as defined as a minimum gross margin on the item after discount applied, will only be accepted as a minimum gross margin on the item after application of discount off list. Any vendor either imposing a "floor" above cost after submittal will automatically disqualify the vendor from an award or accordingly be subject to immediate termination of the contract.

47.     The Section B bid sheet identified sixteen categories with a total list price of $4,181,135 based on San Francisco's 2003 off-contract purchases. The bid sheet sought the bidder's discount percentage off the stated manufacturer's list price for each category.

48.     Office Depot submitted a bid to San Francisco, including completed Section A and B bid sheets. *See* Exhibit 4, incorporated herein (Office Depot's bid and San Francisco's contract acceptance); Exhibit 5, incorporated herein (Section A and B bid sheets). San Francisco accepted Office Depot's bid on January 5, 2005. *See id.*

49.     Under its contract with San Francisco, Office Depot agreed to fixed prices for the items on San Francisco's contract list (Section A). *See* Exhibit 5. For most non-contract items (Section B), Office Depot offered discounts of 70-72% of the manufacturer's list price. *See id.* For non-contract art supplies and office furniture, these discounts were 45-50% of the manufacturer's list price. *See id.*

50.     Office Depot's contract with San Francisco did not employ gross profit or gross margin floors. On November 23, 2004, while San Francisco was evaluating Office Depot's bid, Office Depot Regional Sales Director Patrick Welch clarified to San Francisco's Assistant Director of Purchasing that "Relative to your questions concerning the use of gross margin floors in our price offering, I reiterate that Office Depot has not utilized gross margin floors in our price offering."

### 2.     Office Depot's Contract with the City of Berkeley

51.     In approximately June 2006, Office Depot responded to a request for proposals from the City of Berkeley, California ("Berkeley") with a bid for the procurement of office supplies. *See* Exhibit 6, incorporated herein. Similar to the USC and San Francisco contracts, Office Depot's bid priced core and non-core items differently. Core items received fixed pricing. Non-core items, meanwhile, were to receive "an overall 55% mixed discount structure from our

{00039592; 1}     *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 29

current BSD catalog's Manufacturer's Suggested List Price." *See id.*  In a signed letter from Office Depot Account Manager Earl Ante to Berkeley's Finance/Purchasing Department, Office Depot specified that its mixed discount structure calculated the discounts "on the average blended discount of manufacturers list price," whereby "[s]ome items within the [non-core] categories may reflect a higher than 55% discount while other items may be less." *Id.*  Office Depot provided Berkeley with the particular line-item discounts it would provide for non-core items.

52.     The non-core item categories subject to average blended discount pricing were: art & drafting; binders; calendars & organizers; desk supplies & office essentials; filing needs; forms, recordkeeping & references; mailing, packing & labeling; supplies; office furniture; paper, pads & rolls; PCF [processed chlorine-free] paper; pens, pencils & correction; janitorial, breakroom facility; specials; and toner, ink & ribbons.

53.     Office Depot also offered Berkeley a 1% rebate on orders placed through its website.

54.     Berkeley accepted Office Depot's bid in approximately July 2006, with the contract to run from 2007 to 2009.

**3.     Office Depot's Contracts with San Francisco and Berkeley Gave Them Lower Prices than the U.S. Communities Members**

55.     Office Depot offered San Francisco and Berkeley substantially lower prices than it offered to L.A. County and U.S. Communities.  Under the USC contract and its commitments to U.S. Communities, Office Depot was required to immediately extend those favorable prices to L.A. County and U.S. Communities.  Office Depot knowingly failed to do so.  Consequently, Office Depot defrauded Real Parties by the difference between the lower prices it charged to San Francisco or Berkeley and the higher prices it charged to Real Parties for the same or equivalent items.

56.     As described above, the USC contract generally calls for a 45% discount, with a 15% GP floor, for non-core items.  San Francisco, meanwhile, received "non-contract" item discounts of 45% minimum, with most products discounted at 70-72%, and no GP floor. Berkeley, furthermore, received discounts on non-core items at an average blended rate of 55%, also with no GP floor.  To the extent that products on L.A. County's non-core item list overlap

with those on San Francisco's or Berkeley's non-core/non-contract lists, therefore, L.A. County's lower discount rate establishes that Real Parties were overcharged for those items.

57.     That the non-core/non-contract items in the USC, San Francisco, and Berkeley contracts substantially overlap, and that Real Parties were vastly overcharged, is shown by purchasing records from the City of Los Angeles, California ("Los Angeles"), a representative USC contract participant.  These records document thousands of purchase transactions made by Los Angeles under its contract with Office Depot.  The following are representative transactions showing how Office Depot overcharged Los Angeles, and by extension Real Parties, relative to San Francisco and Berkeley.

### a.     Toner Items

58.     The USC, San Francisco, and Berkeley contracts all include toner products among their non-core/non-contract items.  "Option 1" of the USC contract prices "toner items" at 45% off the manufacturer's list price with a 15% GP floor or at 10% off Office Depot's wholesale catalog. Office Depot's contract with San Francisco prices "toner, ink & ribbons" at 71% off the manufacturer's list price.  Office Depot's contract with Berkeley prices "toner, ink & ribbons" at the 55% average blended discount.  Office Depot sales records for Los Angeles show the price differences from these discounts:

| Date | Product Description | Quantity Sold | List Price | L.A. Sell Price | S.F. Core Item or Discount | S.F. Price Difference | Berkeley Core Item or 55% Discount | Berkeley Price Difference |
|------|--------------------|:-------------:|:----------:|:---------------:|:--------------------------:|:---------------------:|:----------------------------------:|:-------------------------:|
| Oct-08 | CRTDG,LSR,F/4700,BK | 86 | $260.40 | $169.22 | $75.52 | **55%** | $117.18 | **31%** |
| Nov-08 | TONER,HP CC364X,BLACK | 45 | $402.91 | $261.84 | $116.84 | **55%** | $181.31 | **31%** |
| Mar-09 | CARTRIDGE,HP,LJ,4250/4350 | 108 | $216.76 | $141.40 | $62.86 | **56%** | $100.00 | **29%** |

59.     For the above three items, therefore, Office Depot charged Los Angeles at its supposed 15% GP floor—its ostensible minimum price—when its price for the same items under the San Francisco and Berkeley contracts were below that amount.

{00039592; 1}                  *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 31

### b.  Paper Products

60.     Office Depot also overcharged Los Angeles for paper products under the USC contract, even though it was not supposed to sell those products to Los Angeles under the particular terms of that city's contract.  The USC contract prices paper at cost plus 17% GM from the manufacturer's catalog, cost plus 25% from Office Depot's wholesale catalog, or cost plus 17% GM from Office Depot's frequently-ordered products ("MFOI") catalog.  By contrast, Office Depot's contract with San Francisco prices paper products at 72% off the manufacturer's list price, while Berkeley prices paper products at its 55% average blended discount.  Applying those terms to Los Angeles's purchasing records shows the following:

| Date | Product Description | Quantity Sold | List Price | L.A. Sell Price | S.F. Core Item or Discount | S.F. Price Difference | Berkeley Core Item or 55% Discount | Berkeley Price Difference |
|---|---|---|---|---|---|---|---|---|
| Sep-08 | NOTE,OD,3 X 3 ,18/PK,YEL | 37 | $19.99 | $17.99 | $5.60 | **69%** | $9.00 | **50%** |
| Nov-08 | NOTE,OD,3 X 3 ,18/PK,YEL | 37 | $19.99 | $17.99 | $5.60 | **69%** | $9.00 | **50%** |
| Nov-08 | NOTE,OD,1.5 X2 ,12PK,YELL | 81 | $7.16 | $6.44 | $2.00 | **69%** | $3.22 | **50%** |
| Mar-09 | NOTE,OD,3 X 3 ,18/PK,YEL | 35 | $22.39 | $20.15 | $6.27 | **69%** | $10.08 | **50%** |
| Mar-09 | PAD,NTE,POST 3 X5 ,12/PK | 26 | $29.76 | $26.78 | $8.33 | **69%** | $13.39 | **50%** |

61.     Consequently, Office Depot charged Los Angeles (and other parties to the USC contract) substantially more for paper products than it charged San Francisco and Berkeley.

### c.  Technology

62.     Technology products are non-core/non-contract items under the USC, San Francisco, and Berkeley contracts.  Option 1 of the USC contract prices "technology products" at Office Depot's cost plus a 13% GM from the manufacturer's list price, or alternately at cost plus a 22% GM from the wholesale catalog.  For MFOI catalog (*i.e.*, frequently ordered) items, the price was Office Depot's cost plus a 13% GM.  Meanwhile, Office Depot offered "technology" products to San Francisco at 71% off the manufacturer's list price, and to Berkeley at its 55% average blended discount.  Those discounts, applied to Office Depot's sales records to Los Angeles, show that Los Angeles, as well as the other Real Parties, were overcharged by up to 69 percent:

- 18 -

| Date | Product Description | Quantity Sold | List Price | L.A. Sell Price | S.F. Core Item or Discount | S.F. Price Difference | Berkeley Core Item or 55% Discount | Berkeley Price Difference |
|---|---|---|---|---|---|---|---|---|
| Jul-08 | DRIVE,USB,2GB,ATIVA | 58 | $49.99 | $44.99 | $14.50 | 68% | $22.50 | 50% |
| Aug-08 | DRIVE,FLASH,4GB,ATIVA,BLU | 12 | $79.99 | $71.99 | $23.20 | 68% | $36.00 | 50% |
| Sep-08 | HEADSET,WIRELESS,BLUETOOT | 110 | $79.99 | $53.99 | $23.20 | 57% | $36.00 | 33% |
| Nov-08 | CD-R,OD,52X,50-PK,SPINDLE | 37 | $24.99 | $22.49 | $7.25 | 68% | $11.25 | 50% |
| Jan-09 | PDA,WIRELESS,PALM TUNGSTE | 3 | $299.99 | $284.99 | $87.00 | 69% | $135.00 | 53% |

### d.    General Supplies

63.    The USC, San Francisco, and Berkeley contracts each include general supplies among their non-core/non-contract items.  "Option 1" of the USC contract prices "general office supplies" at 45% off the manufacturer's list price with a 15% GP floor, at 10% off Office Depot's wholesale catalog, and at 70% off the manufacturer's list price with a 15% GP floor for items ordered from the MFOI catalog.  Office Depot's contract with San Francisco lacks a separate category for "general supplies," but prices corresponding items, such as binders, calendars, labels, and pens and pencils, at either 70% or 71% off the manufacturer's list price.  Berkeley, meanwhile, prices such general supplies at the 55% average blended discount.  Office Depot sales records for Los Angeles show that Los Angeles and Real Parties were substantially overcharged for general supplies:

| Date | Product Description | Quantity Sold | List Price | L.A. Sell Price | S.F. Core Item or Discount | S.F. Price Difference | Berkeley Core Item or 55% Discount | Berkeley Price Difference |
|---|---|---|---|---|---|---|---|---|
| | **PLANNERS/CALENDARS** | | | | | | | |
| Oct-08 | PLNR,WIREBD,MTHLY,9X11,BL | 628 | $16.89 | $9.29 | $5.64 | 39% | $7.60 | 18% |
| Oct-08 | CALENDAR,OD,DSKPD,RY,22X1 | 419 | $3.59 | $2.56 | $1.08 | 58% | $1.62 | 37% |
| Oct-08 | WALL,MTHLY,20X30,W/CR | 145 | $24.49 | $13.47 | $7.35 | 45% | $11.02 | 18% |
| Oct-08 | PLANNER,DAILY,ECO-LOGIX,G | 145 | $18.29 | $10.06 | $5.49 | 45% | $8.23 | 18% |
| Oct-08 | PLNR,WB,WKLY,81/4X107/8,B | 121 | $21.49 | $11.82 | $7.26 | 39% | $9.67 | 18% |
| Oct-08 | CALENDAR,WALL 3MOS,151/2X | 140 | $18.19 | $10.00 | $5.46 | 45% | $8.19 | 18% |
| | **BINDERS** | | | | | | | |
| Aug-08 | BINDER,OD,DR,3 ,WHITE | 179 | $18.44 | $10.14 | $5.53 | 45% | $8.30 | 18% |
| Jan-09 | BINDER,D-RING,2 ,RED | 60 | $9.66 | $8.69 | $2.90 | 67% | $4.35 | 50% |

- 19 -

*QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 33

LABELS

| Date | Product | | | | | | |
|---|---|---|---|---|---|---|---|
| Jul-08 | LABEL,LSR,ADDR,WHT,3000CT | 53 | $43.26 | $18.54 | $14.97 | **19%** | $7.35 | **60%** |
| Oct-08 | LABEL,LSR,ADDR,WHT,3000CT | 65 | $43.26 | $18.54 | $14.97 | **19%** | $7.35 | **60%** |
| Mar-09 | LABEL,LSR,ADDR,WHT,3000CT | 48 | $44.56 | $18.54 | $14.97 | **19%** | $7.35 | **60%** |

### e.    Furniture

64.    Furniture products are non-core/non-contract items under the USC, San Francisco, and Berkeley contracts.  Option 1 of the USC contract prices "furniture" at 45% off the manufacturer's list price with a 15% GP floor or at 10% off Office Depot's wholesale catalog.  Office Depot's contract with San Francisco prices "office furniture" at 50% off the manufacturer's list price.  Berkeley prices "office furniture" at the 55% average blended discount.  Office Depot sales records for Los Angeles show the overcharge percentages to Real Parties resulting from these discounts:

| Date | Product Description | Quantity Sold | List Price | L.A. Sell Price | S.F. Core Item or Discount | S.F. Price Difference | Berkeley Core Item or 55% Discount | Berkeley Price Difference |
|---|---|---|---|---|---|---|---|---|
| Jul-08 | CHAIR,GUEST,CAVA,SLED BAS | 24 | $169.00 | $152.10 | $84.50 | **44%** | $76.05 | **50%** |
| Aug-08 | CHAIR,AIR GRID,BACK,FABRI | 42 | $259.99 | $164.00 | $130.00 | **21%** | $117.00 | **29%** |
| Sep-08 | TABLE,RECT,ASPEN,CHERRY | 4 | $298.00 | $268.20 | $149.00 | **44%** | $134.10 | **50%** |
| Oct-08 | TABLE,RECT,ASPEN,LG,CHRY | 5 | $330.00 | $297.00 | $165.00 | **44%** | $148.50 | **50%** |
| Jan-09 | BOOKCASE,10SHLF,48X84,OAK | 2 | $460.00 | $414.00 | $230.00 | **44%** | $207.00 | **50%** |

65.    In total, over a representative nine-month period from July 2008 to March 2009, Office Depot overcharged Los Angeles under the USC contract by approximately $2 million relative to San Francisco, prior to the application of any rebates (over the same time period, Los Angeles's overcharge relative to Berkeley was approximately over $650,000).  These overcharges are representative of the overcharges paid by Los Angeles for the duration of the USC contract, and by other California government entities who purchased goods from Office Depot under the USC contract – the real parties in interest in this suit.  The aggregate difference between the pricing models employed in the San Francisco and Berkeley contracts and the pricing model employed in the USC contract over their common time period results in an overcharge to real parties in excess of several million dollars.

*QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT
{00039592; 1}
EXHIBIT A PAGE 34

66.     Office Depot knew the prices it offered to San Francisco and Berkeley were significantly lower than those it offered to U.S. Communities members.  Under Office Depot's corporate structure, an account manager, district manager, and regional sales director would all have had a role in negotiating the San Francisco and Berkeley contracts.  Authorization to enter into the contracts would come from the Vice President for the Western Region, Pat Welch, who had overall authority over all government pricing within California, with additional oversight by the Western Region manager of Office Depot's public sector business and by Robert Cetina.  Office Depot was organized so that the individuals in each of these positions were also responsible for marketing to and/or managing customers with USC contracts.  Furthermore, because L.A. County was the lead public entity on the USC contract, the same senior Western Region managers who approved the USC contract, including Robert Cetina, were the ones to approve the San Francisco and Berkeley contracts.

67.     From his position as a senior account manager at Office Depot and from his conversations and interactions with other BSD employees, Relator was aware that Office Depot failed to adhere to the MPFE provision from almost the moment it signed the 2001 Contract.  As Office Depot bid on and was awarded contracts subsequent to the 2001 Contract with public entities not participating in the USC contract, Relator became aware that the pricing in nearly all of Office Depot's competitively-bid contracts with public entities was lower than the pricing in the USC contract.  Such contracts included, without limitation, Office Depot's contracts with the States of California, Florida (prior to its adoption of the USC contract), and Georgia, about which Office Depot employees complained to Relator about low margins.  In particular, Relator knew from discussions while at Office Depot that Office Depot's contract with the State of California priced non-core items at a single-digit GP floor, which Office Depot monitored closely because of its thin margins.  At the same time, Office Depot continued to instruct its employees to market the USC contract, with its higher 10% minimum GP floor for non-core items, to public entities as offering its guaranteed best pricing, on account of the MPFE provision.

{00039592; 1}                    *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 35

**B.**      **Office Depot Fraudulently Induced Real Parties to Adopt a New Pricing Model by Concealing the Model's Increased Cost**

68.      As described above, beginning in 2006 Office Depot referred to the USC contract's alternative price structures as "Option 1" and "Option 2."  Under Option 1, non-core products are priced at a 45% discount off the manufacturer's list price reported in Office Depot's catalog with a 15% GP floor, or at a 10% discount from Office Depot's wholesale catalog.  Certain non-core items, such as technology and paper products, are priced at Office Depot's cost plus a GM percentage.  Under Option 2, non-core products are priced at 10% less than the price listed on Office Depot's website.  Office Depot refers to this model as "Web price less" or "WL."

69.      Unlike Option 1 pricing, which is determined by Office Depot's suppliers (with the exception of Office Depot-branded products), Office Depot has complete control over the prices it offers through its website under Option 2, because Option 2 merely discounts 10% from the net price Office Depot offers to its commercial customers.  The company has exploited that pricing freedom to increase its website prices in small increments frequently, sometimes several times a week.

70.      Overall, Option 2 pricing is more expensive for the customer than Option 1 pricing. Based on total items purchased, a customer will spend approximately 4-7% more under Option 2 than under Option 1.  The higher prices correspond to an additional 4-6% margin for Office Depot.

71.      Option 1 pricing was the only pricing option available under the USC contract until January 2, 2006, when Master Agreement No. 49525 became effective.  Office Depot developed Option 2 for Master Agreement No. 49525 supposedly in response to complaints from public entities that, on occasion, the price they paid under the USC contract for an item was higher than Office Depot's retail price.  Office Depot's "protection" against this narrow problem was to link the USC contract price to its commercial website and not supplier catalogs, which guaranteed that prices would not exceed retail.  The true reason for the linkage, however, was that Office Depot now controlled its prices and could (and did) increase those prices across the board, ultimately by 3-6%.  Office Depot knew at the time that the change would increase its profits and public entities' costs.  In other words, Office Depot's "solution" deliberately missed the forest for the trees.

{00039592; 1}                    *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 36

72.     Office Depot's senior management recognized early on that switching customers from Option 1 to Option 2 would increase the company's margins.  These senior managers, including BSD's regional vice presidents and BSD's Vice President for Government and Education Robert Cetina, instructed the company's account managers, including Relator, to shift their customers from Option 1 to Option 2.  Management instructed the account managers to tell their customers that Option 2 was a better deal, when, in fact, the opposite was true.  The instruction to promote Option 2 originated from BSD's Executive Vice President Cindy Campbell or from Office Depot CEO Steve Odland, to whom Ms. Campbell reported.

73.     Relator was responsible for implementing Office Depot's campaign in the State of Florida.  Relator has information and believes that Office Depot management issued the same instructions to the company's account managers responsible for California and Real Parties. Tellingly, a significant number of California public entities, including numerous Real Parties, adopted Option 2 pricing after 2006.

74.     Between February and August 2006, Relator was instructed by two supervisors, John Riley and Jim Olsen, to contact his customers in Florida and advise them to switch from Option 1 to Option 2.  Relator, in accordance with the instructions he had received, contacted the customers and told them that Option 2 was a better deal for them.  His supervisors instructed him to report on customers' reactions to the change, such as complaints about price increases following the switch, as well as to devise ways to minimize customers' knowledge of the consequences of making the change.

75.     For most of 2006, the company refined its effort to switch customers to Option 2, assigning select account managers (including Relator) to promote the change.  In late 2006, once Office Depot understood the full benefits of Option 2, the company's top management issued directives to its nationwide sales force, including those employees responsible for Real Parties, to move customers into Option 2.  The company executives who announced the directives included BSD's regional vice presidents, regional sales directors, and Robert Cetina, who was responsible for the strategy, structure, and process of the USC contract nationwide, as well as BSD Public Sector Director Chris Penny and BSD Public Sector National Accounts Manager Jeffrey

1  Wierenga.  Their communications to the sales force stated plainly that the reason for switching

2  customers was to increase the company's revenue and profits.  From then on, it was a requirement

3  for all Office Depot account managers to induce USC contract customers to switch to Option 2.

4  Account managers who were unable to persuade a customer to switch had to provide their

5  supervisors with a written statement explaining why they had been unsuccessful.  Many regional

6  vice presidents, regional sales directors, and district sales managers tracked and reported

7  compliance within their area of responsibility.

8       76.    Office Depot took steps to conceal from customers the price increases that resulted

9  from switching to Option 2.  The company pushed to convert many customers in the summer of

10  2007, which coincided with the annual release of the company's catalogs.  Office Depot knew that

11  its customers expect prices to change with the release of the annual catalogs.  It cynically timed

12  the transition of many customers to coincide with the catalog release so that the customers would

13  attribute price increases to the new catalog, and not Option 2.

14       77.    During this time, Office Depot supervisors openly acknowledged to account

15  managers, including to Relator, that Option 2 was in fact more expensive than Option 1, and

16  instructed the account managers on how to transition customers without their becoming aware of

17  the major pricing differences, including by timing the switch to coincide with the catalog release.

18  Thereafter, Office Depot continued to switch its customers into Option 2 despite knowing it

19  represented an increased cost, securing those customers' consent by misrepresenting the Option's

20  benefits and drawbacks.

21       78.    Furthermore, Relator has information and on that basis alleges that Office Depot

22  account managers, driven by management's order to increase the customer base using Option 2,

23  even switched some public entities to Option 2 without notifying them of the change or receiving

24  their consent.  Even when Office Depot sought a customer's approval for the change, the account

25  managers failed to disclose that they expected the customer to pay more under the new structure.

26       79.    The damage done to Real Parties by the switch to Option 2 was compounded by

27  Office Depot's practice of churning the prices on its website, as described below in subsection E.

28  Thus, in addition to not divulging the known consequences of adopting Option 2, Office Depot

{00039592; 1}   *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 38

1   failed to inform its customers that it would exploit the website to increase its prices more than

2   twice a year, the maximum frequency that its contract allowed.

3       80.     On information and belief, Office Depot abandoned the Option 2 pricing structure

4   on or about March 30, 2009.

5       **C.    Office Depot Inflated the 15% Gross Profit Floor Charged to Real Parties by Misrepresenting its Costs**

6       81.     Under Master Agreements No. 41421 and No. 42595 (Option 1) Office Depot

7   charged Real Parties for non-core items at the greater of either (a) a set discount off the

8   manufacturer's list price, or (b) Office Depot's minimum "floor" price for the items, which was its

9   cost for the items plus 15% GP.

10      82.     Office Depot's "cost" under the minimum floor price provision was its actual

11  invoiced cost from the manufacturer.  The 15% GP compensated Office Depot for its operational

12  expenses, such as transportation, overhead, and labor costs, plus a profit margin.

13      83.     Office Depot keeps its costs confidential and does not disclose them to customers.

14  As a consequence, public entities have no way to compare the cost on their invoice to the price

15  Office Depot paid the supplier for the item, because Office Depot does not divulge the price it

16  paid.  Thus, whenever Office Depot charges the customer at the GP floor, the customer must trust

17  Office Depot to have reported its cost honestly.

18      84.     Real Parties' trust in Office Depot was misplaced.  Office Depot misrepresented its

19  costs as a matter of course so that its GP floor price consistently exceeded its discounted list price.

20  As a result, Office Depot converted the "minimum" GP floor into a surcharge, added whenever the

21  discounted list price was too low for its liking.

22      85.     For example, if Office Depot pays a manufacturer $1.00 for a binder with a $5.00

23  list price in the manufacturer's catalog, the price for the binder to the customer under the USC

24  contract is $2.75.  The price is first calculated as the manufacturer's list price minus the 45%

25  discount: $5.00 – $2.25 = $2.75.  Office Depot then automatically calculates the GP floor.  Under

26  this scenario, GP would be the $1.00 cost to Office Depot plus a 15% markup, or $1.15.  The

27  $1.15 GP floor is then compared automatically to the $2.75 discounted manufacturer's list price,

28  with the customer paying Office Depot the higher of the two prices, or $2.75.  If, however, Office

{00039592; 1}   *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 39

Depot misrepresents that it paid the manufacturer $3.00 for the binder instead of $1.00, then its GP floor becomes $3.45 ($3.00 x 1.15).  The inflated amount becomes the price charged to the customer, because it exceeds the $2.75 discounted manufacturer's list price.  By overstating its costs, Office Depot receives an extra 70 cents for the binder.

86.     Relator learned that Office Depot was manipulating its GP floors from discussions with senior Office Depot executives responsible for the USC contract nationwide.  For example, Relator had discussions with Jeffrey Wierenga, John Riley, a regional sales director, and Sam Mason, Relator's supervisor.  Wierenga worked under Robert Cetina and had responsibility for marketing the USC contract nationwide.  He and the other executives told Relator that Office Depot did not always use its actual invoiced cost to compute the GP floor, instead padding the GP floor by adding in miscellaneous costs, and that such padding was not a secret among the executives responsible for the USC contract.  As set forth above, the USC contract already compensated Office Depot for its "miscellaneous costs" through the 15% margin added to its invoiced cost.  Thus, the additional costs were improper.  Office Depot added them for a simple reason: to inflate the GP floor until it exceeded the discounted manufacturer's list price, thereby increasing the customer's end price.

87.     Such manipulations increased Real Parties' costs substantially.  Relator has information and on that basis alleges that Office Depot charged Real Parties the GP floor price for far more items than was actually warranted.  Real Parties therefore lost much of the benefit of the fixed discounts L.A. County had negotiated.

**D.     Office Depot Did Not Apply Manufacturer Rebates to its Discounted Manufacturer's List Price or When Calculating its GP Floor Price**

88.     Office Depot receives significant manufacturer rebates that reduce the net price Office Depot pays to its suppliers substantially.  The company negotiates the rebates with manufacturers based on the dollar amount of Office Depot's purchases of their wares.  For large suppliers, Office Depot may bargain for a refund of 15% or more on its purchases.  Manufacturer rebates are negotiated at the highest levels of Office Depot's management, which keeps the rebate percentages confidential.

*QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 40

89.     The USC contract's discount from the manufacturer's list price includes a 15% GP floor.  Calculated fairly, the GP floor represents Office Depot's cost from the manufacturer plus a 15% markup that accounts for Office Depot's invoiced cost and operational expenses.  A rebate from the manufacturer affects Office Depot's cost for the item from the manufacturer, and accordingly must be applied when calculating the GP floor.

90.     Office Depot excluded manufacturer rebates from its calculation of the GP floor.  It therefore charged Real Parties a higher "minimum" price based on costs it did not fully incur.  For example, if Office Depot paid $50.00 for an item with a $100 list price, the price to the customer is set at the GP floor, or $57.50.  If the manufacturer gives Office Depot a 20% rebate on the item, however, Office Depot's cost for the item is only $40.  In that case, the price to the customer is the discounted list price, or $55.  The non-application of the rebate, therefore, costs the customer an extra $2.50.

91.     Office Depot's failure to apply manufacturer rebates when calculating the GP floor was a conscious decision made on a national basis by senior executives in the company's government and education business.  For example, over the course of his employment with Office Depot, Relator spoke with numerous managers, including Robert Cetina, that manufacturer rebates "have nothing to do with anybody but Office Depot."  In other words, Office Depot charged its customers for costs it partly recouped through rebates.

92.     Moreover, Office Depot similarly excluded manufacturer rebates from the discounted manufacturer's list price.  Thus, regardless of whether the company charged the customer under the discounted manufacturer's list price or the GP floor, it excluded its rebates from its pricing calculations.

**E.      Office Depot Increased Its Prices Regularly, In Knowing Violation of the Contract**

93.     The USC contract allowed Office Depot to increase its prices on only two dates each year: January 1 and July 1.  *See* ¶¶25, 40.  If Office Depot in fact increased prices on those dates, it was required to inform L.A. County of the increases.  *Id.*

94.     With complete disregard for these contract terms, Office Depot increased the prices it charged to USC contract customers more than twice a year and without disclosure.

{00039592; 1}                    *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 41

95.     First, Office Depot from the beginning lacked a system for keeping the list prices in its catalogs firm for six-month increments.  Relator witnessed that the company used its global pricing system for the USC contract, the same as for its other contracts.  List prices changed regularly in the global system, as hundreds of suppliers intermittently changed their prices.  The system did not allow Office Depot to change the price of an item in the global system while keeping the original price firm for U.S. Communities members.  Thus, Office Depot contracted to hold its USC contract prices firm but used a system that could not do so.  Office Depot knew its price changes were not in compliance with its contract, but viewed the contract term as burdensome and made no effort to honor it.

96.     Second, Office Depot churned the pricing of its private-label products.  Unlike products from other suppliers, Office Depot sets the list price of its private-label products, including the Office Depot, Foray, and Ativa brands.  Office Depot exploited that freedom by increasing the list price of those products in modest increments repeatedly, sometimes multiple times in a week.  These list price increases were unannounced and intentionally hard for customers to spot.  Though they appeared on Office Depot's website, customers could not uncover the overcharges without comparing new and old invoices, which Office Depot knew its customers rarely did.

97.     Office Depot understood the opportunity its private-label products represented.  By the end of 2007, increasing the sales percentage of private-label products had become a major initiative of the company.  Private-label products often replaced products from other suppliers on the USC contract core item list.  Office Depot benefited from the increased sales of its private-label products through the USC contract because it was steadily increasing the list price of those products.

98.     Lastly, and most egregiously, Office Depot changed various prices it offered through its website under Option 2 (after January 1, 2006) on a daily basis.  Like its self-branded products, Office Depot was able to control the prices it offered through the website because those prices were not linked to the supplier's list price, as explained above.  Office Depot increased the

- 28 -

*QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 42

1  prices it posted on the website routinely, far in excess of its contractual limitation.  The company

2  executed the increases in small increments to reduce their visibility to customers.

3         **F.       Office Depot Overcharged Real Parties For Core List Items**

4         99.       Relator has information and on that basis alleges that Office Depot charged Real

5  Parties 10% off the wholesale catalog price for core list products that were properly priced at 45%

6  of the manufacturer's list price.  The company accomplished this fraud by discontinuing products

7  on the core list.  The wholesale price applied to the discontinued items because Office Depot no

8  longer stocked them in its warehouses, and instead had to order them from wholesalers such as

9  S.P. Richards or United Stationers.  As a result, Office Depot reduced the customer's discount by

10  35% or more while at the same time reducing its operational expenses (because the items shipped

11  directly from the wholesaler to the end customer).  Office Depot discontinued the core list items

12  solely to change the items' pricing, not because the items were discontinued by the manufacturer

13  or otherwise no longer available.

14        100.      Moreover, Office Depot replaced many of the discontinued items on the core list

15  with equivalent products from its private labels, thereby enabling it to control those items' list

16  price.  *See supra*, at ¶ 96.  Thus, the customer overpaid whether it chose to order the discontinued

17  item no longer on the core list, or the substituted private-label item on the core list.

18                              **COUNT I**
                   **Violations of the California False Claims Act**
19                   **Cal. Gov't Code §§ 12651(a)(1) and (a)(2)**

20        101.      Relator realleges and incorporates by reference the allegations made in Paragraphs

21  1 through 100 of this Complaint.

22        102.      This is a claim for treble damages and forfeitures under the California False Claims

23  Act, Cal. Gov't Code §§ 12650 *et seq.*

24        103.      Pursuant to Cal. Gov't Code § 12651(a)(1), through the acts described above,

25  Defendant, its agents, employees and co-conspirators, knowingly presented and caused to be

26  presented to officers and/or employees of the State of California and any political subdivision

27  thereof that made purchases from Defendant under the USC contract, including, without

28  limitation, the California political subdivisions set forth in ¶12 (together with the State of

EXHIBIT A
PAGE 43

1  California, the "Real Parties"), false and fraudulent claims, and knowingly failed to disclose

2  material facts, in order to obtain payment and approval from Real Parties.

3      104.   Pursuant to Cal. Gov't Code § 12651(a)(2), through the acts described above,

4  Defendant, its agents, employees and co-conspirators, knowingly made, used, and caused to be

5  made and used false records and statements, which also omitted material facts, in order to induce

6  Real Parties to approve and pay false and fraudulent claims.

7      105.   Real Parties were unaware of the falsity of the records, statements, and claims

8  made and submitted by Defendant, its agents, employees, and co-conspirators, and as a result

9  thereof, paid money that they otherwise would not have paid, and were deprived of money,

10  property or services, as a result of Defendant's actions.

11      106.   By reason of the payment made by Real Parties as a result of Defendant's fraud,

12  Real Parties have suffered damages in an amount to be determined at trial.

13      107.   Real Parties are entitled to the maximum penalty of $10,000 for each and every

14  false or fraudulent claim made, used, presented or caused to be made used or presented by

15  Defendant.

16                                   **PRAYER**

17      Wherefore, *Qui Tam* Plaintiff David Sherwin prays for judgment against Defendant Office

18  Depot as follows:

19      1.   That the Court enter judgment against Defendant in an amount equal to three times

20  the amount of damages sustained by Real Parties as a result of Defendant's actions in violation of

21  the California False Claims Act, as well as a civil penalty of $10,000 for each violation of Cal.

22  Gov't Code § 12651;

23      2.   That Relator be awarded the maximum amount allowed pursuant to Cal. Gov't.

24  Code § 12652(g);

25      3.   That Relator be awarded all costs of this action, including attorneys' fees and

26  expenses; and

27      4.   Such other relief as the Court deems just and proper.

28

{00039592; 1}                *QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 44

## JURY DEMAND

*Qui Tam* Plaintiff hereby demands a trial by jury on all claims so triable.

Dated: January 18, 2012

PHILLIPS & COHEN LLP

By: _____
Stephen Hasegawa
ERIC R. HAVIAN (State Bar No. 102295)
STEPHEN HASEGAWA (State Bar No. 198472)
EDWARD H. ARENS (State Bar No. 259155)
PHILLIPS & COHEN LLP
131 Steuart Street, Suite 501
San Francisco, CA 94105
ssh@pcsf.com
Tel: (415) 836-9000
Fax: (415) 836-9001

Attorneys for *Qui Tam* Plaintiff David Sherwin.

MARK ALLEN KLEIMAN (State Bar No. 115919)
2907 Stanford Avenue
Venice, California 90292
Tel: (310) 306-8094
Fax: (310) 306-8491

ALTOMEASE R. KENNEDY (*Pro Hac Vice*)
8601 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20901
Tel: (301) 565-5281
Fax: (301) 565-5285

Attorneys for Cities of Pomona, San Bernardino, Lakewood, Santa Fe Springs, Livermore, Porterville, Pico Rivera, and West Covina; School Districts of Azusa, Baldwin Park, Monrovia, and Rowland; and for *Qui Tam* Plaintiff David Sherwin.

{00039592; 1}

*QUI TAM* PLAINTIFF'S FIRST AMENDED COMPLAINT

EXHIBIT A
PAGE 45

# EXHIBIT 1

# PURCHASING AND CONTRACT SERVICES

# MASTER AGREEMENT

# NO. 41421

# BY AND BETWEEN

# COUNTY OF LOS ANGELES

# AND

# OFFICE DEPOT

# FOR

# OFFICE AND STATIONERY SUPPLIES AND PRODUCTS

MASTER AGREEMENT BETWEEN
COUNTY OF LOS ANGELES
AND OFFICE DEPOT

FOR OFFICE AND STATIONERY SUPPLIES AND EQUIPMENT

**TABLE OF CONTENTS**

1.0   PURPOSE…………………………………………………………………… 1
    1.1   Priority of Interpretation…………………………………… 1
    1.2   Entire Master Agreement…………………………………… 1

2.0   DEFINITIONS……………………………………………………………… 2
    2.1   Day(s)……………………………………………………………… 2
    2.2   Eligibility Vendor…………………………………………… 2
    2.3   Fiscal Year……………………………………………………… 2
    2.4   Normal Working Hours…………………………………… 2
    2.5   Master Agreement…………………………………………… 2

3.0   CHANGE NOTICES AND AMENDMENT………………………… 3
    3.1   Master Agreement Changes…………………………… 3

4.0   WORK……………………………………………………………………… 3
    4.1   Non-transferable Responsibilities………………… 3
    4.2   Assignment and Subcontracting…………………… 3
    4.3   Time is of the Essence……………………………………… 3

5.0   TERM OF AGREEMENT……………………………………………… 4
    5.1   Term………………………………………………………………… 4
    5.2   Extension………………………………………………………… 4

6.0   METHOD OF PURCHASE, INVOICING AND PAYMENTS………… 4
    6.1   Purchase Order(s)…………………………………………… 4
    6.2   Pricing and Discounts…………………………………… 4
    6.3   Warranty and Product Compliance………………… 5
    6.4   Invoice and Payment Terms…………………………… 5
    6.5   Product/Equipment Pricing and Maintenance……… 5
    6.6   Independent Contractor Status……………………… 6

7.0   INDEMNIFICATION AND INSURANCE………………………… 6
    7.1   Indemnification……………………………………………… 6
    7.2   Insurance………………………………………………………… 7
    7.3   Liability Insurance………………………………………… 7
    7.4   Failure to Procure Insurance………………………… 8

8.0   RECORDS, DOCUMENTS AND AUDITS………………………… 8
    8.1   Publicity………………………………………………………… 8

9.0   EMPLOYMENT ELIGIBILITY VERIFICATION………………… 9

10.0   CAPTIONS AND PARAGRAPH HEADINGS…………………… 9

EXHIBIT A
PAGE 48

11.0    WAIVER............................................................................................  9

12.0    GOVERNING LAW, JURISDICTION AND VENUE......................................  9

13.0    SEVERABILITY..................................................................................  9

14.0    HIRING POLICIES..............................................................................  10
        14.1    Prohibition of Hiring............................................................  10

15.0    TERMINATION FOR GRATUITIES..........................................................  10

16.0    TERMINATION FOR INSOLVENCY.........................................................  10

17.0    TERMINATION FOR DEFAULT...............................................................  10

18.0    TERMINATION FOR CONVENIENCE........................................................  11

19.0    TERMINATION FOR FAILURE TO OPERATE IN ORDINARY COURSE..........  11

20.0    COUNTY AUDIT SETTLEMENTS...........................................................  11

21.0    CONFLICT OF INTEREST.....................................................................  12

22.0    FORCE MAJEURE..............................................................................  12

23.0    MOST FAVORED PUBLIC ENTITY.........................................................  12

24.0    DAMAGE TO COUNTY FACILITIES, BUILDINGS OR GROUNDS.................  12

25.0    RESTRICTIONS ON LOBBYING.............................................................  13
        25.1    COUNTY Projects.................................................................  13

26.0    NOTICES..........................................................................................  13

27.0    AUTHORIZATION WARRANTY..............................................................  13

28.0    VARIATION OF TERMS........................................................................ 13

29.0    CANCELLATION OF ORDERS...............................................................  14

30.0    NON-EXCLUSIVE AGREEMENT.............................................................  14

31.0    COMPLIANCE WITH APPLICABLE LAW..................................................  14

32.0    FAIR LABOR STANDARDS...................................................................  14

33.0    NONDISCRIMINATION AND AFFIRMATIVE ACTION................................  14

34.0    CONSUMPTION REPORTS/ITEM NUMBERS/RESTRICTED PURCHASES....  15

35.0    ORDERING REQUIREMENTS................................................................  16

36.0    PARTICIPATING MUNICIPALITIES..........................................................  16

AUTHORIZATION OF MASTER AGREEMENT…………………………………………..  19

EXHIBITS

EXHIBIT A -    PRICING AND DISCOUNTS FOR L.A. COUNTY ONLY……………………20

EXHIBIT B -    PRICING AND DISCOUNTS FOR U. S. COMMUNITIES (GPA)…………..21

EXHIBIT C -    VENDOR'S PROPOSAL (Not Attached)……………………………………  22

EXHIBIT D -    COUNTY'S REQUEST FOR PROPOSALS (Not Attached)……………..  23

EXHIBIT E -    VOLUME AND E-COMMERCE DISCOUNTS………………………………  24

EXHIBIT F -     EXCEPTIONS TO TERMS AND CONDITIONS…………………………  25

**MASTER AGREEMENT BETWEEN**
**COUNTY OF LOS ANGELES**
**AND OFFICE DEPOT**
**FOR OFFICE AND STATIONERY SUPPLIES AND EQUIPMENT**

**1.0     PURPOSE**

This Office and Stationary Supplies and Equipment Master Agreement (hereafter "Master Agreement") is made and entered into by and between the County of Los Angeles (hereafter "COUNTY"), and Office Depot (hereafter 'VENDOR").

WHEREAS, COUNTY AND VENDOR agree that VENDOR will offer to provide COUNTY, COUNTY employees and others as more fully described herein with Office and Stationery Supplies and Equipment, hereafter sometimes referred to as the (Product/Equipment").

WHEREAS, VENDOR is in the business of selling and supplying Office and Stationery Supplies and Equipment, and

WHEREAS, VENDOR is willing and able to offer, deliver, service and support the products/equipment it offers to, COUNTY departments/divisions, COUNTY offices/organizations, COUNTY employees, and any other entities as set forth herein (hereafter "Customer(s)").   This document, together with the exhibits identified in Paragraph 1.1 (Priority of Interpretation), defines the scope of this Agreement.

**1.1     Priority of Interpretation**

This document without exhibits is referred to as the "Base Agreement."  The Base Agreement, Exhibit A, is attached to and forms a part of this Master Agreement. Exhibits B, and C, referenced below but not attached, are hereby incorporated herein by reference.  Any reference throughout the Base Agreement and each of its exhibits to the "Master Agreement" shall, unless the context clearly denotes otherwise, denote the Base Agreement with all exhibits hereby incorporated.   In the event of any conflict or inconsistency in the definition or interpretation of any word, responsibility, schedule, or the contents or description of any task, deliverable, service, or other work, or otherwise, between the Base Agreement and the exhibits, or between exhibits, such conflict or inconsistency shall be resolved by giving precedence first to the body of this Master Agreement, and then to the exhibits according to the following priority:
1.      EXHIBIT A  -  PRICING AND DISCOUNTS FOR L.A. COUNTY ONLY
2.      EXHIBIT B  -  PRICING AND DISCOUNTS FOR U. S. COMMUNITIES (GPA)
3.      EXHIBIT C  -  VENDOR'S Proposal (not attached)
4.      EXHIBIT D  -  COUNTY'S Request for Proposals (RFP/not attached)
5.      EXHIBIT E  -  VOLUME AND ELECTRONIC COMMERCE DISCOUNTS
6.       EXHIBIT F  -  VENDOR'S EXCEPTIONS TO TERMS AND CONDITIONS

**1.2     Entire Master Agreement**

This Master Agreement incorporates and supersedes all previous agreements, written and oral, and all prior and contemporaneous communications between the parties, regarding this subject.  COUNTY reserves the right to initiate change to any provision of

EXHIBIT A
PAGE 51

this Master Agreement.  All such changes shall be accomplished only by mutually signed Amendments, as provided under this Paragraph 1.2 No change hereto shall be valid unless in the form of a signed Amendment prepared and approved pursuant to Subparagraph 3.0 (Change Notices and Amendments).

## 2.0   DEFINITIONS

The following terms shall have the following meaning and use herein.  Capitalized terms used in this Master Agreement, not defined in this Paragraph 2.0 shall have the meaning ascribed to them elsewhere in this Master Agreement or in the exhibits.

### 2.1   Day(s)

"Day(s)" means calendar day(s) unless otherwise specified.

### 2.2   Eligible Vendor

"Eligible Vendor" identifies a Vendor whose evidences of insurance, as required by Paragraph 7.0 (Indemnification and Insurance), have all been received by Purchasing and Central Services, as set forth in Section 26.0 (Notices), and are valid and in effect at the time of a given Work Order solicitation under this Master Agreement.

### 2.3   Fiscal Year

"Fiscal Year" means the twelve (12) month period beginning July 1st and ending June 30th.

### 2.4   Normal Working Hours

"Normal Working Hours" means one of the followiing work schedules, according to individuals COUNTY department policy, excluding COUNTY holidays:

A.   "5/40" which is normally eight (8) hours per day Monday through Friday ("Working Days"), with starting and ending times departmentally established;

B.   "9/80", which is a flexibly arranged nine (9) hours on each of eight Working Days in a given two-week period, plus 8 hours arranged, per department policy, on the ninth Working Day; or

C.   "4/40", which is a flexibly arranged ten (10) hours on each of four fixed Working Days each week, with starting and ending times departmentally established.

### 2.5   Master Agreement

"Master Agreement" means COUNTY's standard agreement entitled "Office and Stationery Supplies and Equipment, Master Agreement," as specified in Paragraph 1.1, copies of which are separately executed between COUNTY and individual Qualified Vendors, and which sets forth the terms and conditions for the provision of Office and Stationery Supplies and Equipment, Master Agreement to COUNTY.  COUNTY shall execute Master Agreements with as many vendors as COUNTY deems qualified and appropriate for COUNTY needs.  All Master Agreements shall be undertaken with terms of equal duration as set forth in Paragraph 5.0 (Terms of Agreement).  Undertaking this

EXHIBIT A
PAGE 52

Master Agreement does not grant any right to compensation to VENDOR, or to vendors in the aggregate.

## 3.0   CHANGE NOTICES AND AMENDMENTS

### 3.1   Master Agreement Changes:

3.1.1   For any change which affects the period of performance, payments, or any term condition included in this Master Agreement, a negotiated Amendment to this Master Agreement shall be prepared and executed by COUNTY's Purchasing Agent, or designee and VENDOR''s originally executing Authorized Officials,  or designees.

3.1.2   For any change which does not affect the, period of performance, payments, or any rights or obligations of this Master Agreement, a Change Notice shall be prepared and executed by COUNTY's Purchasing Agent, or designee and VENDOR.

## 4.0   WORK

VENDOR shall fully complete and timely deliver, pursuant to standards, requirements, and schedules either presently incorporated in or to be developed hereunder, all tasks, deliverables, sub-deliverables, goods, services, and other work as set forth herein and elsewhere hereunder.

### 4.1   Non-transferable Responsibilities

No assumption or takeover of any of VENDOR's duties, responsibilities, or obligations, or performance of same by any entity other than VENDOR whether through assignment, subcontract, delegation, merger, buyout, or any other mechanism, with or without consideration, for any reason whatsoever, may occur without COUNTY's express prior written approval.

If any such assumption, takeover, or unauthorized performance does occur without such prior written approval, this Agreement will become void for failure of its essential purpose.   Such act is therefore a material breach of this Agreement, upon which COUNTY may pursue any lawful remedy.

### 4.2   Assignment and Subcontracting

VENDOR shall not assign its rights, delegate its duties or subcontract any performance of our Agreement without the express prior written consent of COUNTY.   Any assignment, delegation or subcontract without such express prior written consent shall be null and void and shall constitute a material breach of this Agreement, upon which COUNTY may immediately terminate the Agreement in accordance with the provisions of paragraph 17.0 (TERMINATION BY DEFAULT).

### 4.3   Time is of the Essence

Time is of the Essence.   If any anticipated or actual delays arise, VENDOR shall immediately so notify COUNTY.   Regardless of notice if deliveries are not made at the time agreed upon, COUNTY may, at its sole discretion, terminate this Agreement and proceed pursuant to Paragraph 17.0 (TERMINATION BY DEFAULT).

EXHIBIT A
PAGE 53

**5.0    TERM OF AGREEMENT**

**5.1    Term**

This Master Agreement shall go into effect upon the date of its execution by COUNTY's Authorized Official, or designee, indicated on the signature page hereof and shall expire at the close of COUNTY business on March 4, 2004, unless sooner terminated, in whole or in part, as provided herein.

**5.2    Extension**

5.2.1    The COUNTY's Purchasing Agent may exercise the option to extend the Master Agreement period for additional twelve (12) month periods as set forth in Paragraph 3.0 (Change Notices and Amendments), of this Master Agreement.

5.2.2    COUNTY shall notify VENDOR of any determination to extend this Ageeement no less than Thirty (30) days prior to the beginning of this relevant option year.

**6.0    METHOD OF PURCHASE, INVOICING AND PAYMENTS**

**6.1    Purchase Order(s)**

6.1.1    COUNTY shall purchase the items listed herein by issuance of a formal purchase order. Such purchase order shall contain the terms and conditions applicable for that purchase. Notwithstanding anything herein to the contrary.  The purchase order, as specifically noted, shall govern and control the applicable purchase.  Preprinted additional or different terms and conditions on the purchase order will be of no force or effect.

6.1.2    VENDOR shall not deliver products and/or goods to COUNTY as loaner equipment or For trial unless and until a "No Charge" purchase order and loan agreement is received by VENDOR from COUNTY's Purchasing and Central Services department.

**6.2    Prices Discounts and Changes**

6.2.1    Vendor agrees for the period of this Agreement that prices for products covered herein Will be based on a Minimum Trade Discount from current published price list, Except for those identified in EXHIBIT "B" as Core Products.  Price changes will be allowed only on a semi-annual basis on January 1st and July 1st of each contracting year.

6.2.2    Vendor shall advise the Los Angeles County Purchasing Department in writing of any Proposed price increases or manufacturer's discount structure changes, identifying Agreement by number, providing a copy of the proposed price list and/or acceptable evidence of change in manufacturers discount structure.  VENDOR will be responsible for furnishing and delivering approved price lists to all County departments and other participating government entities.  It also shall by <u>VENDOR's</u> responsibility to keep COUNTY and participating government entities informed of any other changes. Unless otherwise qualified, revisions shall be effective on the seventh (7) business day after such notification and receipt thereof.   Upward revisions shall be subject to acceptance by COUNTY.

6.2.3    If an increase in price is determined not to be acceptable by COUNTY, VENDOR will be obligated to furnish the ordered products at the previous price(s).

EXHIBIT A
PAGE 54

6.2.4   COUNTY reserves the right to review discount structure at the end of the initial Twelve (12) months of the proposed Agreement and amend same if such is in the best interest of the COUNTY.  A primary consideration will be the then current annual dollar volume as opposed to the original dollar estimate of the Agreement (including volume generated by all participating agencies).

6.2.5   Notwithstanding anything herein to the contrary for thirty (30) days from date of delivery to Customer, should Customer find a lower price, offered in Southern California, for the same product, payment terms, quantity and delivery terms and conditions set forth in the applicable purchase order and this Agreement, VENDOR shall, upon presentation of authentic, (e.g., sales invoice, advertisement(s) proof of such, immediately refund the difference to Customer.  This paragraph shall not apply to special and/or one-time offers, liquidation sales and discounted product(s).  Further, COUNTY contract VENDORS and non-authorized resellers where required by the manufacturers, are excluded.

**6.3   Warranty and Product Compliance**

6.3.1   All equipment provided to COUNTY must be new, unused, and be approved by either U.L., L.A. City Testing Lab, Factory Mutual Corp, or ETL testing labs.  Further, equipment provided to COUNTY shall meet other such standards as the COUNTY may require.

**6.4   Invoices and Payment Terms**

6.4.1   In no event shall the COUNTY be liable for any late fees or charges.

6.4.2   Invoices shall bear upon their face the Purchase Order number which appears in the upper right-hand corner hereof. Invoices must state that they cover, as the case may be, complete or partial delivery, and must show unit and unit prices.  Invoices will not be paid unless and until the requirements have been fully met.  When price shown is a delivered price, all transportation and delivery charges must be prepared in full to destination.

6.4.3   Unless otherwise set forth on the applicable purchase order, payment terms are net thirty (30) days from receipt of a properly prepared and submitted invoice.  Invoices shall only be issued after COUNTY's acceptance of the goods and/or products.  Discounts shall be set forthherein.

**6.5   Product/Equipment Pricing and Maintenance**

6.5.1   VENDOR will be solely responsible for the maintenance of the Agreement and will document all additions, deletion, manufacturers' discontinuance of products/equipment, and all associated variables including pricing revisions.  Any changes, substitutions, additions, deletions and/or pricing revisions must be reviewed and approved by the COUNTY and VENDOR in writing prior to any inclusion to the Agreement.

6.5.2   COUNTY''s Deputy Purchasing Agent will notify VENDOR in writing of formal approval within seven (7) days after VENDOR submittal of any change to the catalog.

6.5.3   Said notification and approval shall be binding upon the COUNTY and VENDOR.  Upon such approval the Agreement shall be deemed to be amended to include such Changes. All documentation and formal approvals and revised copies of the effected Agreement page(s) reflecting current release revisions will be submitted to:

EXHIBIT A
PAGE 55

L.A. COUNTY Purchasing and Central Services
1100 N. Eastern Avenue
Los Angeles, CA  90063
Attn:  Martha Gasca, SR. D.P.A.

6.5.4   COUNTY'S Purchasing Agent will notify VENDOR of acceptance of any and all catalog revisions prior to any purchases.  Notification shall be sent to:

Office Depot
Business Services Division
8870 Greenwood Place
Savage,  MD  20763
Attn:  Kevin Juhring, Director of State & Local Government

6.5.5   Catalog shall have complete descriptions of each item.

**6.6     INDEPENDENT CONTRACTOR STATUS**

6.6.1   This Master Agreement is by and between COUNTY and VENDOR and is not intended, and shall not be construed, to create the relationship of agent, servant, employee, partnership, joint venture, or association, as between COUNTY and VENDOR.  The employees and agents of one party are not the employees or agents of the other party for any purpose whatsoever.

6.6.2   VENDOR understands and agrees that all persons performing work pursuant to this Master Agreement are, for purposes of worker's compensation liability, solely employees of VENDOR and not employees of COUNTY.  VENDOR shall be solely liable and responsible for furnishing any and all workers'  compensation benefits to any person as a result of any injuries arising from or connected with any work performed by or on behalf of VENDOR hereunder.

6.6.3.  The employees and agents of each party, shall while on the premises of the other party, comply with all rules and regulations of the premises, including, but not limited to, security and requirements.

**7.0     INDEMNIFICATION AND INSURANCE**

**7.1     Indemnification**

VENDOR agrees to indemnify, defend and hold harmless COUNTY, COUNTY Special Districts, and Participating Government entities and their elected and appointed officers, employees, and agents, from and against any and all liability and expense, including defense costs and legal fees, arising from or connected with claims and lawsuits connected with VENDOR's operations, goods and/or commodities or services provided hereunder as well as for damage or workers' compensation benefits relating to VENDOR's and its subcontractors operations and services, which result from bodily and/or personal injury, death, or property damage (including physical damage to VENDOR's and its subcontractors' property, or property in the care, custody, or control of VENDOR and/or its subcontractor(s).  This indemnity shall include, but not be limited to claims for or by reason of any actual or alleged infringement of any United States patent or copyright or any actual or alleged trade secret disclosure.

**7.2      Insurance**

Without limiting VENDOR's indemnification of COUNTY, and during the term of this Agreement, VENDOR shall provide and maintain at its own expense the below-described programs of insurance.  Such programs and evidence of insurance shall be satisfactory to COUNTY and shall be primary to and not contributing with any other insurance maintained by COUNTY.  Certificates or other evidence of coverage shall be delivered to:

> L.A. County Internal Services Department
> Purchasing and Central Services
> 1100 N. Eastern Avenue
> Los Angeles, CA  90063
> Attn:  Martha Gasca, Sr. D.P.A.

Prior to commencing performance under this Agreement, <u>shall specifically identify this Agreement,</u> and shall contain the express condition that COUNTY is to be given written notice by certified mail at least thirty (30) days in advance of any modification or termination of insurance.

**7.3      Liability Insurance**

7.3.1   Any and all insurance described below shall be endorsed <u>naming the County of Los Angeles as an additional insured,</u> and shall include:

7.3.2   General liability insurance written on a commercial general liability form or on a comprehensive general liability form covering the hazards of premises/operations, products/completed operations, contractual, broad form property damage, independent contractors, and personal and advertising injury with a combined single limit of not less than One Million Dollars ($1,000,000) per occurrence.

> A.      If written with an annual aggregate limit, the policy limit shall be three times the above required occurrence limit.
> B.      If written on a claims made form, the VENDOR shall provide an extended two (2) year reporting period commencing upon expiration or termination of this Agreement.

7.3.3   Comprehensive auto liability insurance endorsed for all owned, non-owned and hired vehicles with a combined single limit of not less than Three Hundred Thousand Dollars ($300,00) per occurrence.

7.3.4   A program of workers' compensation insurance in an amount and form to meet all applicable requirements of the California Labor Code including employer's liability with a limit no less than One Million Dollars ($1,000,000), covering all persons performing work on behalf of VENDOR and all risks to such persons under this Agreement.

7.3.5   Crime Coverage:  Insurance in an amount not less than $1,000,000 covering against loss of money, securities, or other property referred to hereunder which may result from employee dishonesty, forgery or alteration, theft, disappearance and destruction, computer fraud, burglary and robbery.  Such insurance shall name COUNTY as loss payee.

EXHIBIT A
PAGE 57

7.4     **Failure to Procure Insurance**

Failure on the part of VENDOR to obtain and maintain all required insurance coverage is a material breach upon which COUNTY may, in its sole discretion, immediately suspend VENDOR's performance or terminate this Agreement.

8.0     **RECORDS, DOCUMENTS AND AUDITS**

VENDOR shall maintain accurate and complete financial records of its activities and operations relating to this Agreement in accordance with generally accepted accounting principles.   VENDOR shall also maintain accurate and complete employment and other records relating to its performance of this Agreement.   VENDOR agrees that COUNTY, or its authorized representatives, shall have access to and the right to examine, audit, excerpt, copy or transcribe any pertinent transaction, activity, or records relating to this Agreement.    All financial records, timecards and other employment records, and proprietary data and information, shall be kept and maintained by VENDOR and shall be made available to COUNTY during the terms of this Agreement and for a period of four years thereafter unless COUNTY's written permission is given to dispose of any such material prior to such time.   All such material shall be maintained by VENDOR at a location in Los Angeles County, provided that if any such material is located outside Los Angeles County, then, at COUNTY's option, VENDOR shall pay COUNTY for travel, per diem, and other costs incurred by COUNTY to examine, audit, excerpt, copy or transcribe such material at such other location.

In the event that an audit is conducted of VENDOR specifically regarding this Agreement by any Federal or State auditor, or by any auditor or accountant employed by VENDOR or otherwise, then VENDOR shall file a copy of the audit report with COUNTY's Auditor-Controller within thirty days (30) of VENDOR's receipt thereof, unless otherwise provided by applicable Federal or State law or under this Agreement.   COUNTY shall make a reasonable effort to maintain the confidentiality of such audit report(s).

Failure on the part of VENDOR to comply with the provisions of this Paragraph 8.0 shall constitute a material breach upon which COUNTY may terminate or suspend this Agreement.

8.1     **Publicity**

VENDOR shall not disclose any details in connection with this Agreement to any person or entity except as may be otherwise provided herein or required by law.  However, in recognizing VENDOR' need to identify its services and related clients to sustain itself, COUNTY shall not inhibit VENDOR from publishing its role under this Agreement, with the following conditions:

A.      VENDOR shall develop all publicity material in a professional manner.
B.      During the term of this Agreement, VENDOR shall neither, authorize another to, nor publish or disseminate any commercial advertisements, press release, feature articles, or other materials using the name of COUNTY without the prior written consent of COUNTY's Purchasing Agent.   COUNTY shall not unreasonably withhold written consent, and approval by COUNTY may be assumed in the event no adverse comments are received in writing within two weeks after submittal of written request for such consent.

EXHIBIT A
PAGE 58

C.   VENDOR may, without the prior written consent of COUNTY, indicate in its proposals and sales materials that it has been awarded this Agreement with the County of Los Angeles, provided that the requirements of this Paragraph 8.0 shall apply.

## 9.0   EMPLOYMENT ELIGIBILITY VERIFICATION

VENDOR warrants that it fully complies with all Federal statutes and regulations regarding the employment of aliens and others and that all its employees performing work under this Master Agreement meet the citizenship or alien status requirements set forth in Federal statutes and regulations.  VENDOR shall indemnify, defend, and hold harmless COUNTY. Its officers, participating government agencies and employees from and against any emptier sanctions and any other liability which may be assessed against VENDOR or COUNTY in connection with any alleged violation of any Federal statutes or regulations pertaining to the eligibility for employment of any persons performing work hereunder.

## 10.0   CAPTIONS AND PARAGRAPH HEADINGS

Captions and paragraph headings used in this Master Agreement are for convenience only and are not a part of this Master Agreement and shall not be used in construing this Master Agreement.

## 11.0   WAIVER

No waiver by either party of any breach of any provision of this Master Agreement shall constitute a waiver of any other breach or of such provision.  Failure of either party to enforce at any time, or from time to time, any provision of this Master Agreement shall not be construed as a waiver thereof.   The rights and remedies set forth in this Paragraph 11.0 are non-exclusive and cumulative.

## 12.0   GOVERNING LAW, JURISDICTION AND VENUE

This Master Agreement shall be governed by, and construed in accordance with, the laws of the State of California.   VENDOR agrees and consents to the exclusive jurisdiction of the courts of the State of California for all purposes regarding this Master Agreement and further agrees and consents that venue of any action brought hereunder shall be exclusively in the County of Los Angeles, California.

## 13.0   SEVERABILITY

If any provision of this Master Agreement or the application thereof to any person or circumstances is held invalid, the remainder of this Master Agreement and the application of such provision to other persons or circumstances shall not be affected, unless the essential purposes of this Master Agreement shall be materially impaired thereby.

EXHIBIT A
PAGE 59

**14.0    HIRING POLICIES**

**14.1    Prohibition of Hiring**

VENDOR and COUNTY agree that, during the term of this Agreement and for a period of six months following its termination, neither party shall in any way induce or persuade any employee of one party to become an employee or agent of the other party.  No bar exists to any hiring initiated through a public announcement.

**15.0    TERMINATION FOR GRATUITIES**

COUNTY may, by written notices to VENDOR, terminate the right of VENDOR to proceed under this Master Agreement upon one day's written notice, if it is found that gratuities in the form of entertainment, gifts, or otherwise were offered or given by, or any agent or representative of VENDOR, to any officer or employee of COUNTY with a view toward securing a contract or securing favorable treatment with respect to the awarding or amending, or the making of any determinations with respects to the performing, of such contract.  In the event of such termination, COUNTY shall be entitled to pursue the same remedies against VENDOR as it could pursue in the event of default by VENDOR.

**16.0    TERMINATION FOR INSOLVENCY**

COUNTY may terminate this Master Agreement forthwith in the event of the occurrence of any of the following:

A.    Insolvency of VENDOR.  VENDOR shall be deemed to be insolvent if it has ceased to pay its debts for at least sixty days in the ordinary course of business, whether or not a petition has been filed under the Federal Bankruptcy Code and whether or not VENDOR is insolvent within the meaning of such laws.
B.    The filing of a voluntary or involuntary petition regarding VENDOR under the Federal Bankruptcy Code.
C.    The appointment of a Receiver or Trustee for VENDOR.
D.    The execution by VENDOR of a general assignment for the benefit of creditors.

The rights and remedies of COUNTY provided in this Paragraph 16.0 shall not be exclusive and are in addition to any other rights and remedies provided by law or under this Master Agreement.

**17.0    TERMINATION FOR DEFAULT**

COUNTY may, by written notice to VENDOR, terminate the whole or any part of this Master Agreement if, in the judgment of COUNTY's Purchasing Agent:

A.    VENDOR has materially breached this Master Agreement as elsewhere provided herein: or
B.    VENDOR fails to timely provide and/or satisfactorily perform any task, deliverable, service, or other work required under this Master Agreement hereunder; or
C.    VENDOR has assigned or delegated its duties or subcontracted any performance of this Agreement without prior written consent by COUNTY as elsewhere provided.

EXHIBIT A
PAGE 60

VENDOR shall not be liable for any excess costs if its failure to perform under this Master Agreement, arises from force majeure, i.e., causes beyond the control and without the fault or negligence of VENDOR.  If the failure to perform is caused by the default of a subcontractor, and if such default arises out of causes beyond the control of both VENDOR and subcontractor, and without the fault or negligence of either, VENDOR shall not be liable for any such excess costs for failure to perform, unless the goods or services to be furnished by the subcontractor were obtainable from other sources in sufficient time to permit VENDOR to meet the requirements.  As used in this subparagraph the terms "subcontractor" and "subcontractors" mean subcontractor(s) at any tier.

If, after COUNTY has given notice of termination under the provisions of the Paragraph 17.0, it is determined by COUNTY that VENDOR was not in default under these provisions, or that the default was excusable under these provisions, the rights and obligations of the parties shall be the same as if the notice of termination had been issued pursuant to Paragraph 18.0 (Termination for Convenience).

The rights and remedies of COUNTY provided in this Paragraph 17.0 are non-exclusive and cumulative.

**18.0    TERMINATION FOR CONVENIENCE**

This Master Agreement, may be terminated, when such action is deemed by COUNTY to be in its best interest.  Termination shall be effected by delivery to VENDOR of a notice of termination specifying the extent to which performance of Agreement is terminated and the date upon which such termination becomes effective, which shall be no less than ten (10) days after the notice is sent.

After receipt of a notice of termination, VENDOR shall submit its termination claim and invoice to COUNTY, in the form and with any certifications as may be prescribed by COUNTY.  Such claim and invoice shall be submitted promptly, but not later than three months from the effective date of termination.  Upon failure of VENDOR to submit its termination claim and invoice within the time allowed, COUNTY may determine on the basis of information available to COUNTY, the amount if any, due to VENDOR in respect to the termination, and such determination shall be final.  When such determination is made, COUNTY shall pay VENDOR the amount so determined.

VENDOR shall honor purchase orders accepted on or before the effective date of termination.

**19.0    TERMINATION FOR FAILURE TO OPERATE IN ORDINARY COURSE**

VENDOR's stability was and/is a primary basis for entering into and continuing with this Agreement, therefore, COUNTY may terminate this Agreement by thirty (30) days written notice should vendor fail to continue to do business in the ordinary course.

**20.0    COUNTY AUDIT SETTLEMENTS**

If, at any time during or after the term of this Master Agreement, representatives of COUNTY conduct an audit of VENDOR regarding the work performed under this Master Agreement, and if such audit finds that COUNTY's dollar liability for any such work is less than payments made by COUNTY to VENDOR, then the difference shall be either repaid by VENDOR to COUNTY by cash payment upon demand or, at the sole option of

EXHIBIT A
PAGE 61

COUNTY, deducted from any amounts due to VENDOR from COUNTY.  If such audit finds that COUNTY's dollar liability for such work is more than the payments made by COUNTY to VENDOR, then the difference shall be paid to VENDOR by COUNTY by cash payment.

**21.0   CONFLICT OF INTEREST**

No COUNTY employee whose position with COUNTY enables such employee to influence the award or conduct of this Master Agreement, and no spouse or economic dependent of such employee, shall be employed in any capacity by VENDOR or have any other direct or indirect financial interest in this Master Agreement.  No officer or employee of, nor any individual possessing any direct or indirect financial interest in, VENDOR, may in any way participate in COUNTY's approval, or ongoing evaluation, of such work, or in any way attempt to influence COUNTY's approval or ongoing evaluation of such work.

VENDOR shall comply with all conflict of interest laws, ordinances and regulations now in effect or hereafter to be enacted during the term of this Master Agreement.  VENDOR warrants that it is not now aware of any facts which create a conflict of interest.  If VENDOR hereafter becomes aware of any facts which might reasonably be expected to create a conflict of interest, it shall immediately make full written disclosure of such facts to COUNTY.  Full written disclosure shall include, but is not limited to, identification of all persons implicated and a complete description of all relevant circumstances.

**22.0   FORCE MAJEURE**

Neither party will be liable for delays in performance beyond reasonable control, including, but not limited to, fire, flood, acts of God, or restriction of civil or military authority.

**23.0   MOST FAVORED PUBLIC ENTITY**

VENDOR represents that the price charged to COUNTY in this Agreement do not exceed existing selling prices to other customers for the same or substantially similar items or services for comparable quantities under similar terms and conditions.

If VENDOR'S prices decline, or should VENDOR, at any time during the term of this Master Agreement, provide the same goods or services under similar quantity and delivery conditions to the State of California or any county, municipality or district of the State at prices below those set forth in this Master Agreement, then such lower prices shall be immediately extended to COUNTY.

**24.0   DAMAGE TO COUNTY FACILITIES, BUILDING OR GROUNDS**

VENDOR shall repair, or cause to be repaired, at its own cost, any and all damage to COUNTY facilities, buildings, or grounds caused by VENDOR or employees, subcontractors or agents of VENDOR.  Such repairs shall be made immediately after VENDOR has become aware of such damage, but in no event later than thirty days after the occurrence.

If VENDOR fails to make timely repairs, COUNTY may make any necessary repairs.  All costs incurred by COUNTY, as determined by COUNTY, as determined by COUNTY, for

EXHIBIT A
PAGE 62

such repairs shall be repaid by VENDOR by cash payment upon demand or COUNTY may deduct such cost from any amounts due to VENDOR from COUNTY.

## 25.0   RESTRICTION ON LOBBYING

### 25.1   COUNTY Projects

VENDORS, and each COUNTY lobbyist or COUNTY lobbying firm as defined in COUNTY Code Section 2.160.010 retained by VENDORS, shall fully comply with COUNTY's Lobbyist Ordinance, COUNTY Code Chapter 2.160.  Failure on the part of VENDOR or any COUNTY lobbyist or COUNTY lobbying firm retained by VENDOR to fully comply with COUNTY's Lobbyist Ordinance shall constitute a material breach of this Agreement, upon which COUNTY may immediately terminate or suspend this Agreement.

## 26.0   NOTICES

All notices or demands required or permitted to be given or made under this Agreement shall be in writing and shall be hand-delivered with signed receipt or mailed by first-class registered or certified mail, postage prepaid, addressed to the parties at the following addressee:

If to COUNTY:      Martha Gasca, Sr. D.P.A.
                   Los Angeles County Internal Services Department
                   Purchasing and Central Services
                   1100 N. Eastern Avenue
                   Los Angeles, CA  90063


If to VENDOR:      Office Depot
                   Business Services Division
                   8870 Greenwood Place
                   Savage, MD  20763
                   Attn:  Kevin Juhring, Director of State & Local Government

Addresses may be changed upon ten days prior written notice.

## 27.0   AUTHORIZATION WARRANTY

VENDOR represents and warrants that the person executing this Agreement for VENDOR is an authorized agent who has actual authority to bind VENDOR to each and every term, condition and obligation of this Agreement and that all requirements of VENDOR have been fulfilled to provide such actual authority.

## 28.0   VARIATION OF TERMS

The parties hereto agree that the terms and conditions contained herein shall prevail notwithstanding any variations on any acknowledgements, invoices or such other documents submitted by VENDOR.  Any addendum hereto shall become binding upon the parties only after signature by authorized representatives of both parties.

EXHIBIT A
PAGE 63

**29.0   CANCELLATION OF ORDERS**

COUNTY may cancel any purchase order with respect to any Supplies or equipment ordered without incurring any cancellation charges by giving VENDOR notice of such cancellation at least ten (10) days prior to the scheduled delivery date specified in COUNTY's order.

**30.0   NON-EXCLUSIVITY**

This Agreement is non-exclusive and shall not in any way preclude COUNTY from entering into similar agreement and/or arrangements with other vendors or from acquiring similar, equal or like goods and/or services from other entities or sources.

COUNTY makes no representation that it or any governmental entity will purchase any minimum quantities or dollar amounts.

**31.0   COMPLIANCE WITH APPLICABLE LAW**

VENDOR shall comply with all applicable Federal, State and local laws, rules, regulations, and ordinances, and all provisions required thereby to be included in this Master Agreement are hereby incorporated herein by reference.

VENDOR warrants that the products shipped may be used in a customary manner without violation of any law, ordinance,  rule or regulation of any government or administrative body.  These laws, ordinances, rules or regulations include, but are not limited to, CAL/OSHA and County Code Title 27 and Ordinance No. 4388 (electrical approval) and are incorporated herein by reference.

VENDOR shall indemnify and hold harmless COUNTY from and against any and all liability, damages, costs, and expenses, including, but not limited to, defense costs and attorneys' fees, arising from or related to any violation on the part of VENDOR, its employees, agents, or subcontractors of any such laws, rules, regulations, and ordinances.

**32.0   FAIR LABOR STANDARDS**

VENDOR shall comply with all applicable provisions of the Federal Fair Labor Standards Act (FLSA), and shall indemnify, defend, and hold harmless COUNTY, its officers, employees, and agents from any and all liability, including, but not limited to, wages, overtime pay, liquidated damages, penalties, court costs, and attorneys' fees arising under any wage and hour law, including, but not limited to, FLSA, for work performed by VENDOR's employees for which COUNTY may be found jointly or solely liable.

**33.0   NONDISCRIMINATION AND AFFIRMATIVE ACTION**

VENDOR certifies and agrees that all persons employed by it, its affiliates, subsidiaries or holding companies are and will be treated equally without regard to or because of race, color, religion, ancestry, national origin, sex, age, or physical or mental handicap, in compliance with all applicable Federal and State anti-discrimination laws and regulations.  VENDOR shall certify to, and comply with, the provisions of VENDOR'S EEO Certification.

EXHIBIT A
PAGE 64

VENDOR shall take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to race, color, religion, ancestry, national origin, sex, age , or physical or mental handicap, in compliance with all applicable Federal and State anti-discrimination laws and regulations.  Such action shall include, but is not limited to:  employment, ugrading, demotion, transfer, recruitment or recruitment advertising, layoff or termination, rates of pay other forms of compensation, and selection for training, including apprenticeship.

VENDOR certifies and agrees that it will deal with its subcontractors, bidders or vendors without regard to or because of race, color, religion, ancestry, national origin, sex, age, or physical or mental handicap.

VENDOR certifies that it is in compliance with all federal, state, and local laws, including, but not limited to:

A.      Title VI. Civil Rights Act of 1964;
B.      Section 504, Rehabilitation Act of 1973;
C.      Age Discrimination Act of 1975;
D.      Title IX, Education Amendments of 1973, as applicable; and
E.      Title 43, Part 17, Code of Federal Regulations, Subparts A & B;

And that VENDOR shall subject no person, on the grounds of race, creed, color, national origin, political affiliation, marital status, sex, age, or handicap, to discrimination as to any privileges or uses granted by this Agreement or under any project, program or activity supported by this Agreement.

VENDOR shall allow COUNTY representatives access to its employment records during regular business hours to verify compliance with the provisions of this Paragraph 33.0 when so requested by COUNTY.

If COUNTY finds that any of the provisions of this Paragraph 33.0 have been violated, such violation shall constitute a material breach of this Agreement upon which COUNTY may terminate or suspend this Agreement.  While COUNTY reserves the right to determine independently that the anti-discrimination provisions of this Agreement have been violated, in addition, a determination by the California Fair Employment Practices Commission or the Federal Equal Employment Opportunity Commission that VENDOR has violated State or Federal anti-discrimination laws or regulations shall constitute a finding by COUNTY that VENDOR has violated the anti-discrimination provisions of this Agreement.

The parties agree that in the event VENDOR violates the anti-discrimination provisions of this Agreement, COUNTY shall, at its option, be entitled to the sum of Five Hundred Dollars ($500) for each such violation pursuant to California Civil Code Section 1671 as liquidated damages in lieu of terminating or suspending this Agreement.

**34.0    CONSUMPTION REPORTS/ITEM NUMBERS/RESTRICTED PURCHASES**

Each COUNTY department procurement office and participating agency is to be assigned a customer number to be used in identifying each sale and proper billing address.   VENDOR is required to furnish to the Purchasing and Central Services Department   monthly computer based usage reports of purchases separated by individual COUNTY departments, and/or delivery locations, and employee purchases, listing quantities of separate items purchased and total dollars expended.  Usage reports

15

listing items in alphabetical order and descending dollar volume order must also be furnished.

VENDOR must provide any other usage reports that COUNTY departments or participating agencies may require for their internal controls.

Computer generated requests for restricted items, by other than Purchasing and Central Services staff, shall cause a message (on screen or verbally as appropriate) informing requestor of such restriction.

## 35.0   ORDERING REQUIREMENTS

VENDOR shall provide the ability for unlimited amount of users to order via on-line communication with the vendors computer system by COUNTY owned PC/CRT terminals and printers, or by FAX, telephone, direct mail or walk-in orders.

VENDOR shall design an Input Screen/Order Form to be used on all orders (which may be supported by normal COUNTY Purchase Order Form).  Cost of input form creation, programming, future changes or modifications, and maintenance shall be exclusively for VENDOR'S account.

Mail purchase orders to:  Office Depot
3366 East Willow
Signal Hill, CA  90806
Attn:  Sam Cisternino, Business Development Manager
Telephone Number:  (800) 420-7111

## 36.0   PARTICIPATING MUNICIPALITIES

Pursuant to action by County's Board of Supervisors on February 10, 1998, COUNTY has designated California Statewide Communities Development Authority (authority) as the public agency to provide administrative services related to purchases by the other California governmental, entities (entity) under this Agreement.  At COUNTY'S sole discretion and option, COUNTY may inform other entities that they may acquire items listed in this Agreement.  Such acquisition(s) shall be at the prices stated herein, and shall be subject to VENDOR'S acceptance.  In no event shall COUNTY be considered a dealer, remarketer, agent or other representative of VENDOR.

VENDOR and COUNTY recognize that from time to time VENDOR'S reasonable assistance may facilitate and expedite a presentation by the COUNTY to any entity.  Such assistance shall be provided, at no cost, by VENDOR upon the written request of the COUNTY.

Entity purchase orders may, as agreed by COUNTY, be submitted by the entity or by COUNTY.  In either event, authority shall be entitled to an administrative fee (fee) of one percent (1%) of the purchase price, excluding taxes and shipping, for each entity purchase order.  Payment of the fee shall be made quarterly by VENDOR to authority.  For purposes of this Agreement, calendar year quarters shall be January 1 through March 31;  April 1 through June 30;   July 1 through September 30;   and October 1 through December 31.   Fee payment shall be accompanied by a written report (report) summarizing all purchases shipped and billed during the applicable quarter made by any entity under this Agreement.  VENDOR shall have no claim or right to all or any portion of the fee.

16

EXHIBIT A
PAGE 66

Fee payment shall be made by wire to CSAC Finance Corporation as

       CSAC Finance Corporation
       WestAmerican Bank
       Capitol Office
       300 Capitol Mall
       Sacramento,  CA  95814
       ABA#121140218
       Account #0527-377915

VENDOR shall confirm the date and amount of wire via fax to (510) 933-8457.

Report shall be submitted to:  California Statewide Communities
                           Development Authority
                           1100 K Street, Suite 101
                           Sacramento,  CA  95814
                           Attn:  Secretary

With copies to:
       California Communities
       2175 N. California Blvd., Suite 550
       Walnut Creek,  CA  94596

       County of Los Angeles
       ISD/PCS
       1100 N. Eastern Ave., Room 102
       Los Angeles,  CA  90063
       Attn:  Manager

Purchases by County Departments under this Agreement shall not be included in either the fee or the report.

Reports and fees shall be submitted to authority no later that thirty (30) days after the end  of  the applicable quarter.   Reports shall, at a minimum, provide total entity purchases for the applicable quarter and year-to-date, sorted by participating entity, with a grand total of all entity purchases.

Failure to provide fees and and/or reports in the manner shall be regarded as a material breach of this Agreement and shall be deemed a cause for termination of this Agreement at COUNTY'S sole discretion.  Fees not paid by the specified deadline shall bear interest at the rate of 1 ½% per month until paid.

Authority, or its designee may, at authority's sole discretion, compare records provided by entities with reports submitted by vendor.  Authority will provide written notification to the VENDOR of discrepancies, and allow VENDOR thirty (30) days from the date of Authority's notification to resolve the discrepance (ies) to authority's satisfaction.  In the event that VENDOR does not resolve the discrepancy to Authority's satisfaction, Authority reserves the right to engage outside to conduct an independent audit of VENDOR'S reports, and VENDOR shall reimburse Authority for the costs and expenses rated to such audit(s).

EXHIBIT A
PAGE 67

VENDOR Authorizes COUNTY'S use of VENDOR'S name, trademarks and VENDOR provided materials in COUNTY'S presentations and promotions regarding the availability of use for this Agreement.

COUNTY will not be liable or responsible for any obligations, including, but not limited to payment, for any item ordered by entities.

**VENDOR'S Retailer's Permit #SR Z AB16655747**

EXHIBIT A
PAGE 68

## AUTHORIZATION OF MASTER AGREEMENT

## BY AND BETWEEN

## COUNTY OF LOS ANGELES

## AND

## OFFICE DEPOT

## FOR

## OFFICE AND STATIONERY SUPPLIES AND EQUIPMENT

IN WITNESS WHEREOF, the County of Los Angeles has caused this Agreement to be subscribed by its Purchasing Agent and VENDOR has caused this Agreement to be subscribed in its behalf by its duly authorized officer, this 5th day of March, 2001.

COUNTY OF LOS ANGELES

By _M Gasca_

Name: _MARTHA GASCA_

Title: _S.R. DEPUTY PURCHASING AGENT_

VENDOR

By: _Steve C. Firestone_

Name: _STEVE FIRESTONE_

Title: _V.P. MARKETING & DEVELOPMENT_

19

## EXHIBIT A

## PRICING, DISCOUNTS AND EXCLUSIONS

## FOR LOS ANGELES COUNTY ONLY

All in-stock items shown in the Office Depot Business Services Division Office Products (BSD) and Frequently Ordered Products (MFOI) Catalog shall be priced at the following discounts from the Manufacturer's list price or at the net prices referenced in Attachments A (Core Products).  Items priced at a discount from manufacturer's list price include a 15% minimum gross profit percentage floor.

| ITEM CATEGORY: | BSD - % DISC | MFOI - % DISC |
|---|---|---|
| General Office and Stationery Supplies | 45% | 63% |
| Electronic Equipment | 45% | 63% |
| Core Products (Attachment A) | Fixed Prices as Indicated | |

**EXCLUSIONS:**
Computer, Fax and Copy Paper
Computers and peripherals
Cameras, Film and Accessories
Copiers
Janitorial Equipment
Food Items
Refrigerators
Audio Visual Equipment
Purchase and Rental of Furniture and Equipment

EXHIBIT A
PAGE 70

**EXHIBIT B**

**PRICING AND DISCOUNTS**

**FOR U. S. COMMUMITIES GOVERNMENT PURCHASING ALLIANCE (GPA)**

All in-stock items shown in the Office Depot Business Services Division Office Products (BSD) and Frequently Ordered Products (MFOI) Catalog shall be priced at the following cost plus pricing or discounts from the Manufacturer's list price, or at the net prices as referenced in Attachments A (Core Products), B .  Items priced at a discount from manufacturer's list price include a 15% minimum gross profit percentage floor.

| ITEM CATEGORY: | BSD - % DISC | MFOI - % DISC |
|---|---|---|
| General Office and Stationery Supplies | 45% | 63% |
| Electronic Equipment | 45% | 63% |
| School Supplies | 45% | 63% |
| Computer Equipment and Supplies | 45% | 63% |
| Furniture | 45% | 63% |

| | |
|---|---|
| Core List Exact (Attachment B) | Fixed Prices as Indicated |
| Core List Alternate (Attachment B-1) | Fixed Prices as Indicated |
| School Core Items (Attachment B-2) | Fixed Prices as Indicated |
| Core Paper Items (Attachment B-PPR) | Fixed Prices as Indicated |
| Recycled Core (Attachment B-3) | Fixed Prices as Indicated |
| MWDVE Core (Attachment B-4) | Fixed Prices as Indicated |
| MWDVE-APD Tier One Core (Attachment B-5).......Fixed Prices as Indicated | |

EXHIBIT A
PAGE 71

**<u>EXHIBIT C</u>**

**<u>VENDOR'S PROPOSAL</u>**

(VENDOR's proposal is not attached hereto.)
(The Vendor's proposal is incorporated herein.)

22

EXHIBIT A
PAGE 72

## **EXHIBIT D**

## **COUNTY'S REQUEST FOR PROPOSALS (RFP)**

(County's Request for Proposal is not attached hereto.)
(The County's Request for Proposal is incorporated herein.)

23

## EXHIBIT E

## VOLUME AND ELECTRONIC COMMERCE DISCOUNTS

Volume and electronic commerce discounts will be issued to the individual departments in the form of a check or credit to the individual department's account.  The amount of the discount each department receives will correlate to the percentage that each department's purchases represent of the total purchases made by the County of Los Angeles in one calendar year. Discounts will be issued annually.

### VOLUME DISCOUNTS

Purchases exceeding $500,000.00 = 0.5% of total sales volume

Purchases exceeding $1,000.000.00 = 1.0% of total sales volume

Purchases exceeding $2,000,000.00 = 1.5% of total sales volume

### ELECTRONIC COMMERCE DISCOUNTS

E-Commerce order transactions of at least 40% = 0.5% of total sales volume

E-Commerce order transactions of at least 80% = 1.0% of total sales volume

EXHIBIT A
PAGE 74

**EXHIBIT F**

**VENDOR'S EXCEPTIONS TO TERMS AND CONDITIONS**


(See "Office Depot Section 6 Exceptions" attached)

EXHIBIT A
PAGE 75

 **Office DEPOT**
Business Services Division

Exceptions to T & C, GPA
and Master Agreement

# Section 6 Exceptions

6.0.1   Following a thorough review by the Office Depot Legal Department, the following addition to the language in item 18 of the proposed GPA agreement is desired.

18.   All reports, notices or other communications given hereunder shall be delivered by first-class mail, postage prepaid, to the addresses as set forth below.  The Agency or the National Association of Counties may, by written notice delivered to Vendor, designate any different address to which subsequent reports, notices or other communications shall be sent.

> A. U.S. Communities
> 2175 North California Blvd., Suite 550
> Walnut Creek, CA  94596
> Attn:  Anne Zieminski
>
> With a copy  to:
> Los Angeles County
> Internal Services Department
> 1100 N. Eastern Avenue
> Los Angeles, CA  90063
> Attn:  Martha Gasca
>
> B. National Association of Counties
> National Association of Counties
> 440 First Street
> Washington, DC 20001
> Attn: NACO Financial Services Corporation
>
> C. Vendor
> Office Depot Business Services Division
> 3366 East Willow Street
> Signal Hill, CA 90806
> Attn: Steve Facer
>
> With a copy to:
> Office of General Counsel
> Office Depot, Inc.
> 2200 Old Germantown Rd.
> Delray Beach, FL 33445

6.0.2   The following Addendum to the Sample Master Agreement is recommended by Office Depot Legal Staff.

## ADDENDUM TO THE
## PURCHASING AND CENTRAL SERVICES MASTER AGREEMENT

This Addendum to the Purchasing and Central Services Agreement (hereinafter the "Agreement") entered into by and between  County of Los Angeles  (hereinafter "County") and Office Depot, Inc., a Delaware corporation (hereinafter "Vendor") which parties hereby further agree as follows:

> **Section 6.2.3** – Add to the end of the sentence the phrase "only during the Initial Term of this Agreement."
>
> **Section 6.2.4** – In the first sentence, add the phrase "propose to" before the word "amend."

48

   

EXHIBIT A
PAGE 76



**Office DEPOT**
Business Services Division

**Section 6.2.4** – Add after the first sentence, "Such amendment must be accepted by Vendor in writing in order to take effect."

**Section 6.4.3** – Add to the end of the first sentence the phrase "which acceptance shall be determined within thirty (30) days of receipt of goods and/or products."

~~**Section 7.1** – In the first sentence, delete the phrase "County Special Districts, and Participating Government entities and their elected and appointed officers"~~

~~**Section 7.1** – In the first sentence, delete the words "goods and/or commodities."~~

~~**Section 7.1.** – Delete the last sentence.~~

~~**Section 7.1** – Add the paragraph "Vendor agrees to pass through to County any and all warranties and rights against manufacturers of goods provided pursuant to this Agreement."~~

**Section 9.0** – In the second sentence, change the word "emptier" to "employer."

~~**Section 18** – Add the paragraph "Vendor may terminate this Agreement with or without cause by providing County with thirty (30) days written notice."~~ *No. P. Price 2-1-01*

**Section 23** – Delete the first paragraph and replace with "the Prices and Subject Terms are the lowest and most favorable offered by Vendor to any of its customers (including County) which are of comparable size in terms of the volume of Products and Services purchased from Vendor, excluding governmental agencies and non-profit organizations ("Comparable Customers"). Vendor agrees to furnish County with such evidence, as reasonably requested by County, to confirm the basis upon which such Prices and Subject Terms are as favorable as those offered to any of Vendor's other Comparable Customers.

**Section 23** – Delete the second paragraph and replace with "Should Vendor, at any time during the term of this Master Agreement, provide at lower prices, Products or Services, which are of comparable size in terms of the volume of Products and Services purchased from Vendor as those provided the State of California or any county, municipality or district of the State, then such lower prices shall be immediately extended to County."

**Section 26** – In the Notices section, add "with a copy to Office of General Council, Office Depot, Inc., 2200 Old Germantown Rd., Delray Beach, FL 33445."

**Conflict:**  In the event of any conflict between the terms and conditions of this Addendum and the terms and conditions of the Agreement, then the terms and conditions of this Addendum shall control.

**County of Los Angeles :**

By: _P. Price_, Sec. Mgr.

Date: _2 - 01 - 01_

**Office Depot, Inc. :**

By: _____

Date: _2-15-01_

# EXHIBIT 2



| TERM CONTRACT AWARD | NUMBER : 42595 |
|---|---|

INTERNAL SERVICES DEPARTMENT

NUMBER          : 42595
BUYER :   PAYTON PRICE
BUYER PHONE     : (323) 267-2575-0000
T-NUMBER        :
DATE ISSUED     : 11/08/05
VENDOR NUMBER   : 001059 -03
VENDOR PHONE    : (818) 837-2580-511
REQ AGENCY      : IS9000

INTERNAL SERVICES DEPARTMENT
AGENCY REQ NO. :
REQ NO.         : 11022107
FISCAL YEAR     : 06
EFFECTIVE DATE  : 01/02/06
EXPIRATION DATE: 01/01/10

OFFICE DEPOT-BUSINESS SERVICES
225 PARKSIDE DR.
SAN FERNANDO, CA 91340-3033

OFFICE AND CLASSROOM SUPPLIES

The County of Los Angeles accepts your offer to furnish our requirements (and such requirements as
may be ordered by cities and/or districts indicated herein) of the listed commodity, or service, as
needed, subject to conditions of the stated quotation and as provided herein. All Purchase
Agreements, Purchase Orders and Contracts will be deemed to be made and entered into the State of
California under the constitution and laws of this state and are to be so construed.

PRICE GUARANTEE: Unless otherwise provided herein, prices are maximum for the period of this
agreement. In the event of a price decline, or, should you at any time during the life of this
agreement sell the same material or service under similar quantity and deliver conditions to the
State of California, or legal district thereof, or to any county or Municipality within the State
of California at prices below those stated herein, you will immediately extend such lower prices to
the County of Los Angeles.

ATTENTION: VENDOR/DEPARTMENT - SPECIAL NOTE: County departments are not authorized to use this
agreement as a purchasing source for products not specifically covered herein. Changes of items,
equipment, or modifications to prices, specifications, or conditions, etc., of this agreement can
be made only by the Purchasing Agent by issuance of official amendment and in accordance with
properly authorized changes agreed upon prior to consummation:----------------------

Los Angeles County will not pay for items not listed below that have not been processed in
accordance with the above paragraph. Vendor will incur payment problems.

County's Quality Assurance Plan.  The County or its agent will evaluate Contractor's performance
under this agreement on not less than an annual basis.  Such evaluation will include assessing
Contractor's compliance with all contract terms and performance standards.  Contractor deficiencies
which County determines are severe or continuing and that may place performance of the agreement
in jeopardy if not corrected will be reported to the Board of Supervisors.  The report will include
improvement/corrective action measures taken by the County and Contractor.  If improvement does not
occur consistent with the corrective action measures, County may terminate this agreement or impose
other penalties as specified in this agreement.

COUNTY OF LOS ANGELES

VENDOR SIGNATURE/DATE    11/29/05

PSCONT. INFORMS 1595

Reviewed and approved as to form and legality
by: Office Depot Legal Department

Attorney / Paralegal:
Date: 11/29/05

EXHIBIT A
PAGE 79

| STANDARD TERMS AND CONDITIONS | TERM CONTRACT | |
|---|---|---|
| NUMBER      :42595<br>T-NUMBER   : | VENDOR: OFFICE DEPOT-BUSINESS SERVICES | PAGE<br><br>2 |

## CONTRACTOR RESPONSIBILITY AND DEBARMENT

1.  A responsible Contractor is a Contractor who has demonstrated the attribute of trustworthiness, as well as quality, fitness, capacity and experience to satisfactorily perform the contract.  It is the County's policy to conduct business only with responsible contractors.

2.  The Contractor is hereby notified that, in accordance with Chapter 2.202 of the County Code, if the County acquires information concerning the performance of the contractor on this or other contracts which indicates that the Contractor is not responsible, the County may, in addition to other remedies provided in the contract, debar the Contractor from bidding on County contracts for a specified period of time not to exceed 3 years, and terminate any or all existing contracts the Contractor may have with the County.

3.  The County may debar a contractor if the Board of Supervisors finds, in its discretion, that the Contractor has done any of the following:  (1) violated any term of a contract with the County, (2) committed any act or omission which negatively reflects on the Contractor's quality, fitness or capacity to perform a contract with the County or any other public entity, or engaged in a pattern or practice which negatively reflects on same, (3) committed an act or offense which indicates a lack of business integrity or business honesty, or (4) made or submitted a false claim against the County or any other public entity.

4.  If there is evidence that the Contractor may be subject to debarment, the Department will notify the Contractor in writing of the evidence which is the basis for the proposed debarment and will advise the Contractor of the scheduled date for a debarment hearing before the Contractor Hearing Board.

5.  The Contractor Hearing Board will conduct a hearing where evidence on the proposed debarment is presented.  The Contractor and/or the Contractor's representative shall be given an opportunity to submit evidence at that hearing.  After the hearing, the Contractor Hearing Board shall prepare a proposed decision, which shall contain a recommendation regarding whether the contractor should be debarred, and, if so, the appropriate length of time of the debarment.  If the Contractor fails to avail itself of the opportunity to submit evidence to the Contractor Hearing Board, the Contractor may be deemed to have waived all rights of appeal.

6.  A record of the hearing, the proposed decision and any other recommendation of the Contractor Hearing Board shall be presented to the Board of Supervisors.  The Board of Supervisors shall have the right to modify, deny or adopt the proposed decision and recommendation of the Hearing Board.

7.  These terms shall also apply to (subcontractors/subconsultants) of County Contractors.

## PROHIBITION AGAINST USE OF CHILD LABOR

VENDOR shall:

1.  Not knowingly sell or supply to COUNTY any products, goods, supplies or other personal property produced or manufactured in violation of child labor standards set by the International Labor Organizations through its 1973 Convention Concerning Minimum Age for Employment.

2.  Upon request by COUNTY, identify the country/countries of origin of any products, goods, supplies or other personal property bidder sells or supplies to COUNTY, and

3.  Upon request by COUNTY, provide to COUNTY the manufacturer's certification of compliance with all international child labor conventions.

Should COUNTY discover that any products, goods, supplies or other personal property sold or supplied by VENDOR to COUNTY are produced in violation of any international child labor conventions, VENDOR shall immediately provide an alternative, compliant source of supply.

Failure by VENDOR to comply with the provisions of this clause will be grounds for immediate cancellation of this Purchase Order or termination of this Agreement and award to an alternative vendor.

EXHIBIT A

PAGE 80

| STANDARD TERMS AND CONDITIONS | TERM CONTRACT | |
|---|---|---|
| NUMBER      :42595<br>T-NUMBER   : | VENDOR: OFFICE DEPOT-BUSINESS SERVICES | PAGE<br>3 |

A.  Jury Service Program.

   This Contract is subject to the provisions of the County's ordinance entitled Contractor Employee
   Jury Service ("Jury Service Program") as codified in Sections 2.203.010 through 2.203.090 of the
   Los Angeles County Code.

B.  Written Employee Jury Service Policy.

   1.  Unless Contractor has demonstrated to the County's satisfaction either that Contractor is not
       a "Contractor" as defined under the Jury Service Program (Section 2.203.020 of the County
       Code) or that Contractor qualifies for an exception to the Jury Service Program (Section
       2.203.070 of the County Code), Contractor shall have and adhere to a written policy that
       provides that its Employees shall receive from the Contractor, on an annual basis, no less
       than five days of regular pay for actual jury service.  This policy may provide that Employees
       deposit any fees received for such jury service with the Contractor or that the Contractor
       deduct from the Employee's regular pay the fees received for jury service.

   2.  For purposes of this Section, "Contractor" means a person, partnership, corporation or other
       entity which has a contract with the County or a subcontract with a County contractor and
       has received or will receive an aggregate sum of $50,000 or more in any 12-month period under
       one or more County contracts or subcontracts.  "Employee" means any California resident who is
       a full time employee of Contractor.  "Full time" means 40 hours or more worked per week, or a
       lesser number of hours if the lesser number is a recognized industry standard and is approved
       as such by the County.  If Contractor uses any subcontractor to perform services for the
       County under the Contract, the subcontractor shall also be subject to the provisions of this
       Section.  The provisions of this Section shall be inserted into any such subcontract
       agreement and a copy of the Jury Service Program shall be attached to the agreement.

   3.  If Contractor is not required to comply with the Jury Service Program when the Contract
       commences, Contractor shall have a continuing obligation to review the applicability of its
       "exception status" from the Jury Service Program, and Contractor shall immediately notify
       County if Contractor at any time either comes within the Jury Service Program's definition of
       "Contractor" or if Contractor no longer qualifies for an exception to the Program.  In either
       event, Contractor shall immediately implement a written policy consistent with the Jury
       Service Program.  The County may also require, at any time during the Contract and at its sole
       discretion, that Contractor demonstrate to the County's satisfaction that Contractor either
       continues to remain outside of the Jury Service Program's definition of "Contractor" and/or
       that Contractor continues to qualify for an exception to the Program.

   4.  Contractor's violation of this Section of the contract may constitute a material breach of the
       Contract.  In the event of such material breach, County may, in its sole discretion, terminate
       the Contract and/or bar Contractor from the award of future County contracts for a period of
       time consistent with the seriousness of the breach.

PSTEXT, INFORMS 1995

EXHIBIT A
PAGE 81

| STANDARD TERMS AND CONDITIONS | TERM CONTRACT | |
|---|---|---|
| NUMBER     :42595<br>T-NUMBER   : | VENDOR: OFFICE DEPOT-BUSINESS SERVICES | PAGE<br>4 |

PRICE SPECIFIC CONTRACTS AND PURCHASE ORDERS

Vendors are entitled to receive payment for goods received by, or services provided to the County specific to the Contract or Purchase Order price amount.  Under no circumstances will those Suppliers, Contractors or Vendors who supply goods or otherwise contract services with the County of Los Angeles be entitled to or paid for expenditures beyond the Contract or Purchase Order amounts.

EXHIBIT A
PAGE 82

| PRICE SHEET | | | TERM CONTRACT | | | | |
|---|---|---|---|---|---|---|---|
| NUMBER : 42595<br>T-NUMBER : | | | VENDOR : OFFICE DEPOT-BUSINESS SERVICES | | | | PAGE<br>5 |
| LINE<br>NO. | COMMODITY/SERVICE DESCRIPTION | | QUANTITY<br>FROM/TO | UNIT | UNIT PRICE | DISCOUNT OFF<br>CATALOG PRICE | |
| | UNLESS SPECIFIED ELSEWHERE SHIP TO:<br><br>COUNTY WIDE | | | | | | |
| 00001 | COMMODITY CODE: 615-99-035866<br><br>BRAND: OFFICE DEPOT<br><br>OFFICE SUPPLIES -COMPLETE LINE -<br>PRICING BASED ON DISCOUNTS OFF<br>MANUFACTURER'S PUBLISHED PRICE<br>LIST/CATALOG AND COST PLUS PERCENTAGES<br><br>REFERENCE THE EXHIBIT 'A' DOCUMENT<br>WITHIN THE MASTER AGREEMENT FOR PRICING<br><br>TO INCLUDE: GENERAL OFFICE SUPPLIES,<br>PAPER PRODUCTS, TECHNOLOGY PRODUCTS,<br>FURNITURE AND TONER PRODUCTS<br><br>NOTE:<br>THE FOLLOWING ITEMS ARE EXCLUDED FROM<br>THIS AGREEMENT/CONTRACT FOR THE COUNTY<br>OF LOS ANGELES:<br>PAPER - FOR COPIERS AND PRINTERS<br>COMPUTERS AND COMPUTER PERIPHERALS<br>PHOTOCOPIERS<br>TONER PRODUCTS<br>CAMERAS, FILM AND ACCESSORIES<br>JANITORIAL PRODUCTS<br>FOOD ITEMS<br>REFRIGERATORS<br>AUDIO-VISUAL ITEMS<br>FURNITURE (PURCHASE OR RENTAL)<br>CLASSROOM SUPPLIES<br>ARTS & CRAFT ITEMS | | | | | | |
| 00002 | COMMODITY CODE: 615-99-035866<br><br>BRAND: OFFICE DEPOT<br><br>OFFICE SUPPLIES - CORE LIST OF MOST<br>FREQUENTLY ORDERED ITEMS (MFOI) -<br>PRICING IS FIRM FOR A PERIOD OF ONE<br>(1) YEAR FROM COMMENCEMENT OF<br>AGREEMENT/CONTRACT PERIOD.<br><br>REFERENCE THE EXHIBIT 'A' DOCUMENT<br>WITHIN THE MASTER AGREEMENT<br>FOR CORE LIST OF ITEMS AND PRICING. | | | | | | |

EXHIBIT A
PAGE 83

| PRICE SHEET | | | TERM CONTRACT | | | |
|---|---|---|---|---|---|---|
| NUMBER : 42595<br>T-NUMBER : | | | VENDOR : OFFICE DEPOT-BUSINESS SERVICES | | | PAGE<br>6 |
| LINE<br>NO. | COMMODITY/SERVICE DESCRIPTION | | QUANTITY<br>FROM/TO | UNIT | UNIT PRICE | DISCOUNT OFF<br>CATALOG PRICE |
| 00003 | COMMODITY CODE: 615-99-035866<br><br>BRAND: OFFICE DEPOT<br><br>CLASSROOM SUPPLIES - COMPLETE LINE -<br>PRICING BASED ON DISCOUNT OFF<br>MANUFACTURER'S PUBLISHED PRICE<br>LIST/CATALOG AND COST PLUS PERCENTAGES<br><br>REFERENCE THE EXHIBIT 'A-1' DOCUMENT<br>WITHIN THE MASTER AGREEMENT FOR<br>PRICING.<br><br>TO INCLUDE:  ART AND CRAFTS PRODUCTS<br>AND CLASSROOM PAPER PRODUCTS | | | | | |
| 00004 | COMMODITY CODE: 615-99-035866<br><br>BRAND: OFFICE DEPOT<br><br>CLASSROOM SUPPLIES - CORE LIST OF<br>MOST FREQUENTLY ORDERED ITEMS (MFOI) -<br>PRICING IS FIRM FOR A PERIOD OF ONE (1)<br>YEAR FROM COMMENCEMENT OF AGREEMENT/<br>CONTRACT PERIOD.<br><br>REFERENCE THE EXHIBIT 'A-1' DOCUMENT<br>WITHIN THE MASTER AGREEMENT FOR ITEMS<br>AND PRICING<br><br>PRICES, TERMS AND CONDITIONS ARE IN<br>ACCORDANCE WITH REQUEST FOR PROPOSAL<br>(RFP) NO. 218955 AND OFFICE DEPOT'S<br>RESPONSE TO RFP NO. 218955.<br><br>MAIL PURCHASE ORDERS TO:<br>OFFICE DEPOT - BUSINESS SERVICES<br>VENDOR NO. 051258-15<br>ATTENTION:  JEAN DAVIS<br>6304 WOODSIDE COURT<br>COLUMBIA, MD 21046<br>(800) 890-4914, EEXT. 3560<br>FEIN:  59-2663954<br><br>RESELLER'S TAX PERMIT NO./<br>CERTIFICATE OF REGISTRATION NO.:<br>SR Z OHC 99-801149 | | | | | |

PSPRSN, INFORMS 1995

EXHIBIT A
PAGE 84

| PRICE SHEET | | | | TERM CONTRACT | | | |
|---|---|---|---|---|---|---|---|
| NUMBER       :    42595<br>T-NUMBER    : | | | | VENDOR : OFFICE DEPOT-BUSINESS SERVICES | | | PAGE<br>7 |
| LINE<br>NO. | COMMODITY/SERVICE DESCRIPTION | | | QUANTITY<br>FROM/TO | UNIT | UNIT PRICE | DISCOUNT OFF<br>CATALOG PRICE |
| | REFERENCE MASTER AGREEMENT<br>NO. 42595 BY AND BETWEEN THE COUNTY OF<br>LOS ANGELES AND OFFICE DEPOT FOR<br>OFFICE AND CLASSROOM SUPPLIES<br><br>VENDOR CONTACT FOR LOS ANGELES COUNTY:<br>SAM CISTERNINO  (800) 488-2018, EXT. 585<br><br>ISD - PURCHASING DIVISION CONTACT:<br>MARY WALCOTT  (323) 267-2208 | | | | | | |

PSMRSH. IBFORMS 1995

EXHIBIT A
PAGE 85

# INTERNAL SERVICES DEPARTMENT

# PURCHASING DIVISION

# MASTER AGREEMENT

# NO. <u>42595</u>

# BY AND BETWEEN

# COUNTY OF LOS ANGELES

# AND

# OFFICE DEPOT

# FOR

# OFFICE AND CLASSROOM  SUPPLIES





EXHIBIT A
PAGE 86

MASTER AGREEMENT BETWEEN
COUNTY OF LOS ANGELES
AND OFFICE DEPOT

FOR OFFICE AND CLASSROOM SUPPLIES

**TABLE OF CONTENTS**

1.0   PURPOSE...................................................................... 1
   1.1   Priority of Interpretation ......................................... 1
   1.2   Entire Master Agreement ....................................... 1

2.0   DEFINITIONS................................................................ 2
   2.1   Day(s)................................................................. 2
   2.2   Eligibility Vendor ................................................. 2
   2.3   Fiscal Year.......................................................... 2
   2.4   Normal Working Hours ......................................... 2
   2.5   Master Agreement ..............................................2

3.0   CHANGE NOTICES AND AMENDMENT............................. 3
   3.1   Master Agreement Changes .................................. 3

4.0   WORK......................................................................... 3
   4.1   Non-transferable Responsibilities ........................... 3
   4.2   Assignment and Subcontracting.............................. 3
   4.3   Time is of the Essence ......................................... 3

5.0   TERM OF AGREEMENT................................................... 4
   5.1   Term................................................................... 4
   5.2   Extension ........................................................... 4

6.0   METHOD OF PURCHASE, INVOICING AND PAYMENTS........... 4
   6.1   Purchase Order(s)................................................ 4
   6.2   Pricing and Discounts........................................... 4
   6.3   Warranty and Product Compliance .......................... 5
   6.4   Invoice and Payment Terms................................... 5
   6.5   Product/Equipment Pricing and Maintenance............. 5
   6.6   Independent CONTRACTOR Status.......................... 6

7.0   INDEMNIFICATION AND INSURANCE............................... 6
   7.1   Indemnification.................................................... 7
   7.2   Insurance ........................................................... 7
   7.3   Liability Insurance................................................ 7
   7.4   Failure to Procure Insurance.................................. 8

8.0   RECORDS, DOCUMENTS AND AUDITS............................. 8
   8.1   Publicity.............................................................. 9

9.0   EMPLOYMENT ELIGIBILITY VERIFICATION.......................... 9



i

10.0    CAPTIONS AND PARAGRAPH HEADINGS……………………………………9

11.0    WAIVER………………………………………………………………………… 9

12.0    GOVERNING LAW, JURISDICTION AND VENUE………………………… 10

13.0    SEVERABILITY………………………………………………………………… 10

14.0    HIRING POLICIES……………………………………………………………… 10
        14.1    Prohibition of Hiring ……………………………………………… 10

15.0    TERMINATION FOR GRATUITIES………………………………………… 10

16.0    TERMINATION FOR INSOLVENCY……………………………………… 10

17.0    TERMINATION FOR DEFAULT……………………………………………… 11

18.0    TERMINATION FOR CONVENIENCE……………………………………… 11

19.0    TERMINATION FOR FAILURE TO OPERATE IN ORDINARY COURSE……… 12

20.0    COUNTY AUDIT SETTLEMENTS……………………………………………… 12

21.0    CONFLICT OF INTEREST……………………………………………………… 12

22.0    FORCE MAJEURE……………………………………………………………… 13

23.0    MOST FAVORED PUBLIC ENTITY…………………………………………… 13

24.0    DAMAGE TO COUNTY FACILITIES, BUILDINGS OR GROUNDS………… 13

25.0    RESTRICTIONS ON LOBBYING……………………………………………… 13
        25.1    COUNTY Projects……………………………………………… 13

26.0    NOTICES………………………………………………………………………… 13

27.0    AUTHORIZATION WARRANTY………………………………………………… 14

28.0    VARIATION OF TERMS………………………………………………………… 14

29.0    CANCELLATION OF ORDERS………………………………………………… 14

30.0    NON-EXCLUSIVE AGREEMENT……………………………………………… 14

31.0    COMPLIANCE WITH APPLICABLE LAW……………………………………… 14



EXHIBIT A
PAGE 88

32.0    FAIR LABOR STANDARDS...................................................................... 15

33.0    NONDISCRIMINATION AND AFFIRMATIVE ACTION................................... 15

34.0    CONSUMPTION REPORTS/ITEM NUMBERS/RESTRICTED PURCHASES.... 16

ii

35.0    ORDERING REQUIREMENTS................................................................ 16

36.0    PARTICIPATING MUNICIPALITIES......................................................... 17

37.0    EXCLUSIONS ................................................................................... 17

AUTHORIZATION OF MASTER AGREEMENT................................................. 18

<u>EXHBIITS</u>

EXHIBIT A -   PRICING AND DISCOUNTS

EXHIBIT B -   VENDOR'S PROPOSAL (Not Attached)

EXHIBIT C -   COUNTY'S REQUEST FOR PROPOSALS (Not Attached)

EXHIBIT D -   VENDOR'S EEO CERTIFICATION



EXHIBIT A
PAGE 89

iii

**MASTER AGREEMENT BETWEEN**
**COUNTY OF LOS ANGELES**
**AND OFFICE DEPOT**

**FOR OFFICE AND CLASSROOM SUPPLIES**

1.0     PURPOSE

This Office and Classroom Supplies Master Agreement (hereafter "Master Agreement") is made and entered into by and between the County of Los Angeles (hereafter "COUNTY"), and Office Depot (hereafter 'VENDOR").

WHEREAS, COUNTY AND VENDOR agree that VENDOR will offer to provide COUNTY, COUNTY employees and others as more fully described herein with Office and Classroom Supplies (Office Supplies only for COUNTY), hereafter sometimes referred to as the ("Product").

WHEREAS, VENDOR is in the business of selling and supplying Office and Classroom Supplies, and

WHEREAS, VENDOR is willing and able to offer, deliver, service and support the Product it offers to, COUNTY departments/divisions, COUNTY offices/organizations, COUNTY employees, and any other entities as set forth herein (hereafter "Customer(s)").  This document, together with the Exhibits identified in Paragraph 1.1 (Priority of Interpretation), defines the scope of this Agreement.

1.1     Priority of Interpretation

This document without Exhibits is referred to as the "Base Agreement."  The Base Agreement and Exhibit A are attached to and form a part of this Master Agreement. Exhibits B and C, referenced below but not attached, are hereby incorporated herein by reference.  Any reference throughout the Base Agreement and each of its Exhibits to the "Master Agreement" shall, unless the context clearly denotes otherwise, denote the Base Agreement with all Exhibits hereby incorporated.   In the event of any conflict or inconsistency in the definition or interpretation of any word, responsibility, schedule, or the contents or description of any task, deliverable, service, or other work, or otherwise, between the Base Agreement and the Exhibits, or between Exhibits, such conflict or inconsistency shall be resolved by giving precedence first to the body of this Master Agreement, and then to the Exhibits according to the following priority:



EXHIBIT A
PAGE 90

1.     EXHIBIT A     – PRICING AND DISCOUNTS
2.     EXHIBIT B     – VENDOR'S Proposal (Not Attached)
3.     EXHIBIT C     – COUNTY'S Request for Proposals (RFP/Not Attached)
4.     EXHIBIT D     - VENDOR's EEO Certification

1.2     <u>Entire Master Agreement</u>

This Master Agreement incorporates and supersedes all previous agreements, written and oral, and all prior and contemporaneous communications between the parties,

1

regarding this subject. COUNTY reserves the right to initiate change to any provision of the Master Agreement. All such changes shall be accomplished only by mutual signed Agreements, as provided under the Paragraph 1.2. No change hereto shall be valid unless in the form of a signed Amendment prepared and approved pursuant to Subparagraph 3.0 (Change Notices and Amendments).

2.0     DEFINITIONS:

The following terms shall have the following meaning and use herein. Capitalized terms used in this Master Agreement, not defined in this Paragraph 2.0 shall have the meaning ascribed to them elsewhere in this Master Agreement or in the Exhibits.

2.1     "<u>Day(s)</u>" means calendar day(s) unless otherwise specified.

2.2     "<u>Eligible Vendor</u>" identifies a Vendor whose evidences of insurance, as required by Paragraph 7.0 (Indemnification and Insurance), have all been received by the Internal Services Department (ISD) Purchasing Division, as set forth in Section 26.0 (Notices), and are valid and in effect at the time of a given Purchase Order solicitation under this Master Agreement.

2.3     <u>Fiscal Year</u>

"Fiscal Year" means the twelve (12) month period beginning July 1st and ending June 30th.

2.4     <u>Normal Working Hours</u>

"Normal Working Hours" means one of the following work schedules, according to individual COUNTY department policy, excluding COUNTY holidays:

A.     "5/40" which is normally eight (8) hours per day Monday through Friday ("Working Days"), with starting and ending times departmentally established;

B.     "9/80", which is a flexibly arranged nine (9) hours on each of eight Working Days in a given two-week period, plus 8 hours arranged, per department policy, on the ninth Working Day; or



EXHIBIT A
PAGE 91

  C. "4/40", which is a flexibly arranged ten (10) hours on each of four fixed Working Days each week, with starting and ending times departmentally established.

2.5 <u>Master Agreement</u>

  "Master Agreement" means COUNTY's standard agreement entitled "Office and Classroom Supplies Master Agreement," as specified in Paragraph 1.1, copies of which are separately executed between COUNTY and individual Qualified Vendors, and which sets forth the terms and conditions for the provision of Office and Classroom Supplies, Master Agreement to COUNTY.  COUNTY shall execute Master Agreements with as

<div align="right">2</div>

  many vendors as COUNTY deems qualified and appropriate for COUNTY needs.  All Master Agreements shall be undertaken with terms of equal duration as set forth in Paragraph 5.0 (Terms of Agreement).  Undertaking this Master Agreement does not grant any right to compensation to VENDOR, or to vendors in the aggregate.

3.0 CHANGE NOTICES AND AMENDMENTS

3.1 <u>Master Agreement Changes</u>:

3.1.1 For any change which affects the period of performance, payments, or any term condition included in this Master Agreement, a negotiated Amendment to this Master Agreement shall be prepared and executed by COUNTY's Purchasing Agent, or designee and VENDOR''s originally executing Authorized Officials,  or designees.

3.1.2 For any change which does not affect the, period of performance, payments, or any rights or obligations of this Master Agreement, a Change Notice shall be prepared and executed by COUNTY's Purchasing Agent, or designee and VENDOR.

4.0 WORK

  VENDOR shall fully complete and timely deliver, pursuant to standards, requirements, and schedules either presently incorporated in or to be developed hereunder, all tasks, deliverables, sub-deliverables, goods, services, and other work as set forth herein and elsewhere hereunder.

4.1 <u>Non-transferable Responsibilities</u>

  No assumption or takeover of any of VENDOR's duties, responsibilities, or obligations, or performance of same by any entity other than VENDOR whether through assignment, subcontract, delegation, merger, buyout, or any other mechanism, with or without



EXHIBIT A
PAGE 92

consideration, for any reason whatsoever, may occur without COUNTY's express prior written approval.

If any such assumption, takeover, or unauthorized performance does occur without such prior written approval, this Agreement will become void for failure of its essential purpose.   Such act is therefore a material breach of this Agreement, upon which COUNTY may pursue any lawful remedy.

4.2     Assignment and Subcontracting

VENDOR shall not assign its rights, delegate its duties or subcontract any performance of our Agreement without the express prior written consent of COUNTY.   Any assignment, delegation or subcontract without such express prior written consent shall be null and void and shall constitute a material breach of this Agreement, upon which COUNTY may immediately terminate the Agreement in accordance with the provisions of paragraph 17.0 (TERMINATION BY DEFAULT).

4.3     Time is of the Essence

3

Time is of the Essence.   If any anticipated or actual delays arise, VENDOR shall immediately so notify COUNTY.   Regardless of notice if deliveries are not made at the time agreed upon, COUNTY may, at its sole discretion, terminate this Agreement and proceed pursuant to Paragraph 17.0 (TERMINATION BY DEFAULT).

5.0     TERM OF AGREEMENT

5.1     Term

This Master Agreement shall go into effect for a four (4) year period effective January 2, 2006 as indicated on the signature page hereof and shall expire at the close of COUNTY business on January 1, 2010, unless sooner terminated, in whole or in part, as provided herein.

5.2     Extension

5.2.1   The COUNTY's Purchasing Agent may exercise the option to extend the Master Agreement period for two (2) additional twelve (12) month periods as set forth in Paragraph 3.0 (Change Notices and Amendments), of this Master Agreement.

5.2.2   COUNTY shall notify VENDOR of any determination to extend this Agreement no less than thirty (30) days prior to the beginning of this relevant option year .

6.0     METHOD OF PURCHASE, INVOICING AND PAYMENTS

6.1     Purchase Order(s)


EXHIBIT A
PAGE 93

6.1.1   COUNTY shall purchase the items listed herein by issuance of a formal purchase order. Such purchase order shall contain the terms and conditions applicable for that purchase, notwithstanding anything herein to the contrary.   The purchase order, as specifically noted, shall govern and control the applicable purchase.   Preprinted additional or different terms and conditions on the purchase order will be of no force or effect.

6.1.2   VENDOR shall not deliver products and/or goods to COUNTY as loaner equipment or for trial unless and until a "No Charge" purchase order and loan agreement is received by VENDOR from COUNTY's ISD - Purchasing Division.

6.2   <u>Prices, Discounts and Changes</u>

6.2.1   Vendor agrees for the period of this Agreement that prices for products covered herein will be based on a Discount from Manufacturers' current published price lists or Cost Plus Percentage, except for those identified in EXHIBITS A and A-1 as Core Products. Price changes (increases) from price lists will be allowed only on a semi-annual basis on January 1st and July 1st of each contracting year.

6.2.2   Vendor shall advise the Los Angeles County ISD Purchasing Division in writing of any proposed price increases or manufacturer's discount structure changes, identifying Agreement by number, providing a copy of the proposed price list and/or acceptable evidence of change in manufacturers discount structure.   VENDOR will be responsible for furnishing and delivering approved price lists to all County departments and other participating government entities.   It also shall be VENDOR's responsibility to keep COUNTY and participating government entities informed of any other changes.

4

Unless otherwise qualified, revisions shall be effective on the seventh (7) business day after such notification and receipt thereof.   Upward revisions shall be subject to acceptance by COUNTY.

6.2.3   If an increase in price is determined not to be acceptable by COUNTY, VENDOR will be obligated to furnish the ordered products at the previous price(s).

6.2.4   COUNTY reserves the right to review discount structures at the end of the initial twelve (12) months of the proposed Agreement and amend same if such is in the best interest of the COUNTY.   A primary consideration will be the then current annual dollar volume as opposed to the original dollar estimate of the Agreement (including volume generated by all participating agencies).

6.2.5   Notwithstanding anything herein to the contrary for thirty (30) days from date of delivery to Customer, should Customer find a lower price, offered in Southern California, for the same product, payment terms, quantity and delivery terms and conditions set forth in the applicable purchase order and this Agreement, VENDOR shall, upon presentation of authentic, (e.g., sales invoice, advertisement(s) proof of such, immediately refund the difference to Customer.   This paragraph shall not apply to special and/or one-time offers, liquidation sales and discounted product(s).   Further, COUNTY contract VENDORS and non-authorized resellers where required by the manufacturers, are excluded.



EXHIBIT A 6
PAGE 94

6.3   Warranty and Product Compliance

6.3.1   All equipment provided to COUNTY must be brand new, unused, and be approved by either U.L., L.A. City Testing Lab, Factory Mutual Corp, or ETL testing labs. Further, equipment provided to COUNTY shall meet other such standards as the COUNTY may require.

6.4   Invoices and Payment Terms

6.4.1   In no event shall the COUNTY be liable for any late fees or charges.

6.4.2   Invoices shall bear upon their face the Purchase Order number which appears in the upper right-hand corner hereof. Invoices must state what they cover, as the case may be, complete or partial delivery, and must show unit and unit prices. Invoices will not be paid unless and until the requirements have been fully met. When price shown is a delivered price, all transportation and delivery charges must be prepared in full to destination.

6.4.3   Unless otherwise set forth on the applicable purchase order, payment terms are net thirty (30) days from receipt of a properly prepared and submitted invoice. Invoices shall only be issued after COUNTY's acceptance of the goods and/or products. Discounts shall be set forth herein.

6.5   Product  Pricing and Maintenance

6.5.1   VENDOR will be solely responsible for the maintenance of the Agreement and will document all additions, deletions, manufacturers' discontinuances of products, and all associated variables, including pricing revisions. Any changes, substitutions, additions,

5

deletions and/or pricing revisions must be reviewed and approved by the COUNTY and VENDOR in writing prior to any inclusion to the Agreement.

6.5.2   COUNTY''s Purchasing Agent designee will notify VENDOR in writing of formal approval within seven (7) days after VENDOR submittal of any change to the catalogs.

6.5.3   Said notification and approval shall be binding upon the COUNTY and VENDOR. Upon such approval the Agreement shall be deemed to be amended to include such Changes. All documentation and formal approvals and revised copies of the effected Agreement page(s) reflecting current release revisions will be submitted to:

> COUNTY OF LOS ANGELES
> Internal Services Department
> Purchasing Division
> 1100 N. Eastern Avenue, Room G115
> Los Angeles, CA  90063
> Attn:  Mary Walcott, Purchasing & Contracts Analyst II



EXHIBIT A
PAGE 95

6.5.4   COUNTY'S Purchasing Agent designee will notify VENDOR of acceptance of any and all catalog revisions prior to any purchases.  Notification shall be sent to:

> Office Depot
> Business Services Division
> 13405 Kildare Place
> Bradenton, FL 34202
> Attn:  David Swanstrom, Director of Local Government Services

6.5.5   Catalogs shall have complete descriptions of each item.

6.6   <u>Independent CONTRACTOR Status</u>

6.6.1   This Master Agreement is by and between COUNTY and VENDOR and is not intended, and shall not be construed, to create the relationship of agent, servant, employee, partnership, joint venture, or association, as between COUNTY and VENDOR.  The employees and agents of one party are not the employees or agents of the other party for any purpose whatsoever.

6.6.2   VENDOR understands and agrees that all persons performing work pursuant to this Master Agreement are, for purposes of worker's compensation liability, solely employees of VENDOR and not employees of COUNTY.  VENDOR shall be solely liable and responsible for furnishing any and all workers' compensation benefits to any person as a result of any injuries arising from or connected with any work performed by or on behalf of VENDOR hereunder.

6.6.3.   The employees and agents of each party, shall while on the premises of the other party, comply with all rules and regulations of the premises, including, but not limited to, security and requirements.

7.0   INDEMNIFICATION AND INSURANCE

6

7.1   <u>Indemnification</u>

VENDOR agrees to indemnify, defend and hold harmless COUNTY, COUNTY Special Districts, and Participating Government entities and their elected and appointed officers, employees, and agents, from and against any and all liability and expense, including defense costs and legal fees, arising from or connected with claims and lawsuits connected with VENDOR's operations, goods and/or commodities or services provided hereunder as well as for damage or workers' compensation benefits relating to VENDOR's and its subcontractors operations and services, which result from bodily and/or personal injury, death, or property damage (including physical damage to VENDOR's and its subcontractors' property, or property in the care, custody, or control of VENDOR and/or its subcontractor(s).  This indemnity shall include, but not be limited to claims for or by reason of any actual or alleged infringement of any United States patent or copyright or any actual or alleged trade secret disclosure.



7.2     Insurance

Without limiting VENDOR's indemnification of COUNTY, and during the term of this Agreement, VENDOR shall provide and maintain at its own expense the below-described programs of insurance. Such programs and evidence of insurance shall be satisfactory to COUNTY and shall be primary to and not contributing with any other insurance maintained by COUNTY. Certificates or other evidence of coverage shall be delivered to:

> County of Los Angeles
> Internal Services Department
> Purchasing Division
> 1100 N. Eastern Avenue, Room G115
> Los Angeles, CA  90063
> Attn:  Mary Walcott, Purchasing & Contracts Analysts II

Prior to commencing performance under this Agreement, shall specifically identify this Agreement, and shall contain the express condition that COUNTY is to be given written notice by certified mail at least thirty (30) days in advance of any modification or termination of insurance.

7.3     Liability Insurance

7.3.1   Any and all insurance described below shall be endorsed naming the County of Los Angeles as an additional insured, and shall include:

7.3.2   General liability insurance written on a commercial general liability form or on a comprehensive general liability form covering the hazards of premises/operations, products/completed operations, contractual, broad form property damage, independent contractors, and personal and advertising injury with a combined single limit of not less than One Million Dollars ($1,000,000) per occurrence.

  A.    If written with an annual aggregate limit, the policy limit shall be three times the above required occurrence limit.

7

  B.    If written on a claims made form, the VENDOR shall provide an extended two (2) year reporting period commencing upon expiration or termination of this Agreement.

7.3.3   Comprehensive Auto Liability insurance endorsed for all owned, non-owned and hired vehicles with a combined single limit of not less than Three Hundred Thousand Dollars ($300,000) per occurrence.


EXHIBIT A
PAGE 97

7.3.4   A program of Workers' Compensation insurance in an amount and form to meet all applicable requirements of the California Labor Code including employer's liability with a limit no less than One Million Dollars ($1,000,000), covering all persons performing work on behalf of VENDOR and all risks to such persons under this Agreement.

7.3.5   <u>Crime Coverage</u>:  Insurance in an amount not less than $1,000,000 covering against loss of money, securities, or other property referred to hereunder which may result from employee dishonesty, forgery or alteration, theft, disappearance and destruction, computer fraud, burglary and robbery.  Such insurance shall name COUNTY as loss payee.

7.4   <u>Failure to Procure Insurance</u>

Failure on the part of VENDOR to obtain and maintain all required insurance coverage is a material breach upon which COUNTY may, in its sole discretion, immediately suspend VENDOR's performance or terminate this Agreement.

8.0   RECORDS, DOCUMENTS AND AUDITS

VENDOR shall maintain accurate and complete financial records of its activities and operations relating to this Agreement in accordance with generally accepted accounting principles.  VENDOR shall also maintain accurate and complete employment and other records relating to its performance of this Agreement.  VENDOR agrees that COUNTY, or its authorized representatives, shall have access to and the right to examine, audit, excerpt, copy or transcribe any pertinent transaction, activity, or records relating to this Agreement.   All financial records, timecards and other employment records, and proprietary data and information, shall be kept and maintained by VENDOR and shall be made available to COUNTY during the terms of this Agreement and for a period of four (4) years thereafter unless COUNTY's written permission is given to dispose of any such material prior to such time.  All such material shall be maintained by VENDOR at a location in Los Angeles County, provided that if any such material is located outside Los Angeles County, then, at COUNTY's option, VENDOR shall pay COUNTY for travel, per diem, and other costs incurred by COUNTY to examine, audit, excerpt, copy or transcribe such material at such other location.

In the event that an audit is conducted of VENDOR specifically regarding this Agreement by any Federal or State auditor, or by any auditor or accountant employed by VENDOR or otherwise, then VENDOR shall file a copy of the audit report with COUNTY's Auditor-Controller within thirty (30) days of VENDOR's receipt thereof, unless otherwise provided by applicable Federal or State law or under this Agreement.  COUNTY shall make a reasonable effort to maintain the confidentiality of such audit r eport(s).

8

Failure on the part of VENDOR to comply with the provisions of this Paragraph 8.0 shall constitute a material breach upon which COUNTY may terminate or suspend this Agreement.



EXHIBIT A
PAGE 98

8.1.    Publicity

VENDOR shall not disclose any details in connection with this Agreement to any person or entity except as may be otherwise provided herein or required by law.  However, in recognizing VENDOR' need to identify its services and related clients to sustain itself, COUNTY shall not inhibit VENDOR from publishing its role under this Agreement, with the following conditions:

A.    VENDOR shall develop all publicity material in a professional manner.

B.    During the term of this Agreement, VENDOR shall neither, authorize another to, nor publish or disseminate any commercial advertisements, press release, feature articles, or other materials using the name of COUNTY without the prior written consent of COUNTY's Purchasing Agent.   COUNTY shall not unreasonably withhold written consent, and approval by COUNTY may be assumed in the event no adverse comments are received in writing within two (2) weeks after submittal of written request for such consent.

C.    VENDOR may, without the prior written consent of COUNTY, indicate in its proposals and sales materials that it has been awarded this Agreement with the County of Los Angeles, provided that the requirements of this Paragraph 8.0 shall apply.

9.0    EMPLOYMENT ELIGIBILITY VERIFICATION

VENDOR warrants that it fully complies with all Federal statutes and regulations regarding the employment of aliens and others and that all its employees performing work under this Master Agreement meet the citizenship or alien status requirements set forth in Federal statutes and regulations.  VENDOR shall indemnify, defend, and hold harmless COUNTY, its officers, participating government agencies and employees from and against any emptier sanctions and any other liability which may be assessed against VENDOR or COUNTY in connection with any alleged violation of any Federal statutes or regulations pertaining to the eligibility for employment of any persons performing work hereunder.

10.0    CAPTIONS AND PARAGRAPH HEADINGS

Captions and paragraph headings used in this Master Agreement are for convenience only and are not a part of this Master Agreement and shall not be used in construing this Master Agreement.

11.0    WAIVER

No waiver by either party of any breach of any provision of this Master Agreement shall constitute a waiver of any other breach of or such provision.  Failure of either party to enforce at any time, or from time to time, any provision of this Master Agreement shall not be construed as a waiver thereof.   The rights and remedies set forth in this Paragraph 11.0 are non-exclusive and cumulative.

9

12.0    GOVERNING LAW, JURISDICTION AND VENUE



EXHIBIT A
PAGE 99

This Master Agreement shall be governed by, and construed in accordance with, the laws of the State of California.  VENDOR agrees and consents to the exclusive jurisdiction of the courts of the State of California for all purposes regarding this Master Agreement and further agrees and consents that venue of any action brought hereunder shall be exclusively in the County of Los Angeles, California.

13.0   SEVERABILITY

If any provision of this Master Agreement or the application thereof to any person or circumstances is held invalid, the remainder of this Master Agreement and the application of such provision to other persons or circumstances shall not be affected, unless the essential purposes of this Master Agreement shall be materially impaired thereby.


14.0   HIRING POLICIES

14.1   Prohibition of Hiring

VENDOR and COUNTY agree that, during the term of this Agreement and for a period of six (6) months following its termination, neither party shall in any way induce or persuade any employee of one party to become an employee or agent of the other party. No bar exists to any hiring initiated through a public announcement.

15.0   TERMINATION FOR GRATUITIES

COUNTY may, by written notices to VENDOR, terminate the right of VENDOR to proceed under this Master Agreement upon one (1)  day's written notice, if it is found that gratuities in the form of entertainment, gifts, or otherwise were offered or given by, or any agent or representative of VENDOR, to any officer or employee of COUNTY with a view toward securing a contract or securing favorable treatment with respect to the awarding or amending, or the making of any determinations with respects to the performing, of such contract.  In the event of such termination, COUNTY shall be entitled to pursue the same remedies against VENDOR as it could pursue in the event of default by VENDOR.

16.0   TERMINATION FOR INSOLVENCY

COUNTY may terminate this Master Agreement forthwith in the event of the occurrence of any of the following:

A.     Insolvency of VENDOR.  VENDOR shall be deemed to be insolvent if it has ceased to pay its debts for at least sixty (60) days in the ordinary course of business, whether or not a petition has been filed under the Federal Bankruptcy Code and whether or not VENDOR is insolvent within the meaning of such laws.

10



EXHIBIT A
PAGE 100

B.   The filing of a voluntary or involuntary petition regarding VENDOR under the Federal Bankruptcy Code.
C.   The appointment of a Receiver or Trustee for VENDOR.
D.   The execution by VENDOR of a general assignment for the benefit of creditors.

The rights and remedies of COUNTY provided in this Paragraph 16.0 shall not be exclusive and are in addition to any other rights and remedies provided by law or under this Master Agreement.

17.0   TERMINATION FOR DEFAULT

COUNTY may, by written notice to VENDOR, terminate the whole or any part of this Master Agreement if, in the judgment of COUNTY's Purchasing Agent:

A.   VENDOR has materially breached this Master Agreement as elsewhere provided herein: or
B.   VENDOR fails to timely provide and/or satisfactorily perform any task, deliverable, service, or other work required under this Master Agreement hereunder; or
C.   VENDOR has assigned or delegated its duties or subcontracted any performance of this Agreement without prior written consent by COUNTY as elsewhere provided.

VENDOR shall not be liable for any excess costs if its failure to perform under this Master Agreement, arises from force majeure, i.e., causes beyond the control and without the fault or negligence of VENDOR.  If the failure to perform is caused by the default of a subcontractor, and if such default arises out of causes beyond the control of both VENDOR and subcontractor, and without the fault or negligence of either, VENDOR shall not be liable for any such excess costs for failure to perform, unless the goods or services to be furnished by the subcontractor were obtainable from other sources in sufficient time to permit VENDOR to meet the requirements.  As used in this subparagraph the terms "subcontractor" and "subcontractors" mean subcontractor(s) at any tier.

If, after COUNTY has given notice of termination under the provisions of the Paragraph 17.0, it is determined by COUNTY that VENDOR was not in default under these provisions, or that the default was excusable under these provisions, the rights and obligations of the parties shall be the same as if the notice of termination had been issued pursuant to Paragraph 18.0 (Termination for Convenience).

The rights and remedies of COUNTY provided in this Paragraph 17.0 are non-exclusive and cumulative.

18.0   TERMINATION FOR CONVENIENCE



This Master Agreement, may be terminated, when such action is deemed by COUNTY to be in its best interest.  Termination shall be effected by delivery to VENDOR of a notice of termination specifying the extent to which performance of Agreement is

11

terminated and the date upon which such termination becomes effective, which shall be no less than ten (10) days after the notice is sent.

After receipt of a notice of termination, VENDOR shall submit its termination claim and invoice to COUNTY, in the form and with any certifications as may be prescribed by COUNTY.  Such claim and invoice shall be submitted promptly, but not later than three months from the effective date of termination.  Upon failure of VENDOR to submit its termination claim and invoice within the time allowed, COUNTY may determine on the basis of information available to COUNTY, the amount if any, due to VENDOR in respect to the termination, and such determination shall be final.  When such determination is made, COUNTY shall pay VENDOR the amount so determined.

VENDOR shall honor purchase orders accepted on or before the effective date of termination.

19.0   TERMINATION FOR FAILURE TO OPERATE IN ORDINARY COURSE

VENDOR's stability was and/is a primary basis for entering into and continuing with this Agreement, therefore, COUNTY may terminate this Agreement by thirty (30) days written notice should vendor fail to continue to do business in the ordinary course.

20.0   COUNTY AUDIT SETTLEMENTS

If, at any time during or after the term of this Master Agreement, representatives of COUNTY conduct an audit of VENDOR regarding the work performed under this Master Agreement, and if such audit finds that COUNTY's dollar liability for any such work is less than payments made by COUNTY to VENDOR, then the difference shall be either repaid by VENDOR to COUNTY by cash payment upon demand or, at the sole option of COUNTY, deducted from any amounts due to VENDOR from COUNTY.  If such audit finds that COUNTY's dollar liability for such work is more than the payments made by COUNTY to VENDOR, then the difference shall be paid to VENDOR by COUNTY by cash payment.

21.0   CONFLICT OF INTEREST

No COUNTY employee whose position with COUNTY enables such employee to influence the award or conduct of this Master Agreement, and no spouse or economic dependent of such employee, shall be employed in any capacity by VENDOR or have any other direct or indirect financial interest in this Master Agreement.  No officer or employee of, nor any individual possessing any direct or indirect financial interest in, VENDOR, may in any way participate in COUNTY's approval, or ongoing evaluation, of such work, or in any way attempt to influence COUNTY's approval or ongoing evaluation of such work.



VENDOR shall comply with all conflict of interest laws, ordinances and regulations now in effect or hereafter to be enacted during the term of this Master Agreement.  VENDOR warrants that it is not now aware of any facts which create a conflict of interest.  If VENDOR hereafter becomes aware of any facts which might reasonably be expected to create a conflict of interest, it shall immediately make full written disclosure of such facts to COUNTY.  Full written disclosure shall include, but is not limited to, identification of all persons implicated and a complete description of all relevant circumstances.

12

22.0   FORCE MAJEURE

Neither party will be liable for delays in performance beyond reasonable control, including, but not limited to, fire, flood, acts of God, or restriction of civil or military authority.

23.0   MOST FAVORED PUBLIC ENTITY
VENDOR represents that the price charged to COUNTY in this Agreement do not exceed existing selling prices to other customers for the same or substantially similar items or services for comparable quantities under similar terms and conditions.

If VENDOR'S prices decline, or should VENDOR, at any time during the term of this Master Agreement, provide the same goods or services under similar quantity and delivery conditions to the State of California or any county, municipality or district of the State at prices below those set forth in this Master Agreement, then such lower prices shall be immediately extended to COUNTY.

24.0   DAMAGE TO COUNTY FACILITIES, BUILDING OR GROUNDS

VENDOR shall repair, or cause to be repaired, at its own cost, any and all damage to COUNTY facilities, buildings, or grounds caused by VENDOR or employees, subcontractors or agents of VENDOR.  Such repairs shall be made immediately after VENDOR has become aware of such damage, but in no event later than thirty (30) days after the occurrence.

If VENDOR fails to make timely repairs, COUNTY may make any necessary repairs.  All costs incurred by COUNTY, as determined by COUNTY, as determined by COUNTY, for such repairs shall be repaid by VENDOR by cash payment upon demand or COUNTY may deduct such cost from any amounts due to VENDOR from COUNTY.

25.0   RESTRICTION ON LOBBYING

25.1   <u>COUNTY Projects</u>

VENDORS, and each COUNTY lobbyist or COUNTY lobbying firm as defined in COUNTY Code Section 2.160.010 retained by VENDORS, shall fully comply with COUNTY's Lobbyist Ordinance, COUNTY Code Chapter 2.160.  Failure on the part of VENDOR or any COUNTY lobbyist or COUNTY lobbying firm retained by VENDOR to fully comply with COUNTY's Lobbyist Ordinance shall constitute a material breach of this


EXHIBIT A
PAGE 103

Agreement, upon which COUNTY may immediately terminate or suspend this Agreement.

26.0  NOTICES

All notices or demands required or permitted to be given or made under this Agreement shall be in writing and shall be hand-delivered with signed receipt or mailed by first-class registered or certified mail, postage prepaid, addressed to the parties at the following addressee:

13

If to COUNTY:          County of Los Angeles
                       Internal Services Department
                       Purchasing Division
                       1100 N. Eastern Avenue, Room G115
                       Los Angeles, CA  90063
                       Attn: Mary Walcott, Purchasing & Contracts Analyst II

If to VENDOR:          Office Depot
                       Business Services Division
                       13405 Kildare Place
                       Bradenton, FL 34202
                       Attn:  David Swanstrom, Director of Local Government Services

Addresses may be changed upon ten (10) days prior written notice.

27.0  AUTHORIZATION WARRANTY

VENDOR represents and warrants that the person executing this Agreement for VENDOR is an authorized agent who has actual authority to bind VENDOR to each and every term, condition and obligation of this Agreement and that all requirements of VENDOR have been fulfilled to provide such actual authority.

28.0  VARIATION OF TERMS

The parties hereto agree that the terms and conditions contained herein shall prevail notwithstanding any variations on any acknowledgements, invoices or such other documents submitted by VENDOR.  Any addendum hereto shall become binding upon the parties only after signature by authorized representatives of both parties.

29.0  CANCELLATION OF ORDERS



EXHIBIT A
PAGE 104

COUNTY may cancel any purchase order with respect to any Supplies or Product ordered without incurring any cancellation charges by giving VENDOR notice of such cancellation at least ten (10) days prior to the scheduled delivery date specified in COUNTY's order.

30.0   NON-EXCLUSIVITY

This Agreement is non-exclusive and shall not in any way preclude COUNTY from entering into similar agreement and/or arrangements with other vendors or from acquiring similar, equal or like goods and/or services from other entities or sources.

COUNTY makes no representation that it or any governmental entity will purchase any minimum quantities or dollar amounts.

31.0   Compliance with Applicable Law

14

VENDOR shall comply with all applicable Federal, State and local laws, rules, regulations, and ordinances, and all provisions required thereby to be included in this Master Agreement are hereby incorporated herein by reference.

VENDOR warrants that the products shipped may be used in a customary manner without violation of any law, ordinance, rule or regulation of any government or administrative body. These laws, ordinances, rules or regulations include, but are not limited to, CAL/OSHA and County Code Title 27 and Ordinance No. 4388 (electrical approval) and are incorporated herein by reference.

VENDOR shall indemnify and hold harmless COUNTY from and against any and all liability, damages, costs, and expenses, including, but not limited to, defense costs and attorneys' fees, arising from or related to any violation on the part of VENDOR, its employees, agents, or subcontractors of any such laws, rules, regulations, and ordinances.

32.0   Fair Labor Standards
VENDOR shall comply with all applicable provisions of the Federal Fair Labor Standards Act (FLSA), and shall indemnify, defend, and hold harmless COUNTY, its officers, employees, and agents from any and all liability, including, but not limited to, wages, overtime pay, liquidated damages, penalties, court costs, and attorneys' fees arising under any wage and hour law, including, but not limited to, FLSA, for work performed by VENDOR's employees for which COUNTY may be found jointly or solely liable.

33.0   Nondiscrimination and Affirmative Action

VENDOR certifies and agrees that all persons employed by it, its affiliates, subsidiaries or holding companies are and will be treated equally without regard to or because of race, color, religion, ancestry, national origin, sex, age, or physical or mental handicap, in compliance with all applicable Federal and State anti-discrimination laws and



EXHIBIT A
PAGE 105

regulations.   VENDOR shall certify to, and comply with, the provisions of Exhibit A (VENDOR'S EEO Certification).

VENDOR shall take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to race, color, religion, ancestry, national origin, sex, age, or physical or mental handicap, in compliance with all applicable Federal and State anti-discrimination laws and regulations.  Such action shall include, but is not limited to:  employment, ugrading, demotion, transfer, recruitment or recruitment advertising, layoff or termination, rates of pay other forms of compensation, and selection for training, including apprenticeship.

VENDOR certifies and agrees that it will deal with its subcontractors, bidders or vendors without regard to or because of race, color, religion, ancestry, national origin, sex, age, or physical or mental handicap.

VENDOR certifies that it is in compliance with all federal, state, and local laws, including, but not limited to:

A.     Title VI. Civil Rights Act of 1964;
B.     Section 504, Rehabilitation Act of 1973;
C.     Age Discrimination Act of 1975;

15

D.     Title IX, Education Amendments of 1973, as applicable; and
E.     Title 43, Part 17, Code of Federal Regulations, Subparts A & B;

And that VENDOR shall subject no person, on the grounds of race, creed, color, national origin, political affiliation, marital status, sex, age, or handicap, to discrimination as to any privileges or uses granted by this Agreement or under any project, program or activity supported by this Agreement.

VENDOR shall allow COUNTY representatives access to its employment records during regular business hours to verify compliance with the provisions of this Paragraph 33.0 when so requested by COUNTY.

If COUNTY finds that any of the provisions of this Paragraph 33.0 have been violated, such violation shall constitute a material breach of this Agreement upon which COUNTY may terminate or suspend this Agreement.   While COUNTY reserves the right to determine independently that the anti-discrimination provisions of this Agreement have been violated, in addition, a determination by the California Fair Employment Practices Commission or the Federal Equal Employment Opportunity Commission that VENDOR has violated State or Federal anti-discrimination laws or regulations shall constitute a finding by COUNTY that VENDOR has violated the anti-discrimination provisions of this Agreement.

The parties agree that in the event VENDOR violates the anti-discrimination provisions of this Agreement, COUNTY shall, at its option, be entitled to the sum of Five Hundred Dollars ($500) for each such violation pursuant to California Civil Code Section 1671 as liquidated damages in lieu of terminating or suspending this Agreement.



EXHIBIT A
PAGE 106

34.0   CONSUMPTION REPORTS/ITEM NUMBERS/RESTRICTED PURCHASES

Each COUNTY department procurement office and participating agency is to be assigned a customer number to be used in identifying each sale and proper billing address.   VENDOR is required to furnish to the COUNTY'S Internal Services Department (ISD) - Purchasing Division, monthly computer based usage reports of purchases separated by individual COUNTY departments, and/or delivery locations, and employee purchases, listing quantities of separate items purchased and total dollars expended.   Usage reports listing items in alphabetical order and descending dollar volume order must also be furnished.

VENDOR must provide any other usage reports that COUNTY departments or participating agencies may require for their internal controls.

Computer generated requests for restricted items shall cause a message (on screen or verbally as appropriate) informing requestor of such restriction.

35.0   ORDERING REQUIREMENTS

VENDOR shall provide the ability for unlimited amount of users to order via on-line communication with the vendor's computer system by COUNTY-owned PC/CRT terminals and printers, or by FAX, telephone, direct mail or walk-in orders.

16

VENDOR shall design an Input Screen/Order Form to be used on all orders (which may be supported by normal COUNTY Purchase Order Form).   Cost of input form creation, programming, future changes or modifications, and maintenance shall be exclusively for VENDOR'S account.

36.0   PARTICIPATING MUNICIPALITIES

The COUNTY has designated U.S. Communities Purchasing and Finance Agency (U.S. Communities) as the agency to provide administrative services related to purchases by other governmental entities (Participating Public Agencies) under this Agreement.   At COUNTY'S sole discretion and option, and upon VENDOR entering into the requisite U.S. Communities Administration Agreement, Participating Public Agencies may acquire items listed in this Agreement.   Such acquisition(s) shall be at the prices stated in this Agreement, or lower.   In no event shall COUNTY be considered a dealer, remarketer, agent or representative of VENDOR.

37.0   EXCLUSIONS:
The following items are excluded from purchase by the County of Los Angeles:



EXHIBIT A
PAGE 107

Classroom Supplies (including Arts & Crafts), Paper, Computers & Computer Peripherals, Cameras, Film & Accessories, Photocopiers, Toner Products, Janitorial Equipment & Supplies, Food Products, Refrigerators, Audio-Visual Equipment & Supplies and Furniture.

17

**AUTHORIZATION OF MASTER AGREEMENT**

**BY AND BETWEEN**

**COUNTY OF LOS ANGELES**

**AND**

**OFFICE DEPOT**

**FOR**

**OFFICE AND CLASSROOM SUPPLIES**

IN WITNESS WHEREOF, the County of Los Angeles has caused this Agreement to be subscribed by its Purchasing Agent and VENDOR has caused this Agreement to be subscribed in its behalf by its duly authorized officer, this 2nd day of January, 2006.



EXHIBIT A
PAGE 108

**AUTHORIZATION OF MASTER AGREEMENT**

**BY AND BETWEEN**

**COUNTY OF LOS ANGELES**

**AND**

**OFFICE DEPOT**

**FOR**

**OFFICE AND CLASSROOM SUPPLIES**

IN WITNESS WHEREOF, the County of Los Angeles has caused this Agreement to be subscribed by its Purchasing Agent and VENDOR has caused this Agreement to be subscribed in its behalf by its duly authorized officer, this 2nd day of January, 2006.

COUNTY OF LOS ANGELES

By _____

Name:   Payton Price

Title:   Purchasing Agent Designee

VENDOR

By: _____

Name:  Robert Cetina

Title:  U.P. BSG

Reviewed and approved as to form and legality
by: Office Depot Legal Department

Attorney / Paralegal: _____

Date: 11/24/05

18

EXHIBIT A
PAGE 109

**EXHIBIT A**

**OFFICE SUPPLIES**
**PRICING AND DISCOUNTS**

All in-stock items shown in the Office Depot General Line Catalogs and United Business Products Catalogs shall be priced at the following Discounts from the Manufacturer's list price, Cost Plus Percentage or at the prices as referenced in the attached spreadsheets (Core Products).  **Note:**  LL stands for Mfg. List Price Less, GP stands for Gross Profit and GM stands for Gross Margin.

**TONER ITEMS:**
| | |
|---|---|
| Discount allowed from Supplier Catalog: | LL 45% w/15% GP floor |
| Discount allowed from Wholesale Catalog: | LL 10% |

**FURNITURE:**
| | |
|---|---|
| Discount allowed from Supplier Catalog: | LL 45% w/15% GP floor |
| Discount allowed from Wholesale Catalog: | LL 10% |

**GENERAL OFFICE SUPPLIES:**
| | |
|---|---|
| Discount allowed from Supplier Catalog: | LL 45% w/15% GP floor |
| Discount allowed from Wholesale Catalog: | LL 10% |
| Discount allowed for General Office and Stationery Supplies-Most Frequently Ordered Items (MFOI) | LL 70% w/15% GP floor |

**TECHNOLOGY PRODUCTS:**
| | |
|---|---|
| Cost Plus Percentage allowed from Supplier Catalog: | Cost Plus 13 GM |
| Cost Plus Percentage allowed from Wholesale Catalog: | Cost Plus 22 GM |
| Cost Plus Percentage allowed for MFOI General Office and Stationery Supplies | Cost Plus 13 GM |

**PAPER PRODUCTS:**
| | |
|---|---|
| Cost Plus Percentage allowed from Supplier Catalog: | Cost Plus 17 GM |
| Cost Plus Percentage allowed from Wholesale Catalog: | Cost Plus 25 GM |
| Cost Plus Percentage allowed for MFOI General Office and Stationery Supplies | Cost Plus 17 GM |

**CATALOG PRODUCTS MARKED M AND S:**
| | |
|---|---|
| Discounts allowed for products in Catalogs marked M and S: | LL 10% |

**CORE PRODUCTS:**                         **Fixed Price**

Note: Office Paper Products prices will float based upon market costs.
All other Office Supply Products prices are firm for the first twelve (12) months of the Agreement.

EXHIBIT A
PAGE 110



**EXHIBIT A – 1**

**CLASSROOM SUPPLIES**
**PRICING AND DISCOUNTS**

All in-stock items shown in the Office Depot School Supply Book, S. P. Richards Business School Catalog, Office Depot General Line Catalog and United Business Products shall be priced at the following Discounts f rom the Manufacturer's list price, Cost Plus Percentage or at the prices as referenced in the attached spreadsheets (Core Products).  **Note:**  LL stands for Mfg. List Price Less, GP stands for Gross Profit and GM stands for Gross Margin.

**CLASSROOM SUPPLIES:**

| | |
|---|---|
| Discount allowed from Supplier Catalog GP floor | LL 45% w/15% |
| Discount allowed from Wholesale Catalog: | LL 10% |
| Discount allowed for MFOI General Office and GP floor Stationery Supplies | LL 70% w/15% |

**ARTS AND CRAFTS:**

| | |
|---|---|
| Discount allowed from Supplier Catalog: floor | LL 45% w/15% GP |
| Discount allowed from Wholesale Catalog: | LL 10% |
| Discount allowed for MFOI General Office and floor Stationery Supplies | LL 70% w/15% GP |

**PAPER PRODUCTS:**

| | |
|---|---|
| Cost Plus Percentage allowed from Supplier Catalog: | Cost Plus 17 GM |
| Cost Plus Percentage allowed from Wholesale Catalog: | Cost Plus 25 GM |

**CATALOG PRODUCTS MARKED M AND S:**

| | |
|---|---|
| Discounts allowed for products in Catalogs marked M and S: | LL 10% |

**CORE PRODUCTS :**          **Fixed Price**

Note:  Classroom Paper Products prices will float based upon market costs. All other Classroom Products prices are firm for the first twelve (12) months of the Agreement.



EXHIBIT A
PAGE 111

**EXHIBIT A - 3**

**OFFICE SUPPLIES**
**PRICING AND DISCOUNTS ALTERNATE OPTION**

Exhibit A-3 may be used as an alternate pricing option in place of Exhibit A. All items shown on the Office Depot Web site shall be priced at the following Discounts or at the prices as referenced in the attached spreadsheets (Core Products).  **Note**:  WL stands for Office Depot Web price Less, GP stands for Gross Profit and GM stands for Gross Margin.

**TONER ITEMS:**
Discount allowed from Web Site:                                 WL 10%
Discount allowed from Wholesale Catalog:                 WL 10%

**FURNITURE:**
Discount allowed from Web Site:                                 WL 10%
Discount allowed from Wholesale Catalog:                 WL 10%

**GENERAL OFFICE SUPPLIES:**
Discount allowed from Web Site:                                 WL 10%
Discount allowed from Wholesale Catalog:                 WL 10%

**TECHNOLOGY PRODUCTS:**
Cost Plus Percentage allowed from Web Site:                      WL 10%
Cost Plus Percentage allowed from Wholesale Catalog:       WL 10%

**PAPER PRODUCTS:**
Cost Plus Percentage allowed from Web Site:                      WL 10%
Cost Plus Percentage allowed from Wholesale Catalog:       WL 10%

**CORE PRODUCTS:**                                                        **Fixed Price**

Note: Office Paper Products prices will float based upon market costs.
All other Office Supply Products prices are firm for the first twelve (12) months of the Agreement.



EXHIBIT A /
PAGE 112

## EXHIBIT A – 4

## CLASSROOM SUPPLIES
## PRICING AND DISCOUNTS ALTERNATE OPTION

Exhibit A-4 may be used as an alternate pricing option in place of Exhibit A-1. All items shown on the Office Depot Web site shall be priced at the following Discounts or at the prices as referenced in the attached spreadsheets (Core Products). **Note:** WL stands for Office Depot Web price Less, GP stands for Gross Profit and GM stands for Gross Margin.

### CLASSROOM SUPPLIES:
Discount allowed from Web Site:                                     WL 10%
Discount allowed from Wholesale Catalog:                           WL 10%

### ARTS AND CRAFTS:
Discount allowed from Web Site:                                     WL 10%
Discount allowed from Wholesale Catalog:                           WL 10%

### PAPER PRODUCTS:
Cost Plus Percentage allowed from Web Site:                        WL 10%
Cost Plus Percentage allowed from Wholesale Catalog:               WL 10%

### CORE PRODUCTS :                                          **Fixed Price**

Note:  Classroom Paper Products prices will float based upon market costs. All other Classroom Products prices are firm for the first twelve (12) months of the Agreement.



EXHIBIT A
PAGE 113

## EXHIBIT A - 5

### Additional Services

**Copy and Print Services**
Copy and Print Services                                        Retail – 15%

**Promotional Products**
Promotional Products                                          Promotional Catalog - 5%  *

*Additional fees will apply for imprinting and shipping

EXHIBIT A
PAGE 114

**EXHIBIT B**

**VENDOR'S PROPOSAL**

(VENDOR's proposal is not attached hereto.)
(The Vendor's proposal is incorporated herein.)



EXHIBIT A
PAGE 115

**EXHIBIT C**

**COUNTY'S REQUEST FOR PROPOSALS (RFP)**


(County's Request for Proposal is not attached hereto.)
(The County's Request for Proposal is incorporated herein.)



**EXHIBIT D**

**VENDOR'S EEO CERTIFICATION**

Office Depot

Vendor's Name

2200 Old Germantown Rd, Delray Beach Fl

Address

59-266-3954

Internal Revenue Service Employer Identification Number

**GENERAL CERTIFICATION**

In accordance with Section 4.32.010 of the Code of the County of Los Angeles, the Contractor, supplier, or vendor certifies and agrees that all persons employed by such firm, its affiliates, subsidiaries, or holding companies are and will be treated equally by the firm without regard to or because of race, religion. Ancestry, national origin, or sex and in compliance with all anti-discrimination laws of the United States of America and the State of California.

**VENDOR'S SPECIFIC CERTIFICATIONS**

1.  The Vendor has a written policy statement prohibiting discrimination in all phases of employment.      Yes X      No. _____

2.  The Vendor periodically conducts a self analysis or utilization analysis of its work force.      Yes X      No _____

3.  The Vendor has a system for determining if its employment practices are discriminatory against protected groups.      Yes X      No _____

4.  Where problem areas are identified in employment practices, the Vendor has a system for taking reasonable corrective action, to include establishment of goals or timetables.      Yes X      No _____

Robert Cezina      U.P. BSG

Name and title of signer

_____      11/29/2005

Signature      Date

Reviewed and approved as to form and legality by: Office Depot Legal Department

Attorney / Paralegal: _____

Date: 11/29/05



EXHIBIT A
PAGE 117

06/19/2006 15:37 FAX 323 371 488   ISD   @002
May. 24. 2006 10:52AM   Charles Schwab                    No. 3793   P. 2

| TERM CONTRACT | | NUMBER | 42595 | AMENDMENT | 02 |
|---|---|---|---|---|---|
| AMENDMENT | | BUYER | MARY WALCOTT | | |
| | | BUYER PHONE | (120) 267-1208 (000) | | |
| INTERNAL SERVICES DEPARTMENT | | T NUMBER | | | |
| | | DATE ISSUED | 05/02/06 | | |
| | | VENDOR NUMBER | 051258   14 | | |
| | | VENDOR PHONE | (800) 650-1222 | | |
| | | FREQUENCY | 1S9000 | | |

INTERNAL SERVICES DEPARTMENT

AGENCY REQ NO
REQ NO.      11:022107
FISCAL YEAR : 06
EFFECTIVE DATE : 07/03/06
EXPIRATION DATE: 01/01/10

OFFICE DEPOT
PO BOX 79049
LOS ANGELES, CA 90074-0049

TYPE CHANGE :    ADMINISTRATIVE CHANGE

---

OFFICE AND CLASSROOM SUPPLIES

---

AMENDMENT #2 IS ISSUED TO INCORPORATE THE FOLLOWING:

CUSTOMERS WITH SPEND OF $1,000,000 AND ABOVE HAVE THE OPTION OF
1) RECEIVING AN ANNUAL REBATE, 2) AN INCREASED DISCOUNT ON ALL ITEMS
OR 3) MUTUALLY AGREED TO ADDITIONAL LIST OF ITEMS ADDED TO THEIR
CONTRACT WITH A HIGHER DISCOUNT ON THE PRODUCTS.

IF THE ADDITIONAL DISCOUNT ON ALL OR INDIVIDUAL ITEMS IS SELECTED AND
THE PROJECTED VOLUMES DECLINE OVER PRIOR YEAR BY 20%, OFFICE DEPOT
RESERVES THE RIGHT WITH 60 DAYS WRITTEN NOTICE TO ADJUST THE
ADDITIONAL DISCOUNT TO REFLECT THE PROPER DISCOUNT TIER.

BAISIS:   EMAIL RECEIVED FROM DAVID SWANSTROM, OFFICE DEPOT, DATED
4/19/06

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

*Mary Walcott 5/3/06*
DEPUTY OF 10? SUPPLIES

VENDOR SIGNATURE DATE

EXHIBIT A
PAGE 118





| TERM CONTRACT AMENDMENT | | |
|---|---|---|
| INTERNAL SERVICES DEPARTMENT | | |

NUMBER       :        42595
BUYER :       MARY WALCOTT
BUYER PHONE  :   (323) 267-2208-0000
T-NUMBER     :
DATE ISSUED  :        03/20/06
VENDOR NUMBER :   051258   -14
VENDOR PHONE :   (800) 650-1222
REQ AGENCY   :        IS9000
AMENDMENT :       01

INTERNAL SERVICES DEPARTMENT

AGENCY REQ NO. :
REQ NO.      :        11022107
FISCAL YEAR  :        06
EFFECTIVE DATE :     01/02/06
EXPIRATION DATE:     01/01/10

TYPE CHANGE  :        ADMINISTRATIVE CHANGE

OFFICE DEPOT
PO BOX 70049
LOS ANGELES, CA 90074-0049

---

OFFICE AND CLASSROOM SUPPLIES

---

AMENDMENT #1 IS ISSUED TO INCORPORATE THE FOLLOWING CHANGES:

1) INCORPORATE REBATE STRUCTURE AS FOLLOWS:
ANNUAL PURCHASES                    REBATE
$500K - $1M                          0.5%
$1M - $3.5M                          2.0%
$3.5M +                                 5.0%

2) INCORPORATE DELIVER TERMS TO BE FOB DESTINATION
FREIGHT PRE-PAID AND ALLOWED.

ALL REMAINING TERMS AND CONDITIONS REMAIN THE SAME.

---

_Mary Walcott_ 3/20/06
COUNTY OF LOS ANGELES

VENDOR SIGNATURE/DATE

PRINT INFORMS 1058

EXHIBIT A
PAGE 119

# EXHIBIT 3

**ATTACHMENT H**



## U.S. COMMUNITIES

*Government Purchasers Saving You Money*

### Founding Co-Sponsors

    

U.S. Communities Purchasing & Finance Agency (U.S. Communities) is a non-profit instrumentality of government established by state and local government to assist public agencies reduce the cost of purchased goods and finance purchased goods. The Association of School Business Officials, International (ASBO), the National Association of Counties (NACo), the National Institute of Governmental Purchasing (NIGP), the National League of Cities (NLC), and the United States Conference of Mayors (USCM), jointly sponsor the U.S. Communities Government Purchasing Alliance (U.S. Communities).

Designed in cooperation with an Advisory Board of state and local government purchasing officials, U.S. Communities pools the purchasing power of public agencies, achieves bulk volume discounts on behalf of public agencies, competitively solicits quality products through a lead public agency and provides a purchasing forum for public agencies nationwide.

The following document contains an explanation of the commitments, requirements and expectations of all suppliers that enter into an administrative agreement with U. S. Communities. Please review and provide the signature of a Corporate Officer at the end of each section.

Version

EXHIBIT A
PAGE 121

ATTACHMENT H

## SUPPLIER COMMITMENTS

U.S. Communities asks each supplier to make three basic commitments to ensure the overall success of the program:

**Corporate Commitment** – A commitment that U.S. Communities has the support of senior management, and that the U.S. Communities contract is the supplier's primary offering to state and local government agencies nationwide. The supplier shall make its existing state and local public agency clients aware of its U.S. Communities contract, and upon the state or local public agency's request, such agency will be transitioned to the supplier's U.S. Communities Contract.

**Pricing Commitment** – A commitment that supplier's U.S. Communities pricing is the lowest available pricing (net to buyer) to state and local public agencies nationwide and a further commitment that, if a state or local public agency is otherwise eligible for lower pricing through a federal, state, regional or local contract, the supplier will match the pricing under U.S. Communities.

**Sales Commitment** – A commitment that the supplier will aggressively market U.S. Communities nationwide and that the sales force will be trained, engaged and committed to offering U.S. Communities to state and local public agencies nationwide, with a further commitment that all U.S. Communities sales be accurately and timely reported.

**The Corporate, Pricing and Sales Commitments are the foundation of the relationship between U.S. Communities and its suppliers. The Commitments are not negotiable. If a supplier is found to be in violation and/or non-compliance with one or more of the U.S. Communities Commitments, the supplier will have ninety days to provide resolution and come into compliance. Failure to do so will result in removal from the U.S. Communities national program.**

Name: Robert Cetina

Title: Vice President – Government and Education Services

Signature:

Version 1.1

EXHIBIT A
PAGE 122

**ATTACHMENT H**

### SUPPLIER PROGRAM STANDARDS

We recognize that each supplier has a successful business and may choose to manage its U.S. Communities program in a variety of ways that best suit the supplier's business model, organization and market approach. The following are Program Standards intended to assist the supplier in successfully implementing the U.S. Communities contract:

**U.S. Communities Administration Agreement** - The supplier is required to execute the U.S. Communities Administration Agreement ("Agreement") prior to the award of the U.S. Communities contract. The Agreement outlines the supplier's general duties and responsibilities in implementing the U.S. Communities contract.

**National Account Management Team** – The supplier shall provide a National Account manager with the authority and responsibility for the overall success of the U.S. Communities contract within the supplier's organization.   The supplier shall also designate a Lead Referral Contact Person, responsible for receiving communications from U.S. Communities concerning new public agency registrations and for ensuring timely follow up by the supplier's staff to requests for contact from public agencies. Additionally, the supplier shall provide the personnel necessary to implement and support a supplier-based internet web page dedicated to the supplier's U.S. Communities program and linked to the U.S. Communities web site.

**State and Local Agency Access** - Establish the following communication links to facilitate customer access and communication:

- ❑ A dedicated U.S. Communities internet web-based homepage with:
  - –U.S. Communities standard logo with Founding Co-Sponsors;
  - –Copy of original Request for Proposal or Invitation to Bid;
  - –Copy of contract and amendments between lead public agency and supplier;
  - –Summary of products and pricing;
  - –Electronic link to U.S. Communities' online registration page;
  - –Other promotional material as desired.
- ❑ A dedicated toll free national hotline for U.S. Communities
- ❑ A fax number for inquiries and orders
- ❑ A dedicated e mail address for general inquiries, "uscommunities@(name of supplier.com)

**Electronic Registration** - The supplier is responsible for ensuring that each Participating Public Agency has completed U.S. Communities' online registration process prior to processing the Participating Public Agency's first sales order.

**Sales Report** - The supplier is responsible for reporting all Participating Public Agency sales within 30 days of the end of each calendar quarter in the prescribed format set forth in the Agreement.

EXHIBIT A
PAGE 123

**ATTACHMENT H**

**Administrative Fees** - The supplier is responsible for paying to U.S. Communities an administrative fee on all Participating Public Agency sales volumes within 30 days of the end of each calendar quarter as set out in the Agreement.

**Quarterly Review** - U.S. Communities will schedule a quarterly meeting with the supplier to evaluate the supplier's performance of Supplier Commitments and Program Standards outlined herein.

**U.S. Communities Awareness** - U.S. Communities is responsible for marketing the overall U.S. Communities concept and program to Participating Public Agencies. U.S. Communities marketing is intended to supplement and enhance the direct sales effort of the supplier. The supplier assists by providing camera-ready logos and by participating in related trade shows and conferences. U.S. Communities employs a national marketing team, a web based registration and lead referral system, a network of national and state sponsors, direct mail, the Internet and newsletters and other publications to increase U.S. Communities awareness.

**Supplier Sales** - Supplier is responsible for proactive direct sales of supplier's goods and services to public agencies nationwide and the timely follow up to leads established by U.S. Communities. Use of product catalogs, targeted advertising, direct mail and other sales initiatives are encouraged. All sales materials are to use the U.S. Communities logo. U.S. Communities will provide each Supplier with its logo and the standards to be employed in the use of the logo. At a minimum, the supplier's sales initiatives should communicate:

- ❑ Contract was competitively solicited by a Lead Public Agency;
- ❑ Best government pricing
- ❑ No cost to participate
- ❑ Non-exclusive contracts

**Sales Force Training** - Supplier is responsible for the training of its national sales force on the U.S. Communities contract. U.S. Communities is available to train regional or district managers and generally assist with the education of sales personnel. At a minimum, sales training should include:

- ❑ Key features of U.S. Communities contract
- ❑ Working knowledge of National Sponsors and U.S. Communities Organization and Solicitation Process
- ❑ Awareness of the range of public agencies that can access U.S. Communities

Name: <u>Robert Cetina</u>

Title: <u>Vice President – Government and Education Services</u>

Signature: _____

EXHIBIT A
PAGE 124

**ATTACHMENT H**

PUBLIC AGENCY SOLICITATION RESPONSE GUIDELINES

While it is the objective of the U.S. Communities program to have public agencies
piggyback on the contracts rather than issue their own bids and RFP's, U.S. Communities
recognizes that for various reasons many public agencies will issue their own
solicitations. The following options are available to U.S. Communities Suppliers when
responding to Public Agency solicitations.

1. Respond to the bid or RFP with pricing that is higher (net to buyer) than the
   Suppliers' U.S. Communities contract pricing.
2. Respond to the bid or RFP with pricing that is higher (net to buyer) than the
   Suppliers U.S. Communities contract pricing. If an alternative response is
   permitted offer the U.S. Communities contract as an alternative for their
   consideration.
3. Respond with your U.S. Communities contract pricing. If successful the sales
   would be reported under U.S. Communities.
4. If competitive conditions required pricing lower than the standard U.S.
   Communities contract pricing, the supplier can submit lower pricing through the
   U.S. Communities contract. If successful the sales would be reported under U.S.
   Communities,
5. Do not respond to the bid or RFP. Make the U.S. Communities contract available
   to the agency to compare against their solicitation responses.

Name: <u>Robert Cetina</u>
Title: <u>Vice President – Government and Education Services</u>
Signature: _____

Version 2.1

EXHIBIT A
PAGE 125

# EXHIBIT 4



Mr. Mike Ward                                                    September 27, 2004
Assistant Director of Purchasing
City and County of San Francisco
City Hall, Room 430
1 Dr, Carlton B. Goodlett Place
San Francisco, CA 94102

Dear Mr. Ward:

Thank you for allowing Office Depot to present a proposal for the procurement of office supplies. We are delighted to have an opportunity to earn the status of the preferred provider of office products for the City and County of San Francisco. Enclosed is a concise reply outlining the tools, capabilities and value Office Depot can bring to CCSF purchasing process. We have carefully followed all bid instructions and replied to each section and question with a short, clear and to the point reply that addresses each individual question or request.

We are providing you aggressive market driven prices and a program designed to give CCSF a program that exceeds all of your purchasing requirements and governmental mandates. Our program will insure you achieve the lowest market driven prices. We achieve these results by leveraging our worldwide buying power, our in-depth location-by-location product usage evaluations, and conducting customized business reviews that help you pinpoint savings opportunities. These individual reports roll up to an organization wide overview that benchmarks locations against one another allowing us to find and share each locations best practices.

Office Depot is the industry leader in the areas of buying power, custom cost reduction reporting, fanatical customer service, 100% customer satisfaction and excellence in execution. We carefully monitor and measure each part of our business to maintain a large lead over our competitors in the way we provide consistent, reliable and on time customer support and service. The capabilities, experience and training of each of our employees is world class from the person pulling your order, delivering your supplies and all the way up to Bruce Nelson, our CEO. We have achieved this level of performance by providing "Fanatical Customer Service" training for every employee.

We have assembled a CCSF Account Team composed of highly experienced local and regional resources that know how to support your needs. We do this by exceeding all of your expectations and helping you develop a world-class supply management program. I will have the privilege of leading this extremely responsive group and to be your single point of contact for your office products agreement.

On behalf of the entire Office Depot Team, we look forward to earning status as a strategic partner with you and demonstrating how the combined strengths of Office Depot and CCSF will result in a widely recognized and copied business partnership.

If you have any questions or need additional information, please feel free to contact me.

Sincerely,

Thomas A. May
Business Development Manager


Thomas A. May
6700 Automall Parkway
Fremont, CA 94538

Phone: 510 497 5701
Mobile: 650 867 9175
Fax: 510 497 5436

# EXECUTIVE SUMMARY

Office Depot is a $12.3 billion reliable, financially strong, exceptionally well-managed global organization. We have the ability to exceed the most stringent and demanding cost, quality, e-commerce and global service requirements. This fact is validated by exceptionally long-term relationships with large corporations, Government organizations and Fortune 500 businesses like:

| | | |
|---|---|---|
| State of Florida | Exon/Mobil | Nationwide Insurance |
| Bank of America | Seagate | GSA |
| IRS | Sodexho Marriott | Veritas Software |
| Chevron/Texaco | US Communities | Visa |
| Disney/ABC | Home Depot | Weyerhaeuser |
| Fujitsu America | Microsoft | |

We believe we are uniquely positioned to exceed your office products program needs for the following reasons:

Office Depot makes a large contribution to the San Francisco economy. Our Retail stores generate over $21 million in sales that contribute $210,000 in sales tax revenues to the City and County of San Francisco. Our payroll includes 115 full time employees working in the City and County of San Francisco.

We are one of the largest and most fiscally sound office products companies in the world. Office Depot is able to leverage that position to obtain the best product costs. Our profitability and sound stable management helps us continue this success by investing in systems and solutions that keep us in a cost and services leadership position over our competitors.

We deliver product at a 99.7% accuracy rate with a delivery record that is superior to FedEx and UPS! Our trucks using our professional and highly trained Delivery Service Representatives make deliveries. The City and County experience will be consistent and reliable.

Office Depot controls our destiny through the in-house development of a robust and powerful delivery and systems technology infrastructure that is unsurpassed. This includes an online package tracking system and the highest in-stock fill ratio in the industry.

Our in-stock factory-direct inventory is unsurpassed. We carry more merchandise purchased direct from the factories than any other company. This translates to lower cost for our customers. We have virtually eliminated expensive wholesale middlemen slashing purchasing cost for our customers on 20 – 25% of your purchases.

Office Depot is committed to produce both internal and external process improvements. We normally provide our customers with real dollar savings each year in the 4-5% range. These improvements we provide to our customers, enhance service capabilities, reduce the cost of doing business, and lower the costs of goods.

Everyone in our organization is dedicated to one simple goal day in and day out. Be fanatical in our efforts to maintain our position as one of the country's most compelling places in the world to work, shop and invest.

Office Depot
**Business Services Division**



**CONTRACT PROPOSAL** (Indefinite Quantity)
Office of Contract Administration
Purchasing Division
City and County of San Francisco
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4685

SIGN AND RETURN THIS PAGE

Contract Proposal No.

# 96703

Bids will be opened in:

City Hall, Room 430, at **2 p.m.**, September 27, 2004

**Office Supplies & Related Services**

Sign the bid; put it in the envelope provided; and write the Contract Proposal Number on the outside. Sign and return this page. Return other pages as indicated.

Do not include sales or excise taxes in bid prices.

Upon receipt of a Contract Acceptance, the undersigned hereby agrees to furnish all articles or services within the dates specified, in the manner and at the prices stated, in accordance with the advertisement, specifications, proposal, and bid and contract conditions, all of which are made part of the contract proposal, and together, with the executed Contract Acceptance constitute the Contract between the City and the undersigned when authorized by a Purchase Order, City Blanket Purchase Order, or City Blanket Purchase Order Release certified by the Controller. In the event of any conflict between the contractual documents mentioned above, the order of precedence for resolving such conflict shall be: (1) Contract Acceptance; (2) City Blanket Purchase Order; (3) Purchase Order; (4) City Blanket Purchase Order Release.

| | |
|---|---|
| Name under which business is conducted | OFFICE DEPOT |
| Mailing address | 303 SECOND STREET, SUITE 460 |
| City, State, ZIP | SAN FRANCISCO, CA 94107 |
| Telephone | ( 415 ) 356-5729 |
| Fax number | ( 415 ) 863-0352 |
| Federal Employee Identification Number | 59-266-3954 |
| Sign here | |
| Name of person signing | DOUG SILL |

---

**IMPORTANT INFORMATION**

**A Pre-Bid Conference** will be held on **September 16, 2004, 9:00 a.m., 1 Dr. Carlton B. Goodlett Place, City Hall, Room 431, San Francisco, CA 94102.** .

---

**EXHIBIT A PAGE 129**

# BID AND CONTRACT CONDITIONS

## TERMS RELATED TO BIDDING

### 1. When Bids are Due; Bid Opening Procedures

Bids must be delivered before time set for bid opening. Bids will be opened by Purchasing at the hour and place stated in the ad in the presence of bidders who attend, and bid prices will be read upon request as time permits. Bidders may inspect the bids after award.

### 2. Alternates

When the name of a manufacturer, brand or make, with or without model number, is used in describing any item in this document, bids for similar articles will be considered unless otherwise stated. Purchasing shall be the sole judge as to whether such alternate articles are acceptable. Unless bidder states to the contrary, articles offered will be assumed to be the specific articles named in this document. If not offering the specific article named, bidder should enclose with its bid full information, specifications and descriptive data on items offered. Purchasing reserves the right to permit deviations from the specifications if any article offered is substantially in accord with Purchasing's specifications and is deemed by Purchasing to be of as good quality and as fully satisfactory for its intended use. Bidder is responsible for identifying any deviations from Purchasing's specifications.

### 3. Articles Furnished

Articles and services must comply with applicable laws, ordinances and other legal requirements, including (among others) the Cal-OSHA regulations in Title 8 of the Calif. Code of Regulations and, for electrical products, Articles 89-6 and 90-71 of the S.F. Electrical Code. In addition, if an electrical item has not been tested by a lab approved by City's Dept. of Public Works (DPW), Contractor will so notify the requesting department before delivery by writing the department at the "Deliver to" address on the front of the Purchase Order. Approved testing labs are: American Gas Assn.; Applied Research Labs; Electro-Test, Inc.; ETS Testing Labs; Factory Mutual Research; Gas and Mechanical Lab; Underwriters Labs. When a non-tested item is delivered, the department will request approval from DPW. If the department is unable to obtain approval, City reserves the right to cancel the transaction and return the item to Contractor, at no charge to City.

### 4. Place of Manufacture

No article furnished shall have been made in prison or by convict labor, except, for articles purchased for use by City's detention facilities.

### 5. Condition of Article

Articles offered and furnished must be new and previously unused, and of manufacturer's latest model, unless otherwise specified herein.

### 6. Samples

Articles offered as equal to "City sample" must fully conform thereto; "City samples" may be inspected at the place designated by Purchasing. Samples must be furnished as required in this document. Those submitted by successful bidders may be retained for testing or checked against deliveries, in which case allowance will be made to Contractor. Each sample shall be plainly marked in a durable manner with the name of the bidder, the contract proposal number, and the item number. Submitted sample will be deemed to be exactly what bidder proposes to furnish unless otherwise clearly indicated by the bidder in writing with the submittal of the sample. Sufficiency of sample will be determined by Purchasing. Do not enclose sample with bid, and do not wrap bid in package with sample.

### 7. FOB Point

F.O.B. destination in San Francisco, freight prepaid and allowed.

### 8. Price List Discounts

When bids are based on prices from a catalog or price list, bidder shall furnish copies of the catalog or price list as required herein. Contractor shall furnish additional lists as required. Bids will be considered for price lists offered other than specified provided the alternate price list can be readily compared on an overall basis with the specified price list. Bidder's price list discounts must remain firm during the term of the contract.

### 9. Bidding on Separate items and in the Aggregate

Bidders may bid separately for any item unless otherwise provided. Bidders may make an offer on one, some or all items, unless otherwise provided.

### 10. Prices

Prices quoted must be fixed except as otherwise specified in this document. Any bid requiring receipt of order in less than 30 days will be unacceptable unless otherwise specified herein.

### 11. Awards; Rejection of Bids

Purchasing may make awards on one, some or all items in a bid. Purchasing reserves the right to reject any and all bids.

### 12. Cash Discounts; Terms of Payment

Cash discount (discount for prompt payment) will be taken into consideration in determining the low bid under the following conditions:

a. Discount period must be at least 30 days. Example: "1%, 30 days. Net 3 t."

b. The discount period will start upon date of completion or delivery of all items on any Purchase Order or other authorization certified by Controller, or upon date of receipt of properly prepared invoices covering such deliveries, whichever is later.

c. Payment is deemed to be made, for the purpose of earning the discount, on the date of mailing the City's check.

The discount is will be deducted from the invoice amount in accordance with the provisions of 12b and 12c above, unless the bid states the discount is not available. No additional charge shall accrue against City in the event that City does not make payment within any time specified by bidder.

### 13. Sunshine Ordinance

In accordance with Sec. 67.24(e) of the San Francisco Administrative Code, contracts, contractors' bids, responses to RFPs and all other records of communications between City and persons or firms seeking contracts shall be open to inspection immediately after a contract has been awarded. Nothing in this provision requires the disclosure of a private person's or organization's net worth or other proprietary financial data submitted for qualification for a contract or other benefit until and unless that person or organization is awarded the contract or benefit. Information provided which is covered by this paragraph will be made available to the public upon request.

## TERMS RELATED TO THE CONTRACT

### 14. Inspection

All articles supplied shall be subject to inspection and rejection by Purchasing or any department official responsible for inspection.

### 15. Contract Interpretation; Choice of Law/Venue; Assignment

Should any questions arise as to the meaning and intent of the contract, the matter shall be referred to Purchasing, who shall decide the true meaning and intent of the contract. This contract shall be deemed to be made in, and shall be construed in accordance with the laws of, the State of California; the venue for all claims arising out of this contract shall be in San Francisco. This contract may be assigned only with the written approval of Purchasing.

### 16. Hold Harmless and Indemnification

Contractor shall indemnify and save harmless City and its officers, agents and employees from, and, if requested, shall defend them against any and all loss, cost, damage, injury, liability, and claims thereof for injury to or death of a person, including employees of Contractor or loss of or damage to property, resulting directly or indirectly from Contractor's performance of this Contract, including but not limited to, the use of Contractor's facilities or equipment provided by City or others, regardless of the negligence of, and regardless of whether liability without fault is imposed or sought to be imposed on City, except to the extent that such indemnity is void or otherwise unenforceable under applicable law in effect on or validly retroactive to the date of this Contract, and except where such loss, damage, injury, liability or claim is the result of the active negligence or willful misconduct of City and is not contributed to by any act of, or by any omission to perform some duty imposed by law or agreement on Contractor, its subcontractors or either's agent or employee. The foregoing indemnity shall include, without limitation, reasonable fees of attorneys, consultants and experts and related costs and City's costs of investigating any claims against the City.

In addition to Contractor's obligation to indemnify City, Contractor specifically acknowledges and agrees that it has an immediate and independent obligation to defend City from any claim which actually or potentially falls

EXHIBIT A
PAGE 130

2

Printed on 30% PCW Recycled Paper

## BID AND CONTRACT CONDITIONS

within this indemnification provision, even if the allegations are or may be groundless, false or fraudulent, which obligation arises at the time such claim is tendered to Contractor by City and continues at all times thereafter.

Contractor shall indemnify and hold City harmless from all loss and liability, including attorney's fees, court costs and all other litigation expenses for any infringement of patent rights, copyright, trade secret or any other proprietary right or trademark, and all other intellectual property claims of any person or persons in consequences of the use by City, or any of its officers or agents, of articles or services to be supplied in the performance of this Contract.

### 17.   Failure to Deliver

If Contractor fails to deliver an article or service of the quality, in the manner or within the time called for by this contract, such article or service may be bought from any source by Purchasing and if a greater price than the contract price be paid, the excess price will be charged to and collected from Contractor or sureties on its bond if bond has been required.

### 18.   Budget and Fiscal Provisions

This Contract is subject to the budget and fiscal provisions of City's Charter. Charges will accrue only after prior written authorization certified by the Controller, and the amount of City's obligation hereunder shall not at any time exceed the amount certified for the purpose and period stated in such advance authorization.

This Contract will terminate without penalty, liability or expense of any kind to City at the end of any fiscal year if funds are not appropriated for the next succeeding fiscal year. If funds are appropriated for a portion of the fiscal year, this Contract will terminate, without penalty, liability or expense of any kind at the end of the term for which funds are appropriated.

City has no obligation to make appropriations for this Contract in lieu of appropriations for new or other agreements. City budget decisions are subject to the discretion of the Mayor and the Board of Supervisors. Contractor's assumption of risk of possible non-appropriation is part of the consideration for this Contract.

### 19.   Default; Remedies

On and after any event of default, City shall have the right to exercise its legal and equitable remedies, including, without limitation, the right to terminate this Contract or to seek specific performance of all or any part of this Contract. In addition, City shall have the right (but no obligation) to cure (or cause to be cured) on behalf of Contractor any event of default. Contractor shall pay to City on demand all costs and expenses incurred by City in effecting such cure, with interest thereon from the date of incurrence at the maximum rate then permitted by law. City shall have the right to offset from any amounts due to Contractor under this Contract or any other contract between City and Contractor all damages, losses, costs or expenses incurred by City as a result of such event of default and any liquidated damages due from Contractor pursuant to the terms of this Contract or any other contract.

All remedies provided for in this Contract may be exercised individually or in combination with any other remedy available hereunder or under applicable laws, rules and regulations. The exercise of any remedy shall not preclude or in any way be deemed to waive any other remedy.

### 20.   Termination for Convenience

City shall have the option, in its sole discretion, to terminate this Agreement, at any time during the term hereof, for convenience and without cause. City shall exercise this option by giving Contractor written notice of termination. The notice shall specify the date on which termination shall become effective.

In no event shall City be liable for costs incurred by Contractor or any of its subcontractors after the termination date specified by City.

### 21.   Guaranteed Maximum Costs

a.   The City's obligation hereunder shall not at any time exceed the amount certified by the Controller for the purpose and period stated in such certification.

b.   Except as may be provided by City ordinances governing emergency conditions, the City and its employees and officers are not authorized to request Contractor to perform services or to provide materials, equipment and supplies that would result in Contractor performing services or providing materials, equipment and supplies that are beyond the scope of the services, materials, equipment and supplies agreed upon in the contract unless the agreement is amended in writing and approved as required by law to authorize the additional services, materials, equipment or supplies. The City is not required to

reimburse Contractor for services, materials, equipment or supplies that are provided by Contractor which are beyond the scope of the services, materials, equipment and supplies agreed upon in the contract and which were not approved by a written amendment to the agreement having been lawfully executed by the City.

c.   The City and its employees and officers are not authorized to offer or promise to Contractor additional funding for the contract which would exceed the maximum amount of funding provided for in the contract for Contractor's performance under the contract. Additional funding for the contract in excess of the maximum provided in the contract shall require lawful approval and certification by the Controller of the City. The City is not required to honor any offered or promised additional funding for a contact which exceeds the maximum provided in the contract which requires lawful approval and certification of the Controller when the lawful approval and certification by the Controller has not been obtained.

d.   Controller is not authorized to make payments on any contract for which funds have not been certified as available in the budget or by supplemental appropriation.

### 22.   Taxes

a.   Payment of any taxes, including possessory interest taxes and California sales and use taxes, levied upon or as a result of this Contract, or the services delivered pursuant hereto, shall be the obligation of Contractor.

b.   Contractor recognizes and understands that this Contract may create a "possessory interest" for property tax purposes. Generally, such a possessory interest is not created unless the Contract entitles the Contractor to possession, occupancy, or use of City property for private gain. If such a possessory interest is created, then the following shall apply:

(1)   Contractor, on behalf of itself and any permitted successors and assigns, may be subject to real property tax assessments on the possessory interest;

(2)   Contractor, on behalf of itself and any permitted successors and assigns, recognizes and understands that the creation, extensions, renewal, or assignment of this Contract may result in a "change in ownership" for purposes of real property taxes, and therefore may result in a revaluation of any possessory interest by this Contract. Contractor accordingly agrees on behalf of itself and its permitted successors and assigns to report on behalf of the City to the County Assessor the information required by Revenue and Taxation Code section 480.5, as amended from time to time, and any successor provision.

(3)   Contractor, on behalf of itself and any permitted successors and assigns, recognizes and understands that other events may cause a change of ownership of the possessory interest and result in the revaluation of the possessory interest. (see, e.g., Rev. & Tax Code section 64, as amended from time to time). Contractor accordingly agrees on behalf of itself and its permitted successors and assigns to report any change in ownership to the County Assessor, the State Board of Equalization or other public agency as required by law.

(4)   Contractor further agrees to provide such other information as may be requested by the City to enable the City to comply with any reporting requirements for possessory interests that are imposed by applicable law.

### 23.   Use of City Opinion

Contractor shall not quote, paraphrase, or otherwise refer to or use any opinion of City, its officers or agents, regarding Contractor or Contractor's performance under this contract without prior written permission of Purchasing.

### 24.   Nondiscrimination; Penalties

(a)   **Contractor Shall Not Discriminate.** In the performance of this Agreement, Contractor agrees not to discriminate on the basis of the fact or perception of a person's race, color, creed, religion, national origin, ancestry, age, sex, sexual orientation, gender identity, domestic partner status, marital status, disability or AIDS or HIV status (AIDS/HIV status) against any employee of, any City employee working with, or applicant for employment with Contractor, in any of Contractor's operations within the U.S., or against any person seeking accommodations, advantages, facilities, privileges, services, or membership in all business, social, or other establishments or organizations operated by Contractor

(b)   **Subcontracts.** Contractor shall incorporate by reference in all subcontracts the provisions of Sections 12B.2(a), 12B.2(c)-(k), and 12C.3 of the San Francisco Administrative Code and shall require all subcontractors to comply with such provisions. Contractor's failure to comply with

P-202 (08-04)

3

EXHIBIT A PAGE 13

# BID AND CONTRACT CONDITIONS

obligations in this subsection shall constitute a material breach of this Agreement.

(c) **Nondiscrimination In Benefits.** Contractor does not as of the date of this Agreement and will not during the term of this Agreement, in any of its operations in San Francisco, on real property owned by the City or where work is being performed for the City, discriminate in the provision of bereavement leave, family medical leave, health benefits, membership or membership discounts, moving expenses, pension and retirement benefits or travel benefits, and any benefits other than the benefits specified above, between employees with domestic partners and employees with spouses, or between the domestic partners and spouses of such employees, if the domestic partnership has been registered with a governmental entity pursuant to state or local law authorizing such registration, subject to conditions set forth in San Francisco Administrative Code Sec. 12B.2(b).

(d) **Incorporation of Administrative Code Provisions by Reference.**

The provisions of Chapters 12B and 12C of the San Francisco Administrative Code are incorporated by reference and made a part of this Agreement as though fully set forth herein. Contractor shall comply fully with and be bound by all of the provisions that apply to this Agreement under such Chapters of the Administrative Code, including but not limited to the remedies provided in such Chapters. Without limiting the foregoing, Contractor understands that pursuant to Section 12B.2(h) of the San Francisco Administrative Code, a penalty of $50 for each person for each calendar day during which such person was discriminated against in violation of the provisions of this Agreement may be assessed against Contractor and/or deducted from any payments due Contractor.

## 25. Disadvantaged Business Enterprise Utilization; Liquidated Damages

a. **The DBE Ordinance.** Contractor, shall comply with all the requirements of the Disadvantaged Business Enterprise Ordinance set forth in Chapter 14A of the San Francisco Administrative Code as it now exists or as it may be amended in the future (collectively the "DBE Ordinance"), provided such amendments do not materially increase Contractor's obligations or liabilities, or materially diminish Contractor's rights, under this Agreement. Such provisions of the DBE Ordinance are incorporated by reference and made a part of this Agreement as though fully set forth in this section. Contractor's willful failure to comply with any applicable provision of the DBE Ordinance is a material breach of Contractor's obligations under this Agreement and shall entitle City, subject to any applicable notice and cure provisions set forth in this Agreement, to exercise any of the remedies provided for under this Agreement, under the DBE Ordinance or otherwise available at law or in equity, which remedies shall be cumulative unless this Agreement expressly provides that any remedy is exclusive. In addition, Contractor shall comply fully with all other applicable local, state and federal laws prohibiting discrimination and requiring equal opportunity in contracting, including subcontracting.

b. Compliance and Enforcement.

    l. **Enforcement.** If Contractor willfully fails to comply with any of the provisions of the DBE Ordinance, the rules and regulations implementing the DBE Ordinance, or the provisions of this Agreement pertaining to DBE participation, Contractor shall be liable for liquidated damages in an amount equal to Contractor's net profit on this Agreement, or 10% of the total amount of this Agreement, or $1,000, whichever is greatest. The Director of the City's Human Rights Commission or any other public official authorized to enforce the DBE Ordinance (separately and collectively, the "Director of HRC") may also impose other sanctions against Contractor authorized in the DBE Ordinance, including declaring the Contractor to be irresponsible and ineligible to contract with the City for a period of up to five years or revocation of the Contractor's DBE certification. The Director of HRC will determine the sanctions to be imposed, including the amount of liquidated damages, after investigation pursuant to Administrative Code §14A.13(B).

    By entering into this Agreement, Contractor acknowledges and agrees that any liquidated damages assessed by the Director of the HRC shall be payable to City upon demand. Contractor further acknowledges and agrees that any liquidated damages assessed may be withheld from any monies due to Contractor on any contract with City.

    Contractor agrees to maintain records necessary for monitoring its compliance with the DBE Ordinance for a period of three years following termination or expiration of this Agreement, and shall make such records

available for audit and inspection by the Director of HRC or the Controller upon request.

## 26. MacBride Principles – Northern Ireland

The City and County of San Francisco urges companies doing business in Northern Ireland to move towards resolving employment inequities, and encourages such companies to abide by the MacBride Principles. The City and County of San Francisco urges San Francisco companies to do business with corporations that abide by the MacBride Principles.

## 27. Tropical Hardwood and Virgin Redwood Ban

The City and County of San Francisco urges contractors not to import, purchase, obtain, or use for any purpose, any tropical hardwood, tropical hardwood product, virgin redwood or virgin redwood product. If this order is for wood products or a service involving wood products: (a) Chapter 8 of the Environment Code is incorporated herein and by reference made a part hereof as though fully set forth. (b) Except as expressly permitted by the application of Sections 802(B), 803(B), and 804(B) of the Environment Code, Contractor shall not provide any items to the City in performance of this contract which are tropical hardwoods, tropical hardwood products, virgin redwood or virgin redwood products. (c) Failure of Contractor to comply with any of the requirements of Chapter 8 of the Environment Code shall be deemed a material breach of contract.

## 28. Resource Conservation

Contractor agrees to comply fully with the provisions of Chapter 5 of the San Francisco Environment Code ("Resource Conservation"), as amended from time to time. Said provisions are incorporated herein by reference

## 29. Submitting False Claims; Monetary Penalties

Any contractor, subcontractor or consultant who commits any of the following acts shall be liable to the City for three times the amount of damages which the City sustains because of the act of that contractor, subcontractor or consultant. A contractor, subcontractor or consultant who commits any of the following acts shall also be liable to the City for the costs, including attorney's fees, of a civil action brought to recover any of those penalties or damages, and may be liable to the City for a civil penalty of up to $10,000 for each false claim: (a) Knowingly presents or causes to be presented to an officer or employee of the City a false claim or request for payment or approval. (b) Knowingly makes, uses, or causes to be made or used a false record or statement to get a false claim paid or approved by the City. (c) Conspires to defraud the City by getting a false claim allowed or paid by the City. (d) Knowingly makes, uses, or causes to be made or used a false record or statement to conceal, avoid, or decrease an obligation to pay or transmit money or property to the City. (e) Is a beneficiary of an inadvertent submission of a false claim to the City, subsequently discovers the falsity of the claim, and fails to disclose the false claim to the City within a reasonable time after discovery of the false claim.

## 30. Liability of City

CITY'S PAYMENT OBLIGATIONS UNDER THIS CONTRACT SHALL BE LIMITED TO THE PAYMENT OF THE COMPENSATION PROVIDED FOR UNDER THIS CONTRACT. NOTWITHSTANDING ANY OTHER PROVISION OF THIS CONTRACT, IN NO EVENT SHALL CITY BE LIABLE, REGARDLESS OF WHETHER ANY CLAIM IS BASED ON CONTRACT OR TORT, FOR ANY SPECIAL, CONSEQUENTIAL, INDIRECT OR INCIDENTAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, LOST PROFITS, ARISING OUT OF OR IN CONNECTION WITH THIS CONTRACT OR THE SERVICES PERFORMED IN CONNECTION WITH THIS CONTRACT.

## 31. Drug-Free Workplace Policy

Contractor acknowledges that pursuant to the Federal Drug-Free Workplace Act of 1989, the unlawful manufacture, distribution, dispensation, possession, or use of a controlled substance is prohibited on City premises. Contractor agrees that any violation of this prohibition by Contractor, its employees, agents, or assigns will be deemed a material breach of this Contract.

## 32. Compliance with American with Disabilities Act

Contractor acknowledges that, pursuant to the Americans with Disabilities Act (ADA), programs, services and other activities provided by a public entity to the public, whether directly or through a contractor, must be accessible to the disabled public. Contractor shall provide the services

## BID AND CONTRACT CONDITIONS

Contract in a manner that complies with the ADA and any and all other applicable federal, state and local disability rights legislation. Contractor agrees not to discriminate against disabled persons in the provision of services, benefits or activities provided under this Contract and further agrees that any violation of this prohibition on the part of Contractor, its employees, agents or assigns will constitute a material breach of this Contract.

### 33. Compliance with Laws

Contractor shall keep itself fully informed of the City's Charter, codes, ordinances and regulations of the City and of all state, and federal laws in any manner affecting the performance of this Contract, and must at all times comply with such local codes, ordinances, and regulations and all applicable laws as they may be amended from time to time.

### 34. Bid Protests

Bid protests for purchases of Commodities in excess of $50,000 shall be submitted and responded to in accordance with Rules and Regulations 21.3(i) pertaining to the San Francisco Administrative Code, Chapter 21.

EXHIBIT A
PAGE 133

Printed on 30% PCW Recycled Paper

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### GENERAL CONDITIONS

These terms and conditions supplement the City's Bid and Contract Conditions. In the event of a conflict between these conditions and the preceding Bid and Contract Conditions, these conditions take precedence.

**35.   CONTRACT TERM**

The contract period shall be for thirty (30) months. The term of this contract is the period from award execution date, approximately November 1, 2004, or the above stated term date whichever is later, through the last day of the month of April 30, 2007 consecutive month period or a total expenditure amount of $10,000,000 whichever comes first.

**RESPONSE**
**Office Depot agrees to the above Contract Terms.**

**36.   CONTRACT EXTENSION**

This contract may be extended, all or in part, for a period or periods up to one year by mutual agreement in writing. The maximum contract period shall not be more than 10 years.

**RESPONSE**
**Office Depot agrees to the above Contract Extension Terms.**

**37.   TOLL-FREE TELEPHONE NUMBER**

A contractor located outside of San Francisco is encouraged to provide free telephone services for placing orders. This requirement can be met by providing a toll-free telephone number or accepting collect calls. The free service will be a consideration in evaluating this bid.

**RESPONSE**
**Office Depot will provide the City and County of San Francisco with a toll free number for all calls and inquiries. We have provided the number in the "Required Information" portion of this bid.**

**Please see Tab Section 4.**

**38.   DBE COMPLIANCE DECLARATION, HRC FORM 3**

See attached Standard Bid forms, P-225, Item 1.

**RESPONSE**
**Office Depot has enclosed the signed DBE Compliance Declaration form with this bid package.**

**Please see Tab Section 5.**

EXHIBIT A
PAGE 134

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

**GENERAL CONDITIONS**

39.   **Omitted by Agreement of the Parties**

      **RESPONSE**
      Acknowledged.

40.   **DBE ORDINANCE PURCHASES.**

      To qualify for a bid discount under the provisions of Admin. Code Chapter 14A, a DBE must be certified by the Human Rights Commission by the Bid Due date.

      The certification application is available from HRC, (415) 252-2500, and on the web at:

            "http://www.ci.sf.ca.us/sfhumanrights/attachment.htm"

      Click on "Certification Application (Schedule D)".

      **RESPONSE**
      Office Depot is not a DBE and will not be filing for DBE status.  However, Office Depot is committed to increasing the amount of product and services that we obtain directly from MWDVE owned businesses.

      - MWDVE  -  Minority, Woman, Disabled Veteran Enterprise.

      Supporting the economic development of the communities we serve and live is a part of our Corporate culture and Diversity Program goals.  Strengthening our focus on supplier diversity development helps us more effectively serve our customers.  By providing solutions to DBE minority purchasing concerns, while providing the highest quality office products and services at the lowest cost is a vital part of our Diversity Program.

      We have enclosed information on our vendor diversity program with this bid pacakage.

      Please see Tab Section 11.

41.   **CLAIM FOR PREFERENCE**

      To claim preference under the DBE Ordinance, see Bid Questionnaire attached.

      **RESPONSE**
      Office Depot is not claiming DBE preference.

EXHIBIT A
PAGE 135

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

#### GENERAL CONDITIONS

42. **BID PREFERENCE FOR BROKERAGE SERVICES**

Pursuant to Section 14A.8 of the Admin. Code, a bid preference will only be awarded to a DBE, or DBE joint venture where the DBE's participation in the joint venture exceeds 35 percent, directly responsible for providing materials, equipment, supplies or services to City as required by the Bid solicitation. A DBE will be deemed to be directly responsible for providing the required commodity or service only if it regularly does business as a manufacturer, or authorized manufacturer's representative, dealer or distributor, stocking distributor, franchisee, licensee, service provided, or has another direct agency relationship with the manufacturer or provider of the solicited commodity or service, and has been so certified by HRC.

A DBE will be considered to be "regularly doing business," as that term is used in the foregoing paragraph, if in the normal course of business, it stocks, warehouses or distributes commodities to businesses or entities other than public entities having a disadvantaged business preference program. Such a determination will be subject to audit by HRC.

No preference will be given to a DBE engaging in brokerage, referral or temporary employment services not meeting this definition, unless those services are required and specifically requested by the department.

**RESPONSE**
**Office Depot is not a DBE and is not claiming a DBE preference.**

43. **DBE SUBCONTRACTING**

A. **Subcontracting to DBEs**

Bidder is encouraged to make good faith efforts to award subcontracts to City and County of San Francisco-certified DBEs. This can be achieved through subcontracting, sub-consulting or supply opportunities. With the bid, the bidder is encouraged to provide a description of the type of good faith efforts the bidder estimates it may make under the contract.

**RESPONSE**
**Office Depot has a vendor diversity program in place and makes every effort to support DBE Program Development.**

**Supply Chain Diversity Corporate Commitment:**

**"We are committed to strengthening our focus on supplier diversity to ensure that our supplier base adequately reflects today's global marketplace. We are partnering with the National Minority Supplier Development Council, the Women's Business Enterprise National Council and others who share our common goals. Improving the economic development of the communities we serve and live in is part of the Diversity Process goal.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

## GENERAL CONDITIONS

Strengthening our focus on supplier diversity development will help us serve our customers more effectively. Providing solutions to corporate minority purchasing concerns, providing the highest quality office products and services at the lowest cost is also a vital part of our Diversity Process."

- Bruce Nelson, Chief Executive Officer-Office Depot, Inc.

*Supply Chain Diversity*
Supply Chain Diversity is defined as the proactive business process that seeks to provide all vendors and suppliers equal access to purchasing opportunities. It promotes vendor and supplier participation that reflects our increasingly diverse business community and encourages economic development. Office Depot has two sides to purchasing. Supply Chain Diversity encompasses both sides with Vendor Diversity (purchase of products for resale) and Supplier Diversity (purchase of goods and services for internal Use).

The Supply Chain Diversity Team has made great strides to reinforce Office Depot's commitment to improving economic development. Office Depot actively seeks out promising HUBs* (Historically Underutilized Businesses, which include: Minority, Women, Disabled, Veteran, Disabled-Veteran, and Small (SBA 8(a), SDB, and HUB Zone) enterprises) to ensure equal opportunity in the Office Depot supplier selection process. The Team has also formed mentoring relationships with current and potential HUBs to assist in raising their capabilities from primarily local or regional players to being potential competitors for national and international business. Office Depot is dedicated to not only seeking out and retaining these businesses as vendors, but more importantly, to the establishment of mentoring and training relationships that ensure HUBs are equipped to grow and prosper in today's marketplace. Through this effort Office Depot has made a significant contribution to the prosperity of the communities in which we live and serve.

*Facts about Vendor Diversity*

The Office Depot Vendor Diversity Team has officially been in place since December of 1999 and has accomplished the following:

- In 1999, the Office Depot commitment to HUB business resulted in over $290 million dollars in sales from HUB products.
- In 2000, Office Depot had sales of over $365 million in HUB products.
- In 2001, Office Depot increased sales to over $400 million in HUB products.
- In 2002, HUB products sales at Office Depot increased to over $415 million.

*Facts about Supplier Diversity*

The Office Depot Supplier Diversity Team, which is located in our Internal Procurement Services Department, officially began in 2002, but has already achieved so much. For example:

- In 2002, Office Depot identified a team specifically responsible for implementing Supplier Diversity throughout Office Depot.
- In 2003, Office Depot identified hundreds of current suppliers that have the ability to pursue HUB Certification.

EXHIBIT A
PAGE 137

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

### GENERAL CONDITIONS

♦ **In 2003, Office Depot's Internal Procurement Officers worked with the Florida Regional Minority Business Council to create a comprehensive janitorial outsourcing program.**

**We have enclosed information on our DBE efforts with this bid package.**

**Please see Tab Section 11.**

B.    Examples of Good Faith Efforts

"Good Faith Efforts" include but are not limited to the following:

(1)    Identifying and selecting specific products or services which can be subcontracted to certified DBEs.

(2)    Providing written notice to potential DBE subcontractors that Bidder will be bidding on this Contract and will be seeking subcontractors.

(3)    Advertising in one or more daily or weekly newspapers, trade association publications, trade oriented publications, trade journals, or other media specified by the City, for DBEs that are interested in participating in the project.

(4)    Following up on initial notices the Contractor sent to DBEs by contacting the DBEs to determine whether they were interested in performing specific parts of the project.

(5)    Providing interested DBEs with information about the scope of work.

(6)    Negotiating in good faith with the DBEs, and not unjustifiably rejecting as unsatisfactory proposals prepared by any DBEs, as determined by the City.

(7)    Where applicable, advising and making efforts to assist interested DBEs in obtaining insurance required by the City and the prime contractor.

(8)    Making efforts to obtain DBE participation that the City could reasonably expect would produce a level of participation sufficient to meet the City's goals and requirements.

**RESPONSE**
**Office Depot will comply with all of the above "Good Faith" efforts.**

EXHIBIT A
PAGE 138

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**GENERAL CONDITIONS**

C.    Examples of Subcontracting

The following are examples of products or services which could be subcontracted under this Contract.  The list is not intended to be exhaustive:

(1)    the products or services which the vendor in turn sells to the City, or components of those products; (see Page 1 of the bid sheet);

(2)    packing containers and materials used to ship the City's order;

(3)    services of the carrier who delivers the City's orders;

(4)    Pro rata share of DBE spending which is part of the vendor's general and administrative expenses, if the vendor can show that the pro rata share can be reasonably allocated to this contract.

**RESPONSE**
**Office Depot will comply with all of the above Subcontracting examples.**

D.    Reports

On a quarterly (January 1 – March 31, April 1 – June 30, July 1 – September 30, October 1 – December 31) basis, the Contractor will provide Purchasing with reports on DBE subcontracting under this Contract.  The report must include a narrative description of the good faith efforts, if any, the Contractor has made during the quarter to provide subcontracting opportunities to DBEs.

**RESPONSE**
**Office Depot will provide the City with a quarterly usage report detailing all DBE items purchased along with a narrative description of our "Good Faith" efforts.**

E.    HRC Data on DBEs

Contractor will obtain from HRC a copy of HRC's database of DBEs, and this or other information from HRC, shall be the basis for determining whether a DBE is confirmed with HRC.  Contractor will obtained an updated copy of HRC's database at least **quarterly**. Please call HRC at (415) 252-2500.

**RESPONSE**
**Office Depot will comply with the above HRC Data on DBE's requirement.**

EXHIBIT A
PAGE 139

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

### GENERAL CONDITIONS

**44.     PRE-BID CONFERENCE**

A Pre-bid Conference will be held as follows:

| | |
|---|---|
| Location: | **City and County of San Francisco**<br>**1 Dr. Carlton B. Goodlett Place**<br>**City Hall, Room 431**<br>**San Francisco, CA 94102** |
| Date and Time: | **September 16, 2004, 9:00 a.m.** |

Though not mandatory, attendance at the conference is strongly urged for all prospective bidders on this contract.

It is requested that bidder's questions concerning this Contract Proposal be submitted by mail or fax at least 72 hours prior to the date and time of the Pre-bid Conference and directed to:

Mike Ward, Assistant Director of Purchasing
City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Goodlett Place
San Francisco, CA 94102-4685

Please reference Contract Proposal No. 96703

The Pre-bid Conference will begin at the time specified, and company representatives are urged to arrive on time.  Topics already covered will not be repeated for the benefit of late arrivals.  Failure to attend the Pre-bid Conference shall not excuse the successful bidder from any obligations of the contract.  Written Change Notice will execute any change or addition to the requirements contained in this Contract Proposal, as a result of the Pre-bid Conference.

**RESPONSE**
**Office Depot has attended the above pre-bid meeting.**

**45.     AUDIT AND INSPECTION OF RECORDS**

Contractor agrees to maintain and make available to City during business hours accurate books and accounting records relative to its activities under this Contract.  Contractor will permit City to audit, examine and make excerpts and transcripts from such books and records, and to make audits of all invoices, materials, payrolls, records or personnel and other data related to all other matters covered by this Contract, whether funded in whole or in part under this Contract.

EXHIBIT A
PAGE 140

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

### GENERAL CONDITIONS

Contractor shall maintain such data and records in an accessible location and condition for a period of not less than five years after final payment under this Contract or until after final audit has been resolved, whichever is later.  The State of California or any federal agency having an interest in the subject of this Contract shall have the same rights conferred upon City by this Article.

**RESPONSE**
**Office Depot will comply with the above Auditing and Inspection of Records requirement.  Our management team will provide the City and its Departments with any assistance and materials needed to audit and verify our records.  Office Depot will maintain all documents for a period of not less than five years after final payment under this Contract or until after any final audits have been resolved.**

46.    **CONFLICT OF INTEREST**

Through its execution of this Contract, Contractor acknowledges that it is familiar with the provision of Section 15.103 of the City's Charter, Article III, Chapter 2 of City's Campaign and Governmental Conduct Code, and Section 87100 et seq. and Section 1090 et seq. of the Government Code of the State of California, and certifies that it does not know of any facts which constitutes a violation of said provisions and agrees that it will immediately notify the City if it becomes aware of any such fact during the term of this Contract.

**RESPONSE**
**Office Depot is familiar with the above provision and will comply with its codes.**

47.    **NON-WAIVER OF RIGHTS**

The omission by either party at anytime to enforce any default or right reserved to it, or to require performance of any of the terms, covenants, or provisions hereof by the other party at the time designated, shall not be a waiver of any such default or right to which the party is entitled, nor shall in any way affect the right of the party to enforce such provisions thereafter.

**RESPONSE**
**Office Depot will comply with the above Non-Waiver of Rights terms.**

48.    **CONTRACTOR'S DEFAULT**

If Contractor fails to fulfill its obligations under this contract proposal, whether or not said obligations are specified in this section, Purchasing reserves the right to: (a) terminate this contract at no cost to the City; (b) take action in accordance with Sections 17 and 19, or (c) exercise any other legal or equitable remedy.

**RESPONSE**
**Office Depot will comply with the above Contractor's Default terms.**

EXHIBIT A
PAGE 141

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

GENERAL CONDITIONS

49.   **BANKRUPTCY**

In the event that either party shall cease conducting business in the normal course, become insolvent, make a general assignment for the benefit of creditors, suffer or permit the appointment of a receiver for its business or assets or shall avail itself of, or become subject to, any proceeding under the Federal Bankruptcy Act or any other statute of any state relating to insolvency or the protection of rights of creditors, then at the option of the other party this contract shall terminate and be of no further force and effect, and any property or rights of such other party, tangible or intangible, shall forthwith be returned to it.

**RESPONSE**
**Office Depot will comply with the above Bankruptcy terms.**

50.   **INCIDENTAL AND CONSEQUENTIAL DAMAGES**

Contractor shall be responsible for incidental and consequential damages resulting in whole or in part from Contractor's acts or omissions. Nothing in this Agreement shall constitute a waiver or limitation of any rights which City may have under applicable law.

**RESPONSE**
**Office Depot will comply with the above Incidental and Consequential Damages terms.**

51.   **REPORTS BY CONTRACTOR**

**MULTI-YEAR TERM CONTRACT**

Each year, ninety (90) days before each anniversary date of this contract, Contractor must furnish a report of the total items ordered under this contract during the preceding twelve months. The report must be in a format acceptable to the City and must list by department or location the following: (1) all items awarded under this contract; and, (2) total quantity and dollar value of each item ordered, including items for which there were no orders. Contractor must also furnish a separate similar report for the total of all items ordered by City which are not part of this contract. Contractor shall send the reports to:

Mike Ward, Assistant Director of Purchasing
Re:  Term Contract No. 96703
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4685

**RESPONSE**
**Office Depot will provide the City and County of San Francisco will all required reports in the time frames specified.**

EXHIBIT A
PAGE 142

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**GENERAL CONDITIONS**

52. **NOTICE TO PARTIES**

All notices to be given by the parties hereto shall be in writing, and served by depositing same in the United States Post Office, postage paid and registered as follows:

Director of Purchasing
City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA  94102-4685

**RESPONSE**
**Office Depot will comply with the above Notice to Parties requirement.**

53. **SUBCONTRACTING**

Contractor is prohibited from subcontracting the direct supply of commodities under this contract unless such subcontracting is agreed to in writing by Purchasing.  No party on the basis of this contract shall in any way contract on behalf of or in the name of the other party of this contract, and violation of this provision shall confer no rights on any party and any action taken shall be void.

**RESPONSE**
**Office Depot will comply with the above Subcontracting provision.**

54. **INDEPENDENT CONTRACTOR**

Contractor or any agent or employee of Contractor shall be deemed at all times to be an independent contractor and is wholly responsible for the manner in which it performs the services and work requested by City under this Contract.  Contractor or any agent or employee of Contractor shall not have employee status with City, nor be entitled to participate in any plans, arrangements, or distributions by City pertaining to or in connection with any retirement, health or other benefits that City may offer its employees.  Contractor or any agent or employee of Contractor is liable for the acts and omissions of itself, its employees and its agents.  Contractor shall be responsible for all obligations and payments, whether imposed by federal, state or local law, including, but not limited to, FICA, income tax withholdings, unemployment compensation, insurance, and other similar responsibilities related to Contractor's performing services and work, or any agent or employee of Contractor providing same.  Nothing in this Contract shall be construed as creating an employment or agency relationship between City and Contractor or any agent or employee of Contractor.

EXHIBIT A
PAGE 143

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

### GENERAL CONDITIONS

Any terms in this Contract referring to direction from City shall be construed as providing for direction as to policy and the result of Contractor's work only, and not as to the means by which such a result is obtained. City does not retain the right to control the means or the method by which Contractor performs work under this Contract.

**RESPONSE**
**Office Depot will comply with the above Independent Contractor terms.**

55.   **SEVERABILITY**

Should the application of any provision of this Contract to any particular facts or circumstances be found by a court of competent jurisdiction to be invalid or unenforceable, then (a) the validity of other provisions of this Contract shall not be affected or impaired thereby, and (b) such provision shall be enforced to the maximum extent possible so as to effect the intent of the parties and shall be reformed without further action by the parties to the extent necessary to make such provision valid and enforceable.

**RESPONSE**
**Office Depot will comply with the above Severability provision.**

56.   **EMERGENCY - PRIORITY 1 SERVICE**

In case of an emergency that affects any part of the San Francisco Bay Area, Contractor will give the City and County of San Francisco Priority 1 service. Contractor will make every good faith effort in attempting to deliver products using all modes of transportation available.

Contractor shall provide a 24-hour emergency telephone number of a company representative who is able to receive and process orders for immediate delivery or will call in the event of an emergency.

In addition, the Contractor shall charge fair and competitive prices for items and services ordered during an emergency and not covered under the awarded contract.

**RESPONSE**
**Office Depot will comply with the Emergency – Priority 1 Service requirements. Our 24-hour emergency telephone number is provided in the "Required Information" portion of this bid.**

**Please see Tab 4.**

EXHIBIT A
PAGE 144

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**GENERAL CONDITIONS**

57.   **REQUEST FOR TAXPAYER IDENTIFICATION NUMBER AND CERTIFICATION – IRS FORM W-9**

See attached Standard Bid Forms, P-225, Item 4.

**RESPONSE**
**Office Depot has enclosed our IRS Form W-9 with this bid package.**

**Please see Tab Section 6.**

58.   **TERM BID – QUANTITIES**

This is a term, indefinite quantities contract.  Unless otherwise specified herein, deliveries will be required in quantities and at times as ordered during the period of the contract.

Estimated quantities are approximate only.  City, in its sole discretion, may purchase any greater or lesser quantity.

Purchasing may make minor purchases of items requested in City's advertisement for bids or contractor's bid from other vendors when Purchasing determines, in its sole discretion, that the City has an immediate need for such items or that it is not practical to purchase against this contract.

**RESPONSE**
**Office Depot understands the above Term Bid – Quantities terms.**

59.   **ADDITIONAL ITEMS – NOT USED**

**RESPONSE -** **Acknowledged**

60.   **EARNED INCOME CREDIT (EIC) FORMS**

Administrative Code section 120 requires that employers provide their employees with IRS Form W-5 (The Earned Income Credit Advance Payment Certificate) and the IRS EIC Schedule, as set forth below.  Employers can locate these forms at the IRS Office, on the Internet, or anywhere that Federal Tax Forms can be found.

(a)   Contractor shall provide the Earned Income Credit (EIC) Forms to each Eligible Employee at each of the following times: (i) within thirty (30) days following the date on which the applicable Contract or Contract Amendment becomes effective (unless Contractor has already provided such EIC Forms at least once during the calendar year in question); (ii) promptly after any Eligible Employee is hired by Contractor; and (iii) annually between January 1 and January 31 of each calendar year during the term of the Contract.

EXHIBIT A
PAGE 145

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**GENERAL CONDITIONS**

(b)     Failure to comply with the foregoing requirement shall constitute a material breach by Contractor of the terms of the Contract.

(c)     If within 30 days after the Contractor receives written notice of such a breach, Contractor fails to cure such breach or, if such breach cannot reasonably be cured within such period of thirty (30) days, Contractor fails to commence efforts to cure within such period, or thereafter fails to diligently pursue such cure to completion, the City may pursue any rights or remedies available under the terms of the Contract or under applicable law.

**RESPONSE**
**Office Depot is compliant with the above Earned Income Credit Forms requirements.**

**61.     NOTIFICATION OF LIMITATIONS ON CONTRIBUTIONS**

Through execution of this Contract, Contractor acknowledges that it is familiar with section 1.126 of the City's Campaign and Governmental Conduct Code, which prohibits any person who contracts with the City for the rendition of personal services or for the furnishing of any material, supplies or equipment to the City, whenever such transaction would require approval by a City elective officer of the board on which that City elective officer serves, from making any campaign contribution to the officer at any time from the commencement of negotiations for the contract until the later of either (1) the termination of negotiations for such contract or (2) three months after the date the contract is approved by the City elective officer or the board on which that City elective officer serves.

**RESPONSE**
**Office Depot is familiar with the above code and will comply with the above Notification of Limitations on Contributions rules and regulations.**

**62.     PRESERVATIVE-TREATED WOOD CONTAINING ARSENIC**

Contractor may not purchase preservative-treated wood products containing arsenic in the performance of this Agreement unless an exemption from the requirements of Chapter 13 of the San Francisco Environment Code is obtained from the Department of the Environment under Section 1304 of the Code.  The term "preservative-treated wood containing arsenic" shall mean wood treated with a preservative that contains arsenic, elemental arsenic or an arsenic copper combination, including, but not limited to, chromated copper arsenate preservative, ammoniacal copper zinc arsenate preservative, or ammoniacal copper arsenate preservative.  Contractor may purchase preservative-treated wood products on the list of environmentally preferable alternatives prepared and adopted by the Department of the Environment.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

## GENERAL CONDITIONS

This provision does not preclude Contractor from purchasing preservative-treated wood containing arsenic for saltwater immersion. The term "saltwater immersion" shall mean a pressure-treated wood that is used for construction purposes or facilities that are partially or totally immersed in saltwater.

**RESPONSE**
**Office Depot complies with the above condition. Office Depot does not purchase any wood products that contain arsenic or pressure-treated wood that is used for saltwater immersion.**

63. **CONTRACT PRODUCT/SERVICE QUALITY REPORT**

The attached report (Attachment "A") will be provided to departments using this contract. Users of the contract may complete and return these reports at any time during the life of the contract. The purpose of the report is to monitor contractor performance and determine supplier successes or shortcomings. Each report will be sent to the awarded/supplier/contractor. They will have an opportunity to respond to the information provided by the department. Quality reports that go unresolved to the satisfaction of the Purchaser may be used as a basis for commencement of partial or complete contract default proceedings.

**RESPONSE**
**Office Depot has reviewed Attachment A, Contract Product/Service Quality Report, and will immediately respond to and resolve any quality issues, should they arise.**

64. **PROHIBITION ON POLITICAL ACTIVITY WITH CITY FUNDS**

In accordance with San Francisco Administrative Code Chapter 12.G, Contractor may not participate in, support, or attempt to influence any political campaign for a candidate or for a ballot measure (collectively, "Political Activity") in the performance of the services provided under this contract. Contractor agrees to comply with San Francisco Administrative Code Chapter 12.G and any implementing rules and regulations promulgated by the City's Controller. The terms and provisions of Chapter 12.G are incorporated herein by this reference. In the event Contractor violates the provisions of this section, the City may, in addition to any other rights or remedies available hereunder, (i) terminate this contract, and (ii) prohibit Contractor from bidding on or receiving any new City contract for a period of two (2) years. The Controller will not consider Contractor's use of profit as a violation of this section.

**RESPONSE**
**Office Depot complies with the above code rules and regulations.**

EXHIBIT A
PAGE 147

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

GENERAL CONDITIONS

65. **MODIFICATION OF AGREEMENT**

This Agreement may not be modified, nor may compliance with any of its terms be waived, except by written instrument executed and approved in the same manner as this Agreement.

**RESPONSE**
Office Depot will comply with the above Modification of Agreement terms.

**END OF GENERAL CONDITIONS**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

**SPECIAL CONDITIONS**

**66.    PURPOSE**

The purpose of this contract proposal is to solicit bids from qualified contractors to provide office products and related services to all City and County of San Francisco departments. These departments may be located outside of the City and County of San Francisco boundary limits.

Office products are purchased and delivered (desktop) for use by approximately 27,000 employees located in 65 City and County of San Francisco Departments.

The current estimated annual expenditure for office products is approximately $4 million. The "City" is seeking a supply contractor who can pro-actively reduce the City's cost of acquisition, manage customer relations and customer satisfaction. Electronic entry process and complete order on time delivery are also key elements in the contractor management process.

The "City" is also looking to increase local business participation (City of San Francisco) in this contract.

The City encourages all qualified local office supply businesses to participate in this contract proposal. Also, large (non-local) supply contractors should attempt to joint venture or sub-contract with local San Francisco office product suppliers.

**RESPONSE**

**Office Depot will help the City and County of San Francisco tailor programs to reduce the overall cost of acquisition, help manage customer relations and customer satisfaction.**

**We will provide a quarterly and annual review summary of contract activity, product delivery, pricing strategy, cost savings realized and projected, warranty response time and continuous improvement goals for the City and County of San Francisco. We are confident that you will find our performance to be efficient and reliable. Furthermore, by selecting Office Depot you will find a financially solid supplier which ensures quality products, high fill rates, stable operating systems, leading-edge technology, an award winning on-line internet site, and an investment in a successful partnership.**

**Operational objectives**

- **99% or better next day/on-time delivery**
- **99.5% order fill rate**
- **Routing of pick ups of customer returns within 2 hours**

**Continually improvement of quality**

- **Define new ways to handle customer needs**
- **Visit customers and ask, "How are we doing?"**
- **Train employees to understand the full meaning of "empowerment"**
- **Implement and maintain a quality system**

EXHIBIT A
PAGE 149

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

### SPECIAL CONDITIONS

#### Validating the effectiveness of our quality programs

- Customer feedback loops that are monitored by an independent third party quarterly
- By continually reviewing the quality system
- Conduct internal and external quality audits
- Encourage associate participation in the development and maintenance of our quality system

#### Encouraging the active participation from our employees

- Associate committees
- Quality Action Teams (QAT)
- Safety Committee
- Monthly Associate Meetings (all hands)
- Regular Huddle Meetings

### Departmental and City Business Review Format



EXHIBIT A
PAGE 150

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**SPECIAL CONDITIONS**

For almost 18 years, Office Depot has strived to provide our valued customers with the very best in office products, solutions, and services. Our customers are the reason we have become the industry leader.

We continually monitor our performance through our Customer Service Index, Customer Report Card and our Customer Evaluation Survey. This is our barometer of performance and our CEO Bruce Nelson reviews these results. To ensure consistency throughout our operation, all members of the Operations team are trained to support all of our standards for excellence. This is accomplished through three levels of documentation:

♦   The first level is training and procedures specifying management's objectives for quality throughout all aspects of our operation as well as outline the approved operating procedures.
♦   The second level is work instructions that inform employees about the detailed methods necessary to carry out the functions required.
♦   The third level is through the constant monitoring of our performance both internally and through external sources.

With a documented quality system available online and in hard copy throughout our facilities, our employees are aware of the expectations and approved methods for work and can consistently produce the desired results. Our Quality Policy informs our employees as well as our customers of management's commitment to quality.

Consistent and accurate production through receiving, put away, replenishment, production, packing and routing and delivery departments ensure a quick turnaround on product and that it is available for customer orders in a minimal amount of time. The key to this is associate awareness and training on proper techniques and conduct.

We earn your business with every order. Our friendly, knowledgeable employees will provide you with information, support and solutions to help select the products and services that can best contribute to your business' growth. Knowledge paired with support has emerged as a key commitment for Office Depot in order to develop loyalty and affinity among both our customers and employees, making Office Depot the preferred place to shop.

Office Depot is committed to quality and to your satisfaction as our valued customer. It's why we look forward to every opportunity to meet and exceed your office supply needs. Throughout this response, you will find a comprehensive overview of Office Depot and our capabilities that we feel will suit your overall business needs.

67.   **SPECIFICATIONS**

"SEE CONTRACT AND OFF-CONTRACT LIST – SECTIONS A AND B"

**RESPONSE**
Office Depot has read the specifications for contract and off-contract items. Sections A and B are enclosed with this bid package. Please see Tab Section 3.

EXHIBIT A
PAGE 151

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

**SPECIAL CONDITIONS**

---

68.   **GENERAL QUALIFICATIONS AND REQUIREMENTS**

A.    In order to receive consideration, Bidder/Contractor must have in-depth technical knowledge and experience in the products covered by the contract.

**RESPONSE**
**Office Depot has in-depth technical knowledge and experience in the products covered by the contract.**

**Office Depot, Inc., founded in 1986, had annual sales in 2003 of almost $13 billion.  We sell more office products to more customers in more countries than anyone else. Our distribution channels include stores, direct mail, contract delivery, the Internet and business-to-business electronic commerce. Viking Office Products, our wholly owned subsidiary, currently operates one of the industry's leading direct mail marketers of office products worldwide.**

B.    Contractor must have and maintain, throughout the contract term, and any extension thereof, stocking levels of 95% on all (contract) products required under this contract.  Failure to maintain adequate stock may result in the Purchaser invoking the Contractor's Default clause (General Condition No. 48) of the contract.

**RESPONSE**
**Office Depot will comply with the above.**

**Office Depot delivers over a 99.5% fill rate.**

**97% of the items you order come from our inventory of items purchased direct from the factories we do not rely on third party wholesalers.  Therefore, the chance of a back order is almost complete eliminated.**

C.    Contractor will be responsible for providing technical support and customer service to the City through Contractor's own personnel, equipment and facilities as well as through manufacturer's technical representatives.  As part of this technical support and customer service, the Contractor must provide personnel with in-depth technical knowledge of the products the Contractor is providing under this contract, to answer questions and offer any assistance required by City personnel, during City business hours (7:00 A.M. – 5:00 P.M.).

**RESPONSE**
**Office Depot currently provides this service for all customers.**

**We earn our customers loyalty everyday with every order. Experience and the best training in the industry have been combined to produce excellence in execution of all aspects of our service to our customers. Our 50,000+ employees worldwide are part of a well designed and managed system that helps us focus on Excellence in Execution and Fanatical Customer Service every day with every order.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

### SPECIAL CONDITIONS

**The discipline that we have brought to the office products industry in the last three years has made a stunning impact on the way companies now view the role of an office products supplier. Your success is the most important thing to each of our employees. From our customer support group, warehouse staff, delivery team to our account management specialists each Office Depot employee has your best interests in mind everyday with every order.**

D.    Must be a distributor of office products and must be regularly engaged in the sale of such supplies.

**RESPONSE**
**Office Depot is a distributor of office products and is regularly engaged in the sale of such supplies.**

E.    Maintain and/or have access to a local (Northern California) stock of approximately 12,000 or more items of stationery and office products required to meet City's needs.  The proposer must also be able to stock and distribute proprietary items for the City.

**RESPONSE**
**Office Depot's warehouse is located in Fremont California.  We carry over 15,000 stock items of office products required to meet the City's needs.  Office Depot will stock and distribute proprietary items for the City & County of San Francisco.**



**Fremont CSC #1135**
6700 Automall Parkway
Fremont, CA. 94538
Director: (510) 497-5412
Senior Sales Manager: (510) 497-5564
Customer Service Manager: 510) 497-5251
Number of Employees: 700
Number of SKU's: 19,000
Total Inventory Value:  $24,392,000
Total Square Footage: 475,000
Number of Office Depot Delivery Vehicles: 280

EXHIBIT A
PAGE 153

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

### SPECIAL CONDITIONS

F.    Must have successfully performed on at least three (3) similar types of sales contracts in the last four (4) years.

**RESPONSE**
**Office Depot has successfully performed 3 similar types of sales contracts in the last four (4) years.  We have enclosed our references with the "Required Information" portion of this bid package.**

**Please see Tab 4.**


G.    Contractor's warehouse facility shall comply with Title III of the Americans with Disabilities Act Regulations (including Title 3 Accessibility Guidelines), and Title 24, State of California Building Code (California Accessibility Regulations) regarding handicapped persons' accessibility.

**RESPONSE**
**Each Office Depot facility complies with Title III of the Americans with Disabilities Act Regulations (including Title 3 Accessibility Guidelines), and Title 24, State of California Building Code (California Accessibility Regulations) regarding handicapped persons' accessibility.**


H.    The City may require Contractor to provide within seven (7) business days from the date they are requested to do so, information and documentation requested by Purchaser, including but not limited to: sources of supply, distribution, dealership or agency agreements and authorizations from manufacturer's they claim to represent, lines of credit with financial institutions from manufacturer's they claim to represent, lines of credit with financial institutions and suppliers, numbers of employees, trade references and any other information to determine the Contractor's fitness to supply the contract requirements.

**RESPONSE**
**Office Depot agrees to the above requirements.**


I.    The City reserves the right to reject any bid on which information submitted by Bidder fails to satisfy the City and/or Bidder is unable to supply information and documentation within the period of time requested.

**RESPONSE**
**Office Depot agrees to the above conditions.**

EXHIBIT A
PAGE 154

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

**SPECIAL CONDITIONS**

J.   The City reserves the right to inspect Contractor's place of business, including Contractor's existing stock prior to award or during the contract term, to aid Purchaser in determining Contractor's ability to satisfy the terms and conditions of the contract.

**RESPONSE**
Office Depot will be happy to assist the City in this process. Office Depot would like the opportunity to offer the City & County of San Francisco a tour of our 600,000 square foot facility in Fremont, CA. We are confident this will demonstrate our unparalleled ability to service your account in the most efficient and professional manner possible.

In a Request for Quotation of this size words cannot completely describe all the strengths our employees provide to our large customers. Over the past eighteen years Office Depot has continuously focused on our future. We have carefully integrated each part of our business to maintain a large gap over our competitors in the way we provide consistent customer support and service for every customer at every point they touch our business. The result is when you work with Office Depot everyone in the company treats you with "Fanatical Customer Service". We lead the industry with our in-depth "Fanatical Customer Service" training for every person in our company. The capabilities, experience and training of each Office Depot employee is world class from the person pulling your order, delivering your supplies and all the way up to Bruce Nelson our CEO.

These qualities only emerge when you have an opportunity to visit our facilities and talk directly with the team that will be providing support to CCSF. As a result of this RFP reply we look forward to earning an opportunity to have you meet with Office Depot's CCSF Team Members. When you meet them you will be able to experience and understand the value of having one single way of managing customer relationships by providing Fanatical Customer Service.

K.   Contractor must be capable of producing usage reports required under General Condition No. 51 of this contract.

**RESPONSE**
Office Depot will comply with the above. We will furnish the City & County of San Francisco with a usage report of total items ordered under this contract during the preceding twelve months. This report will be in a format acceptable to the City and will list by department or location the following: (1) all items awarded under this contract; and, (2) total quantity and dollar value of each item ordered, including items for which there were no orders. Office Depot will also furnish a separate similar report for the total of all items ordered by the City which are not part of this contract.

EXHIBIT A
PAGE 155

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

**SPECIAL CONDITIONS**

69. **DELIVERY**

Delivery is to be made to the ordering department's desktop by common transportation carrier, by the contractor's own equipment or by other means so as to effect next day delivery. THE CITY WILL PAY NO ADDITIONAL SHIPPING, DELIVERY OR HANDLING CHARGES.

**RESPONSE**
**Office Depot will provide the City with a Desktop delivery program. There will be no charge for this type of delivery system. All prices include delivery excluding special order items and furniture items.**

70. **PRICE**

A.    Bid prices are to be firm for the term from award date through April 30, 2007.

**RESPONSE**
**Office Depot will comply with the above.**

B.    Only prices and discounts that appear on City Contract Proposal Bid Sheets will be considered. No other pages with prices or discounts will not be considered.

**RESPONSE**
**Office Depot will comply with the above.**

C.    All prices shall be quoted F.O.B. Destination.

**RESPONSE**
**Office Depot will comply with the above. All prices quoted are F.O.B. Destination.**

71. **BID EVALUATION**

Except as otherwise noted on Bid Sheets, bid prices will be evaluated for each item based on the estimated quantity times the bid price or discount per specified unit, less any applicable DBE preference, (see General Conditions 40 through 42), applicable sales tax adjustment (see Special Condition 72) and cash discount see Special Condition 12).

EXHIBIT A
PAGE 156

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**SPECIAL CONDITIONS**

Purchasing will attempt to evaluate this ("bid package" or "contract proposal" package) within thirty (30) days after receipt of bids(s).  If Purchasing requires additional evaluation time, all bidders will be notified in writing of the new expected award date".

**RESPONSE**
**Office Depot has complied with all bid sheet requirements as stated in the General Conditions 40 through 42.  Bid sheets are enclosed with this bid package.**

**Please see Tab 3.**

72.   **ADJUSTMENT OF BID PRICE FOR SALES TAX**

In accordance with Administrative Code Chapter 21C, for bid purposes, Purchasing will reduce your bid based on any sales tax revenue the City would receive from this purchase.

**RESPONSE**
**Office Depot makes a large contribution to the San Francisco economy.  Our Retail stores generate over $21 million in sales that contributes $210,000 in sales tax revenues to the City and County of San Francisco.  Our payroll includes 115 full time employees working in the City and County of San Francisco.**

73.   **AWARD**

Award will be made to the lowest responsive and responsible bidder in the aggregate as noted on the contract/off contract lists (Sections A and B).

In determining the award, Purchasing will take into consideration, but will not be limited to:

A.      Price (evaluated)
B.      Satisfactory review of bidders' qualifications.
C.      Any other factors deemed pertinent

**RESPONSE**
**Office Depot acknowledges the above and has extended our best contract/non contract pricing to the City & County of San Francisco.**

EXHIBIT A
PAGE 157

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

SPECIAL CONDITIONS

74.   **AWARDED ITEMS**

A.   If during the term of the contract, a contract item is determined to be unacceptable for a particular use, and such is documented by a City Department and as determined by Purchasing, it is understood and agreed that the item will be canceled and removed from the contract without penalty to the City.  The City's sole obligation to the vendor is payment of deliveries made prior to the cancellation date.  City shall give the vendor ten days' notice prior to any cancellation.  The City will purchase the required replacement item from any source and in the manner as determined by Purchasing.

**RESPONSE**
**Office Depot will comply with the above condition.**

B.   If a contracted item has been discontinued by the manufacturer or is deemed temporarily unavailable, it will be the responsibility of the Contractor to search the marketplace and find an acceptable equal substitute in the time required for delivery and at the contract price.

**RESPONSE**
**Office Depot will comply with the above condition.**

C.   Contractor must notify Purchasing by certified mail, 30 days in advance of any changes in the description of article, brand, product code or packaging.  Any changes made without the approval of Purchasing will constitute default and result in the City invoking General Condition No. 19.

**RESPONSE**
**Office Depot will comply with the above condition.**

75.   **ORDERING**

A.   Items to be furnished under this contract shall be ordered through the contractor's on-line ordering system.

**RESPONSE**
**Office Depot will comply with the above condition.  Office Depot has been on the leading edge of electronic ordering since 1997 and has earned many on-line excellence awards for on-line ordering.  Office Depot is the world's number three online retailer - generating $2.6 billion in Internet sales for FY'03 dwarfing all other office products companies online capabilities.  Our online systems are consistent worldwide and provide our global customers a single platform for ordering in each market in 14 different languages. Spanish is available on our U.S. Website!**

**We have enclosed information on our on-line ordering capabilities with this bid package.**

**Please see Tab 12.**

EXHIBIT A
PAGE 158

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**SPECIAL CONDITIONS**

B.   All invoices for payments shall show the Citywide Contract number, complete description of item, quantity and contract price.

**RESPONSE**
**Office Depot will provide the City and County of San Francisco with invoices for payment that will show your contract number, a complete description of items, quantity, and contract prices on all invoices for payment.**

76.   **PAYMENT**

A.   The City agrees to pay for all products in accordance with the prices quoted in the successful bid and subject to any applicable discount provisions contained in said bid. Payments shall be made by the City to Contractor in arrears, for <u>completed orders</u>, throughout the term of the contract.

**RESPONSE**
**Office Depot agrees to the above condition.**

B.   Invoices submitted by the Contractor must be in a form acceptable to Purchasing and Controller.  The contractor must have the capability of summary billing.  Also, the summary billing should have the capability of directly invoicing each city department through a single electronic download to the Controller's Department.  All amounts paid by the City to the Contractor shall be subject to the audit by the City.

**RESPONSE**
**Office Depot will comply with the above condition.  Office Depot can provide the City and County of San Francisco with electronic summary billing.  We will design a billing package that best suits the needs of the City.  Specific billing requirements will be discussed and agreed upon at time of implementation.  Accounts can be setup to require and/or validate specific account information at the time of order to guarantee that invoices are complete and accurate.**

<u>**Summary Billing Benefits**</u>
**- Automatically matches invoices to statements**
**- Shows your purchase order/cost center numbers**
**- Breaks down costs by material and tax**
**- Analyzes cost center and ship to location**
**- One entry will pay all of the invoices billed during the billing cycle**
**- Summary provided daily, weekly, bi-weekly, monthly or customer specified cut-off dates**
**- Invoicing by order or cost center**
**- Procurement Card (Visa, Mastercard, AMEX)**

EXHIBIT A
PAGE 159

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**SPECIAL CONDITIONS**

**Sorting Capabilities**
- **Customer number**
- **Customer department number**
- **Desktop location or end-user number**
- **Purchase order number**
- **Product description**

**Media Type**
- **Invoicing by order or cost center**
- **Procurement card**
- **Tape**
- **EDI**
- **Cassette**
- **Diskette**
- **Computer-to-Computer**
- **Email**

**We have enclosed information with this bid package on our electronic summary billing capabilities.  Please see Tab 13.**



Printed on 30% PCW Recycled Paper

EXHIBIT A
PAGE 160

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### SPECIAL CONDITIONS

**77.   DEPARTMENT OF THE ENVIRONMENT REQUIREMENTS**

**Office Supply Catalog Requirements**

A.   The paper used to print the catalog must contain a minimum of 30% post-consumer recycled content.

**RESPONSE**
**The paper used to print our office supply catalog contains a minimum of 30% post-consumer recycled content.  The cover of our office supply catalog is printed on paper containing 10% post consumer fibers and is ECF (Elemental chlorine free).  All other catalogs we provide are printed on environmentally preferable paper that is made entirely from postconsumer waste (PCW) recycled fiber that was manufactured without using elemental chlorine.**

B.   The contractor should accept spent toner cartridges from City departments.  The contractor must recycle the toner cartridges.

**RESPONSE**
**Office Depot will accept spent toner cartridges from City departments.  Ink and toner cartridges may be picked up by your Office Depot driver or placed in a specially-marked box and mailed in the prepaid plastic mailer bag that comes with each new Office Depot cartridge.**

**Please see the Supplemental Questionnaire, Tab 4, for more information on our toner cartridge recycling program.**

C.   The contractor must also have an online catalog with the capability of adding and blocking products available for City purchase.

**RESPONSE**
**Yes.  Office Depot can provide the City with an online catalog with the capability of adding and blocking products.**

D.   "Blocking" is the elimination of a product from the offerings of the contractor.  A contractor should "block" a product by deleting the product from the catalogs, if possible, and rejecting any orders of the product from City of San Francisco accounts. If a City of San Francisco account requests a "blocked" product, the contractor should offer an acceptable alternative product.

96703.CT
08/31/04/MDW/cad

Page 13 of 26

Printed on 30% PCW Recycled Paper

EXHIBIT A
PAGE 161

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

## SPECIAL CONDITIONS

San Francisco Environment and Office of Contract Administration will provide the contractor with the list of products that should be blocked and alternative products that should be offered in their place.

**RESPONSE**
**Yes. Office Depot can block items as requested above. Requests for blocked items will automatically cross-reference with the alternate items list provided by the City.**

E.   The contractor should provide a "Recycled Product Catalog" that contains products made with recycled content.  The catalog may be a stand-alone catalog or an insert within the general catalog.  This catalog should note the percentage of post-consumer recycled content, whether it is processed chlorine free and ideally should note other measures of interest to environmentally preferable purchasing programs (such as product recyclability, wood products harvested from sustainably managed forests, or applicable eco-labels).

**RESPONSE**
**Office Depot will provide the City & County of San Francisco with a recycled products catalog featuring over 2000 items. This catalog is made entirely from post consumer waste (PCW) recycled fiber that was manufactured without using elemental chlorine. This catalog notes other measures of interest we take to give preference to products sourced from well-managed, sustainable forest operations.**

**We have enclosed a copy of our recycled products catalog with this bid package.  Please see Tab 14.**

F.   The contractor should maintain a database of all City product purchases, containing information regarding product type, quantity purchased, department account, department contract, and department location.  A report should be submitted electronically, on a quarterly basis, to both the Office of Contract Administration and San Francisco Environment.

**RESPONSE**
**Office Depot will provide the City and County of San Francisco with a quarterly electronic usage report detailing all recycled items purchased by product type, quantity purchased, department account, department contract and department location.**

G.   To meet the goals of the City's Resource Conservation Ordinance, Zero Waste Resolution, and City Composting Resolution, all products purchased by the City should be recycled or compostable and contain the maximum amount of post-consumer materials.  The following is a list of products that should be blocked from the contractor's offerings to City accounts. Please note, there may be additions to the list.

EXHIBIT A
PAGE 162

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**SPECIAL CONDITIONS**

Once the contract is awarded, San Francisco Environment may review the contractor's product offerings and request additional products to be blocked.

**RESPONSE**
**Office Depot will comply with this condition. We understand the obligations businesses must meet in the upcoming years relative to waste reduction. Office Depot can help the City set up a company recycling plan and provide you with reports detailing your expenditures on recycled items including batteries. Please see Tab 14 for more information about our recycling programs.**

**Helping Businesses Improve Sustainability**
**Office Depot is proud to be the first in its industry to offer Sustainability Audits to its corporate customers. These audits are conducted by GreenOrder www.greenorder.com, an independent consulting firm benchmark project environmental performance, generate recommendations about recycled or energy efficient products and show companies how they can make the switch.**

**Please see the Supplemental Questionnaire (Tab 4) for more information regarding our waste reduction efforts.**

<u>Products to be blocked:</u>

A.   All paper products that contain less than 30 percent post-consumer materials. Alternative paper products that contain 30 percent or more post-consumer materials should be offered in their place.

**RESPONSE**
**Office Depot will comply with the above.**

B.   Non-rechargeable batteries. A battery recharger and rechargeable batteries should be offered in their place.

**RESPONSE**
**Office Depot will comply with the above.**

C.   New toner cartridges. Remanufactured toner cartridges should be offered in their place.

**RESPONSE**
**Office Depot will comply with the above.**

96703.CT
08/31/04/MDW/cad

Page 15 of 26

Printed on 30% PCW Recycled Paper

EXHIBIT A
PAGE 163

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

## SPECIAL CONDITIONS

D.   New printer ribbons.  Re-linked printer ribbons should be offered in their place.

RESPONSE
Office Depot will comply with the above.

E.   Plastic desktop accessories that contain less than 25 percent post-consumer content.

RESPONSE
Office Depot will comply with the above.

F.   Plastic envelopes that contain less than 20 percent post-consumer content.

RESPONSE
Office Depot will comply with the above.

G.   Plastic trash bags that contain less than 10 percent post-consumer content.

RESPONSE
Office Depot will comply with the above.

NOTE:  The selected lowest responsive/responsible bidder shall be required to verify the above list of requirements to Purchasing prior to contract award.  The selected contractor shall be deemed non-responsible if they can't comply to all of the above requirements.

78.   RESTRICTED PURCHASES

The Contractor shall have a system that is capable of restricting items not authorized under this contract.  Examples of some restrictions are: furniture, janitorial supplies, computers and computer peripheral, copiers and copier supplies (all are covered under other contracts) unit values of over $250.00 per unit will also be restricted from purchase.

RESPONSE
In order to assist our customers in controlling costs, Office Depot has created a variety of electronic order restrictions to support standardization of product purchases and controlling the dollar purchases for a specified period.

Product standardization can be accomplished by restricting users to a specified list of items or by presenting a standardized list to the user first before allowing them to purchase outside the list.

EXHIBIT A
PAGE 164

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

**SPECIAL CONDITIONS**

During the initial account setup, order authorizations and the limits of those permissions will be determined. Purchasing control restrictions can be applied by order, department, ship to, or release number as well as limits by order, item and total dollar. These restrictions can be defined limits at company, group or individual level.

If the authority of a user is exceeded, the second level of authorization will receive an e-mail notification allowing them to approve, release or cancel the order.

The authority structure most frequently used by companies is the "Place and Release" method. This method allows your end users to place the order, but can not release it until proper authorization is obtained. The order is held in the system and an e-mail notification is sent to the authorized individual for approval and release.

Restrictions can be setup to exclude purchases of:

- A specific set of items identified by item number.
- All items made by one or more Manufacturers.
- All items belonging to one or more Product Categories.
- All items belonging to one or more Product Classes.
- All of the above

A maximum dollar amount restriction can be specified by:

- Account
- Department
- Order
- Line
- All of the above

79. **BID SECURITY – NOT USED**

   <u>RESPONSE</u>
   Acknowledged

80. **PERFORMANCE BOND – NOT USED**

   <u>RESPONSE</u>
   Acknowledged

EXHIBIT A
PAGE 165

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

## SPECIAL CONDITIONS

**81. FIDELITY BOND**

Contractor shall maintain throughout the term of this contract, at no expense to City, a blanket fidelity bond or a Blanket Crime Policy (Employee Dishonesty Coverage) covering all officers and employees in an amount not less than $50,000 with any deductible not to exceed $5,000 and including City as additional obligee or loss payee as its interest may appear.

**RESPONSE**
**Office Depot has enclosed our Fidelity Bond with this bid package.**

**Please see Tab 10.**

**82. INSURANCE**

Prior to award, the successful bidder or bidders will be required to furnish evidence of insurance as follows:

A.   Without in any way limiting Contractor's liability pursuant to the 'Indemnification" section of this contract, Contractor must maintain in force, during the full term of the contract, insurance in the following amounts and coverages:

1.   Worker's Compensation, with Employers' Liability limits not less than $1,000,000 each accident.

2.   Commercial General Liability Insurance with limits not less than $1,000,000 each occurrence Combined Single Limit Bodily Injury and Property Damage, including Contractual Liability, Independent Contractor, Broad Form Property Damages, Personal Injury, Products and Completed Operations.

3.   Commercial Automobile Liability Insurance with limits not less than $1,000,000 each occurrence Combined Single Limit Bodily Injury and Property Damage, including Owned and Non-owned and Hired Auto Coverages, as applicable.

B.   Commercial General Liability and Commercial Automobile Liability Insurance policies shall be endorsed to provide the following:

1.   Name as ADDITIONAL INSUREDS, the City and County of San Francisco, its Officers, Agents, and Employees.

2.   That such policies are primary insurance to any other insurance available to the Additional Insureds, with respect to any claims arising out of this contract, and that insurance applies separately to each insured against whom claim is made or suite is brought.

EXHIBIT A
PAGE 166

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

### SPECIAL CONDITIONS

C.   ALL POLICIES SHALL BE ENDORSED TO PROVIDE:

Thirty days advance written notice to City of cancellation, non-renewal or reduction in coverage, mailed to the following address:
   Director, Office of Contract Administration
   Purchasing Division
   City and County of San Francisco
   City Hall, Room 430
   1 Dr. Carlton B. Goodlett Place
   San Francisco, CA 94102-4685

D.   Should any of the required insurance be provided under a claims-made form, Contractor shall maintain such coverage continuously throughout the term of this contract and without lapse, for a period of three years beyond the contract expiration, to the effect that, should occurrences during the contract term give rise to claims made after expiration of the contract, such claims shall be covered by such claims-made policies.

E.   Should any of the required insurance be provided under a form of coverage that includes a general annual aggregate limit or provides that claims investigation or legal defense costs be included in such general annual aggregate limit, such general annual aggregate limit shall be double the occurrence limits specified above.

F.   Should any required insurance lapse during the contract term, requests for payments originating after such lapse shall not be processed until City receives satisfactory evidence of reinstated coverage as required by this contract, effective as of the lapse date.  If insurance is not reinstated, City may, at its sole option, terminate this Contract effective on the date of such lapse of insurance.

G.   Before commencing any operations under this contract, Contractor must furnish to City certificates of insurance and Additional Insured policy endorsements, in form and with insurers satisfactory to City, evidencing all coverages set forth above, and shall furnish complete copies of policies upon City request.

**RESPONSE**
**Office Depot has reviewed the above Insurance Requirements of the City & County of San Francisco.  We have enclosed our Certificate of Insurance with this bid package.**

**Please see Tab 10.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

## SPECIAL CONDITIONS

83.   **FAILURE TO EXECUTE CONTRACT .**

A.   Within ten days of the receipt of a notice of award, the bidder to whom the contract is awarded shall deliver the specified insurance certificates to City.

B.   If the bidder fails or refuses to furnish the required insurance within ten days after receiving notice from Purchasing.

**RESPONSE**
**Office Depot acknowledges the above condition.  Please find our Certificate of Insurance for the City & County of San Francisco enclosed with this bid package.**

**Please see Tab 10.**

96703.CT
08/31/04/MDW/cad

Page 20 of 26

Printed on 30% PCW Recycled Paper

EXHIBIT A
PAGE 168

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**SPECIAL CONDITIONS**

84.    **E-COMMERCE**

Describe the "e-commerce" Web or Internet system that your firm is proposing in support of online ordering.  Provide a complete description of all system features and functions such as those listed below.  In addition, describe all other system features and functions that you support.

- Support for multiple browsers
- Multiple ways to search, identify and select items for orders
- Templates or other mechanism users can use for frequently ordered items
- Ability for the City to limit user orders to selected items
- Ability for the City to limit access to all City information to city authorized users
- Ability for users to speak with a live customer service representative while placing an order
- E-mail notification of orders awaiting approval[
- Order Tracking and History by order, cost center, department, user and other levels
- Contract Item pricing
- Real time inventory for orders
- Electronic invoice processing
- E-mail notification of order status
- Standard Reports provided
- Ad hoc reporting capability
- Return, exchange and backorder process
- Delivery and pick-up
- User Training

Also provide a complete explanation of:

- Site Host
- User Security and Administration
- System Security
- System Technology
- Protocols and standards supported
- Network or desktop requirements for users
- Browser Requirement

<u>RESPONSE</u>
Office Depot is the 3rd largest Internet Sales site in the world with annual sales of $2.6 billion. Office Depot's Internet Website supports multiple user systems (PC, MAC, UNIX, etc.) and is a valuable tool when your internal systems are not linked.

Office Depot's web site is a dynamic way to do business.  As an electronic commerce solution for the procurement of office supplies, our site is easy to navigate and user friendly.  With Internet access via your network or stand alone PC at your desk top, you can interface with our system in real-time.  Office Depot is OBI compliant and our web-site is designed to function in a truly paperless environment.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

### SPECIAL CONDITIONS

**Today's competitive business climate requires efficient, lean operations by doing more with less. Office Depot offers added value and convenience with our Best Electronic Commerce Solutions that are designed to increase productivity, reduce expenses and lower the overall cost of doing business. No one has more experience in implementing Electronic Commerce Solutions than Office Depot.**

| | |
|---|---|
| **Multiple Browsers** | Office Depot's web site can support multiple browsers.  Any web browser that supports secure transactions, i.e., Netscape Navigator, Microsoft Internet Explorer, etc. |
| **Quick Search Options** | Offers various ways to search for an item, i.e., Quick Order by Item Number, Browse Catalog, Product Category, etc. |
| **Frequently Ordered Items** | Global or Personalized lists for frequently ordered or specially priced contract items for users with account or individual user.  Template of frequently ordered items.  Simply change the quantities as needed. |
| **Purchasing Controls** | Defines limits by order, item and total limits.  Security authorization available on order quantity over limits.  Can be applied by purchase order, department, ship to, or release number. |
| **On-Line Support** | While placing an order via the Internet, City & Co employees can talk with their customer service support personnel by dialing (888) 438-1229.  For technical support you can dial (1-800) 269-6888 |
| **E-mail Notification** | Notifies you via e-mail when there is an order waiting for approval and order status. |
| **Order History and Tracking** | History screen to track orders for up to 18 months.  Also allows you to see orders awaiting approval and release multiple orders at one time. |
| **Contract Pricing** | Real-time system allows access to contract pricing and discounts automatically. |
| **Highlighted Contract Items** | When browsing the electronic catalog, contract items are identified by a red checkmark with the words "contract item" highlighted in yellow. |
| **Live Inventory and Ordering Real-time** | Inventories are allocated to you at the time you place your order in real-time. |
| **Automatic Order Invoicing** | Invoicing prepared and forwarded electronically or via mail. |
| **Reporting/Ad Hoc/Data Export** | End Users can instantly view/track orders by index codes or req numbers up to 18 months via the internet. |

EXHIBIT A
PAGE 170

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

### SPECIAL CONDITIONS

| | |
|---|---|
| **Cost Center Reporting** | Account control and reporting will be established for cost center charges and order history at any time.  Cost centers can be linked to your profile as one, many or all. |
| **Return, Exchange & Backorder Process** | Because our inventory status is available in real-time, back-orders are virtually non-existent when ordering via the internet.  Upon notice by end users, returns & exchanges will be handled by your customer service team. |
| **Delivery & Pick-Up** | Orders placed via the internet will be delivered next business day.  Pick-ups can also be made during a delivery.  Pick-ups will be made within 48 hours upon notice to our customer service team. |
| **User Training** | User training will be scheduled during the Implementation process.  Any time after that your service consultant Bob McGuire can assist with Office Depot's web-site. In addition, our web-site has computer based training (CBT), allowing an end user to review steps in question at any time, even in the process of an order, without interrupting the actual order process. |
| **Super User Feature** | One designated user capable of adding new users, passwords, setting order limits, timelines and ship to's and other "user" profile information. |
| **Credit Authorization & Processing** | Authorization & credit levels for each user in the system to maintain internal controls. |
| **Cost Center by Line Screen** | Allows a user to order for multiple cost centers at the same time. |

- **Site Host**

Office Depot has a complete dynamic Business-to-Business website which we built and host ourselves. It is a fully integrated site with over 1,250,000 end-users utilizing this site to enter orders, check live inventory, review order status, and view 18 month order history on-line.  Therefore, we have catalog content in our database server and can send the City and County an item file with sku's, families, classifications, as well as long and short descriptions in HTML or a flat file along with images as gifs or j-pegs for the City and County catalog.  We can also send a traditional 832 EDI transmission catalog if the City and County prefers this format.

Because of our industry leading expenditures in the Information Technology sector of our business, our EDI users have the option to create their order in an interactive mode, using the search and browse capabilities of the Office Depot Internet Catalog.  We currently are in alliance with several parallel software providers.

All requests for items, quantities, order history, catalog viewing is stored in our host processor.  This means that all information is relayed to you in real-time.

EXHIBIT A
PAGE 171

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

## SPECIAL CONDITIONS

- **User Security and Administration**

The Office Depot web site is a private web site for use by pre-qualified Office Depot customers only. It is a password protected place of business for established customers to order product, check inventory availability and browse the catalog.

Order authorizations, and the limits of those permissions will be set-up during the initial account set-up. Two levels of passwords are available. Once can be used to create orders; the other can create and release orders that are placed on hold for approval by a supervisor.

- **System Security**

Office Depot's secure server software encrypts information, using 128 bit encryption and SSL version 3.0 ensuring that your transactions stay private and protected. Additionally, the Office Depot Online fulfillment system is not connected to the Internet and is not accessible in any way, which keeps your information secure when it reaches us.

- **System Technology**

Technological advantages include platform independence and productivity features.

*Platform Independence:*
A variety of computer systems can be connected to the Internet. You can connect to the Internet whether you are using a Macintosh, UNIX or PC system linked over a local area network (a LAN), or a wide area network (A WAN).

*Productivity Features:*
The Office Depot site requires no disk player or local installation of updates. There is absolutely no impact on your system. All updates with enhanced features, expanded catalog items, or updated item descriptions occur only on our Web server-not on your desktop. Office Depot's site allows flexible order entry functions through Quick Order by Item #, Custom Shopping Lists, or Product Search. As you create an order, you receive current contract pricing and product availability information all in real-time.

- **Protocols and standards supported**

Office Depot's web site has been extensively tested with the latest versions of Microsoft Internet Explorer and Netscape Navigator. Because our Web site uses the latest HTML , any Web browser that supports secure transactions (encoded transactions that prevent unauthorized viewing by a third party) should work..

Because our web site uses the latest HTML standard, it is also usable with any combination of computer hardware and operating system; a PC, Macintosh, Unix, Linux for example.

96703.CT
08/31/04/MDW/cad

Page 24 of 26

Printed on 30% PCW Recycled Paper

EXHIBIT A
PAGE 172

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

---

**SPECIAL CONDITIONS**

- **Browser requirements**

To use Office Depot's Internet Site, you first sign on to the Internet through your local network or an Internet Service Provider (ISP). Then, with your browser, you access Office Depot's Internet address:http://bsd.officedepot.com

You log in to the Business Services Division Site using your user name and password. You select password, which is entered in Office Depot's system. Your Account Manager will provide you with the form.

**Please find additional information on our electronic capabilities in Tab 12.**

85. **ENTIRE AGREEMENT**

This contract sets forth the entire Agreement between the parties, and supersedes all other oral or written provisions.

**RESPONSE**
Acknowledged.

86. **BID SUBMITTAL INSTRUCTIONS**

Bids **must** be received at Central Purchasing, City Hall, Room 430, indicated on Page 1 of the Contract Proposal. Bids transmitted by fax or any type of electronic mail <u>will not</u> be accepted.

**Bidders are to return all required documents, which include:**

A. Page 1 of the Contract Proposal completed and signed.
B. Bid Sheets (Sections A and B) and diskette.
C. Specifications on alternate items bid.
D. <u>All</u> questionnaires and forms, completed and signed.

**Bids must be made on the enclosed bid sheets.** Prices should be clearly written by typewriter or pen and ink.

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

### SPECIAL CONDITIONS

**To receive full consideration, your bid should be unqualified and unconditional.**

FOR MORE INFORMATION, call:

Mike Ward
Assistant Director of Purchasing
(415) 554-6740

**RESPONSE**
**Office Depot has complied with the above requirements. Thank you for the opportunity to respond to your bid.**

**END OF SPECIAL CONDITIONS**

96703.CT
08/31/04/MDW/cad

**Page 26 of 26**

Printed on 30% PCW Recycled Paper

EXHIBIT A
PAGE 174

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

## OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

### BID SHEET

**Section A**

**Bid Submittal Instructions for Contract Items**

A.    All usage quantities presented are based on actual usage from 2003 purchases.

**RESPONSE**
**Acknowledged.**

B.    This usage represents approximately 55% of total.

**RESPONSE**
**Acknowledged.**

C.    Prices shall remain in effect for the term of the contract.

**RESPONSE**
**Agreed.  All prices will remain in effect for the term of the contract.**

D.    Please use enclosed disk and click on tab for Section A, then populate in Yellow areas only for the following columns:

   - Original item price
   - Alternate Item
   - Alternate Item description
   - Alternate Item Unit of Measure
   - Alternate Item Price

**RESPONSE**
**Office Depot has complied with the above Instructions.**

E.    Where an alternate item is not provided the original item will automatically be extended into the last column to provide a grand total including both original items and alternates.

**RESPONSE**
**Acknowledged.**

F.    All other columns will be automatically extended and totaled within the worksheet.

**RESPONSE**
**Acknowledged.**

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**BID SHEET**

**Section A Continued**

G.     Alternative items will only be considered with written and verifiable Quality Data Sheets outlining the specification of each product and the Quality Control procedures verifying such claims associated with the product.  Furthermore, alternate product must meet or exceed the quality specifications of the original item specified.

        **RESPONSE**
        **Acknowledged.**

H.     DO NOT ENCLOSE SAMPLES WITH BID SUBMITTAL.

        **RESPONSE**
        **Office Depot has complied with the above request.**

I.     Re-manufactured toner cartridges are acceptable as an alternate only if they are equal in quality to the OEM.  Only remanufactured cartridges with new replacement drums and document quality control procedures will be accepted.  No Toner cartridges with re-coated drums will be accepted.

        **RESPONSE**
        **Office Depot will comply with the above.**

EXHIBIT A
PAGE 176

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
**96703**

### OFFICE SUPPLIES AND RELATED SERVICES
For the Term November 1, 2004 Through April 30, 2007

---

### BID SHEET

## Section B

## Bid Submittal Instructions for Off-Contract Items

A.    List Dollars represent total usage for 2003 usage of all items not represented in Section A
or 45% of total spend.

**RESPONSE**
**Acknowledged.**

B.    Please use enclosed disk and click on tab for Section B.

**RESPONSE**
**Acknowledged.**

C.    Populate discount percentage in Yellow B only.  All totals will be automatically calculated
on spreadsheet.

**RESPONSE**
**Acknowledged.**

D.    Discount submitted shall remain in effect for the term of the contract.

**RESPONSE**
**Agreed.  Discount submitted will remain in effect for the term of the contract.**

E.    A Gross Margin "Floor", as defined as a minimum gross margin on the item after discount
applied, will only be accepted as a minimum gross margin on the item after application of
discount off list. Any vendor either imposing a "floor" above cost after submittal will
automatically disqualify the vendor from an award or accordingly be subject to immediate
termination of the contract.

**RESPONSE**
**Office Depot will comply with the above requirement.**

F.    List prices are defined as current suggested manufacturer's list price.

**RESPONSE**
**Acknowledged.**

EXHIBIT A
PAGE 177

CITY AND COUNTY OF SAN FRANCISCO
OFFICE OF CONTRACT ADMINISTRATION
PURCHASING DIVISION

CONTRACT PROPOSAL
96703

**OFFICE SUPPLIES AND RELATED SERVICES**
For the Term November 1, 2004 Through April 30, 2007

**BID SHEET**

**Section B Continued**

**General Instructions for Bid Submittal**

A. Tab C will automatically be populated with the data populated in Tab A and Tab B.
B. Please save completed diskette under your company name.
C. Enclose completed diskette and printed copy of Tabs A, B, and C with your Bid Response.

**RESPONSE**
**Office Depot has complied with the above General Instruction for Bid Submittal.**

Bidder Name:   **OFFICE DEPOT**

Payment Terms: ___0___ % Cash Discount for Payment in __30__ Days.

**NOTE:  CASH DISCOUNT (DISCOUNT FOR PROMPT PAYMENT) WILL BE TAKEN
INTO CONSIDERATION IN DETERMINING THE LOW BID.  DISCOUNT PERIOD
MUST BE AT LEAST 30 DAYS (SEE ARTICLE 12 FOR MORE DETAILS).**

EXHIBIT A
PAGE 178

**Bidder Name:** Office Depot
**Bidder Due Date:** 9/27/2004
**Contract Proposal Number:** 96703

## Summary of Section A and B (Section C)



| Category | Original Item | Original Item with Alts |
|---|---|---|
| Contract | $ 1,083,902 | $ 1,056,082 |
| Off Contra | $ 1,248,033 | $ 1,248,033 |
| Total | $ 2,331,935 | $ 2,304,115 |

EXHIBIT A
PAGE 179

City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

# CONTRACT ACCEPTANCE
Indefinite Quantity

**OFFICE DEPOT**
**303 Second Street, North Tower, Suite 460**
**San Francisco, CA 94107**
**Attn: Thomas May**

Date _____ January 5, 2005

Contract Proposal No. 96703

Estimated Amount: Indefinite

The City and County of San Francisco does hereby accept your offer to furnish the articles indicated below. Such Articles are to be delivered in the manner and the form and at the times and prices set forth in the above numbered Contract Bid Proposal, but only after receipt of order properly certified by the Controller of the City and County of San Francisco.

**For furnishing and delivering OFFICE SUPPLIES AND RELATED SERVICES.**

**For the term JANUARY 26, 2005 through JULY 25, 2007 or for the amount of $10 million, whichever occurs first.**

| | |
|---|---|
| Items: | **All items except for exclusions referenced in the above Contract Bid Proposal Number.** |
| Pricing: | **Per contractor's proposal dated September 27, 2004 for contract and non-contract items.. Also, refer to contractor's net pricer core (fixed pricing) and non-core (discount off of manufactures suggested list) dated January 1, 2005.** |
| Terms: | **Net 30 Days** |

Acknowledge receipt of this Contract Acceptance in the space below and return to Purchaser, 1 Dr. Carlton B. Goodlett Place, Room 430, San Francisco, California, 94102. **DUPLICATE COPY IS FOR YOUR FILES.**

_As the duly appointed Purchaser of the City and County of San Francisco_        Date  1/5/05

## RECEIPT OF THE ABOVE IS HEREBY ACKNOWLEDGED:

Contractor _OFFICE DEPOT_

By _____ Signature        BUSINESS DEVLOPMENT MANAGER Title_

Print Name: _THOMAS MAY_

Date _1/5/05_

EXHIBIT A
PAGE 180

City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

# CONTRACT ACCEPTANCE

Indefinite Quantity

**OFFICE DEPOT**
**303 Second Street, North Tower, Suite 460**
**San Francisco, CA 94107**
**Attn: Thomas May**

Date _____ September 1, 2005

Contract Proposal No. 96703

Estimated Amount: Indefinite

The City and County of San Francisco does hereby accept your offer to furnish the articles indicated below.  Such Articles are to be delivered in the manner and the form and at the times and prices set forth in the above numbered Contract Bid Proposal, but only after receipt of order properly certified by the Controller of the City and County of San Francisco.

## CONTRACT MODIFICATION NO. 1

For furnishing and delivering OFFICE SUPPLIES AND RELATED SERVICES.

For the term JANUARY 26, 2005 through JULY 25, 2007 or for the amount of $10 million, whichever occurs first.

The original letter dated December 15, 2004, has been superseded by the attached dated August 22, 2005.

Acknowledge receipt of this Contract Acceptance in the space below and return to Purchaser, 1 Dr. Carlton B. Goodlett Place, Room 430, San Francisco, California, 94102.  **DUPLICATE COPY IS FOR YOUR FILES.**

_____     9/1/05
As the duly appointed Purchaser of the       Date
City and County of San Francisco

## RECEIPT OF THE ABOVE IS HEREBY ACKNOWLEDGED:

Contractor  OFFICE DEPOT

By  _____   BUSINESS DEVELOPMENT MGR
      Signature                              Title

Print Name:  THOMAS MAY

Date  9/2/05

EXHIBIT A
PAGE 182

# Office DEPOT

PURCHASING DEPARTMENT

2005 AU 2   31 3:36

RECEIVED

August 22, 2005

Mike Ward
Assistant Director of Purchasing
City and County of San Francisco
1 Dr. Carlton B Goodlett Place
City Hall Room 430
San Francisco, CA 94102-4685

Dear Mike

As a follow up to our meeting, we wanted to provide written clarification to the pricing guarantees for our contract with the City and County of San Francisco.

Core Items on this contract will remain fixed for the duration of the contract terms of 30 months or total purchases of $10 million. Non-Core items manufactures list price discounts will remain fixed for the duration of the contract terms of 30 months or total purchases of $10 million.

Non-Core item manufactures list prices will be revised quarterly based on increases in the Western Region Consumer Price Index for the previous quarter. Each quarter the proposed manufacturers increases and decreases will be applied to the past quarters usage, the net increase to the City and Counties total purchases for the prior quarter shall not exceed the CPI index increase for the quarter being evaluated. If the CPI does not change or decreases no changes will be made to the pricing. Office Depot will provide City Purchasing with 30 days notice on changes to the non core price list. Price updates will be based only on manufacturers actual increases.

These pricing agreements are consistent with the following excerpt of terms and conditions from the RFP document 96703.

   8   **Price List Discounts**

**Bidder's price list discounts must remain firm during the term of the contract.**

   70   **Price**

      A.  **Bid prices are to be firm for the term from award date through April 30, 2007.**

   74   **Awarded Items**

      C.  **Contractor must notify Purchasing by certified mail, 30 days in advance of any changes in the description of article, brand, product code or packaging. Any changes made without the approval of Purchasing will constitute default and result in the City invoking General Condition No. 19.**

Kind Regards,

Thomas May
Business Development Manager

---

Thomas A. May
6700 Automall Parkway
Fremont, CA 94538

Phone: 510 497 5701
Mobile: 650 867 9175
Fax: 510 497 5438

EXHIBIT A
PAGE 183

# Office DEPOT

2005 AU    : 3: 36                                    August 22, 2005

Mike Ward
Assistant Director of Purchasing
City and County of San Francisco
I Dr. Carlton B Goodlett Place
City Hall Room 430
San Francisco, CA  94102-4685

Dear Mike

As a follow up to our meeting, we wanted to provide written clarification to the pricing guarantees for our contract with the City and County of San Francisco.

Core Items on this contract will remain fixed for the duration of the contract terms of 30 months or total purchases of $10 million.  Non-Core items manufactures list price discounts will remain fixed for the duration of the contract terms of 30 months or total purchases of $10 million.

Non-Core item manufactures list prices will be revised quarterly based on increases in the Western Region Consumer Price Index for the previous quarter.  Each quarter the proposed manufacturers increases and decreases will be applied to the past quarters usage, the net increase to the City and Counties total purchases for the prior quarter shall not exceed the CPI index increase for the quarter being evaluated.  If the CPI does not change or decreases no changes will be made to the pricing.  Office Depot will provide City Purchasing with 30 days notice on changes to the non core price list.  Price updates will be based only on manufacturers actual increases.

These pricing agreements are consistent with the following excerpt of terms and conditions from the RFP document 96703.

   **8    Price List Discounts**

**Bidder's price list discounts must remain firm during the term of the contract.**

   **70    Price**

         **A.  Bid prices are to be firm for the term from award date through April 30, 2007.**

   **74   Awarded Items**

         **C.  Contractor must notify Purchasing by certified mail, 30 days in advance of any changes in the description of article, brand, product code or packaging.  Any changes made without the approval of Purchasing will constitute default and result in the City invoking General Condition No. 19.**

Kind Regards,

Thomas May
Business Development Manager

---

Thomas A. May
6700 Automall Parkway
Fremont, CA 94538

Phone: 510 497 5701
Mobile: 650 867 9175
Fax: 510 497 5436

EXHIBIT A
PAGE 184

City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

**OFFICE DEPOT**
**Thomas May**
**303 Second Street, North Tower, Suite 460**
**San Francisco, CA 94107**

Date    **June 30, 2007**

Contract Proposal No. 96703

# Contract Modification No. 2

This modification extends the term of the contract from:

January 26, 2005 through July 25, 2007

to:

January 26, 2005 through September 1, 2007.

Please sign and return to

Purchasing Dept.
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4685

_____   7-2-07

As the duly appointed Purchaser of the
City and County of San Francisco    Date

# Agreed to and accepted by:

Contractor  Office Depot

By  Kim Daly      Account Manager III
    Signature        Title

Print Name:  Kim Daly

Date  July 12 2007

EXHIBIT A
PAGE 186

EXHIBIT A
PAGE 187

City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

**OFFICE DEPOT**                                         Date _____August 31, 2007_____
**Thomas May**
**303 Second Street, North Tower, Suite 460**
**San Francisco, CA 94107**                             Contract Proposal No. 96703

# Contract Modification No. 3

This modification extends the term of the contract from:

      January 26, 2005 through September 1, 2007

to:

      January 26, 2005 through September 1, 2008,

and increases the contract's not-to-exceed amount from $10 million to $15 million.

Please sign and return to

      Purchasing Dept.
      City Hall, Room 430
      1 Dr. Carlton B. Goodlett Place
      San Francisco, California  94102-4685

_____          8-31-07
As the duly appointed Purchaser of the         Date
City and County of San Francisco

## Agreed to and accepted by:

Contractor   Office Depot, Inc.

By _____          Vice President
      Signature                                 Title

Print Name:   Pat Welch

Date   August 31, 2007

EXHIBIT A
PAGE 188

Ayes: 11 - Alioto-Pier, Ammia    Daly, Dufty, Elsbernd, Jew, Maxwell, McGoldrick, Mirkarimi, Peskin, Sandoval

⬤ 1053 [Approval to Execute the Lease Agreement          Supervisor Elsbernd
between the San Francisco International Airport
and Verified Identity Pass, Inc. for Registered
Traveler Services]

Resolution approving and authorizing the Lease Agreement between the San
Francisco International Airport and Verified Identity Pass, Inc. for Private
Sector Registered Traveler Services for approximately five years three
months commencing on a date to be mutually agreed upon but no later than
October 1, 2007 through December 31, 2012.

(Fiscal Impact.)

ADOPTED by the following vote:

Ayes: 11 - Alioto-Pier, Ammiano, Daly, Dufty, Elsbernd, Jew, Maxwell,
McGoldrick, Mirkarimi, Peskin, Sandoval

071064 [Raising Office Depot's contract not-to-exceed
amount to more than $10 million]

Resolution approving the Third Amendment to the Agreement between the
City and County of San Francisco (City) and Office Depot (Contractor) for
office supplies, increasing the contract's not-to-exceed amount to more
than $10 million, pursuant to San Francisco Charter Section 9.118(b). (Office
of Contract Administration)

*TC 96703*

*X 5ml.*

(Fiscal Impact.)

⬤ ADOPTED by the following vote:

Ayes: 11 - Alioto-Pier, Ammiano, Daly, Dufty, Elsbernd, Jew, Maxwell,
McGoldrick, Mirkarimi, Peskin, Sandoval

## Recommendation of the City Operations and Neighborhood Services Committee

070920 [Directing the San Francisco Public Utilities          Supervisor Alioto-Pier
Commission to create and implement a city-wide
program to track water usage by City
department]

Resolution directing the San Francisco Public Utilities Commission to create
and implement a city-wide program to track water usage, water
conservation, and use of recycled water use by City Departments.



ADOPTED by the following vote:

Ayes: 11 - Alioto-Pier, Ammiano, Daly, Dufty, Elsbernd, Jew, Maxwell,
McGoldrick, Mirkarimi, Peskin, Sandoval

## Recommendations of the Government Audit and Oversight Committee

⬤ 070997 [MOU, San Francisco Fire Fighters Union, Local     Mayor
798, IAFF, AFL-CIO (Unit 1)]

EXHIBIT A
PAGE 189

9/4/2009

City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

**EXECUTION COPY**



**OFFICE DEPOT**
**Thomas May**
**303 Second Street, North Tower, Suite 460**
**San Francisco, CA 94107**

Date:   August 22, 2008

Contract Proposal No. 96703

## Contract Modification No. 4

This modification extends the term of the contract from:

January 26, 2005 through September 1, 2008

to:

January 26, 2005 through September 30, 2008;

and increases the contract's not-to-exceed amount from $15 million to $15,490,000.

Please sign and return to

Purchasing Dept.
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, California  94102-4685

City:      _Bill Jones_                          _8-26-08_
           Bill Jones, Assistant Director          Date

---

### Agreed to and accepted by:

Contractor      OFFICE DEPOT, INC.

By      _signature_                          Vice President
        Signature                              Title

Print Name:   Patrick M. Welch, Regional Vice President

Date      August 29, 2008

EXHIBIT A
PAGE 190

EXHIBIT A
PAGE 191

City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102

**EXECUTION COPY**




**OFFICE DEPOT**
**Thomas May**
**303 Second Street, North Tower, Suite 460**
**San Francisco, CA 94107**

Date:   October 7, 2008

Contract Proposal No. **96703**

# Contract Modification No. 5

This modification extends the term of the contract from:

January 26, 2005 through September 30, 2008

to:

January 26, 2005 through March 15, 2009, or when a new office supplies contract is awarded pursuant to a competitive process, which occurs first.

and increases the contract's not-to-exceed amount from $15,490,000 to $17,540,000.

Please sign and return to

Purchasing Dept.
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, California  94102-4685

City:       _____       _10-28-08_
                                                                          **Date**

## Agreed to and accepted by:

Signed:      _____

Name, title:   Patrick M. Welch

Date           Regional Vice President

**EXHIBIT A**
**PAGE 192**

EXHIBIT A
PAGE 193

City and County of San Francisco
Office of Contract Administration
Purchasing Division
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102



**OFFICE DEPOT**
**Patrick M. Welch**
**303 Second Street, North Tower, Suite 460**
**San Francisco, CA 94107**

Date:   March 10, 2009

Contract Proposal No. 96703

# Contract Modification No. 6

This modification extends the term of the contract from:

January 26, 2005 through September 30, 2008

to:

January 26, 2005 through May 31, 2009, or when a new office supplies contract is awarded pursuant to a competitive process, which occurs first.

and increases the contract's not-to-exceed amount from $17,540,000 to $18,035,000.

Please sign and return to

Purchasing Dept.
City Hall, Room 430
1 Dr. Carlton B. Goodlett Place
San Francisco, California  94102-4685

City:   _____          3-10-09
                                          ‾‾‾‾‾‾‾‾‾‾‾
                                          Date

**Agreed to and accepted by:**

Reviewed and approved as to form and legality
by: Office Depot Legal Department

Signed:   _____

Attorney / Paralegal: _____

Name, title:   PAT WELCH, VICE PRESIDENT

Date:   3/13/09

Date   MARCH 18, 2009

EXHIBIT A
PAGE 194

# EXHIBIT 5

Bidder Name:  **Office Depot**
Bidder Due Date:  **9/27/2004**
Contract Proposal Number:  **96703**

### CCSF Off Contract (Section B)
Total List Price Dollars Based Upon 2003 Off Contract Purchases (approx 45% of total spend)



| Category | Description | List Dollars | Discount off List | Extended Total |
|---|---|---|---|---|
| Art & Drafting Supplies | Writing Instruments, Papers | $ 11,990 | 45.0% | $ 6,594 |
| Binders & Binding Systems | Combs, Spirals, Binders | $ 197,079 | 70.0% | $ 59,124 |
| Business Cases & Travel Accessories | Cases, Luggage, Holders | $ 13,609 | 70.0% | $ 4,083 |
| Calendars & Organizers | Refills, Organizers | $ 68,151 | 70.0% | $ 20,445 |
| Desk Supplies & Office Essentials | Clips, Staples, Desk-Top Related | $ 364,855 | 71.0% | $ 105,808 |
| Filing & Record Storage | Folders, Storage Supplies | $ 397,439 | 71.0% | $ 115,257 |
| Forms, Recordkeeping & References | Journals, Books, Forms | $ 38,554 | 70.0% | $ 11,566 |
| Mailing, Packing & Labeling Supplies | Envelopes, Labels, Mailers | $ 155,582 | 70.0% | $ 46,675 |
| Money Management & Handling | Check Files, Safes | $ 8,056 | 70.0% | $ 2,417 |
| Office Furniture | Shelving, Tables, Files, Seating | $ 142,954 | 50.0% | $ 71,477 |
| Paper, Pads & Rolls | Stationery, Notebooks, Pads | $1,517,301 | 72.0% | $ 424,844 |
| Pens, Pencils & Correction | Pens, Markers, Correction Aids | $ 170,522 | 70.0% | $ 51,157 |
| Safety,Janitorial,Breakroom,Facility | Breakroom, Security, Maintenance | $ 215,639 | 70.0% | $ 64,692 |
| Specials | Rubber Stamps, Promotional | $ 42,227 | 50.0% | $ 21,113 |
| Technology | Accessories, Media, Handhelds | $ 423,358 | 71.0% | $ 122,774 |
| Toner, Ink & Ribbons | Ribbons, Toner, InkJets, Cartridges | $ 413,821 | 71.0% | $ 120,008 |

Extended Grand Total for Off-Contract Purchases        **$ 1,248,033**

EXHIBIT A
PAGE 196

Bidder Name: Office Depot
Bidder Due Date:        9/27/2004
Contract Proposal Number:        96703

**Summary of Section A and B (Section C)**



| Category | Original Item | Original Item with Alts |
|---|---|---|
| Contract | $ 1,083,902 | $ 1,056,082 |
| Off Contra | $ 1,248,033 | $ 1,248,033 |
| Total | $ 2,331,935 | $ 2,304,115 |

EXHIBIT A
PAGE 197

| | | | | | | | Bidder Name: | Office Depot |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Bidder Due Date: | 9/27/2004 |
| | | | | | | | Contract Proposal Number: | 96703 |

**CCSF Contract List  (Section A)**

Quantity based on actual usage for 2003 purchases (approx 55% of total spend)

Totals with Original Item specified          $1,083,902

Totals with Original Item and Alternates specified          $1,056,082

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item and Alternates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AAG70008P05 | BOOK,APPT,WKLY,BK,REFBLE | EA | 82 | $ 6.27 | $ 514.14 | | | | $ | 514.14 |
| 2 | AAG7007505 | BOOK,APPT,WK,8"X5",BK | EA | 89 | $ 8.64 | $ 768.96 | | | | $ | 768.96 |
| 3 | AAG7010005 | BOOK,APPT,12MO,4.875X8 | EA | 359 | $ 5.68 | $ 2,039.12 | | | | $ | 2,039.12 |
| 4 | AAG7010205 | BOOK,APPT,3X8,JAN-DEC,BK | EA | 85 | $ 7.84 | $ 666.40 | | | | $ | 666.40 |
| 5 | AAG7012005 | BOOK,APPT,12MO,5.875X8.75 | EA | 354 | $ 5.54 | $ 1,961.16 | | | | $ | 1,961.16 |
| 6 | AAG7026005 | BOOK,APPT,MO,11"X9",BK | EA | 786 | $ 5.64 | $ 4,433.04 | | | | $ | 4,433.04 |
| 7 | AAG7043205 | PLANNER,1MO/2PG,BK | EA | 101 | $ 5.28 | $ 533.28 | | | | $ | 533.28 |
| 8 | AAG7080005 | BOOK,APPT,DY,8"X5",BK,04 | EA | 101 | $ 6.50 | $ 656.50 | | | | $ | 656.50 |
| 9 | AAG7095005 | BOOK,APPT,PRO,LTR,BK | EA | 203 | $ 7.26 | $ 1,473.78 | | | | $ | 1,473.78 |
| 10 | AAGE01750 | CAL,RFL,DESK,12MO,3.5"X6" | EA | 467 | $ 1.89 | $ 882.63 | | | | $ | 882.63 |
| 11 | AAGE1700 | CAL BASE,S17,3.5X6,L-L,BK | EA | 308 | $ 4.37 | $ 1,345.96 | | | | $ | 1,345.96 |
| 12 | AAGE51750 | CAL,RFL,QKNT,1DY/2PG | EA | 250 | $ 1.56 | $ 390.00 | | | | $ | 390.00 |
| 13 | AAGE71750 | CAL,RFL,DESK,12MO,3.5X6 | EA | 3,822 | $ 0.82 | $ 3,134.04 | | | | $ | 3,134.04 |
| 14 | AAGE717R50 | CAL,RFL,1DY/2PG,JAN-DEC | EA | 562 | $ 1.58 | $ 887.96 | | | | $ | 887.96 |
| 15 | AAGE91950 | CAL,RFL,1DY/2PG,JAN-DEC | EA | 291 | $ 1.97 | $ 573.27 | | | | $ | 573.27 |
| 16 | AAGG21000 | BOOK,APPT,JAN-DEC,BK | EA | 99 | $ 3.53 | $ 349.47 | | | | $ | 349.47 |
| 17 | AAGG23500 | BOOK,APPT,BK,JAN-DEC | EA | 176 | $ 4.76 | $ 837.76 | | | | $ | 837.76 |
| 18 | AAGG25000 | BOOK,APPT,WK,6"X4",BK | EA | 197 | $ 4.76 | $ 937.72 | | | | $ | 937.72 |
| 19 | AAGG47000 | BOOK,APPT,MO,8"X12",BK | EA | 141 | $ 4.33 | $ 610.53 | | | | $ | 610.53 |
| 20 | AAGG52000 | BOOK,APPT,12MO,8X11,BK | EA | 135 | $ 5.55 | $ 749.25 | | | | $ | 749.25 |
| 21 | AAGPM20028 | CAL,WALL,36X24,JAN-DEC | EA | 113 | $ 7.39 | $ 835.07 | | | | $ | 835.07 |
| 22 | AAGSD37413 | DIARY,DY,FNT,9.5X7.5 | EA | 112 | $ 18.65 | $ 2,088.80 | | | | $ | 2,088.80 |
| 23 | AAGSD37713 | JOURNAL,DLY,7X12,JAN-DEC | EA | 119 | $ 21.87 | $ 2,602.53 | | | | $ | 2,602.53 |
| 24 | AAGSD38174 | DIARY,DY,FNT,RD | EA | 95 | $ 28.87 | $ 2,742.65 | | | | $ | 2,742.65 |
| 25 | AAGSD38713 | DIARY,DY,FNT,7.5X5 | EA | 180 | $ 9.55 | $ 1,719.00 | | | | $ | 1,719.00 |
| 26 | AAGSD38913 | DIARY,DY,FNT,8.25X5.75 | EA | 431 | $ 9.82 | $ 4,232.42 | | | | $ | 4,232.42 |
| 27 | AAGSK2400 | CAL,DESK/WALL,12MO,22X17 | EA | 701 | $ 1.50 | $ 1,051.50 | | | | $ | 1,051.50 |
| 28 | AAGSK4600 | BOOK,APPT,DY,8"X5",BK,04 | EA | 175 | $ 4.39 | $ 768.25 | | | | $ | 768.25 |
| 29 | AAGSK4600 | BOOK,APPT,WK,6.25X3.5,BK | EA | 155 | $ 1.75 | $ 271.25 | | | | $ | 271.25 |
| 30 | AAGSK70000 | CAL,DESK/WALL,22X17,GN | EA | 122 | $ 3.51 | $ 428.22 | | | | $ | 428.22 |
| 31 | ACC26076 | CVR,REP,PB,11"X8.5" DGN | EA | 246 | $ 0.74 | $ 182.04 | | | | $ | 182.04 |
| 32 | ACC33606 | BINDER,3/RG,DGN,LTR, .5 | EA | 260 | $ 1.62 | $ 421.20 | | | | $ | 421.20 |
| 33 | ACC39712 | BINDER,3RG,11X8.5,1",BE | EA | 1,296 | $ 1.08 | $ 1,401.84 | | | | $ | 1,401.84 |
| 34 | ACC42523 | CVR,REP,CLMP,LTR,DBE | EA | 163 | $ 1.59 | $ 259.17 | | | | $ | 259.17 |
| 35 | ACC53072 | BINDER,EDP,LBE,15X11,UB | EA | 126 | $ 1.05 | $ 132.30 | | | | $ | 132.30 |
| 36 | ACC54075 | BINDER,DATA,GN,15X11,UB | EA | 132 | $ 2.62 | $ 345.84 | | | | $ | 345.84 |
| 37 | ACC54122 | BNDR,DATA,11"X8.5",LBE | EA | 140 | $ 1.89 | $ 264.60 | | | | $ | 264.60 |
| 38 | ACC54123 | BNDR,DATA,11"X8.5",DBE | EA | 134 | $ 1.89 | $ 253.26 | | | | $ | 253.26 |
| 39 | ACC54124 | BINDER,EDP, GY,11X8.5, B | EA | 158 | $ 1.89 | $ 298.62 | | | | $ | 298.62 |
| 40 | ACC70022 | FASTENER,2PC,2"CAP,50BX | BX | 743 | $ 0.56 | $ 416.08 | | | | $ | 416.08 |



EXHIBIT A
PAGE 198

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item and Alternates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | ACC70023 | FASTENER,BASE,2"CAP,1C/BX | BX | 591 | $ 0.67 | $ 395.97 | | | | $ | 395.97 |
| 42 | ACC72010 | BNDR CLIP,MINI | DZ | 1,725 | $ 0.11 | $ 189.75 | | | | $ | 189.75 |
| 43 | ACC72020 | BNDR CLIP,#20,SM | DZ | 14,193 | $ 0.05 | $ 709.65 | | | | $ | 709.65 |
| 44 | ACC72050 | BNDR CLIP,#50,MED | DZ | 7,556 | $ 0.64 | $ 4,835.84 | | | | $ | 4,835.84 |
| 45 | ACC72100 | BNDR CLIP,#100,LG | DZ | 2,460 | $ 0.90 | $ 2,214.00 | | | | $ | 2,214.00 |
| 46 | ACC72190 | PUSH PIN,PLAS,100/BX,AST | BX | 532 | $ 0.27 | $ 143.64 | | | | $ | 143.64 |
| 47 | ACC72380 | PPR CLIP,SMTH,#1,1C | BX | 13,083 | $ 0.09 | $ 1,177.47 | | | | $ | 1,177.47 |
| 48 | ACC72580 | PPR CLIP,SMTH,JMBO,1C | BX | 15,926 | $ 0.18 | $ 2,866.68 | | | | $ | 2,866.68 |
| 49 | ACC74015 | PUNCH,2-3HL,ADJ,10SH,BK | EA | 118 | $ 2.35 | $ 277.30 | | | | $ | 277.30 |
| 50 | ACC74045 | PUNCH,2HL,1/4",28SH,BK | EA | 246 | $ 2.21 | $ 543.66 | | | | $ | 543.66 |
| 51 | ACM15000 | FIRST AID,ADVIL,50BX | BX | 161 | $ 8.54 | $ 1,618.14 | | | | $ | 1,618.14 |
| 52 | ACM19018 | SHEARS,CONTRACT,8" | EA | 373 | $ 0.33 | $ 123.09 | | | | $ | 123.09 |
| 53 | ACM40600 | FIRST AID,BANDGE,1C | EA | 139 | $ 2.09 | $ 290.51 | | | | $ | 290.51 |
| 54 | ACM40703 | GLOVE,LATEX,MED,WE,1C | BX | 120 | $ 2.20 | $ 264.00 | | | | $ | 264.00 |
| 55 | ACM40900 | FIRST AID,XST,TYLENOL | BX | 161 | $ 3.62 | $ 582.82 | | | | $ | 582.82 |
| 56 | ACM43319 | SHEARS,9"BENT,HVY,DTY,OE | EA | 97 | $ 3.56 | $ 345.32 | | | | $ | 345.32 |
| 57 | ACM51019 | FIRST AID,RFL,ALCOHOL PAD | BX | 202 | $ 3.79 | $ 765.58 | | | | $ | 765.58 |
| 58 | ALL26197 | RUBRBAND,1/4#,FED,19 | BG | 699 | $ 0.30 | $ 209.70 | | | | $ | 209.70 |
| 59 | ALL26337 | RUBRBAND,ADV,#33,1/4LB | BG | 2,780 | $ 0.38 | $ 1,056.40 | | | | $ | 1,056.40 |
| 60 | ALL26625 | RUBRBAND,SIZE 62,1LB | BX | 140 | $ 1.20 | $ 168.00 | | | | $ | 168.00 |
| 61 | ALL27405 | RUBRBAND,ADV,1178,1/6,1LB | BX | 247 | $ 1.36 | $ 335.92 | | | | $ | 335.92 |
| 62 | AMD14031 | FOLDER,CLASS,LTR,RD,10BX | EA | 273 | $ 0.84 | $ 229.32 | | | | $ | 229.32 |
| 63 | AVE00196 | GLUE STICK,PERM,1.27OZ | EA | 444 | $ 0.49 | $ 217.56 | | | | $ | 217.56 |
| 64 | AVE02160 | LABEL,LASER,MINI,WHT1X25 | PK | 153 | $ 2.03 | $ 310.59 | | | | $ | 310.59 |
| 65 | AVE03075 | INDEX,DVDR,PKT,11"X9",5ST | ST | 320 | $ 0.71 | $ 227.20 | | | | $ | 227.20 |
| 66 | AVE05160 | LBL,LASR,ADD,2-5/8X1,3M | BX | 586 | $ 14.97 | $ 8,772.42 | | | | $ | 8,772.42 |
| 67 | AVE05162 | LBL,LASR,ADD,4X1-1/3,14C | BX | 84 | $ 14.85 | $ 1,247.40 | | | | $ | 1,247.40 |
| 68 | AVE05163 | LBL,LASR,ADD,2X4,1M | BX | 177 | $ 15.42 | $ 2,729.34 | | | | $ | 2,729.34 |
| 69 | AVE05164 | LBL,LASR,ADD,3-1/3X4,6C | BX | 114 | $ 9.11 | $ 1,038.54 | | | | $ | 1,038.54 |
| 70 | AVE05165 | LABEL,ADD,LASER,8.5X11 | BX | 133 | $ 9.10 | $ 1,210.30 | | | | $ | 1,210.30 |
| 71 | AVE05260 | LBL,ADRS,WP,2-5/8X1,750 | PK | 494 | $ 4.46 | $ 2,203.24 | | | | $ | 2,203.24 |
| 72 | AVE05266 | LBL,LASR,FFLDR,AST,750 | PK | 142 | $ 8.26 | $ 1,172.92 | | | | $ | 1,172.92 |
| 73 | AVE05267 | LBL,LASR,.5X1.75,WE,2M | PK | 329 | $ 4.46 | $ 1,467.34 | | | | $ | 1,467.34 |
| 74 | AVE05366 | LBL,LASR,FFLDR,WE,15C | BX | 237 | $ 15.42 | $ 3,654.54 | | | | $ | 3,654.54 |
| 75 | AVE05364 | BADGE,NAME,LTR,CLIP,3X4 | BX | 86 | $ 12.56 | $ 1,117.84 | | | | $ | 1,117.84 |
| 76 | AVE05368 | CARD,INDEX/POST,3X5,150 | BX | 108 | $ 8.18 | $ 883.44 | | | | $ | 883.44 |
| 77 | AVE05395 | LBL,LASR,NAME,WE,4C | BX | 92 | $ 20.48 | $ 1,884.16 | | | | $ | 1,884.16 |
| 78 | AVE05720 | REINFORCEMENTS,WE,1000 | BX | 57 | $ 1.73 | $ 98.61 | | | | $ | 98.61 |
| 79 | AVE05060 | LBL,ADRS,1X2-5/8,75C | BX | 65 | $ 20.22 | $ 1,314.30 | | | | $ | 1,314.30 |
| 80 | AVE06887 | MRKR,MRKSALOT,LG,RD | EA | 574 | $ 0.27 | $ 154.98 | | | | $ | 154.98 |
| 81 | AVE06888 | MRKR,MRKSALOT,LG,BK | EA | 2,028 | $ 0.33 | $ 669.24 | | | | $ | 669.24 |
| 82 | AVE11940 | INDEX,BTM TAB,EXHIBIT A | PK | 281 | $ 0.75 | $ 210.75 | | | | $ | 210.75 |
| 83 | AVE23084 | INDEX,POLY,LTR,AST,8TB | ST | 183 | $ 0.60 | $ 109.80 | | | | $ | 109.80 |
| 84 | AVE24000 | HILITER,DESK STYLE,FYW | EA | 791 | $ 0.20 | $ 158.20 | | | | $ | 158.20 |
| 85 | AVE27157 | MRKR,MRKSALOT,CHSL,RD | EA | 3,150 | $ 0.12 | $ 378.00 | | | | $ | 378.00 |
| 86 | AVE27158 | MRKR,PRM,CHSL,12/BX,BK | EA | 1,938 | $ 0.12 | $ 232.56 | | | | $ | 232.56 |
| 87 | AVE29298 | MRKR,PERM,STAY SHARP,BK | EA | 2,556 | $ 0.38 | $ 971.28 | | | | $ | 971.28 |
| 88 | AVE5351 | LBL,COPIER,1X2-3/4,WE | BX | 69 | $ 12.20 | $ 841.80 | | | | $ | 841.80 |
| 89 | AVECI2135 | INDEX,BNDR,LTR,AST,5TB | ST | 1,069 | $ 0.21 | $ 224.49 | | | | $ | 224.49 |
| 90 | AVECI2135C | INDEX,BNDR,LTR,CL,5TB,18T | ST | 515 | $ 0.21 | $ 108.36 | | | | $ | 108.36 |
| 91 | AVECI2138 | INDEX,BNDR,LTR,AST,8TB | ST | 1,876 | $ 0.36 | $ 676.06 | | | | $ | 676.06 |



EXHIBIT A
PAGE 199

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item and Alternates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | AVECI2138C | INDEX,BNDR,LTR,CL,8TB | ST | 464 | 0.29 | 134.56 | | | | | 134.56 |
| 93 | AVECR26 | CORR TAPE,1/3"X600",2LN | RL | 722 | 1.06 | 765.32 | | | | | 765.32 |
| 94 | AVEFF3WE | LBL,FILE FLDR,WE,248 | BX | 168 | 0.82 | 137.76 | | | | | 137.76 |
| 95 | AVEI213 | INDEX,BNDR,LTR,A-Z,RD | ST | 721 | 1.19 | 857.99 | | | | | 857.99 |
| 96 | AVEK31110BE | BINDER,3/RG,BK,11X8.5, 1 | EA | 2,783 | 0.77 | 2,142.91 | | | | | 2,142.91 |
| 97 | AVEK31110BK | BNDR,3RG,11X8.5,1",BK | EA | 191 | 0.61 | 116.51 | | | | | 116.51 |
| 98 | AVEK31115BK | BINDER,3RG,BE,11X8.5, 1 | EA | 1,646 | 1.30 | 2,139.80 | | | | | 2,139.80 |
| 99 | AVEK31115BL | BINDER,3RG11X8.5,1.5",BE | EA | 432 | 1.30 | 561.60 | | | | | 561.60 |
| 100 | AVEK31115LBK | BINDER,3RG,BK,11X8.5, X | EA | 1,328 | 1.42 | 1,885.76 | | | | | 1,885.76 |
| 101 | AVEK31120BK | BINDER,3RG,BK,11X8.5, 2 | EA | 2,436 | 2.10 | 5,115.60 | | | | | 5,115.60 |
| 102 | AVEK31120BL | BINDER,3RG,11X8.5,2",BE | EA | 431 | 1.53 | 659.43 | | | | | 659.43 |
| 103 | AVEK3112GLBE | BNDR,3RG,LH,LTR,3",BE | EA | 95 | 2.34 | 222.30 | | | | | 222.30 |
| 104 | AVEK3112GLBK | BINDER,3RG,11X8.5,3",BK | EA | 2,192 | 2.24 | 4,910.08 | | | | | 4,910.08 |
| 105 | AVEK3610BK | BNDR,3RG,8.5X5.5,1",BK | EA | 1,297 | 1.42 | 1,841.74 | | | | | 1,841.74 |
| 106 | AVELSK5B | INDEX MAKER,LASR,3H,5TB | BX | 57 | 42.94 | 2,447.58 | | | | | 2,447.58 |
| 107 | AVELSK5UB | INDEX,LASR KT,5TB | BX | 57 | 41.44 | 2,362.08 | | | | | 2,362.08 |
| 108 | AVERI21315 | INDEX,RDY,LTR,1-15,AST | ST | 160 | 1.51 | 241.60 | | | | | 241.60 |
| 109 | AVETT21331C | INDEX,TABLE/TAB,1-31,BKWE | ST | 264 | 2.65 | 699.60 | | | | | 699.60 |
| 110 | AVEV81110WE | BNDR,VU,3RG,LTR,1",WE | EA | 625 | 1.44 | 900.00 | OD05706/ pg 139/396941 | BNDR,VU,3RG,LTR,1",WE | EA | 0.93 | 581.25 |
| 111 | AVEV81115WE | BNDR,VU,3RG,LTR,1.5",WE | EA | 1,267 | 4.96 | 6,284.32 | OD05721/ pg 139/396251 | BNDR,VU,3RG,LTR,1.5",WE | EA | 1.43 | 1,811.81 |
| 112 | AVEV81120WE | BNDR,VU,3RG,LTR,2",WE | EA | 583 | 2.68 | 1,562.44 | OD05731/ pg139/396241 | BNDR,VU,3RG,LTR,2",WE | EA | 1.73 | 1,008.59 |
| 113 | AVEV81125WE | BNDR,VU,3RG,LTR,3",WE | EA | 1,735 | 7.75 | 13,448.25 | WJWW36138/PG 141/914455 | BNDR,VU,3RG,LTR,3",WE | EA | 2.46 | 4,268.10 |
| 114 | AVEV5110WE | BINDER,3RG,WE,11X8.5, 1 | EA | 642 | 2.15 | 1,380.30 | | | | | 1,380.30 |
| 115 | AVEVS1116WE | BNDR,SLTRG,11X8.5,1.5,WE | EA | 123 | 2.00 | 246.00 | | | | | 246.00 |
| 116 | AVEVS1120WE | BNDR,SLTRG,11X8.5,2",WE | EA | 255 | 3.12 | 795.60 | | | | | 795.60 |
| 117 | AVEVS1125WE | BNDR,VU,DRNG,LTR,3",WE | EA | 213 | 4.25 | 905.25 | OD320043/ pg 143/486368 | BNDR,VU,DRNG,LTR,3",WE | EA | 2.94 | 626.22 |
| 118 | AVEWI2135 | INDEX,BNDR,LTR, AST,5TB | ST | 587 | 0.39 | 228.93 | | | | | 228.93 |
| 119 | AVEWI2135C | INDEX,BNDR,LTR,CL,5TB | ST | 864 | 0.39 | 336.96 | | | | | 336.96 |
| 120 | AVEWI2138C | INDEX,BNDR,LTR,CL,8TB | ST | 698 | 0.81 | 565.38 | | | | | 565.38 |
| 121 | AVT75301 | CLIP,WALL PANEL,WE,20BX | BX | 124 | 2.75 | 341.00 | | | | | 341.00 |
| 122 | BICFS11BE | PEN,BALL,BE,F,BIC,ROUND | DZ | 826 | 0.59 | 487.34 | OD848887/pg 327/848887 | PEN,BALL,BE,F,BIC,ROUND | DZ | 0.39 | 322.14 |
| 123 | BICFS11BK | PEN,BALL,BK,F,BIC,ROUND | DZ | 1,351 | 0.59 | 797.09 | OD848879/pg 327/848879 | PEN,BALL,BK,F,BIC,ROUND | DZ | 0.39 | 526.89 |
| 124 | BICFS11RD | PEN,BALL,RD,F,BIC,ROUND | DZ | 446 | 0.59 | 263.14 | OD848895/pg 327/848895 | PEN,BALL,RD,F,BIC,ROUND | DZ | 0.39 | 173.94 |
| 125 | BICGSMG11BK | PEN,BLPT,RND STK,MED,BK | DZ | 256 | 0.89 | 227.84 | OD848903/pg 327/848903 | PEN,BLPT,RND STK,MED,BK | DZ | 0.39 | 99.84 |
| 126 | BICMS11BE | PEN,BLPT,RND STK,MED,BE | EA | 67,152 | 0.05 | 3,357.60 | OD848929/pg 327/848929 | PEN,BLPT,RND STK,MED,BE | EA | 0.03 | 2,014.56 |
| 127 | BICMS11BK | PEN,BLPT,RND STK,MED,BK | EA | 122,100 | 0.05 | 6,105.00 | OD848903/pg 327/848903 | PEN,BLPT,RND STK,MED,BK | EA | 0.03 | 3,663.00 |
| 128 | BICMS11RD | PEN,BLPT,CLSC,MED,RD,12DZ | EA | 27,096 | 0.05 | 1,354.80 | OD848911/ pg 327/848911 | PEN,BLPT,CLSC,MED,RD,12DZ | EA | 0.03 | 812.88 |
| 129 | BICRF11BE | PEN,ROLR,MTL,XFN,BE | EA | 897 | 0.17 | 152.49 | | | | | 152.49 |
| 130 | BICRF11BK | PEN,ROLR,MTL,XFN,BK | EA | 1,576 | 0.17 | 267.92 | | | | | 267.92 |
| 131 | BICRV11BE | PEN,ROLR,GRIP,MICRO FN,BE | EA | 469 | 0.17 | 79.73 | | | | | 79.73 |
| 132 | BICRV11BK | PEN,ROLR,GRIP,MICRO FN,BK | EA | 426 | 0.17 | 72.42 | | | | | 72.42 |
| 133 | BICSCSF11BK | PEN,BLPT,CUSHN,RET,FN,BK | EA | 424 | 0.33 | 139.92 | | | | | 139.92 |
| 134 | BICSCSM11BK | PEN,BLPT,CUSHN,RET,MED,BK | EA | 1,603 | 0.22 | 352.66 | OD848903/pg 327/848903 | PEN,BLPT,CUSHN,RET,MED,BK | EA | 0.03 | 48.09 |
| 135 | BICVLG11BLU | PEN,VELOCITY,RET,BE | EA | 515 | 0.35 | 180.25 | | | | | 180.25 |
| 136 | BICWOELP11 | CORR FILM,PENSTYLE | EA | 209 | 0.88 | 186.01 | | | | | 186.01 |
| 137 | BICWOFQD12 | CORR FLUID,QUICKDRY | EA | 296 | 0.47 | 139.12 | | | | | 139.12 |
| 138 | BOS00712 | STAPLE,STD,CHSL,5M | BX | 1,534 | 0.27 | 414.18 | | | | | 414.18 |
| 139 | BRT1030 | RIBB,COR,F/IAX10,12,15,20 | ST | 157 | 1.61 | 252.77 | | | | | 252.77 |
| 140 | BRTM231 | TAPE,EMBS,1/2",BKWE | EA | 181 | 4.17 | 754.77 | | | | | 754.77 |
| 141 | BRTPC201 | PRINT CTRG,FAX,BK | EA | 173 | 11.26 | 1,951.44 | NUKOD201B/pg939/514792 | PRINT CTRG,FAX,BK | EA | 9.45 | 1,634.85 |
| 142 | BRTTC20 | TAPE,EMBS,1/2",BKWE,2PK | PK | 94 | 12.69 | 1,192.86 | | | | | 1,192.86 |



EXHIBIT A
PAGE 200

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item and Alternates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 143 | BRTTN430 | TONER CTRG,PPF4750,3M PG | EA | 87 | $ 29.13 | $ 2,534.31 | | | | | $ 2,534.31 |
| 144 | BRTTN5000PF | TONER CTRG,LASR FAX | EA | 132 | $ 16.33 | $ 2,155.56 | | | | | $ 2,155.56 |
| 145 | BRTTZ131 | TAPE,EMBS,1/2",BK/CL | EA | 129 | $ 6.00 | $ 774.00 | | | | | $ 774.00 |
| 146 | BRTTZ211 | TAPE,EMBS,1/4",BK/WE | EA | 86 | $ 4.43 | $ 380.98 | | | | | $ 380.98 |
| 147 | BRTTZ231 | TAPE,EMBS,3/8",BK/WE | EA | 92 | $ 6.13 | $ 563.96 | | | | | $ 563.96 |
| 148 | BRTTZ231 | TAPE,EMBS,1/2",BK/WE | EA | 683 | $ 6.60 | $ 4,507.80 | | | | | $ 4,507.80 |
| 149 | BRTTZ241 | TAPE,EMBS,3/4",BK/WE | EA | 179 | $ 8.00 | $ 1,432.00 | | | | | $ 1,432.00 |
| 150 | BRTTZ251 | TAPE,EMBS,1",BK/WE | EA | 119 | $ 9.21 | $ 1,095.99 | | | | | $ 1,095.99 |
| 151 | STE31005 | TAB,ALPHA SIDE,A-Z | PK | 611 | $ 0.98 | $ 598.78 | | | | | $ 598.78 |
| 152 | CLI61008 | PROT,SHT,TL,LTR,NG,50 | BX | 298 | $ 4.43 | $ 1,320.14 | | | | | $ 1,320.14 |
| 153 | CPM14615 | DETERGENT,DISH,LIQUID | EA | 132 | $ 2.10 | $ 277.20 | | | | | $ 277.20 |
| 154 | DAXN17981BT | FRAME,DOC,8.5X11,BK | EA | 166 | $ 0.98 | $ 161.70 | | | | | $ 161.70 |
| 155 | DIX13882 | PCL,WD,#2,TICONDEROGA | DZ | 1,172 | $ 0.87 | $ 1,019.64 | | | | | $ 1,019.64 |
| 156 | DUCHP260C | TAPE,SEAL,2"X60YD,CL | RL | 417 | $ 2.33 | $ 971.61 | | | | | $ 971.61 |
| 157 | DUCPTY2 | ADHESIVE,MOUNT,PUTTY,4PK | EA | 239 | $ 0.53 | $ 126.67 | | | | | $ 126.67 |
| 158 | DXS12FPAC | CUP,12OZ,PAP COLD100/PK | PK | 168 | $ 4.93 | $ 828.24 | | | | | $ 828.24 |
| 159 | DXS45AC | CUP,WATER,3-OZ,100/PK | PK | 266 | $ 0.86 | $ 228.76 | | | | | $ 228.76 |
| 160 | DXSS338CD | CUP,HOT,8OZ,1000/CT | PK | 280 | $ 2.11 | $ 590.80 | | | | | $ 590.80 |
| 161 | DXS5342CD | CUP,HOT,12OZ,1000/CT | PK | 389 | $ 5.16 | $ 2,007.24 | | | | | $ 2,007.24 |
| 162 | DXSSX12AC | BOWL,HVYDTY,PPR,125/PK | PK | 203 | $ 4.08 | $ 828.24 | | | | | $ 828.24 |
| 163 | DXSTH20 | SPOON,PLAST,HVY,WE,100BX | BX | 356 | $ 2.13 | $ 758.28 | | | | | $ 758.28 |
| 164 | DXSUX9AC | PLATE,9"PAPR,COATD,125/PK | PK | 510 | $ 6.74 | $ 3,437.40 | | | | | $ 3,437.40 |
| 165 | EPSS020189 | PRINT CTRG,STY740,BK | EA | 66 | $ 15.25 | $ 1,006.50 | | | | | $ 1,006.50 |
| 166 | ESS02602 | FOLDER,CLSS,LTR,6PRT,GN | EA | 137 | $ 0.84 | $ 115.08 | | | | | $ 116.08 |
| 167 | ESS02604 | FOLDER,CLSS,LTR,6PRT,BE | EA | 210 | $ 0.84 | $ 176.40 | | | | | $ 176.40 |
| 168 | ESS02812 | FOLDER,CLSS,LTR,4PRT,GN | EA | 150 | $ 0.74 | $ 111.00 | | | | | $ 111.00 |
| 169 | ESS02613 | FOLDER,CLSS,LTR,4PRT,GY | EA | 295 | $ 0.64 | $ 188.80 | | | | | $ 188.80 |
| 170 | ESS02614 | FOLDER,CLSS,LTR,4PRT,BE | EA | 180 | $ 0.74 | $ 133.20 | | | | | $ 133.20 |
| 171 | ESS11270 | FOLDER,END,STR,LGL,50BX | BX | 169 | $ 5.20 | $ 878.80 | | | | | $ 878.80 |
| 172 | ESS30 | CARD,INDEX,3X5,PLN,WE | PK | 670 | $ 0.22 | $ 191.40 | | | | | $ 191.40 |
| 173 | ESS31 | CARD,INDEX,3X5,RULED,WE | PK | 2,274 | $ 0.28 | $ 636.72 | | | | | $ 636.72 |
| 174 | ESS40655 | SORTER,LTR,GENERAL | EA | 75 | $ 8.94 | $ 670.50 | | | | | $ 670.50 |
| 175 | ESS57402 | PORT,LTR,2PKT,25/BX,DBE | EA | 1,550 | $ 1.03 | $ 1,596.50 | | | | | $ 1,596.50 |
| 176 | ESS57441 | CVR,REP,POLY,2PKT,BE | EA | 1,012 | $ 0.58 | $ 586.96 | | | | | $ 586.96 |
| 177 | ESS57501 | PORTFOLIO,2PKT,LBE,25/BX | BX | 211 | $ 2.94 | $ 620.34 | | | | | $ 620.34 |
| 178 | ESS57511 | PORTFOLIO,2PKT,LTR,LRD | BX | 110 | $ 2.35 | $ 258.50 | | | | | $ 258.50 |
| 179 | ESS57513 | PORTFOLIO,2PKT,AST,25BX | BX | 162 | $ 2.94 | $ 476.28 | | | | | $ 476.28 |
| 180 | ESS57538 | PORTFOLIO,2PKT,DBE,25/BX | BX | 623 | $ 3.21 | $ 1,999.83 | | | | | $ 1,999.83 |
| 181 | ESS57556 | PORTFOLIO,2PKT,HG,25/BX | BX | 146 | $ 5.72 | $ 835.12 | | | | | $ 835.12 |
| 182 | ESS57557 | PORTFOLIO,2PKT,BY,25/BX | BX | 100 | $ 5.72 | $ 572.00 | | | | | $ 572.00 |
| 183 | ESS66710 | BOOK,9X57/8,96PG,TN | EA | 252 | $ 2.25 | $ 567.00 | | | | | $ 567.00 |
| 184 | ESS71006 | CVR,RPT,LTRPSBD,RCYL,BK | EA | 180 | $ 0.50 | $ 90.00 | | | | | $ 90.00 |
| 185 | ESS7420BLU | CARD,INDEX,4X6,BLNK,BE | PK | 971 | $ 0.63 | $ 611.73 | | | | | $ 611.73 |
| 186 | ESS82300 | FOLDER,1/3,LTR,ASST,24PK | PK | 84 | $ 1.53 | $ 128.52 | | | | | $ 128.52 |
| 187 | ESSH10U13R | FOLDER,EXP,FSTNR,LTR,RD | BX | 75 | $ 10.13 | $ 759.75 | | | | | $ 759.75 |
| 188 | ESSSER2BL | FLDR,EXP,PRSNL,2"EXP,BE | EA | 106 | $ 6.75 | $ 715.50 | | | | | $ 715.50 |
| 189 | ESSSER2ER | FLDR,EXP,PRSNL,2"EXP,RD | EA | 80 | $ 5.40 | $ 432.00 | | | | | $ 432.00 |
| 190 | EVECHM4PC | FAMILY CHARGER,AA/AAA/C/D/9V | EA | 2,106 | $ 10.29 | $ 21,670.74 | | | | | $ 21,670.74 |
| 191 | EVENH12PB4 | AAA, RECHARGEABLE, 4/PK | PK | 4,916 | $ 6.39 | $ 31,413.24 | | | | | $ 31,413.24 |
| 192 | EVENH15PB4 | AA, RECHARGEABLE, 4/PK | PK | 10,974 | $ 6.39 | $ 70,123.86 | | | | | $ 70,123.86 |
| 193 | EVENH22N8P | 9V, RECHARGEABLE, 1/PK | PK | 1,380 | $ 4.97 | $ 6,858.60 | | | | | $ 6,858.60 |



EXHIBIT A
PAGE 201

4

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item and Alternates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 194 | EVENH35BP2 | C, RECHARGEABLE, 2/PK | PK | 1,724 | $ 4.97 | $ 8,568.28 | | | | | $ 8,568.28 |
| 195 | EVENH50BP2 | D, RECHARGEABLE, 2/PK | PK | 8,387 | $ 4.97 | $ 41,683.39 | | | | | $ 41,683.39 |
| 196 | FEL00701 | FILE,STG,ECON,LTR,12/CT | EA | 1,067 | $ 1.74 | $ 1,856.58 | FEL00103/pg131/876914 | FILE,STG,ECON,LTR,12/CT | EA | 0.55 | $ 586.85 |
| 197 | FEL00702 | FILE,STG,ECON,LGL,12/CT | EA | 1,772 | $ 1.97 | $ 3,490.84 | | | | | $ 3,490.84 |
| 198 | FEL00703 | FILE,STG,ECON,LTR/LGL,12 | EA | 13,788 | $ 0.95 | $ 13,098.60 | FEL00103/pg131/876916 | FILE,STG,ECON,LTR/LGL,12 | EA | 0.55 | $ 7,583.40 |
| 199 | FEL00724 | FILE,STG,LTR/LGL,WE,12/CT | EA | 370 | $ 1.11 | $ 410.70 | | | | | $ 410.70 |
| 200 | FEL00785 | FILE,STG,HANG,LTR/LGL,4CT | EA | 361 | $ 2.92 | $ 1,054.12 | | | | | $ 1,054.12 |
| 201 | FEL00789 | FILE,QUIKSTG,LTR/LGL,WE | EA | 2,049 | $ 1.42 | $ 2,909.58 | | | | | $ 2,909.58 |
| 202 | FEL12770 | FILE,STG,RCY,LTR/LGL,12CT | EA | 545 | $ 0.70 | $ 381.50 | | | | | $ 381.50 |
| 203 | FEL31741 | MOUSE PAD,WRISTREST,GEL | EA | 51 | $ 8.85 | $ 536.85 | | | | | $ 536.85 |
| 204 | FEL33737 | WRISTREST,GEL,N/SKID,BK | EA | 180 | $ 6.04 | $ 1,087.20 | | | | | $ 1,087.20 |
| 205 | FEL33741 | WRISTREST,MOUSEPD,GEL | EA | 148 | $ 4.38 | $ 648.24 | | | | | $ 648.24 |
| 206 | FEL39000 | SURGE PROT,8OUTLT,4 CRD | EA | 208 | $ 3.75 | $ 780.00 | | | | | $ 780.00 |
| 207 | FEL99722 | CLEANER,PHONE,1C/TUB | EA | 695 | $ 1.91 | $ 1,327.45 | | | | | $ 1,327.45 |
| 208 | FEL99796 | CLEANER,DUSTER,SPRAY,2PK | PK | 138 | $ 4.42 | $ 609.96 | | | | | $ 609.96 |
| 209 | FRJ27951 | TOWEL,2PLY,80SHEET/RL | RL | 361 | $ 0.32 | $ 115.52 | | | | | $ 115.52 |
| 210 | FRJ29190 | WIPES,CHOICE,9X12,85/BX | BX | 200 | $ 2.87 | $ 574.00 | | | | | $ 574.00 |
| 211 | FSK19000 | SCISSORS,DURA,GENRL,9"BE | EA | 465 | $ 0.92 | $ 427.80 | | | | | $ 427.80 |
| 212 | FUJ01201834 | CAMERA,QUIKSNAP,400,27EXP | EA | 97 | $ 4.11 | $ 398.67 | | | | | $ 398.67 |
| 213 | FUJ25271001 | DISK,ZIP,IBM | EA | 111 | $ 5.77 | $ 640.47 | | | | | $ 640.47 |
| 214 | GBC3200579 | POUCH,MENU SZ,11X17,25PK | PK | 144 | $ 4.14 | $ 596.16 | | | | | $ 596.16 |
| 215 | GEL14650 | BULB,FLUR,13W | EA | 107 | $ 3.09 | $ 330.63 | | | | | $ 330.63 |
| 216 | GEO39088 | CERTIFICATE,RD/GD,25PK | PK | 132 | $ 0.79 | $ 104.28 | | | | | $ 104.28 |
| 217 | GEO39087 | CERTIFICATE,25/PK,BE | PK | 216 | $ 0.79 | $ 170.64 | | | | | $ 170.64 |
| 218 | GEO39417 | CERTIFICATE CVR,LIN,BE | PK | 287 | $ 1.19 | $ 341.53 | | | | | $ 341.53 |
| 219 | GEP31428 | NAPKIN,2PLY,15X17,250/PK | PK | 253 | $ 1.25 | $ 316.25 | | | | | $ 316.25 |
| 220 | GLWB50H | CASE,BINDING,LTR,HGH,ARCH | EA | 427 | $ 5.08 | $ 2,169.16 | | | | | $ 2,169.16 |
| 221 | GOJ985124 | CLEANER,HAND,SNTZR,PURELL | EA | 576 | $ 0.86 | $ 495.36 | | | | | $ 495.36 |
| 222 | GOJ965212 | CLEANER,PUREL,INS,HND,8OZ | EA | 276 | $ 1.37 | $ 378.12 | | | | | $ 378.12 |
| 223 | GRBLZ110NDB | CTG,TONER,HP,4M.5M,EX,BK | EA | 60 | $ 35.00 | $ 2,100.00 | | | | | $ 2,100.00 |
| 224 | GRBLZ114NDB | TONER,REMAN,LJ,8100,CLASC | EA | 85 | $ 51.88 | $ 4,409.80 | | | | | $ 4,409.80 |
| 225 | HEW51604A | PRINT CTRG,GJ,BK | EA | 179 | $ 7.44 | $ 1,331.76 | | | | | $ 1,331.76 |
| 226 | HEW51626A | PRINT CTRG,DESKJT,BK | EA | 742 | $ 11.69 | $ 8,673.96 | | | | | $ 8,673.96 |
| 227 | HEW51629A | PRINT CTRG,INKJT 690C,BK | EA | 432 | $ 13.12 | $ 5,667.84 | | | | | $ 5,667.84 |
| 228 | HEW51641A | PRINT CTRG,DESKJT,CLR | EA | 71 | $ 19.78 | $ 1,404.38 | | | | | $ 1,404.38 |
| 229 | HEW51645A | PRINT CTRG,F/1600C,BK,EA | EA | 1,398 | $ 10.60 | $ 14,818.80 | | | | | $ 14,818.80 |
| 230 | HEW51649A | PRINT CTRG,HP660C,TRICLR | EA | 115 | $ 14.83 | $ 1,705.45 | | | | | $ 1,705.45 |
| 231 | HEW92274A | TONER CTRG,LASRJT 4L/4ML | EA | 115 | $ 30.30 | $ 3,484.50 | | | | | $ 3,484.50 |
| 232 | HEW92291A | TONER CTRG,LASRJT 3/4SI | EA | 80 | $ 31.44 | $ 2,515.20 | | | | | $ 2,515.20 |
| 233 | HEW92296A | TONER CTRG,LASRJT 4 | EA | 291 | $ 35.00 | $ 10,185.00 | | | | | $ 10,185.00 |
| 234 | HEW92298X | TONER CTRG,EXTRA CAP,98A | EA | 100 | $ 38.33 | $ 3,833.00 | | | | | $ 3,833.00 |
| 235 | HEWC1823D | PRINT CTRG,HP720C/890 | EA | 244 | $ 15.09 | $ 3,681.96 | | | | | $ 3,681.96 |
| 236 | HEWC3903A | TONER CTRG,LASRJT 5P/5MP | EA | 221 | $ 36.42 | $ 8,048.82 | | | | | $ 8,048.82 |
| 237 | HEWC3906A | TONER CTRG,HP5L/6L | EA | 130 | $ 29.45 | $ 3,828.50 | NUKOC006A/ pg 928/499621 | TONER CTRG,HP5L/6L | EA | 29.32 | $ 3,811.60 |
| 238 | HEWC3909A | TONER CTRG,LASRJT 5SI | EA | 135 | $ 64.62 | $ 8,723.70 | NUKOC009A/ pg 933/406351 | TONER CTRG,LASRJT 5SI | EA | 63.67 | $ 8,595.45 |
| 239 | HEWC4092A | TONER CTRG,HP1100A,ULTRA | EA | 137 | $ 30.68 | $ 4,203.16 | | | | | $ 4,203.16 |
| 240 | HEWC4096A | TONER CTRG,LASR,HP2100 | EA | 371 | $ 45.56 | $ 16,902.76 | | | | | $ 16,902.76 |
| 241 | HEWC4127A | TONER CTRG,HP4000,6M | EA | 87 | $ 41.83 | $ 3,639.21 | | | | | $ 3,639.21 |
| 242 | HEWC4127X | TONER CTRG,HP4000,10M | EA | 417 | $ 53.16 | $ 22,167.72 | | | | | $ 22,167.72 |
| 243 | HEWC4129X | TONER CTRG,5000/N/GN,BK | EA | 107 | $ 57.58 | $ 6,161.06 | NUKOC29X/ pg 930/658203 | TONER CTRG,5000/N/GN,BK | EA | 57.33 | $ 6,134.31 |
| 244 | HEWC4182X | TONER CTRG,HPC4182X,8K | EA | 201 | $ 73.28 | $ 14,729.28 | NUKOC82X/pg 890/776121 | TONER CTRG,HPC4182X,8K | EA | 71.72 | $ 14,415.72 |

EXHIBIT A
PAGE 202


| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item and Alternate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 245 | HEWC4191A | TONER CTRG,HP4500,BK | EA | 105 | $ 41.27 | $ 4,333.35 | | | | | $ 4,333.35 |
| 246 | HEWC4192A | TONER CTRG,HP4500,CN | EA | 80 | $ 52.46 | $ 4,196.80 | | | | | $ 4,196.80 |
| 247 | HEWC4193A | TONER CTRG,HP4500,MA | EA | 65 | $ 52.46 | $ 3,409.90 | | | | | $ 3,409.90 |
| 248 | HEWC4194A | TONER CTRG,HP4500,YW | EA | 70 | $ 52.46 | $ 3,672.20 | | | | | $ 3,672.20 |
| 249 | HEWC4195A | DRUM UNIT,F/HP4500 | EA | 89 | $ 52.64 | $ 4,684.96 | | | | | $ 4,684.96 |
| 250 | HEWC4841A | PRINT CTRG,HP2000C,CN | EA | 83 | $ 20.79 | $ 1,725.57 | | | | | $ 1,725.57 |
| 251 | HEWC4842A | PRINT CTRG,HP2000C,YW | EA | 61 | $ 20.79 | $ 1,268.19 | | | | | $ 1,268.19 |
| 252 | HEWC4843A | PRINT CTRG,HP2000C,MA | EA | 65 | $ 20.79 | $ 1,351.35 | | | | | $ 1,351.35 |
| 253 | HEWC4844A | PRINT CTRG,HP2000C,LG,BK | EA | 197 | $ 21.32 | $ 4,200.04 | | | | | $ 4,200.04 |
| 254 | HEWC5010DN | INK CTRG,HP14,CP1160 | EA | 74 | $ 18.43 | $ 1,363.82 | | | | | $ 1,363.82 |
| 255 | HEWC5011DN | INK CTRG,HP14,CP1160 SR | EA | 114 | $ 13.89 | $ 1,583.46 | | | | | $ 1,583.46 |
| 256 | HEWC5141F | DATA CTRG,DLT IV,40/70/80 | EA | 137 | $ 35.79 | $ 4,903.23 | | | | | $ 4,903.23 |
| 257 | HEWC6578AN | PRINT CTRG,F/DJ970,TRI-C | EA | 221 | $ 15.09 | $ 3,334.89 | | | | | $ 3,334.89 |
| 258 | HEWC6578DN | PRINT CTRG,DJ970,TRICLR | EA | 736 | $ 22.30 | $ 16,390.50 | | | | | $ 16,390.50 |
| 259 | HEWC6614DN | PRINT CTRG,DJ810C/612C,BK | EA | 62 | $ 15.51 | $ 961.62 | | | | | $ 961.62 |
| 260 | HEWC6615DN | PRINT CTRG,DJ810C/612C,BK | EA | 551 | $ 12.52 | $ 6,898.52 | | | | | $ 6,898.52 |
| 261 | HEWC6625AN | PRINT CTRG,HP640C,TRI CLR | EA | 103 | $ 14.55 | $ 1,498.65 | | | | | $ 1,498.65 |
| 262 | HEWC6656AN | TONER CTRG,INKJT,BK | EA | 186 | $ 7.69 | $ 1,430.34 | | | | | $ 1,430.34 |
| 263 | HEWC6657AN | TONER CTRG,INKJT,TRICLR | EA | 163 | $ 14.10 | $ 2,298.30 | | | | | $ 2,298.30 |
| 264 | HEWC7115A | TONER CTRG,1200/1220 | EA | 137 | $ 33.33 | $ 4,568.21 | | | | | $ 4,568.21 |
| 265 | HEWC8061X | TONER CTRG,LASR,HP4100 | EA | 182 | $ 57.26 | $ 10,421.32 | | | | | $ 10,421.32 |
| 266 | IMN12881 | DISK,3.5",DSHD,FRMT | BX | 1,569 | $ 1.54 | $ 2,416.26 | | | | | $ 2,416.26 |
| 267 | IMN15706 | CD-R,BRANDED,48X,50PK | EA | 678 | $ 0.15 | $ 131.70 | | | | | $ 131.70 |
| 268 | IMN41181 | CD-R,700MOB/80MIN,48X | EA | 500 | $ 0.29 | $ 145.00 | | | | | $ 145.00 |
| 269 | IMN41458 | CD-RW,4X-10X,PK | EA | 205 | $ 0.41 | $ 84.05 | | | | | $ 84.05 |
| 270 | IOM10028 | DISK,ZIP,100MB,IBM | EA | 333 | $ 5.77 | $ 1,921.41 | | | | | $ 1,921.41 |
| 271 | KCI21002 | TISSUE,FACIAL,COLD CARE | BX | 269 | $ 0.75 | $ 201.75 | | | | | $ 201.75 |
| 272 | KCI21270 | TISSUE,FACIAL,BOUTIQUE | BX | 1,152 | $ 0.94 | $ 1,082.88 | | | | | $ 1,082.88 |
| 273 | KCI21340 | TISSUE,FACIAL,1C/BX | BX | 1,379 | $ 0.82 | $ 1,130.78 | | | | | $ 1,130.78 |
| 274 | KCI21400 | TISSUE,FACIAL,KLNX,100/BX | BX | 1,162 | $ 0.82 | $ 952.84 | | | | | $ 952.84 |
| 275 | KLF91901 | INDEX,LGL,LTR,ET,1-25 | PK | 503 | $ 0.81 | $ 407.43 | | | | | $ 407.43 |
| 276 | KLF91902 | INDEX,LGL,LTR,ET,26-50 | PK | 156 | $ 0.81 | $ 126.36 | | | | | $ 126.36 |
| 277 | KMW22256 | CLEANER,DUST/LINT,10OZ | EA | 102 | $ 1.87 | $ 190.74 | | | | | $ 190.74 |
| 278 | KOD1556992 | FILM,35MM,400ISO,GC135-24 | EA | 150 | $ 1.56 | $ 234.00 | | | | | $ 234.00 |
| 279 | KOD1854755 | FILM,35MM,400ISO,GC135-12 | EA | 140 | $ 2.59 | $ 362.60 | | | | | $ 362.60 |
| 280 | LEX1337765 | RIBN,LO,IBM WHLWTR 3/5/6 | EA | 197 | $ 3.62 | $ 713.14 | | | | | $ 713.14 |
| 281 | LEX1380999 | RIBN,TW,CORR,WHLWTR,BK | EA | 239 | $ 4.48 | $ 1,070.72 | | | | | $ 1,070.72 |
| 282 | LEX1382100 | CARTRIDGE,PRINT,DIA-FINE | EA | 142 | $ 69.66 | $ 9,891.72 | | | | | $ 9,891.72 |
| 283 | LEX1382925 | CTG,17.6K,PRNT,S PRE5TE | EA | 52 | $143.75 | $ 7,475.00 | | | | | $ 7,475.00 |
| 284 | LEX17G0152 | CARTRIDGE,PRT,OPTRAM,6K | EA | 265 | $ 74.26 | $ 19,678.90 | | | | | $ 19,678.90 |
| 285 | MAS00920 | DOORSTOP,N/SKID,BN | EA | 200 | $ 1.49 | $ 298.00 | | | | | $ 298.00 |
| 286 | MAS00964 | DOORSTOP,GIANT,FOOT | EA | 112 | $ 2.39 | $ 267.68 | | | | | $ 267.68 |
| 287 | MAX102211 | CASSETTE,AUDIO,90MIN | EA | 1,582 | $ 0.56 | $ 885.92 | | | | | $ 885.92 |
| 288 | MAX102411 | CASSETTE,AUDIO,90MIN | EA | 812 | $ 0.21 | $ 170.52 | | | | | $ 170.52 |
| 289 | MAX108010 | TAPE,AUDIO,UR120 | EA | 678 | $ 0.43 | $ 291.54 | | | | | $ 291.54 |
| 290 | MAX108510 | TAPE,AUDIO,UR90 | EA | 553 | $ 0.26 | $ 143.78 | | | | | $ 143.78 |
| 291 | MAX109010 | CASSETTE,AUDIO,90MIN | EA | 2,634 | $ 0.26 | $ 684.84 | | | | | $ 684.84 |
| 292 | MAX179030 | CASSETTE,MICRO,60MIN,3PK | PK | 361 | $ 1.04 | $ 375.79 | | | | | $ 375.79 |
| 293 | MAX200110 | CARTRIDGE,DATA,4MM,4.0GB | EA | 160 | $ 1.64 | $ 262.40 | | | | | $ 262.40 |
| 294 | MAX556423 | DISK,3.5",DSHD,IBM FRMT | BX | 211 | $ 1.05 | $ 221.55 | | | | | $ 221.55 |
| 295 | MEA09910 | NTBK,9.75X7.5,BK,100SH | PK | 496 | $ 0.35 | $ 173.25 | | | | | $ 173.25 |



EXHIBIT A
PAGE 203

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item and Alternates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 296 | MMM105 | TAPE,TRANS,3/4"X300' | RL | 2,354 | $ 0.31 | $ 729.74 | | | | | $ 729.74 |
| 297 | MMM142 | TAPE,SEAL,2"X800",CL | RL | 317 | $ 0.91 | $ 288.47 | | | | | $ 288.47 |
| 298 | MMM20234 | TAPE,MASKNG,3/4X60YD48CT | RL | 649 | $ 0.38 | $ 246.62 | | | | | $ 246.62 |
| 299 | MMM26002 | TAPE,MASK,HLND,2"X60YD | RL | 336 | $ 1.01 | $ 339.36 | | | | | $ 339.36 |
| 300 | MMM37502CL | TAPE,SEAL,2"X60YD,CL | RL | 3,293 | $ 1.11 | $ 3,655.23 | | | | | $ 3,655.23 |
| 301 | MMM3750RDCL | TAPE,SEAL,W/DSPR,CL RL | RL | 357 | $ 2.39 | $ 853.23 | | | | | $ 853.23 |
| 302 | MMM3850 | TAPE,SUPER STRNGTH | RL | 167 | $ 1.87 | $ 312.29 | | | | | $ 312.29 |
| 303 | MMM559 | EASEL PAD,25X30,POSTIT,WE | CT | 206 | $ 23.01 | $ 4,786.06 | | | | | $ 4,786.06 |
| 304 | MMM573 | CLEANER,DESK,SPRAY,15OZ | EA | 264 | $ 1.57 | $ 414.48 | | | | | $ 414.48 |
| 305 | MMM59101X72 | TAPE,TRANS,1"X2592,CL | RL | 677 | $ 2.89 | $ 1,956.53 | | | | | $ 1,956.53 |
| 306 | MMM591034X36 | TAPE,CELLO,3/4"X36YD,CL | RL | 855 | $ 0.36 | $ 307.80 | | | | | $ 307.80 |
| 307 | MMM60034X36 | TAPE,CELLO,3/4"X36YD,CL | RL | 862 | $ 0.40 | $ 344.80 | | | | | $ 344.80 |
| 308 | MMM653RPYW | PAD,POSTIT,RCY,1.5X2,YW | PK | 1,174 | $ 2.58 | $ 3,028.92 | | | | | $ 3,028.92 |
| 309 | MMM653YW | PAD,POSTIT,1.5X2,YW,12PK | PK | 3,449 | $ 0.54 | $ 1,862.46 | | | | | $ 1,862.46 |
| 310 | MMM6545AQ | PAD,POSTIT,3X3,AQ,5PK | PK | 145 | $ 2.37 | $ 343.65 | | | | | $ 343.65 |
| 311 | MMM6545UC | PAD,POSTIT,3X3,UAST,5PK | PK | 122 | $ 2.37 | $ 289.14 | | | | | $ 289.14 |
| 312 | MMM654AST | PAD,POSTIT,3X3,AST,12PK | PD | 132 | $ 5.90 | $ 778.80 | | | | | $ 778.80 |
| 313 | MMM654RPYW | PAD,POSTIT,RCY,3X3,YW | PD | 8,334 | $ 0.45 | $ 3,750.30 | | | | | $ 3,750.30 |
| 314 | MMM654YW | PAD,POSTIT,3X3,YW | PK | 3,378 | $ 1.20 | $ 4,053.60 | | | | | $ 4,053.60 |
| 315 | MMM6559YW | PAD,POSTIT,3X5,YW,12/PK | PD | 11,657 | $ 0.26 | $ 3,030.82 | | | | | $ 3,030.82 |
| 316 | MMM655RPYW | PAD,POSTIT,RCY,3X5,YW | PD | 4,461 | $ 0.68 | $ 3,033.48 | | | | | $ 3,033.48 |
| 317 | MMM657YW | PAD,POSTIT,3X4,YW,12PK | PK | 100 | $ 6.60 | $ 658.90 | | | | | $ 658.90 |
| 318 | MMM658YW | PAD,POSTIT,4X6,YW,12PK | PK | 150 | $ 11.40 | $ 1,713.80 | | | | | $ 1,713.80 |
| 319 | MMM660YW | PAD,POSTIT,RLD,4X6,YW | PD | 5,714 | $ 0.54 | $ 3,085.56 | | | | | $ 3,085.56 |
| 320 | MMM6801 | FLAG,TAPE,POSTIT,RD,50 | EA | 529 | $ 0.72 | $ 380.88 | | | | | $ 380.88 |
| 321 | MMM6802 | FLAG,TAPE,POSTIT,BE,50 | EA | 354 | $ 0.72 | $ 254.88 | | | | | $ 254.88 |
| 322 | MMM6803 | FLAG,TAPE,POSTIT,GN,50 | EA | 297 | $ 0.72 | $ 213.84 | | | | | $ 213.84 |
| 323 | MMM6804 | FLAG,TAPE,POSTIT,OR,50 | EA | 303 | $ 0.72 | $ 218.16 | | | | | $ 218.16 |
| 324 | MMM6805 | FLAG,TAPE,POSTIT,YW,50 | EA | 465 | $ 0.72 | $ 334.80 | | | | | $ 334.80 |
| 325 | MMM6806 | FLAG,TAPE,POSTIT,PE,50 | EA | 277 | $ 0.72 | $ 199.44 | | | | | $ 199.44 |
| 326 | MMM6809 | FLAG,TAPE,SIGN HERE,YW,50 | EA | 253 | $ 0.72 | $ 182.16 | | | | | $ 182.16 |
| 327 | MMM6834 | FLAG,TAPE,POSTIT,CC | EA | 232 | $ 0.36 | $ 83.52 | | | | | $ 83.52 |
| 328 | MMM6834AB | FLAG,TAPE,POSTIT,BRIGHTS | EA | 212 | $ 1.44 | $ 305.28 | | | | | $ 305.28 |
| 329 | MMM6835CF | FLAG,POSTIT,ORGNZ,AST | EA | 208 | $ 0.36 | $ 74.88 | | | | | $ 74.88 |
| 330 | MMM684ARR4 | FLAG,TAPE,POSTIT,ARROW | EA | 189 | $ 0.27 | $ 51.03 | | | | | $ 51.03 |
| 331 | MMM686RYB | INDEX,TAB,POSTIT,DURABLE | PK | 120 | $ 1.95 | $ 234.00 | | | | | $ 234.00 |
| 332 | MMM69692 | TAPE,DUCT,2"X60YD,SR | RL | 90 | $ 1.76 | $ 158.40 | | | | | $ 158.40 |
| 333 | MMM81012X36 | TAPE,MAGIC,1/2"X36YD | RL | 1,331 | $ 0.90 | $ 1,197.90 | | | | | $ 1,197.90 |
| 334 | MMM8101K | TAPE,MAGIC,3/4"X1000" | RL | 1,026 | $ 0.98 | $ 1,005.48 | | | | | $ 1,005.48 |
| 335 | MMM8101X72 | TAPE,MAGIC,1"X72YD | RL | 673 | $ 0.30 | $ 171.90 | | | | | $ 171.90 |
| 336 | MMM81034X36 | TAPE,MAGIC,3/4"X36YD | RL | 19,493 | $ 0.36 | $ 7,017.48 | | | | | $ 7,017.48 |
| 337 | MMM81034X72 | TAPE,MAGIC,3/4"X72YD | RL | 841 | $ 2.23 | $ 1,875.43 | | | | | $ 1,875.43 |
| 338 | MMM810P10K | TAPE,SCOTCH,3/4"X1000 | PK | 119 | $ 9.83 | $ 1,169.77 | | | | | $ 1,169.77 |
| 339 | MMM81134X36 | TAPE,MAGIC,REMV,3/4"X36YD | RL | 1,087 | $ 1.34 | $ 1,456.58 | | | | | $ 1,456.58 |
| 340 | MMMC15BK | TAPE DSPR,DESK,1"CORE,BK | EA | 837 | $ 1.16 | $ 970.92 | | | | | $ 970.92 |
| 341 | MMMR330AN | PAD,POSTIT,PU,3X3,NAST,6 | PK | 122 | $ 2.92 | $ 356.24 | | | | | $ 356.24 |
| 342 | MMMR330AU | PAD,POSTIT,PUP3X3,ULT,AST | PK | 112 | $ 2.92 | $ 327.04 | | | | | $ 327.04 |
| 343 | MMMR330YW | PAD,POSTIT,RCY,PU,3X3,YW | PD | 391 | $ 0.41 | $ 160.31 | | | | | $ 160.31 |
| 344 | NIB002223465 | 7530 ADD ROLL,2.25"X165' | EA | 536 | $ 0.42 | $ 224.70 | | | | | $ 224.70 |
| 345 | NUD11880 | FRAME,EZ MNT,8.5"X11",BK | EA | 278 | $ 0.98 | $ 272.44 | | | | | $ 272.44 |
| 346 | NUK192LT | RIBN,LO,IBM WHLWTR | EA | 329 | $ 1.19 | $ 391.51 | | | | | $ 391.51 |



EXHIBIT A
PAGE 204

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item and Alternates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 347 | NUKB192 | RIBN,TW,CORR,IBM WHLWTR | EA | 436 | $ 2.03 | $ 885.08 | | | | | $ 885.08 |
| 348 | NUKBM188 | RIBN,PTR,OKI ML182,BK | EA | 255 | $ 2.18 | $ 555.90 | | | | | $ 555.90 |
| 349 | NUKB/R80C | RIBN,CALC,NYL,BK/RD | EA | 459 | $ 0.45 | $ 206.55 | | | | | $ 206.55 |
| 350 | OIC31024 | BNDR CLIP,MINI,60EA/TUB | EA | 1,224 | $ 0.02 | $ 24.48 | | | | | $ 24.48 |
| 351 | OIC31026 | CLIPS,BINDER,ASST,30BX | EA | 1,140 | $ 1.02 | $ 1,162.80 | | | | | $ 1,162.90 |
| 352 | OIC31028 | CLIP,BNDR,SML,ASST,36BX | EA | 1,008 | $ 0.02 | $ 20.16 | | | | | $ 20.16 |
| 353 | OIC31029 | CLIP,BNDR,MED,ASST,24/BX | EA | 600 | $ 0.05 | $ 30.00 | | | | | $ 30.00 |
| 354 | OIC83100 | CLIPBOARD,9"X12.5",BN | EA | 918 | $ 0.33 | $ 302.94 | | | | | $ 302.94 |
| 355 | OIC93050 | BOOKEND,5"NON-SLIP,TN | PR | 149 | $ 1.87 | $ 278.63 | | | | | $ 278.63 |
| 356 | OKI52102001 | RIBN,PTR,OKI ML100/182,BK | EA | 181 | $ 4.83 | $ 874.23 | | | | | $ 874.23 |
| 357 | OKI52106701 | TONER,FAX,1000,2200/5600 | EA | 231 | $ 24.45 | $ 5,647.95 | | | | | $ 5,647.95 |
| 358 | PANIXFA55 | FILM CTRG,FAX,KX/FA95/91 | BX | 108 | $ 17.50 | $ 1,890.00 | | | | | $ 1,890.00 |
| 359 | PANUG3313 | TONER CTRG,UF550/880/885 | EA | 59 | $ 65.97 | $ 3,892.23 | | | | | $ 3,892.23 |
| 360 | PAP06804 | CORR FILM,DRYLINE,NRF,1LN | EA | 1,796 | $ 1.30 | $ 2,334.80 | | | | | $ 2,334.80 |
| 361 | PAP12132 | PCL,WD,#2,AMER,SOFT | DZ | 1,263 | $ 0.49 | $ 618.87 | | | | | $ 618.87 |
| 362 | PAP12133 | PCL,WD,#2.5,AMER,FIRM | DZ | 889 | $ 0.39 | $ 346.71 | | | | | $ 346.71 |
| 363 | PAP20601 | HILITER,MRKR,FYW | EA | 1,815 | $ 0.43 | $ 780.45 | | | | | $ 780.45 |
| 364 | PAP30301 | PCL,MECH,.7MM,SHRPWRTR.YW | EA | 2,680 | $ 0.13 | $ 348.40 | | | | | $ 348.40 |
| 365 | PAP33111 | PEN,BLPT,STK,MED,BE | DZ | 1,169 | $ 0.45 | $ 526.05 | | | | | $ 526.05 |
| 366 | PAP33211 | PEN,BLPT,STK,MED,RD | DZ | 456 | $ 0.45 | $ 205.20 | | | | | $ 205.20 |
| 367 | PAP33311 | PEN,BLPT,STK,MED,BK | DZ | 1,681 | $ 0.45 | $ 756.45 | | | | | $ 756.45 |
| 368 | PAP33611 | PEN,BLPT,STK,FN,BE | DZ | 698 | $ 0.45 | $ 314.10 | | | | | $ 314.10 |
| 369 | PAP33711 | PEN,BLPT,STK,FN,RD | DZ | 430 | $ 0.45 | $ 193.50 | | | | | $ 193.50 |
| 370 | PAP33811 | PEN,BLPT,STK,FN,BK | DZ | 799 | $ 0.45 | $ 359.55 | | | | | $ 359.55 |
| 371 | PAP49324 | REFILL,BALLPT,BK,MED,2PK | PK | 318 | $ 0.97 | $ 308.46 | | | | | $ 308.46 |
| 372 | PAP51301 | PEN,BLPT,WD,MTE,MD,BK | EA | 360 | $ 0.28 | $ 100.80 | | | | | $ 100.80 |
| 373 | PAP56401 | CORR FLUID,.6OZ,WE | EA | 12,733 | $ 0.16 | $ 2,037.28 | | | | | $ 2,037.28 |
| 374 | PAP57001 | CORR FLUID,.6OZ,BE | EA | 328 | $ 0.69 | $ 226.32 | | | | | $ 226.32 |
| 375 | PAP58364 | PEN,BLPT,MAX,ERASR,BK | EA | 249 | $ 0.47 | $ 117.03 | | | | | $ 117.03 |
| 376 | PAP59001 | CORR FLUID,NATL,WE | EA | 300 | $ 0.19 | $ 57.00 | | | | | $ 57.00 |
| 377 | PAP63101 | PEN,BLPT,COMFTMATE,MED,BE | EA | 1,444 | $ 0.23 | $ 332.12 | | | | | $ 332.12 |
| 378 | PAP63201 | PEN,BLPT,COMFTMATE,MED,RD | EA | 1,341 | $ 0.23 | $ 306.43 | | | | | $ 306.43 |
| 379 | PAP63301 | PEN,BLPT,COMFTMATE,MED,BK | EA | 3,871 | $ 0.28 | $ 1,027.88 | | | | | $ 1,027.88 |
| 380 | PAP63601 | PEN,BLPT,COMFTMATE,FN,BE | EA | 678 | $ 0.23 | $ 155.94 | | | | | $ 155.94 |
| 381 | PAP63701 | PEN,BLPT,COMFTMATE,FN,RD | EA | 574 | $ 0.23 | $ 132.02 | | | | | $ 132.02 |
| 382 | PAP63801 | PEN,BLPT,COMFTMATE,FN,BK | EA | 1,176 | $ 0.23 | $ 270.48 | | | | | $ 270.48 |
| 383 | PAP64101 | PEN,BLPT,RT,CMFTMT,GRP,BE | EA | 457 | $ 0.32 | $ 146.24 | | | | | $ 146.24 |
| 384 | PAP64301 | PEN,BLPT,RT,CMFTMT,GRP,BK | EA | 444 | $ 0.32 | $ 142.08 | | | | | $ 142.08 |
| 385 | PAP67202 | PEN,BLPT,PHD,MED,BKCH | EA | 2,252 | $ 3.88 | $ 8,737.76 | | | | | $ 8,737.76 |
| 386 | PAP71001 | CORR FLUID,F/COPIES,.6OZ | EA | 359 | $ 0.49 | $ 175.91 | | | | | $ 175.91 |
| 387 | PAP74701 | CORR FLUID,PEN/INK,.6OZ | EA | 1,621 | $ 0.61 | $ 988.81 | | | | | $ 988.81 |
| 388 | PAP64201 | PEN,FLAIR,PT GUARD,RD | EA | 346 | $ 0.44 | $ 152.24 | | | | | $ 152.24 |
| 389 | PAP64301 | PEN,FLAIR,PT GUARD,BK | EA | 564 | $ 0.44 | $ 248.16 | | | | | $ 248.16 |
| 390 | PAP90113 | PCL,LIQ,O/S,.7MM,BUS VRSN | EA | 233 | $ 0.73 | $ 170.09 | | | | | $ 170.09 |
| 391 | PAP95101 | PEN,BLPT,FLXGRP,RET,MD,BE | EA | 988 | $ 0.47 | $ 464.36 | | | | | $ 464.36 |
| 392 | PAP95301 | PEN,BLPT,FLXGRP,RET,MD,BK | EA | 1,492 | $ 0.48 | $ 716.16 | | | | | $ 716.16 |
| 393 | PAP95601 | PEN,BLPT,FLXGRP,RET,FN,BE | EA | 312 | $ 0.47 | $ 146.64 | | | | | $ 146.64 |
| 394 | PAP95301 | PEN,BLPT,FLXGRP,RT,MD,BK | EA | 439 | $ 0.38 | $ 166.82 | | | | | $ 166.82 |
| 395 | PIL26031 | PEN,ROLR,DLX,XFN,BK | EA | 395 | $ 0.55 | $ 217.25 | | | | | $ 217.25 |
| 396 | PIL26032 | PEN,ROLR,DLX,XFN,BE | EA | 415 | $ 0.55 | $ 228.25 | | | | | $ 228.25 |
| 397 | PIL30000 | PEN,BLPT,RET,FN,BK | EA | 474 | $ 0.49 | $ 232.26 | | | | | $ 232.26 |



| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item and Alternates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 398 | PIL30001 | PEN,BLPT,RET,FN,BE | EA | 358 | $ 0.49 | $ 175.42 | | | | | $ 175.42 |
| 399 | PIL31020 | PEN,ROLR,GEL,FN,BK | EA | 474 | $ 0.51 | $ 241.74 | | | | | $ 241.74 |
| 400 | PIL31021 | PEN,ROLR,GEL,FN,BE | EA | 458 | $ 0.51 | $ 233.58 | | | | | $ 233.58 |
| 401 | PIL32001 | PEN,BLPT,ESYTCH,FN,BK | EA | 543 | $ 0.39 | $ 211.77 | | | | | $ 211.77 |
| 402 | PIL32002 | PEN,BLPT,ESYTCH,FN,BE | EA | 539 | $ 0.39 | $ 210.21 | | | | | $ 210.21 |
| 403 | PIL32210 | PEN,BLPT,ESYTCH,RET,FN,BK | EA | 514 | $ 0.51 | $ 262.14 | | | | | $ 262.14 |
| 404 | PIL32211 | PEN,BLPT,EZTCH,RET,FN,BE | EA | 731 | $ 0.51 | $ 372.81 | | | | | $ 372.81 |
| 405 | PIL32220 | PEN,BLPT,RET,MED,BK | EA | 415 | $ 0.33 | $ 136.95 | | | | | $ 136.95 |
| 406 | PIL32221 | PEN,BLPT,RET,MED,BE | EA | 459 | $ 0.33 | $ 151.47 | | | | | $ 151.47 |
| 407 | PIL35311 | PEN,ROLR,PRCISE,XFN,BK | EA | 684 | $ 0.17 | $ 116.28 | | | | | $ 116.28 |
| 408 | PIL35312 | PEN,ROLR,PRCISE,XFN,BE | EA | 1,144 | $ 0.17 | $ 194.48 | | | | | $ 194.48 |
| 409 | PIL35313 | PEN,ROLR,PRCISE,XFN,RD | EA | 379 | $ 0.17 | $ 64.43 | | | | | $ 64.43 |
| 410 | PIL35334 | PEN,ROLR,PRCISE,V5,XFN,BK | EA | 800 | $ 0.68 | $ 544.00 | | | | | $ 544.00 |
| 411 | PIL35335 | PEN,ROLR,PRCISE,V5,XFN,BE | EA | 876 | $ 0.68 | $ 595.68 | | | | | $ 595.68 |
| 412 | PIL35336 | PEN,ROLR,PRCISE,V5,XFN,RD | EA | 308 | $ 0.55 | $ 169.40 | | | | | $ 169.40 |
| 413 | PIL35346 | PEN,ROLR,PRCISE,V7,FN,BK | EA | 1,263 | $ 0.68 | $ 858.84 | | | | | $ 858.84 |
| 414 | PIL35349 | PEN,ROLR,PRCISE,V7,FN,BE | EA | 1,857 | $ 0.68 | $ 1,262.76 | | | | | $ 1,262.76 |
| 415 | PIL35352 | PEN,ROLR,PRCISE,V7,FN,RD | EA | 277 | $ 0.55 | $ 152.35 | | | | | $ 152.35 |
| 416 | PIL36100 | PEN,BLPT,RET,DR GRIP,BK | EA | 163 | $ 2.35 | $ 383.05 | | | | | $ 383.05 |
| 417 | PIL36101 | PEN,BLPT,RET,DR GRIP,BE | EA | 121 | $ 2.35 | $ 284.35 | | | | | $ 284.35 |
| 418 | PIL36272 | PEN,ROLR,DR GRP,GEL,SL | EA | 114 | $ 2.53 | $ 288.42 | | | | | $ 288.42 |
| 419 | PIL77227 | PEN RFL,BLPT,RET,MED,BK,2 | PK | 881 | $ 0.33 | $ 290.73 | | | | | $ 290.73 |
| 420 | PIL77240 | PEN RFL,G2,FN,BK,2PK | PK | 557 | $ 0.56 | $ 311.92 | | | | | $ 311.92 |
| 421 | PLNH51 | HEADSET,SUPRA,MONAURAL | EA | 326 | $ 36.78 | $ 11,990.28 | | | | | $ 11,990.28 |
| 422 | PLNM12 | AMPLIFIER,UNIVERSAL,MOD | EA | 360 | $ 57.90 | $ 20,295.00 | | | | | $ 20,295.00 |
| 423 | PMF02677 | ROLL,ADD RCYL,2-1/4X150 | RL | 1,176 | $ 0.19 | $ 223.44 | | | | | $ 223.44 |
| 424 | PMF05213 | ROLL,CASH REG,3-1/8X273 | CT | 67 | $ 41.67 | $ 2,791.89 | | | | | $ 2,791.89 |
| 425 | PMF03662 | ROLL,PAPER,3.25"X240'WE | PK | 100 | $ 10.23 | $ 1,023.00 | | | | | $ 1,023.00 |
| 426 | PMF45152 | PPR,CAD,COATED,36"X150' | CT | 112 | $ 16.62 | $ 1,861.44 | | | | | $ 1,861.44 |
| 427 | POL613229 | FILM,SPECTRA,T990,2PK | PK | 100 | $ 16.58 | $ 1,658.00 | | | | | $ 1,658.00 |
| 428 | POL623960 | FILM,20EXPSR,TWN PACK | BX | 122 | $ 15.58 | $ 1,900.76 | | | | | $ 1,900.76 |
| 429 | POL623965 | FILM,INSTANT,600,616233,2 | PK | 254 | $ 16.22 | $ 4,119.88 | | | | | $ 4,119.88 |
| 430 | POL624242 | FILM,SPECTRA,615203,2PK | PK | 541 | $ 16.22 | $ 8,775.02 | | | | | $ 8,775.02 |
| 431 | POL627782 | FILM,600,WRITE,ON,2PK | PK | 65 | $ 16.58 | $ 1,077.70 | | | | | $ 1,077.70 |
| 432 | POL643489 | FILM,SPECTRA,40EXP,4/PK | BX | 105 | $ 29.75 | $ 3,123.75 | | | | | $ 3,123.75 |
| 433 | QRT920332 | ERASER,DRY ERS,GHOSTDUSTR | EA | 120 | $ 0.90 | $ 108.00 | | | | | $ 108.00 |
| 434 | QUA21316 | ENVL,#10,WIN,RCY,WE,5C | BX | 70 | $ 4.87 | $ 340.90 | | | | | $ 340.90 |
| 435 | QUA37755 | ENVL,CSP,32#,6X9,KFT,1C | BX | 1,690 | $ 5.81 | $ 9,818.90 | | | | | $ 9,818.90 |
| 436 | QUA37790 | ENVL,CSP,32#,9X12,KFT,1C | BX | 2,940 | $ 8.52 | $ 25,048.80 | | | | | $ 25,048.80 |
| 437 | QUA37797 | ENVL,CSP,32#,10X13,KFT,1C | BX | 736 | $ 3.12 | $ 2,293.20 | | | | | $ 2,293.20 |
| 438 | QUA37805 | ENVL,CSP,32#,11.5X14.5,KF | BX | 252 | $ 6.73 | $ 1,695.96 | | | | | $ 1,695.96 |
| 439 | QUA37810 | ENV,12X15.5,CLASP100BX | BX | 140 | $ 6.82 | $ 954.80 | | | | | $ 954.80 |
| 440 | QUA63560 | ENVL,INDPT,TIE,10X13,RCY | BX | 67 | $ 5.67 | $ 379.89 | | | | | $ 379.89 |
| 441 | QUA63562 | ENVL,INDPT,TIE,10X13,1C | BX | 195 | $ 7.08 | $ 1,380.60 | | | | | $ 1,380.60 |
| 442 | QUA63563 | ENVL,INDPT,TIE,10X13,1C | BX | 473 | $ 9.66 | $ 4,569.18 | | | | | $ 4,569.18 |
| 443 | QUA90020 | ENVL,#10,24#,WE,5C | BX | 782 | $ 5.50 | $ 4,301.00 | | | | | $ 4,301.00 |
| 444 | QUA90070 | ENVL,# 6-3/4,24#,WE,5C | BX | 183 | $ 3.58 | $ 655.14 | | | | | $ 655.14 |
| 445 | RED42382 | BOOK,CMPSN | EA | 123 | $ 1.28 | $ 157.44 | | | | | $ 157.44 |
| 446 | ROG14004 | PCL GRIP,FOAM,AST,2PK | PK | 1,074 | $ 0.14 | $ 150.36 | | | | | $ 150.36 |
| 447 | RRTRR3507 | CLEANER,OFFDUSTR 3,10OZ | EA | 228 | $ 1.87 | $ 426.36 | | | | | $ 426.36 |
| 448 | RRTRR3525 | CLEANER,SUPR DUSTR,10OZ | EA | 96 | $ 1.87 | $ 179.52 | | | | | $ 179.52 |



EXHIBIT A
PAGE 206

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item and Alternate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 449 | RSA00116 | GLUE,WHITE,8 OZ. | EA | 475 | 0.67 | 318.25 | | | | | 318.25 |
| 450 | RSA95300 | GLUESTICK,.32 OZ,PERM,CR | EA | 5,349 | 0.16 | 855.84 | | | | | 855.84 |
| 451 | RSA95500 | GLUESTICK,1.41OZ,PERM,CR | EA | 1,008 | 0.43 | 433.44 | | | | | 433.44 |
| 452 | RUB04653 | REST,FOOT,ADJUST,DGY | EA | 116 | 16.63 | 1,929.08 | | | | | 1,929.08 |
| 453 | RUB16003 | TRAY,STACK,LTR,SK | EA | 617 | 1.39 | 857.63 | | | | | 857.63 |
| 454 | SAN12235 | PENCIL,#2,PRE-SHARPENED | DZ | 311 | 0.28 | 87.08 | | | | | 87.08 |
| 455 | SAN13601 | MRKR,SHARPIE,INDUS,FN,BK | EA | 736 | 0.31 | 228.16 | | | | | 228.16 |
| 456 | SAN20045 | PCL,CLR,COL-ERS,CME | DZ | 210 | 1.45 | 304.50 | | | | | 304.50 |
| 457 | SAN25005 | HILITER,MJR ACNT,YW | EA | 13,803 | 0.10 | 1,380.30 | | | | | 1,380.30 |
| 458 | SAN25009 | HILITER,MJR ACNT,PK | EA | 630 | 0.20 | 126.00 | | | | | 126.00 |
| 459 | SAN25025 | HILITER,MJR ACNT,FYW | EA | 1,182 | 0.20 | 236.40 | | | | | 236.40 |
| 460 | SAN25028 | HILITER,MJR ACNT,FGN | EA | 4,617 | 0.25 | 1,154.25 | | | | | 1,154.25 |
| 461 | SAN30001 | MRKR,SHARPIE,PERM,FN,BK | EA | 5,298 | 0.38 | 2,013.24 | | | | | 2,013.24 |
| 462 | SAN30002 | MRKR,SHARPIE,PERM,FN,RD | EA | 1,276 | 0.31 | 395.56 | | | | | 395.56 |
| 463 | SAN30003 | MRKR,SHARPIE,PERM,FN,BE | EA | 751 | 0.31 | 232.81 | | | | | 232.81 |
| 464 | SAN32001 | MRKR,SHARPIE,TWN TIP,BK | EA | 502 | 0.57 | 286.14 | | | | | 286.14 |
| 465 | SAN33001 | MRKR,SHARPIE,SUPR,BLD,BK | EA | 1,448 | 0.60 | 868.80 | | | | | 868.80 |
| 466 | SAN35001 | MRKR,SHARPIE,XFN,BK | EA | 1,467 | 0.38 | 557.46 | | | | | 557.46 |
| 467 | SAN35002 | MRKR,SHARPIE,XFN,RD | EA | 462 | 0.31 | 143.22 | | | | | 143.22 |
| 468 | SAN37001 | MRKR,SHARPIE,ULTRAFN,BK | EA | 602 | 0.31 | 186.62 | | | | | 186.62 |
| 469 | SAN60025 | PEN,UNIBALL,DLX,.2MM,BK | EA | 337 | 0.66 | 222.42 | | | | | 222.42 |
| 470 | SAN60027 | PEN,UNIBALL,DLX,.2MM,BE | EA | 362 | 0.17 | 61.54 | | | | | 61.54 |
| 471 | SAN60052 | PEN,UNIBALL,DLX,.3MM,BK | EA | 393 | 0.66 | 259.38 | | | | | 259.38 |
| 472 | SAN60101 | PEN,UNIBALL,.3MM,BK | EA | 13,900 | 0.45 | 6,255.00 | | PEN,UNIBALL,.3MM,BK | EA | 0.179 | 6,255.00 |
| 473 | SAN60102 | PEN,ROLLER BALL,ONYX,RD | EA | 6,194 | 0.45 | 2,787.30 | | | | | 2,787.30 |
| 474 | SAN60103 | PEN,UNIBALL,.3MM,BE | EA | 25,821 | 0.45 | 11,619.45 | | | | | 11,619.45 |
| 475 | SAN60126 | PEN,UNIBALL,VIS,.3MM,BK | EA | 419 | 0.61 | 255.59 | | | | | 255.59 |
| 476 | SAN60134 | PEN,UNIBALL,VIS,.3MM,BE | EA | 385 | 0.61 | 234.85 | | | | | 234.85 |
| 477 | SAN60151 | PEN,UNIBALL,MCRO,.2MM,BK | EA | 5,530 | 0.45 | 2,488.50 | | | | | 2,488.50 |
| 478 | SAN60152 | PEN,UNIBALL,MCRO,.2MM,RD | EA | 2,403 | 0.44 | 1,057.32 | | | | | 1,057.32 |
| 479 | SAN60153 | PEN,UNIBALL,MCRO,.2MM,BE | EA | 8,136 | 0.44 | 3,579.84 | | | | | 3,579.84 |
| 480 | SAN60633 | PEN,ROLR,UNBLVSN,FN,BK | EA | 272 | 0.73 | 198.56 | | | | | 198.56 |
| 481 | SAN64291 | MRKR,PERM,CHSL,BK | EA | 4,450 | 0.08 | 356.00 | | | | | 356.00 |
| 482 | SAN64293 | MRKR,PERM,CHSL,BE | EA | 2,901 | 0.08 | 232.08 | | | | | 232.08 |
| 483 | SAN65420 | PEN,BLPT,RET,UNIGL,MED,BK | EA | 502 | 0.49 | 245.98 | | | | | 245.98 |
| 484 | SAN65422 | PEN,BLPT,RET,UNIGL,MED,BE | EA | 556 | 0.49 | 272.44 | | | | | 272.44 |
| 485 | SAN65450 | PEN,UNIGEL,GRIP,MED,BK | EA | 619 | 0.47 | 290.93 | | | | | 290.93 |
| 486 | SAN65451 | PEN,UNIGEL,GRIP,MED,BE | EA | 429 | 0.47 | 201.63 | | | | | 201.63 |
| 487 | SAN65800 | PEN,ROLR,GEL,IMPACT,BK | EA | 404 | 0.81 | 327.24 | | | | | 327.24 |
| 488 | SAN65801 | PEN,ROLR,GEL,IMPACT,BE | EA | 364 | 0.81 | 311.04 | | | | | 311.04 |
| 489 | SAN65803 | PEN RFL,ROLR,IMPACT,BK | EA | 551 | 0.40 | 220.40 | | | | | 220.40 |
| 490 | SAN65804 | PEN RFL,ROLR,IMPACT,BE | EA | 477 | 0.40 | 190.80 | | | | | 190.80 |
| 491 | SAN65870 | PEN,UNIBALL,GEL,1.0MM,BK | EA | 579 | 1.09 | 631.11 | | | | | 631.11 |
| 492 | SAN65871 | PEN,UNIBALL,GEL,1.0MM,BE | EA | 349 | 0.87 | 303.63 | | | | | 303.63 |
| 493 | SAN65874 | PEN RFL,GEL,IMPCT,BE,2PK | PK | 173 | 0.81 | 140.13 | | | | | 140.13 |
| 494 | SAN73016 | ERASER,PCL,CAP,RD,144BX | BX | 151 | 1.89 | 285.39 | | | | | 285.39 |
| 495 | SAN73201 | ERASER,MAGICRUB,DRFT,FILM | EA | 869 | 0.20 | 173.80 | | | | | 173.80 |
| 496 | SAN60074 | SET,DRYERASE,MKR,CHSL,4 | ST | 522 | 1.96 | 1,023.12 | | | | | 1,023.12 |
| 497 | SAN60078 | MRKR,DRY ERS,CHSL,BST | ST | 280 | 3.92 | 1,097.60 | | | | | 1,097.60 |
| 498 | SAN81505 | ERASER,DRY ERS,EXPO | EA | 239 | 0.90 | 215.10 | | | | | 215.10 |
| 499 | SAN83074 | MRKR,EXPO,DRY ERS,4ST | ST | 136 | 1.83 | 248.88 | | | | | 248.88 |



EXHIBIT A
PAGE 207
10

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item and Alternate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 500 | SAN83078 | MRKR,EXPO,DRY ERS,8ST | ST | 166 | $ 4.54 | $ 753.64 | | | | $ | 753.64 |
| 501 | SAU05613 | CLIPBOARD,9X15.5,ECON,BN | EA | 231 | $ 0.36 | $ 83.16 | | | | $ | 83.16 |
| 502 | SAU21803 | CLIPBOARD,TRANS,9X12,CR | EA | 161 | $ 0.94 | $ 151.34 | | | | $ | 151.34 |
| 503 | SAU66648 | GLUE STICK,SM,.28 OZ | EA | 1,759 | $ 0.18 | $ 316.62 | | | | $ | 316.62 |
| 504 | SET9641P | CLOCK,WALL,12.5,DIAM,BK | EA | 68 | $ 2.07 | $ 140.76 | | | | $ | 140.76 |
| 505 | SJPS59710 | FLDR,6FSTNR,LGL,2DIV,MLA | EA | 508 | $ 1.30 | $ 660.40 | | | | $ | 660.40 |
| 506 | SJPS60900 | FLDR,CLAS,6SEC,LTR,RD | EA | 435 | $ 0.73 | $ 317.55 | | | | $ | 317.55 |
| 507 | SJPS60950 | FLDR,CLAS,LTR,4SEC,RD | EA | 776 | $ 0.79 | $ 612.25 | | | | $ | 612.25 |
| 508 | SJPS71111 | FILE PKT,RDRP,5.50,LTR,RD | EA | 279 | $ 0.34 | $ 94.86 | | | | $ | 94.86 |
| 509 | SMD10H | FLDR,HANG,LTR,N/TAB,GN | BX | 904 | $ 3.15 | $ 2,847.60 | | | | $ | 2,847.60 |
| 510 | SMD12040 | FLDR,DT,1/3,2FAS,LTR,BE | BX | 175 | $ 4.35 | $ 761.25 | | | | $ | 761.25 |
| 511 | SMD14030 | FLDR,PB,6SEC,LTR,BE,10/BX | EA | 190 | $ 0.84 | $ 159.60 | | | | $ | 159.60 |
| 512 | SMD14032 | FOLDER,CLASS,LTR,BE,10BX | EA | 366 | $ 0.74 | $ 270.84 | | | | $ | 270.84 |
| 513 | SMD14033 | FOLDER,CLASS,LTR,GN,10BX | EA | 614 | $ 1.05 | $ 644.70 | | | | $ | 644.70 |
| 514 | SMD14034 | FOLDER,CLASS,LTR,YW,10BX | EA | 294 | $ 0.84 | $ 246.96 | | | | $ | 246.96 |
| 515 | SMD14537 | FLDR,DT,MLA,2FAS,LTR,1/3 | BX | 88 | $ 8.58 | $ 755.04 | | | | $ | 755.04 |
| 516 | SMD14931 | FLDR,PB,1/3,2FAS,LTR,GY | BX | 81 | $ 11.92 | $ 965.52 | | | | $ | 965.52 |
| 517 | SMD150L | FOLDER,STR,11 MLA,LTR | BX | 863 | $ 4.09 | $ 3,529.67 | | | | $ | 3,529.67 |
| 518 | SMD1524EB | FILE PKT,LTR,3.5"EXP,50BX | EA | 1,693 | $ 0.37 | $ 626.41 | | | | $ | 626.41 |
| 519 | SMD1524EBE | FILE PKT,LTR,3.5"EXP,BE | EA | 281 | $ 0.48 | $ 134.88 | | | | $ | 134.88 |
| 520 | SMD1524EGN | FILE PKT,LTR,3.5"EXP,GN | EA | 323 | $ 0.69 | $ 222.87 | | | | $ | 222.87 |
| 521 | SMD1524ER | FILE PKT,LTR,3.5"EXP,RD | EA | 652 | $ 0.87 | $ 567.24 | | | | $ | 567.24 |
| 522 | SMD1526EGN | FILE PKT,LGL,3.5"EXP,GN | EA | 252 | $ 0.55 | $ 138.60 | | | | $ | 138.60 |
| 523 | SMD1534G | FILE PKT,LTR,5.25"EXP | EA | 4,300 | $ 0.42 | $ 1,806.00 | | | | $ | 1,806.00 |
| 524 | SMD1536G | FILE PKT,LGL,5.25"EXP | EA | 4,822 | $ 0.51 | $ 2,459.22 | | | | $ | 2,459.22 |
| 525 | SMD1536GB | FILE PKT,LGL,5.25"EXP,50 | EA | 3,156 | $ 0.51 | $ 1,609.56 | | | | $ | 1,609.56 |
| 526 | SMD153C | FLDR,MLA,1/3,LGL,1C | BX | 342 | $ 2.90 | $ 991.80 | | | | $ | 991.80 |
| 527 | SMD153L | FLDR,MLA,1/3,LTR,1C | BX | 3,427 | $ 3.89 | $ 13,331.03 | | | | $ | 13,331.03 |
| 528 | SMD155C | FLDR,MLA,1/5,LGL,1C | BX | 137 | $ 5.20 | $ 712.40 | | | | $ | 712.40 |
| 529 | SMD155L | FOLDER,1/5,11 MLA,LTR | BX | 177 | $ 4.05 | $ 716.82 | | | | $ | 716.82 |
| 530 | SMD19637 | FLDR,MLA,1/3,2FAS,LGL,50 | BX | 73 | $ 9.50 | $ 693.50 | | | | $ | 693.50 |
| 531 | SMD220H | FOLDER,HANG,LGL,N/TAB,25 | BX | 186 | $ 4.13 | $ 768.18 | | | | $ | 768.18 |
| 532 | SMD2153L | FLDR,DT,MLA,1/3,LTR | BX | 244 | $ 2.91 | $ 710.04 | | | | $ | 710.04 |
| 533 | SMD24900 | FILE JACKET,FLAT,LTR,1C | BX | 73 | $ 9.50 | $ 693.50 | | | | $ | 693.50 |
| 534 | SMD64600 | TAB,HANG FLDR,1/5,CL,25 | PK | 673 | $ 0.33 | $ 222.09 | | | | $ | 222.09 |
| 535 | SMD64615 | TAB,HANG FLDR,1/3,CL,25 | PK | 406 | $ 0.43 | $ 174.58 | | | | $ | 174.58 |
| 536 | SMD65155 | FLDR,HANG,2/5RC,1D,BE | EA | 370 | $ 2.27 | $ 839.90 | | | | $ | 839.90 |
| 537 | SMD73390 | FILE PKT,LTR,5.25"EXP,10 | EA | 666 | $ 1.01 | $ 672.66 | | | | $ | 672.66 |
| 538 | SMDC10H | FLDR,HANG,LTR,N/TAB,GN,25 | BX | 458 | $ 3.15 | $ 1,442.70 | | | | $ | 1,442.70 |
| 539 | SMDC1524E | FILE PKT,LTR,3.5"EXP,10BX | EA | 239 | $ 0.56 | $ 133.84 | | | | $ | 133.84 |
| 540 | SMDC1834G | FILE PKT,LTR,8.28"EXP,10 | EA | 1,913 | $ 0.88 | $ 1,683.44 | | | | $ | 1,683.44 |
| 541 | SMDC15H | FLDR,HANG,LTR,1/5,GN,25 | BX | 127 | $ 2.63 | $ 334.01 | | | | $ | 334.01 |
| 542 | SMDC20H | FLDR,HANG,LGL,N/TAB,GN,25 | BX | 361 | $ 4.16 | $ 1,501.76 | | | | $ | 1,501.76 |
| 543 | SMDC23H | FLDR,HANG,LGL,1/3,GN,25 | BX | 90 | $ 3.63 | $ 326.70 | | | | $ | 326.70 |
| 544 | SMDC4025A1D | FOLDER,CLSS,LTR,4PRT,RD | EA | 7,813 | $ 0.38 | $ 2,969.07 | | | | $ | 2,969.07 |
| 545 | SMDC4025A2D | FLDR,PB,6SEC,2/5,LTR,RD | EA | 632 | $ 0.92 | $ 581.44 | | | | $ | 581.44 |
| 546 | SMDC4025A3D | FLDR,CLAS,3DIV,LTR,RD | EA | 156 | $ 1.02 | $ 159.12 | | | | $ | 159.12 |
| 547 | SMDETM1614C | FILE PKT,ET,LTR,1.75"EXP | EA | 5,055 | $ 0.65 | $ 3,285.75 | | | | $ | 3,285.75 |
| 548 | SMDETM1526E | FILE PKT,ET,LGL,3.5"EXP | EA | 250 | $ 0.65 | $ 162.50 | | | | $ | 162.50 |
| 549 | SMDETTP37G | FILE PKT,ET,LGL,5.25"EXP | EA | 213 | $ 1.28 | $ 272.64 | | | | $ | 272.64 |
| 550 | SMDH163 | FLDR,INTR,1/3,LTR,MLA,1C | BX | 117 | $ 5.44 | $ 636.48 | | | | $ | 636.48 |



EXHIBIT A
PAGE 208

11

| Sequence # | Manufacturer # | Description | UOM | QTY | Unit Price | Extended Price | Alternate Item # | Alternate Description | UOM | Unit Price | Extended Price with Original Item and Alternates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 551 | SMDR1370E | FILE PKT,LTR,2/5R,3.5" | EA | 360 | $ 0.71 | $ 255.60 | | | | | $ 255.60 |
| 552 | SMDR2370E | FILE PKT,LGL,2/5R,3.5" | EA | 253 | $ 0.79 | $ 199.87 | | | | | $ 199.87 |
| 553 | SON10MFD2HDBF | DISK,3.5 DS/HD,2MB,10/BX | BX | 248 | $ 1.05 | $ 260.40 | | | | | $ 260.40 |
| 554 | SON20744 | CASSETTE,VHS,120MIN,4PK | PK | 123 | $ 2.27 | $ 279.21 | | | | | $ 279.21 |
| 555 | SON43132 | CASSETTE,120MIN,NRML BIAS | EA | 4,343 | $ 0.82 | $ 3,561.26 | | | | | $ 3,561.26 |
| 556 | SONT160VF | TAPE,VHS PREM,160MIN | EA | 886 | $ 1.00 | $ 886.00 | | | | | $ 886.00 |
| 557 | SOU403C | PPR,BOND,20#,LTR,WE,5C | BX | 698 | $ 6.91 | $ 4,823.16 | | | | | $ 4,823.18 |
| 558 | SWI35450 | STAPLE,FULL STRP,1/4",5M | BX | 4,895 | $ 0.09 | $ 440.55 | OIC10900/pg1040/749601 | STAPLE,FULL STRP,1/4",5M | BX | 0.06 | $ 293.70 |
| 559 | SWI38101 | STAPLE REMOVER,BK | EA | 733 | $ 0.15 | $ 109.95 | | | | | $ 109.95 |
| 560 | SWI38121 | STAPLE REMOVER,ULTMTE,GY | EA | 344 | $ 0.69 | $ 237.36 | | | | | $ 237.36 |
| 561 | SWI40701 | STAPLER,FULLSTRIP,BK,545 | EA | 1,347 | $ 2.71 | $ 3,650.37 | | | | | $ 3,650.37 |
| 562 | SWI50050 | STAPLE CTRG,F/50201/69001 | EA | 165 | $ 2.50 | $ 412.50 | | | | | $ 412.50 |
| 563 | SWI69495 | STAPLE CTRG,HVY DUTY | EA | 85 | $ 4.77 | $ 405.45 | | | | | $ 405.45 |
| 564 | SWI74701 | STAPLER,DESK,FULL STRP,BK | EA | 126 | $ 1.95 | $ 245.70 | | | | | $ 245.70 |
| 565 | TOM68620 | CORR TAPE,1-LINE,WE | EA | 1,480 | $ 1.26 | $ 1,864.80 | | | | | $ 1,864.80 |
| 566 | TOM68650 | CORR TAPE,MINI,SGL,WE | EA | 557 | $ 0.73 | $ 406.61 | | | | | $ 406.61 |
| 567 | TOP3002P | PAD,MSG,IMPNT,4.25X5.5,PK | DZ | 378 | $ 0.73 | $ 275.94 | | | | | $ 275.94 |
| 568 | TOP4002 | BOOK,WYWO,2PT,NCR,4UP,2C | EA | 321 | $ 1.04 | $ 333.84 | | | | | $ 333.84 |
| 569 | TOP4005 | BOOK,WYWO,2PT,NCR,4UP,2C | EA | 246 | $ 1.35 | $ 332.10 | | | | | $ 332.10 |
| 570 | TOP4416 | BOOK,VM,MSG | EA | 227 | $ 1.80 | $ 408.60 | | | | | $ 408.60 |
| 571 | TOP62345 | PAPER,FILL,MED,COLL,150 | PK | 427 | $ 0.39 | $ 166.53 | | | | | $ 166.53 |
| 572 | TOP63410 | PAD,LGL RL,PERF,LTR,WE | DZ | 659 | $ 3.39 | $ 2,234.01 | | | | | $ 2,234.01 |
| 573 | TOP7284 | ROLL,ADD,3X,2-5/8,DIA,50 | RL | 250 | $ 0.31 | $ 77.50 | | | | | $ 77.50 |
| 574 | TOP74135 | NTBK,MEMO,RCY,OT,3X5 | EA | 759 | $ 0.09 | $ 68.31 | | | | | $ 68.31 |
| 575 | TOP74690 | NTBK,STENO,RCY,WE,70SH | EA | 10,275 | $ 0.37 | $ 3,801.75 | | | | | $ 3,801.75 |
| 576 | TOP74880 | PAD,LGL RL,8.5X11.75,WE | DZ | 2,338 | $ 3.39 | $ 7,925.82 | | | | | $ 7,925.82 |
| 577 | TOP7522 | PAD,LGL RLD,CA,8.5X14 | DZ | 194 | $ 3.93 | $ 762.42 | | | | | $ 762.42 |
| 578 | TOP7523 | PAD,GUM,LGL RL,LTR,WE | DZ | 1,422 | $ 2.53 | $ 3,597.66 | | | | | $ 3,597.66 |
| 579 | TOP7528 | PAD,NAR RLD,WE,LTR,RCYCL | DZ | 304 | $ 3.70 | $ 1,124.80 | | | | | $ 1,124.80 |
| 580 | TOP7529 | PAD,WIDE,WE,LTR,RECYCL | DZ | 459 | $ 3.70 | $ 1,698.30 | | | | | $ 1,698.30 |
| 581 | TOP7660 | PAD,SCRATCH,4X6 | DZ | 251 | $ 0.84 | $ 210.84 | | | | | $ 210.84 |
| 582 | TOP7661 | PAD,SCRATCH,3X5 | DZ | 229 | $ 1.28 | $ 293.12 | | | | | $ 293.12 |
| 583 | TOP79450 | PAD,EASEL,27X34,PLN,2/CT | EA | 113 | $ 5.42 | $ 612.46 | | | | | $ 612.46 |
| 584 | UFS04703 | TOWELETTE,WET ONES,ANTBCT | EA | 172 | $ 2.20 | $ 378.40 | | | | | $ 378.40 |
| 585 | VER87326 | DISK,3.5",DSHD,IBM FRMT | BX | 316 | $ 1.05 | $ 331.80 | | | | | $ 331.80 |
| 586 | VER87410 | DISK,3.5",DSHD,IBM FRMT | BX | 140 | $ 1.05 | $ 147.00 | | | | | $ 147.00 |
| 587 | VER94336 | CD,RWRTBLE,74MIN,12X | EA | 338 | $ 0.33 | $ 111.54 | | | | | $ 111.54 |
| 588 | WCP8C8 | CUP,FOAM,8-OZ,50/PK | PK | 1,133 | $ 0.65 | $ 736.45 | | | | | $ 736.45 |
| 589 | WCPC1213 | CUP,STYRO,12OZ,40BG/25CT | BG | 1,177 | $ 0.54 | $ 635.58 | | | | | $ 635.58 |
| 590 | WCPC1616 | CUP,STYRO,SNDCE,16OZ,20/ | BG | 670 | $ 0.95 | $ 636.50 | | | | | $ 636.50 |
| 591 | WLJ66R | FILE,EXP,PKT,5.25,RD | EA | 1,277 | $ 0.71 | $ 906.67 | | | | | $ 906.67 |

# EXHIBIT 6



Office DEPOT
*Taking Care of Business*

May 3, 2006

City of Berkeley
Finance/Purchasing
2180 Milvia Street, 3rd Floor
Berkeley, CA 94704

**Re: MISC. OFFICE SUPPLIES AND 100% CHLORINE FREE COPY PAPER**
**Specification No. 06-10106-C**

Dear Sir/Madam:

Thank you for allowing Office Depot to present a proposal for the procurement of office supplies for the City of Berkeley. We are delighted to have an opportunity to earn the status of the preferred provider of office products for your organization. Enclosed is a concise reply outlining the tools, capabilities and value Office Depot can bring to the City of Berkeley's purchasing process. We have carefully followed all bid instructions and agree to comply with City of Berkeley's specified terms and conditions as outlined in the above referenced RFP.

We are providing you aggressive market-driven pricing and a program designed to give the City of Berkeley a program that exceeds all of your purchasing requirements and governmental mandates. Our program will insure you achieve the most effective cost savings solutions. We achieve these results by leveraging our worldwide buying power, our in-depth location-by-location product usage evaluations, and conducting customized business reviews that help you pinpoint savings opportunities. These individual reports roll up to an organization-wide overview that benchmarks locations against one another allowing us to find and share each location's best practices.

For almost 18 years, Office Depot has strived to provide our valued customers with the very best in office products, solutions, and services. We have assembled for the City of Berkeley an Account Team composed of highly experienced local and regional resources that know how to support your needs. We do this by exceeding all of your expectations and helping you develop a world-class supply management program. I will have the privilege of leading this extremely responsive group and to be your single point of contact for your office products agreement.

On behalf of the entire Office Depot Business Services Division team, we look forward to entering into a strategic partnership with you and demonstrating how the combined strengths of Office Depot and City of Berkeley will result in a mutually beneficial business partnership.

Sincerely,

Earl Ante
Account Manager
T: 510-497-5318

Joseph Eyraud
Regional Sales Director
T: 510-497-5437

## Contract Pricing

Office Depot Business Services Division is pleased to offer City of Berkeley an overall **55%** mixed discount structure from our current BSD catalog's Manufacturer's Suggested List Price. This discount off of List Price is valid on all Non-Core Items featured in our current published catalog.  Specified contract bid items are priced as quoted in Part 1, Tab 3: Pricing / Cost Proposal section of the RFP.

## Open Book Pricing

Office Depot will commit to manage the City of Berkeley program at an agreed upon margin based on the service requirements of City of Berkeley.  By utilizing this philosophy, both parties achieve long-term stability as partners. City of Berkeley will benefit from: pricing integrity for the life of the agreement; pricing based on the cost of servicing the account (YOUR custom needs); value across ALL purchases (not just core items); and a focus on mutual cost reductions.

## Fairness In Pricing

Once City of Berkeley's contract begins with Office Depot, all line item **discounts** (except for paper pricing which is done on a quarterly basis) will be locked in for typically one year depending upon the contract that is determined.

Your contract pricing and discount is held firm for the term of the bid.  Non-contract items, however, will be adjusted quarterly based on manufacturer cost increases and decreases.  We would be able to provide City of Berkeley the proof of manufacturer cost changes through regular reports.

Furthermore, due to the volatility of the paper market and fluctuations in paper pricing, your pricing would be adjusted quarterly to reflect market changes. Price adjustments (increases or decreases) are done upon evidence of actual manufacturers cost changes and are accepted on a quarterly basis.  These changes are received 45 days before the start of the quarter to enable us to communicate both the change and market conditions driving the change to our customers with a **minimum of 30 days** prior to the price change.

When you think about it, this is really about fairness. For example, if you decide to order from us over the Internet, you will save time, reduce errors and obtain valuable on-line feedback as you order. Those electronic orders will also be less expensive for us to process as well, and so the sensible thing is to bring those savings to the particular customers who created the economy in the first place rather than spreading it around equally.

You do not want to subsidize some other customer's buying habits. You should be able to control your own prices by controlling your own business practices. In fact, this same principle applies to a whole host of activities from warehouse delivery (versus desktop) to EFT (Electronic Funds Transfer) to non-catalog SKU's and so forth.  In each case, you may decide that you prefer a higher level of service, and that this service is worthwhile and justified. Consequently, if you select a service that is clearly less expensive than one you had previously received, you should definitely expect lower prices in exchange.  Office Depot will commit to City of Berkeley in providing you the lowest prices in the industry.



14

City of Berkeley
Finance / Purchasing
Specification No. 06-10106-C  Misc. Office Supplies

PRICING BY CATEGORY

Art & Drafting
Binders
Calendars & Organizers
Desk Supplies & Office Essentials
Filing Needs
Forms, Recordkeeping & References          average 55%
Mailing, Packing & Labeling
Supplies
Office Furniture
Paper, Pads & Rolls
PCF Paper
Pens, Pencils & Correction
Janitorial, Breakroom Facility
Specials
Toner, Ink & Ribbons

Based upon the bid criteria of "Discount off List Price" the above items are calculated on the average blended discount off manufacturers list price. Some items within the categories may reflect a higher than 55% discount while other items may be less. The discount may vary by manufacturer.

Sincerely,

Earl G. Ante
OfficeDepot
Account Manager

EXHIBIT A
PAGE 213