**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| OFFICE DEPOT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AIG SPECIALTY INSURANCE COMPANY formerly known as AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Defendant. | **CASE NO. 2:15-cv-2416-SVW (JPRx)**<br>Assigned to Hon. Stephen V. Wilson<br><br>**JUDGMENT** |

Pursuant to the Court's June 21, 2019 Order granting defendant AIG Specialty Insurance Company's Motion for Summary Judgment (Dkt. 118), dismissing plaintiff Office Depot, Inc.'s Count I for breach of contract (duty to defend), Count II for breach of contract (duty to indemnify), Count III for tortious breach of the implied covenant of good faith and fair dealing, and Count IV for declaratory relief;

**IT IS HEREBY ORDERED** that judgment is entered in favor of defendant AIG Specialty Insurance Company and against plaintiff Office Depot, Inc.,

/ / /

dismissing the above-captioned action against defendant AIG Specialty Insurance Company in its entirety with prejudice and that plaintiff Office Depot, Inc. shall take nothing from defendant AIG Specialty Insurance Company.

**IT IS FURTHER ORDERED** that pursuant to Fed. R. Civ. Proc. § 54(d)(1) and Local Civil Rule 54-3, and any other applicable code section, defendant AIG Specialty Insurance Company shall recover its costs from plaintiff Office Depot, Inc.

DATED: November 8, 2019

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE